CHRISTOPHER DAVID BROWN #57800
EL DORADO CORRECTIONAL FACILITY
P.O. BOX 311
EL DORADO, KANSAS
67042

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER DAVID BROWN #57800,
    PLAINTIFF'S
VS.
DANIEL SCHNURR, et al.,
    DEFENDANTS

CASE NO. UNKNOWN
JUDGE SAM A. CROW

"ADDRESS CHANGE NOTIFICATION"

COMES NOW, PRO SE PLAINTIFF CHRISTOPHER DAVID BROWN IN THE ABOVE CAPTIONED CASE, WHICH PLAINTIFF IS UNSURE OF THE ACTUAL CASE NUMBER (AGAIN) DUE TO K.D.O.C. STAFF/OFFICIALS WITHHOLDING ALL OF PLAINTIFF'S PERSONAL PROPERTY (STILL) TO DATE, DECEMBER 8TH, 2021. PLAINTIFF KNOWS THE CASE IS A CIVIL SUIT, AGAINST KDOC/HCF DEFENDANTS/EMPLOYEE'S FOR UNNECESSARY EXCESSIVE USE OF FORCE, FAILURE TO INTERVENE, DENIAL OF MEDICAL CARE, AND FAILURE TO SUPERVISE EMPLOYEE'S AND THE ASSIGNED JUDGE IS SAM A. CROW AND THE CASE WAS FILED APPROX ON 4-15-2021 WITH THE COURT, PLAINTIFF...

(PAGE-1-OF-2)

HAS BEEN SENT/TRANSFERRED TO ANOTHER PRISON AND THUS IS TO NOTIFY THE COURT OF SUCH FACT AND PROVIDE THE COURT WITH PLAINTIFF'S LOCATION AND ADDRESS. PLAINTIFF IS NOW HOUSED AT: ELDORADO CORRECTIONAL FACILITY, P.O. BOX 311, ELDORADO, KANSAS 67042

CORDIALLY, _Christopher David Brown_ #57820