FROM: CHRISTOPHER DAVID BROWN #57806
HUTCHINSON CORRECTIONAL FACILITY
P.O. BOX 1568
HUTCHINSON, KANSAS
67504

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CHRISTOPHER DAVID BROWN,
    PLAINTIFF,
VS.

CASE NO. 5:21-CV-03105-SAC
JUDGE SAM A. CROW
    U.S. DISTRICT SENIOR JUDGE

DANIEL L. SCHNURR, et. al.,
    DEFENDANT(S)

PLAINTIFF'S MOTION REQUESTING THE COURT AND ASSIGNED JUDGE, SAM A. CROW ISSUE AN ORDER TO SHOW CAUSE REQUIRING K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEE'S TO EXPLAIN AND JUSTIFY WHY THEY HAVE AND CONTINUE TO SUBJECT PLAINTIFF TO THE NUMEROUS FORMS OF ILLEGAL RETALIATION PLAINTIFF HAS AND CONTINUES TO SUFFER AND ENDURE AS A RESULT OF PLAINTIFF EXERCISING HIS FIRST AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION.

    COMES NOW, PRO SE PLAINTIFF, CHRISTOPHER DAVID BROWN IN THE ABOVE CAPTIONED CASE REQUESTING THIS COURT AND ASSIGNED JUDGE SAM A. CROW ISSUE AN ORDER TO SHOW CAUSE REQUIRING K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEE'S EXPLAIN AND JUSTIFY TO THE COURT AND JUDGE SAM A. CROW WHY THE FOLLOWING: HARASSMENT, ABUSIVE TREATMENT, UNJUST PUNISHMENTS, PROVOKING PLAINTIFF, ILLEGAL CONDITIONS OF CONFINEMENT, LIVING CONDITIONS, LABELING PLAINTIFF:A P.C. CHECK-IN, RAT, CHILD-MOLESTER, FAG, BITCH, SNITCH, HO, ETC. TO OTHER INMATES, THREATENING PLAINTIFF, DELIBERATE INDIFFERENCE TO PLAINTIFF'S HEALTH AND SAFETY, DENIAL OF HEAT/WARMTH, DENIAL OF TOILET PAPER, DENIAL OF CLEANERS,...

(PAGE-1-OF-14)

... SUPPLIES, DENYING PLAINTIFF WHOLE MEALS, PARTS OF A MEAL, EATING UTENSILS, AND CONDIMENTS; AS STAFF IN SEGREGATION UNITS AND/OR RESTRICTIVE HOUSING UNITS (R.H.U.) WHERE STAFF ARE RESPONSIBLE FOR SERVING I/M's, THE FOOD AND DRINKS SERVICE PROCESS IS ROUTINELY ABUSED AND USED AS A RETALIATORY TOOL TO PUNISH PLAINTIFF, DENIAL OF PLAINTIFF'S DICTIONARY, DENIAL OF ALL PLAINTIFF'S LEGAL PAPERS/MATERIALS AND BOOKS, DENIAL OF ALL PLAINTIFF'S OFFICIAL PAPERS FORM-9'S, GRIEVANCES, GRIEVANCE APPEALS, PROPERTY CLAIMS, DENIAL OF PLAINTIFF ONGOING/ACTIVE §1983 LAW SUIT/COMPLAINT AND EXHIBITS, NOTES, MOTIONS, ETC., DENIAL OF HEAT/WARMTH, DENIAL OF LETTERS, STAMPS, FLEX PENS, PAPER, ADDRESS/PHONE BOOK TO COMMUNICATE WITH THE FREE WORLD, DENIAL TO WRITE FAMILY AND FRIENDS, DENIAL TO WRITE LAWYERS, DENIAL TO CALL LAWYERS, DENIAL TO CALL THE COURTHOUSE CLERKS, DENIAL OF ALL LAW LIBRARY SERVICES, DENIAL OF MEDICAL HYGIENE, DENIAL OF DUE PROCESS, DENIAL OF MENTAL HEALTH, DENIAL OF AID FROM PERSON'S TRAINED IN THE LAW, BEING THREATENED WHILE IN HANDCUFF, FORCING PLAINTIFF TO LOOK AT, SMELL, AND BREATH HUMAN URINE AND FECES FOR HOURS; IN A TOILET ONLY STAFF CAN FLUSH, AND WHO USE THE FLUSHING OF M.R.A. (MORE RESTRICTIVE AREA) TOILETS AS A RETALIATORY TOOL TO PUNISH PLAINTIFF AND MANY MANY OTHER INMATES, WRITING FALSE RETALIATORY D.R.'S (DISCIPLINARY REPORTS) DENIAL OF SANITATION, DENIAL OF CLEAN CLOTHES, DENIAL OF HOT OR EVEN WARM FOOD, DENIAL OF CLEAN AIR TO BREATH, STAFF/UNIT TEAMS DESTROYING PLAINTIFF OFFICIAL/LEGAL PAPERS, DENYING PLAINTIFF'S FIRST AMENDMENT RIGHTS TO PETITION THE GOVERNMENT FOR A REDRESS OF HIS GRIEVANCES AND TO ACCESS THE COURTS WITHOUT BEING OBSTRUCTED, PREVENTED, STONEWALLED, GRIDLOCKED, HINDERED, PUNISHED, AND/OR RETALIATED AGAINST FOR DOING SO, DENIAL OF K.D.O.C. FORMS FOR WEEKS AND WEEKS, STAFF YELLING AT PLAINTIFF ATTEMPTING TO PROVOKE PLAINTIFF, STAFF REFUSING TO WEAR COVID-MASK, STAFF REFUSING TO PASS THINGS FOR PLAINTIFF BUT DO SO FOR OTHER INMATES, AND SO MUCH MORE]... IS NOT AS THE FACTS, EVIDENCE, AND PLAINTIFF SUGGEST AND ALLEG, WHICH IS THAT PLAINTIFF HAS AND CONTINUES TO SUFFER AND ENDURE NUMEROUS ILLEGAL AND WICKED...

... FORMS OF RETALIATION K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEE'S HAVE BEEN AND CONTINUE TO SUBJECT PLAINTIFF TO FOR EXERCISING HIS FIRST AMENDMENT RIGHTS TO FILE FORM-9'S, GRIEVANCES, GRIEVANCE APPEALS, PROPERTY LOSS/DAMAGE AND PERSONAL INJURY CLAIMS, FILING LAW SUITS, AND PLAINTIFF'S CONTINUED EFFORTS TO LITIGATE THIS LAW SUIT. PLAINTIFF STATES THE FOLLOWING FACTS, DETAILS, SITUATIONS, AND INCIDENTS FOR THE COURTS REVIEW ONCE K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEE'S HAVE GIVEN THEIR EXPLINATIONS AND JUSTIFICATIONS IN THEIR RESPONSE TO THIS MOTION/ ORDER TO SHOW CAUSE.

1.) FIRST PLAINTIFF WILL CORRECT THE RECORD BY POINTING OUT THAT K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEE'S ARE AND HAVE BEEN AWARE THAT PLAINTIFF WAS GOING TO FILE THIS LAW SUIT, AND WHEN PLAINTIFF FILED THIS LAW SUIT ON APPROX: 4-15-2021, AS WELL WHAT HAS TAKEN PLACE THEREAFTER. **FOR ONE**, PLAINTIFF MUST SUBMIT ANY LEGAL PAPERS HE WANTS E-FILED TO THE COURT TO H.C.F. SECURITY STAFF, WHO THEN READ THOSE LEGAL PAPERS BEFORE PUTTING THEM IN THE UNIT TEAM CELLHOUSE MAIL BOX, SO THE UNIT TEAM CAN PICK THOSE LEGAL PAPERS UP, READ THEM BEFORE DELIVERING THEM TO THE LAW LIBRARY SO THEY CAN BE E-FILED TO THE COURT. PLAINTIFF'S UNIT TEAM IS J. PETTIJOHN, WHO IS A DEFENDANT IN THIS LAW SUIT, AND IS WHO HAS BEEN PLAINTIFF'S UNIT TEAM FOR MONTHS AND WHO HAS BEEN READING PLAINTIFF'S LEGAL PAPERS SINCE JUDGE SAM A. CROW'S FIRST ORDER TO SHOW CAUSE WAS ISSUED TO PLAINTIFF. A-2 SECURITY STAFF HAVE AND CONTINUE TO READ ALL PLAINTIFF'S LEGAL PAPERS AS WELL, WHICH PLAINTIFF DOCUMENTED EACH TIME, BUT PLAINTIFF IS UNABLE TO PROVIDE THE COURT WITH THAT INFORMATION, e.g. NAMES, DATES, SHIFTS, TIMES, AND INCIDENT, BECAUSE STILL TO DATE, 11-28-2021 K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEE'S REFUSE TO GIVE PLAINTIFF ANY OF HIS LEGAL PAPERS, DOCUMENTS, MATERIALS, BOOKS, OR PLAINTIFF OFFICIAL PAPERS, DOCUMENTS, MATERIALS, BOOK, OR ANY OTHER R.H.U. (RESTRICTIVE HOUSING UNIT) ADMINISTRATIVE SEGREGATION PERSONAL PROPERTY, WITHOUT JUSTIFICATION, BUT DONE INTENTIONALLY TO STONE WALL, OBSTRUCT, HINDER, GRIDLOCK, AND PREVENT PLAINTIFF...

FROM EFFECTIVELY AND TO THE BEST OF PLAINTIFF'S ABILITY, TO LITIGATE THIS CASE. PLAINTIFF CAN PROVIDE THE COURT WITH THE MOST RECENT INCIDENT, WHICH WAS ON 11-19-2021 IN A-2 CELLHOUSE OFFICERS STATION; AT THE TIME PLAINTIFF WRITES THIS, IT WAS THE MOST RECENT TIME, WHERE AND WHEN C/O WEBER AND CSI EARLEY READ THE PINK AND YELLOW PAGES PLAINTIFF WAS FORCE TO WRITE ON DUE TO K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEE'S REFUSING TO GIVE PLAINTIFF HIS OWN PERSONAL WRITING PAPER, PLAINTIFF WROTE HIS MOTION INFORMING THE COURT OF CONT-INUED HARASSMENT AND RETALIATION K.D.O.C./H.C.F. DEFENDA-NTS/EMPLOYEE'S HAD/WERE SUBJECTING PLAINTIFF TO FOR PLAINTIFF EXERCISING HIS FIRST AMENDMENT RIGHTS, AND STILL DENYING PLAINTIFF ALL HIS LEGAL PAPERS/MATERIALS; (DOC. 10). PLAINTIFF COULD TELL C/O WEBER AND CSI EARLEY WERE READING PLAINTIFF'S LEGAL PAPERS DUE TO AFTER TURNING IN THOSE SICK CALL AND BIG SPO (PINK AND YELLOW) COROLED K.D.O.C. OFFICIAL FORMS PLAINTIFF WROTE HIS MOTION ON, PLAINTIFF WITNESS C/O WEBER AND CSI EARLEY READING THOSE PINK AND YELLOW PAGES IN A-2 CELLHOUSE OFFICER'S STATION, AND ALSO BECAUSE THE INMATES CLOSEST TO A-2 CELL-HOUSE'S OFFICERS STATION DIRECTLY ABOVE THE OFFICERS STATION IN CELL #201 AND #205 LOOKED DOWN AND SAW CSI EARLEY AND C/O WEBER READING THE APPROX (10) PAGES OF PINK AND YELLOW PAGES AND TOLD PLAINTIFF. **NUMBER TWO** PLAINTIFF HAS SPOKEN IN FRONT OF APPROX (10) K.D.O.C./H.C.F. HIGH RANKING ADMINISTRATIVE SEGREGATION REVIEW BOARD MEMBERS DURING SEGREGATION REVIEW IN APPROX JUNE/ JULY OF 2020 WHEN PLAINTIFF WAS MOVED TO A MRA (MORE RESTRICTED AREA) CELL, AND K.D.O.C./H.C.F. DEFENDANTS/ EMPLOYEE'S REFUSED PLAINTIFF ALL HIS LEGAL/OFFICIAL PAPERS FOR APPROX. A MONTH AND A HALF, AND PLAINTIFF WAS

(PAGE-4-OF-14)

REQUESTING HIS LEGAL/OFFICIAL PAPERS, MATERIALS, BOOKS, ETC. FROM THE BOARD MEMBERS, EXPLAINING TO THEM THAT THERE IS A STATUTE OF LIMITATION RUNNING ON PLAINTIFFS EXCESSIVE USE OF FORCE LAW SUIT AND THAT PLAINTIFF NEEDS HIS LEGAL/OFFICIAL PAPERS, MATERIALS, BOOKS, ETC., IN ORDER TO COMPLETE AND FILE PLAINTIFF'S LAW SUIT, BUT A-2 CELLHOUSE ADMINISTRATIVE SEGREGATION REVIEW BOARD MEMBERS ALL DENIED PLAINTIFF'S REQUEST. UNIT TEAM MANAGER; J. BELL, AT THE TIME, SAID PLAINTIFF SHOULD OF THOUGHT ABOUT THAT BEFORE HE BATTERED STAFF/THREW SHIT ON STAFF, BUT MR BELL DID NOT WANT TO EXPLAIN WHAT THE DIFFERENCE IS BETWEEN UNPROFESSIONAL ABUSIVE K.D.O.C/H.C.F. EMPLOYEES FORCING PLAINTIFF TO LOOK AT, SMELL, AND BREATH A TOILET FULL OF URINE AND FECES BECAUSE CSI KUHNS AND C/O PETTSCR AT THE TIME, WERE RETALIATING AGAINST PLAINTIFF, BY REFUSING TO FLUSH PLAINTIFFS TOILET FOR THE WHOLE EIGHT HOUR SHIFT, TELLING PLAINTIFF TO WRITE ANOTHER GRIEVANCE, TO FILE ANOTHER LAW SUIT, PROVOKING, HARASSING, MISTREATING, ABUSING PLAINTIFF, UNTIL PLAINTIFF HAD A MENTAL BREAKDOWN/ DEFECT, AND THREW EVERYTHING IN THE TOILET ON C/O PETTSER AND ALLEGEDLY CSI KUHNS. PLAINTIFF UNDERSTANDS NOW IT SHOULDNT OF HAPPENED, BUT NOT JUST WHAT PLAINTIFF DID IN RESPONSE TO WHAT WAS BEING DONE TO PLAINTIFF, BUT WHAT WAS BEING DONE TO PLAINTIFF SHOULDN'T OF BEEN HAPPENING EITHER. NEVERTHELESS, THE FACT IS BEFORE THE INCIDENT TOOK PLACE, PLAINTIFF WAS ALREADY BEING REFUSED ALL HIS ALLOWABLE (MRA) PERSONAL PROPERTY INCLUDING PLAINTIFF'S LEGAL/OFFICIAL PAPERS, MATERIALS, BOOKS, ETC., AND THEN AFTER THE BAPTIZING OF THOSE SCUMBAG STAFF K.D.O.C/H.C.F. OFFICIALS TRIED TO CLAIM

PLAINTIFF WAS BEING DENIED ALL PERSON PROPERTY DUE TO SECURITY REASONS, THEN MR. BELL TOLD PLAINTIFF PLAINTIFF IS NOT ALLOWED TO WORK ON OR FILE ANY CIVIL LAW SUITS, AND THAT PLAINTIFF IS ONLY LEGALLY ALLOWED TO WORK ON A ACTIVE, CRIMINAL, DIRECT APPEAL, AND OUTSIDE THAT PLAINTIFF WILL NOT BE ALLOWED TO HAVE ANY LEGAL PAPERS, AND NOT ALLOWED LAW LIBRARY SERVICES WHILE ON MRA STATUS. **NUMBER THREE** PLAINTIFF ALSO FILED AT LEAST (6) FORM-9's, (6) GRIEVANCES, (6) GRIEVANCE APPEALS, EXHAUSTING HIS ADMINISTRATIVE REMEDIES ON THE ISSUE OF PLAINTIFF BEING DENIED ALL HIS PERSONA PROPERTY INCLUDING ALL PLAINTIFF'S LEGAL/OFFICIAL PAPERS/MATERIALS INCORRECTLY, ILLEGALLY, AND THE UNIT TEAM, WARDEN AND SECRETARY OF CORRECTIONS ALL ALSO UPHELD AND SUPPORTED PLAINTIFF BEING REFUSED ALL LEGAL MATERIALS. **IT BEARS MENTION** PLAINTIFF'S RESPONSE TO JUDGE SAM A CROW'S LAST ORDER TO SHOW CAUSE WHICH PLAINTIFF HAD APPROX.(8) PAGES COMPLETED, PLAINTIFF WAS BRINGING THE MRA CELL STATUS ALLOWABLE/NON ALLOWABLE PROPERTY TO THE COURTS ATTENTION WITH THOSE APPROX (8) EXHAUSTED GRIEVANCES AS SUPPORTING EVIDENCE OF PLAINTIFF BEING DENIED ALL HIS LEGAL/OFFICIAL PAPERS/MATERIALS PLAINTIFF OUTLINES THESE FACTS TO MAKE A TRUE AND CORRECT RECORD, IN THAT K.D.O.C/HCF DEFENDANTS/EMPLOYEE'S HAVE BEEN AWARE OF THIS LAW SUIT, BEFORE AND AFTER, IT WAS FILED, AND K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEE'S CONTINUE TO UPDATE THEMSELFS ON EVERYTHING PLAINTIFF'S GOTTEN, OR SUBMITTED TO BE E-FILED TO THE COURT.

2) AFTER PLAINTIFF SENT INMATE REQUEST FORMS; (FORM-9's) TO THE LAW LIBRARY REQUESTING CASE LAW, THAT WOULD

(PAGE-6-OF-14)

SUPPORT PLAINTIFF'S CLAIMS/ARGUMENTS, LAW BOOKS, AND FILING/ SUBMITTED GRIEVANCES AGAINST UNIT TEAM J. PETTEJOHN; WHO IS ALSO A DEFENDANT IN THIS LAW SUIT, FOR DESTROYING PLAINTIFF'S FORM-9'S, WHICH DENIES PLAINTIFF LAW LIBRARY SERVICES ALTOGETHER, AND AFTER PLAINTIFF SUBMITTED FORM 9 AND GRIEVANCE COMPLAINTS AGAINST U.T. PETTLEJOHN FOR HIS CONTINUED REFUSAL TO ALLOW PLAINTIFF TO USE THE PHONE DURING THE 7-3 SHIFT, SO PLAINTIFF COULD CALL A COUPLE ATTORNEY'S, PLAINTIFF WAS SUBJECTED TO THE MRA (MORE RESTRICTIVE AREA) STATUS CHANGE/CELL TRANSFER RETALIATION. K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEE'S ARE KNOWN TO SUBJECT PRO LITIGANTS TO, IN ORDER TO HALT, STOP, PREVENT, STONEWALL, GRIDLOCK, AND OBSTRUCT PRO SE LITIGANTS/PLAINTIFF FROM WORKING ON THEIR CASE/LAWSUIT. K.D.O.C. OFFICIALS/EMPLOYEE'S HAVE USED THIS TACTIC FOR YEARS, DUE TO THE COURTS, "HANDS OFF POLICY" WHEN IT COMES TO SECURITY MATTERS. SADLY, K.D.O.C. HAS BECOME COMPLETELY CORRUPT, AND ABUSES THE COURTS TRUST IN K.D.O.C. TO ACT, LEGALLY, AT THE VERY LEAST. ON 11-13-2021 PLAINTIFF WAS ANOTHER VICTIM TO K.D.O.C.'S/H.C.F.'S MRA. STATUS CHANGE/CELL TRANSFER RETALIATION, IN THAT PLAINTIFF WAS GIVEN A INCOMPLETE LUNCH SACK, WHICH HAD NO SALAD DRESSING IN IT, WHICH PER K.D.O.C.'S MENU PLAINTIFF AND ALL OTHER "CRD" (CERTIFIED) RELIGIOUS DIET MEALS ARE SUPPOSE TO HAVE WHEN THE MEAT PACKS ARE SERVED, BUT PLAINTIFF WAS AND HAD BEEN SUBJECTED TO K.D.O.C./H.C.F.'S DEFENDANTS/EMPLOYEE'S DENIAL OF FOOD RETALIATION, FOR MONTHS, WHICH PLAINTIFF HAS FILED NUMEROUS COMPLAINTS ON AND EXHAUSTED THEM, AND THIS WAS YET ANOTHER EXAMPLE/INCIDENT OF THAT FORM OF RETALIATION. C/O AGUILAR SUBJECTED PLAINTIFF TO, ON TOP OF THE RETALIATORY MRA STATUS CHANGE/CELL TRANSFER, AND AS IF THAT WASN'T ENOUGH, SHE (C/O AGUILAR SUBJECTED PLAINTIFF

TO A FALSE RETALIATORY DISCIPLINARY REPORT. (SEE ATTACHED EXHIBIT 1, DISCIPLINARY REPORT CASE NO. 21-11-130) THIS WHOLE D.R. IS A LIE, AND K.D.O.C./H.C.F. OFFICIALS SHOULD HAVE FIRED THIS EVIL, CORRUPT, UNPROFESSIONAL, LYING STAFF MEMBER, BUT STAFF USUALLY ARE NOT HELD ACCOUNTABLE AND INSTEAD GIVEN IMPUNITY. IT IS UNUSUAL THE HEARING OFFICERS ARE HONEST AND DO THEIR JOBS, BUT IN THIS CASE HEARING OFFICER BROWN WAS PROFESSIONAL AND HONEST AND DISMISSED ALL CHARGES AGAINST PLAINTIFF. ALTHOUGH THE H.O.'S TESTIMONY RECORD IS NOT CORRECTLY RECORDED, PLAINTIFF WAS STILL FOUND NOT GUILTY OF ALL CHARGES. (SEE EXHIBITS 4 AND 5) EVEN SO, THE FACT REMAINS, PLAINTIFF WAS MOVED TO A MRA CELL AND DENIED ALL PERSONAL PROPERTY, TO STOP PLAINTIFF FROM DOING ANY LAW WORK, DUE TO THE UNJUST/ILLEGAL STATUS CHANGE AND CELL TRANSFER K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEES SUBJECTED PLAINTIFF TO.

   THE RETALIATION DID NOT STOP THERE. PLAINTIFFS T.V., RADIO, HEADPHONES, EAR BUDS, REMOTE, CABLE CORDS, AND HEADPHONE EXTENTIONS WERE ALL TAKEN AND NOT GIVEN BACK. IN THE PAST ANYTIME A PRISONERS DISCIPLINARY CHARGES ARE DISMISSED, THE INMATES PRIVILEGES ARE REINSTATED, WHICH IS WHAT SHOULD HAVE TAKEN PLACE WHEN PLAINTIFF WAS FOUND NOT GUILTY OF THE ABOVE MENTIONED FALSE RETALIATORY DISCIPLINARY REPORT, BUT INSTEAD K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEE'S TOLD PLAINTIFF HE WOULD NOT BE GETTING BACK HIS PERSONAL PROPERTY/ELECTRONIC'S DONE AS A RETALIATORY PUNISHMENT FOR PLAINTIFFS CONTINUED EFFORTS TO LITIGATE THIS CASE, AND/OR AS A STRATEGIC DETERMENT TO STOP PLAINTIFF FROM WORKING ON HIS LAW SUIT. PLAINTIFF WAS REFUSED ALL PERSONAL ELECTRONIC PROPERTY BY K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEE'S, ESPECIALLY UNIT TEAM/DEFENDANT J.

(PAGE-8-OF-14)

PETTIJOHN, UNIT TEAM MANAGER AGNEW, AND ALL OTHER'S ON THE ADMINISTRATIVE SEGREGATION REVIEW BOARD FOR A-CELLHOUSE AT HUTCHINSON CORRECTIONAL FACILITY. THIS IS A CLEAR CASE OF A DUE PROCESS VIOLATION, AND EVEN THOUGH THE FACTS ARE CLEAR ALL K.D.O.C./H.C.F. DEFENDANTS/EMPLOYEE'S FELT IT TO BE NECESSARY TO SUBJECT PLAINTIFF TO THIS NEWEST FORM OF RETALIATION, DONE TO GET BACK, AND PUNISH PLAINTIFF FOR BEING CIVIL, GOOD, AND USING PEN AND PAPER INSTEAD OF VIOLENCE.

---

3) PLAINTIFF HAS BEEN TRANSFERRED TO E.D.C.F. (ELDORADO CORRECTIONAL FACILITY) ON 12-6-2021 FROM H.C.F. (HUTCHINSON CORRECTIONAL FACILITY'S) MRA CELL #146/MRA STATUS FOR ARGUING WITH ANOTHER INMATE WHICH UNIT TEAM MANAGER AGNEW USED AS A UNJUST FALSE, EXCUSE TO SUBJECT PLAINTIFF TO YET ANOTHER RETALIATORY MOVE/PUNISHMENT DUE TO PLAINTIFF'S CONTINUED EFFORTS TO LITIGATE THIS LAW SUIT. PLAINTIFF WAS MOVED TO H.C.F.'S MRA CELL ON 12-3-2021 AND DENIED ALL PERSONAL PROPERTY (AGAIN) INCLUDING THE LEGAL PAGES PLAINTIFF CONTINUED TO DRAFT AND IS HAVING E-FILED TO THE COURT.

PLAINTIFF WANTS TO BRING THIS MOTION TO A CLOSE, AND STOP USING TIME AND ENERGY ON THE NUMEROUS FORMS OF RETALIATION PLAINTIFF HAS BEEN REPORTED TO THIS COURT/JUDGE, BUT PLAINTIFF WANTS TO HAVE A RECORD OF ALL THE TORTURE AND RETALIATION PLAINTIFF WAS BEING SUBJECTED TO AND GET THE COURTS RESPONSE ON IT ALL. RETALIATION IS IN FACT ILLEGAL WHEN ITS INTENTIONALLY DONE TO PUNISH A PERSON FOR EXERCISING THEIR FIRST AMENDMENT RIGHTS; PLAINTIFF IS BEING DEAD SERIOUS AND TRUTHFUL ABOUT ALL OF THE

(PAGE-9-OF-14)

INCIDENTS OF RETALIATION K.D.O.C./H.C.F. DEFENDANTS/ EMPLOYEES WERE SUBJECTING PLAINTIFF TO, AND IT GOT SO BAD PLAINTIFF WAS IN FEAR FOR HIS LIFE, AND STILL IS NOW BECAUSE THESE LYING K.D.O.C/CENTURION MEDICAL/MEDICATION PILL PASS MED AIDS/MED. TECHS DENYING PLAINTIFF NEEDED MEDICATION AND THEN GIVING PLAINTIFF UNKNOWN MEDICATION, AND THEN TRYING TO LIE AND COVER IT ALL UP.

FIRST, PLAINTIFF IS ATTACHING EXHIBIT-7, AND BRINGS THE COURTS/ JUDGES ATTENTION TO THE LOWER LEFT HAND SIDE OF THE PAGE WHERE CSI TARR A H.C.F. SERGEANT WHO WAS PRESENT AND WITNESSED HCF'S CENTURION MED. TECH ATTEMPT TO HARM/KILL PLAINTIFF FOR THE SECOND TIME! CSI TARR WAS HANDED THE UNKNOWN PILL BY H.C.F. CENTURION MED TECH "JOE". PLAINTIFF NEVER TOUCHED THE PILL THE WHITE ROUND PILL HAD THE NUMBERS "66" OR "99 ON THE FACE OF THE PILL. THE OTHER SIDE WAS BLANK, ALTHOUGH PLAINTIFF DEMANDED MED TECH JOE STOP TRYING TO RUB THE FACE OF THE PILL OFF WITH HIS THUMB SO IT COULDN'T BE SEEN IF MARKINGS, LETTERS OR NUMBERS WERE ON THE BLANK SIDE, BUT PLAINTIFF DOES KNOW FOR A FACT THE OTHER SIDE SAID 66 OR 99 AND PLAINTIFF HAD CSI TARR READ AND VERIFY THAT FACT, AND THEN WRITE IT ON THIS PAPER (EXHIBIT-7). NEXT, I FILLED OUT AND WENT TO SICK CALL AND SAW NURSE FAY ON 11-17-2021 AND EXPLAINED TO HER WHAT TOOK PLACE. NURSE FAYE SAID SHE'D CHECK THE STOCK, AND CHECK THE NUMBERS ON MY MEDICATION AND GET BACK TO ME LATER BECAUSE THE INFORMATION THE

COMPUTER GAVE WASN'T OF ANY HELP WHILE SHE LOOKED AT PILLS AND MY MEDICATIONS. LATER NURSE FAYE SPOKE TO PLAINTIFF AND SAID NON OF PLAINTIFF'S PILLS HAVE GG OR 99 ON THEM, AND SHE LOOKED IN STOCK, AND AT MEDICATIONS IN THE COMPUTER AND BOOK AND COULDN'T FIND ANY WHERE ROUND PILLS WITH A BLANK SIDE AND THE OTHER SIDE HAVING GG OR 99 ON IT, AND NURSE FAYE SAID SHE DOESN'T KNOW WHERE MED TECH JOE GOT THAT PILL OR WHAT IT WAS BUT ITS GOOD PLAINTIFF DON'T TAKE IT AGAIN. (SEE EXHIBIT-8.) THIS ALL REFERS TO COURT DOC. # 13 FOR THE RECORD. PLAINTIFF DID NOT HAVE HIS PROPERTY AT THE TIME HE DRAFTED, AND HAD DOCUMENT #13 NO. 13 E-FILED TO THE COURT BUT PROVIDES THE COURT WITH THE SUPPORTING DOCUMENTS/EVIDENCE NOW. CLEARLY, FIRST BEING DENIED PLAINTIFF'S THYROID MEDICATION, AND THEN MED TECH JOE KNOWINGLY/INTENTIONALLY GIVING PLAINTIFF A UNKNOW PILL THAT CAUSE PLAINTIFF HARM, IN THAT IT FELT LIKE SOMETHING WAS STABBED INTO PLAINTIFF'S HEART, AND THEN PLAINTIFF CAUGHT MED TECH JOE WHO TRIED TO ERASE THE MARKINGS ON THE PILL AND WHO THEN LIED AND SAID HE GOT THE PILL FROM PLAINTIFF'S MED CARD, WHICH NURSE FAYE VERIFIED WAS A LIE, IS ALL LIFE THREATING RETALIATION KDOC/HCC DEFENDANTS/EMPLOYEES SHOULD BE HELD ACCOUNTABLE FOR.

  NOW, PLAINTIFF HAS BEEN ONCE AGAIN SUBJECTED TO THE SAME LIFE THREATENING RETALIATION AT E.D.C.F. BY EDCF MED TECH KIMSEY. PLAINTIFF REFERS THE COURT/JUDGE TO DOC NO. 13 PAGE 4-OF-11, NO 11, PLAINTIFF REPORTED TO THE COURT HE

HAS BEEN DENIED HIS THYROID MEDICATION FOR DAYS. AND PLAINTIFF SPOKE TO EDCF MED AID ROCKWELL ON 12-8-2021 AND ASKED HER WHY PLAINTIFFS BEING DENIED HIS THYROID MEDICATION BY GIVEN HIS HIGH BLOOD PRESURE MEDICATION, AND MED AID ROCKWELL SAID SHED LOOK INTO IT. PLAINTIFF DIDNT SEE OR SPEAK TO EDCF MED AID ROCKWELL AGAIN. PLAINTIFF ASKED EDCF MED AID KIMSEY WHY HIS THYROID MEDICATION IS BEING REFUSED, BUT NOT HIS BLOOD PRESURE MEDICATION, AND KIMSEY LIED TO PLAINTIFF SAYING THEY DONT HAVE THYROID MEDICATION IN STOCK AND DONT GIVE AN INMATE ANOTHERS MEDICATION WHEN ITS THE SAME AND THEY ARE OUT, AND KIMSEY REFUSED TO TALK TO ANYONE TO GET THE ISSUES RESOLVED OR DID AND THEY TOO ARE INVOLVED, WHICH SEEMS TO BE THE CASE. LOOK AT EXHIBIT-9. THESE MAGGOTS HAVE LIED AND FALSIFIED PLAINTIFF'S MEDICAL RECORDS CLAIMING PLAINTIFF HAS BEEN GETTING AND TAKING HIS THYROID MEDICATION. THIS CRAP IS WHAT MAKES PLAINTIFF SO HATEFUL. FROM HCF MEDTECH JOE, UNIT TEAM MANAGER AGNEW, UNIT TEAM PETTIJOHN, EDCF MED TECH KIMSEY. THEY ARE ALL LYING, IVE CAUGHT THEM LYING, AND ITS NOT JUST LYING, ITS TRYING TO KILL ME OUT RIGHT. I FIGHT THE THOUGHTS TO THROW SHIT AND PISS IN THEIR FACES, OR TO SMACK THEM IN THE FACE WITH A LOCK. THESE MAGGOTS ARE EVIL PLAN AND SIMPLE! THEY SHOULD NOT BE WORKING IN PRISON WITH POWER OVER LIFES. AS THE COURT CAN SEE EXHIBIT-9

SAYS PLAINTIFF HAS BEEN GETTING AND TAKING HIS THYROID MEDICATION SINCE 12-10-2021, IVE BEEN AT EDCF SINCE 12-6-2021 AND ONLY GOT MY THYROID MEDS ONCE, BUT THEY DONT SAY THAT. ALSO, I REPORTED TO NURSE CLARK HOW MED AID KIMSEY IS BEING A SMART MOUTH, LYING SAYING I REFUSED MY MEDS WHEN I DID NOT, AND LYING SAYING THEY HAVE NO THYROID MEDS IN STOCK TO GIVE ME AND DONT DO THAT AND DONT GIVE OTHER PRISONERS MEDS TO A PRISONER WHO TAKES THE SAME MEDS THATS NOT SUPPOST TO STOP TAKING THE MEDICATION, AND THAT WAS ON 12-16-2021 AND ON 12-18-2021 MED AID KIMSEY BROUGHT PLAINTIFF HIS THYROID MEDS SAYING SHE SPOKE TO HER SUPERVISOR AND ASKED IF SHE COULD GIVE ME MEDS FROM STOCK AND GOT IT APPROVED, LYING ****! I HAVE A CELLIE WHO WITNESSED ALL OF THIS TOO. (SEE EXHIBIT 10) WHICH IS WHEN I SPOKE TO NURSE CLARK.

  I WANT THE COURT TO KNOW MY HANDS SHAKE FROM NOT TAKING MY THYROID MEDS, AND IT REALLY EFFECTS MY HEALTH AND MENTAL HEALTH, I SHOULD NOT BEEN FEAR FOR MY LIFE BECAUSE THESE MAGGOT MED AIDS ARE TRYING TO KILL ME OR CAUSE ME TO BECOME ILL BY DENYING ME MY MEDICATIONS I MUST TAKE FOR THE REST OF MY LIFE, AND THIS IS A FORM OF RETALIATION THESE MEDICAL MED TECH, MED AIDS HAVE SUBJECTED ME TO FOR YEARS, AND PLAINTIFF ASK THE COURT TO DO SOMETHING ABOUT IT.

4) PLAINTIFF HAS FINALLY BEEN GIVEN HIS PERSONAL PROPERTY, ESPECIALLY HIS NEEDED OFFICIAL AND LEGAL

PAPERS, WHICH PLAINTIFF WILL NOW CONTINUE TO WORK ON AND RESPOND TO THE COURTS/JUDGES ORDER TO SHOW CAUSE. FOR THE RECORD PLAINTIFF HAD ALL HIS LEGAL/OFFICIAL PAPERS/MATERIALS TAKEN ON 11-13-2021 AND DID NOT GET THEM BACK UNTIL 12-13-2021 AT E.D.C.F. A-2 CELLHOUSE CELL #139. PLAINTIFF ALSO STATES FOR THE RECORD H.C.F. DEFENDANTS/EMPLOYEES MIXED PLAINTIFFS PAPER WORK UP REAL BAD, BROKE PLAINTIFFS PERSONAL PROPERTY, DESTROYED LOTS OF PLAINTIFFS FORM-9'S AND GRIEVANCES, AND PLAINTIFF IS MISSING PROPERTY. HCF/HCF'S LONG HELD RETALIATORY TACTIC. TO PUNISH PRISONERS FOR EXERCISING THEIR FIRST AMENDMENT RIGHTS. PLAINTIFF HAS NOW FOUND THE 8 PAGES OF COMPLETED WORK IN RESPONSE TO THE JUDGES ORDER TO SHOW CAUSE WHICH PLAINTIFF WILL NOW FINISH! HOPEFULLY, UNLESS EDCF TAKES ALL PLAINTIFFS PROPERTY LIKE HCF DID.

(EXHIBITS 1-10 ATTACHED)

RESPECTFULLY,

David Brown #57800

EXECUTED ON - 12-21-2021

(PAGE-14-OF-14)