IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRISTOPHER DAVID BROWN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case. No. 21-CV-3105-SAC |
| | ) |
| **DANIEL SCHNURR,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## WAIVER OF SERVICE OF SUMMONS EXECUTED

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections agrees on behalf of the defendants listed below to waive service of process and complaint in this matter. Pursuant to the Memorandum of Understanding for the Pilot Program for E-Service, the Martinez Report shall be due sixty (60) days from the date of this waiver and counsel for the Defendant's shall have sixty (60) days from the date the Martinez Report is filed to answer or otherwise respond to the complaint.

| 02-03-2022 | s/Dennis D. Depew |
|---|---|
| Date | Signature of Deputy Attorney General |

| Jeffrey Neal Pettijohn | Todd E. Swenson |
|---|---|
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |