# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRISTOPHER DAVID BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case. No. 21-CV-3105-SAC |
| ) | |
| DANIEL L. SCHNURR, *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

COME NOW Defendants Jeffrey Pettijohn and Todd Swenson, by and through Assistant Attorney General, Michael J. Duenes, and respectfully request that this Court dismiss all claims against them pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In the alternative, Defendants ask this Court to grant summary judgment pursuant to Fed. R. Civ. P. 56. In compliance with D. Kan. Rule 7.1 and 7.6, a memorandum in support is filed with this motion.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ *Michael J. Duenes*
Michael J. Duenes, KS No. 26431
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Ph: (785) 296-2215
Fax: (785) 291-3767
Email: michael.duenes@ag.ks.gov
*Attorney for Defendants*

1

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of March, 2022, the above and foregoing was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, 2nd Floor
Topeka, KS 66603
Natasha.Carter@ks.gov

Jon Graves
Kansas Department of Corrections
Hutchinson Correctional Facility
500 S. Reformatory Rd., 1568
Hutchinson, KS 67504
Jon.Graves@ks.gov

I also certify that a copy of the above was served via first-class mail, postage prepaid to:

Christopher David Brown #57800
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

                                                /s/ *Michael J. Duenes*
                                                Michael J. Duenes
                                                Assistant Attorney General