Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CHRISTOPHER DAVID BROWN,        )
                                 )
             Plaintiff,       )
                                 )
        v.                 )     No. 21-CV-3105-SAC
                                 )
DANIEL L. SCHNURR, *et al.*       )
                                 )
             Defendants.   )

## DECLARATION OF DARCIE HOLTHAUS

Comes now, Darcie Holthaus, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as a Corrections Manager II.

2. My duties as a Corrections Manager include, among other things, handling inmate grievances submitted to the Secretary of Corrections.

3. I am aware that Christopher David Brown, #57800, has filed a lawsuit regarding an incident on September 13, 2018.

4. I carefully reviewed the grievance records of inmate Brown. He has filed 293 grievance appeals to the Kansas Secretary of Corrections. Attached is a true and correct copy of KDOC's imaging storage system, filtered solely for grievance responses from the Secretary of Corrections to Brown (stored on Brown's inmate #57800 file), and attached hereto as Exhibit A.

5. Brown's many appeals to the Secretary of Corrections date from September 15, 1993 to November 5, 2021.

6. Brown also filed a grievance prior to May 7, 2018, which was grieved up to the Secretary of

Corrections, who responded to it on December 12, 2018. True and correct copies of this grievance are attached hereto as Exhibit B.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March __21___, 2022

Darcie Holthaus



KDOC-Offender - Search-KDOC-Offender

‹ Change search

| Type | Offender Number | Entry Date | TAB | Doctype | Doc D.. | Case# | DocType Description | Last Name | Middle Name | First Name |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 11/05/2021 | BA00018826 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 11/02/2021 | BA00018821 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 10/29/2021 | BA00018819 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 10/20/2021 | BA00018829 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 10/15/2021 | BA00018820 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 10/14/2021 | BA00018823 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 10/14/2021 | BA00018822 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 10/07/2021 | unnumbered | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 08/25/2021 | BA00018796 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 08/25/2021 | BA00018790 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 08/25/2021 | BA00018798 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 08/25/2021 | BA00018797 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 08/10/2021 | BA00018785 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 08/10/2021 | Inva'id | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 08/09/2021 | Informal | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 07/26/2021 | BA00018775 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 06/22/2021 | BA00018760 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 06/07/2021 | BA00018769 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 05/28/2021 | Emergency Grievance | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 11/02/2020 | BA00018643 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 09/22/2020 | BA00018607 | SOC Response to Appeal | BROWN | C | DAVID |
| | 0057800 | 09/15/1993 | TAB IG-1 | SOCRESP | 09/16/2020 | ba00018614 | SOC Response to Appeal | BROWN | C | DAVID |

C

‹ ‹ 1 › » 100 ∨

1-100 of 203

# MEMO



**Kansas**
Department of Corrections
*Hutchinson Correctional Facility*

Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
(620) 728-3338
Fax: (620) 728-3473

**DATE:** 05/07/2018
**TO:** BROWN, DAVID #57800
**FROM:** J.Pettijohn UTS
**CC:**
**RE:** Grievance

---

**FINDING OF FACT:** You have filed several grievances regarding how the breakfast juice is watered down.

**CONCLUSIONS MADE:** You have already filed several grievances on this issue. This and any subsequent grievance received from you concerning this subject shall be returned to you with no further response.

**ACTION TAKEN:** No further action warranted. Further grievances over this issue will be returned unanswered, as this response will serve as the answer for those as well.

J.Pettijohn UTS
A2

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name _____   Number _____

Facility _____   Housing Unit _____   Work Detail _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

_____   _____
Unit Team Signature                                Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____   _____
Inmate Signature                                      Date

## `WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _____   Date of Final Answer _____   Date Returned to Inmate _____

_____   _____   _____   _____
Inmate's Signature                     Date     Unit Team Signature                            Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                        _____

Type of Complaint (Item 4: Code 01-75)         _____   _____

Cause of Complaint (Item 5: Code 01-30)        _____   _____

Type of Response (Item 6a: Code 01,02,08 or 09)  _____   _____

10-15-18

(RE: GRIEVANCE (21) PAGE-3-OF-4 )   (ACF) (21)

TEARING STUFF UP. ARE YOU SERIOUS! OTHER STAFF HAVE
TOLD ME BECAUSE ARAMARK GIVE GUARDS FREE FOOD THEY
HAVE IT WORKED OUT WHERE STAFF IGNORE PROBLEM IF THEY
CAN, WHICH IS WHATS BEING DONE. PETER BLAMES PAUL.
AND NOONES HELD ACCOUNTABLE, BUT IT NEEDS TO STOP.
IVE SPOKEN TO U.T. PETTIJOHN ABOUT THIS PROBLEM RECENTLY
IN HIS OFFICE ON 9-19-2018 IN A-2 CELLHOUSE AND HE SAID
HE'D E-MAIL ARAMARK, AND AGAIN ITS DONE NO GOOD, AND AGAIN
NOTHINGS RESOLVED. IVE DISCUSSED AND/OR ARGUED, AND/OR
CUSSED UP NUMEROUS STAFF ABOUT THIS PROBLEM AND ITS STILL A
PROBLEM. WHEN THERES SUCH A EASY AND CLEAR RESOLUTION AND
ITS NOT PUT INTO ACTION, I CAN ONLY SEE THIS AS A FORM OF
RETALIATION BY THE CSI/OIC MAINLY RYAN REAVIS, COI BAKER,
U.T. HUNT OF A-3, AS IVE WROTE THESE PEOPLE UP, MY FORMS
ARE DESTROYED/NOT PROCESSED AND THE SAME STAFF THAT COULD
STOP THIS FROM HAPPENING AGAIN REFUSE TO DO SO, COI LINDOEFER
IS ANOTHER PARTY WHO RETALIATES, AND MANY OTHERS BUT ALL STAFF
HAVE TO DO IS TAST TEST THE JUICE IN FRONT OF ARAMARK FOOD
SERVICE STAFF AND NOT ACCEPT IT IF ITS INCORRECTLY PREPARED,
AND MAKE THEM SERVE THE PROPER FOOD/DRINKS. LIKE THE MENU
STATES, AND/OR FIRE THIS FOOD SERVICE CONTRACTOR WHO SHOULD
OF BEEN FIRED LONG AGO, BUT INSTEAD THEIR CONTRACT GETS
RENEWED OVER AND OVER AGAIN. I'M SICK OF THIS AND SICK
OF STAFF ALWAYS LAUGHING, SMILING, AND KNOWINGLY TELLING
ME TO FILE A FORM 9/GRIEVANCE THAT DOES NO GOOD. SEE
GRIEVANCES LABELED (4) AND (19) AND (22) ALL DEALING
WITH THE EXTREMELY WATERED DOWN BREAKFAST JUICE.
AND #(21) WHICH IS THIS GRIEVANCE.

**DO NOT WRITE BELOW THIS LINE**

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name _____   Number _____

Facility _____   Housing Unit _____   Work Detail _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_____   _____
Unit Team Signature                                   Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days.)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____   _____
Inmate Signature                                          Date

**`WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____   Date of Final Answer _____   Date Returned to Inmate _____

_____   _____   _____   _____
Inmate's Signature                          Date   Unit Team Signature                          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                           _____

Type of Complaint (Item 4: Code 01-75)            _____   _____

Cause of Complaint (Item 5: Code 01-30)           _____   _____

Type of Response (Item 6a: Code 01,02,08 or 09)   _____   _____

(RE: GRIEVANCE (21) PAGE-3-OF-4)    10-15-18    ) IFCF
                                                    (21)

TO EXIST. THIS IS AN EXAMPLE OF THE
USELESS GRIEVANCE SYSTEM. K.D.O.C HAS. ANOTHER
EXAMPLE OF A PROBLEM THAT CAN QUICKLY AND
EASILY BE FIXED/CORRECTED, BUT BECAUSE KDOC
CONTINUE TO GIVE ITS EMPLOYEES IMPUNITY AND IS
NOT CONCERNED WITH PRISONERS WELLFARE OR HEALTH
NOTHING IS DONE ABOUT THIS ISSUE. YET PRISONERS
IN GENERAL POPULATION ARE NOT SERVED WATERED
DOWN JUICE, BECAUSE IT WOULDNT BE ACCEPTED AND THE
PRISONERS ARNT BEHIND A DOOR AND STAFF ARE NOT SO
QUICK TO MISTREAT AND IGNORE PROBLEMS SUCH AS THIS
ONE. THE EQUAL PROTECTION RIGHTS OF SEGREGATION
PRISONERS ARE, HAVE BEEN, AND WILL CONTINUE TO BE
VIOLATED. CSI RYAN REAVIS HAS KNOWN ABOUT THIS FOR
A VERY LONG TIME, AND IS THE MAIN PROBLEM, BECAUSE
HE'S NOT TASTING/TESTING THE JUICE AT THE FRONT DOOR/
GATE WHEN ARAMARK BRINGS THE FOOD AND DRINKS AND
SENDING THE STUFF BACK WHEN SOMETHING IS WRONG
WITH IT. AND KDOC WANTS THEIR HEAD STAFF MEMBER
IN POSITIONS OF AUTHORITY SO THEY CAN ENSURE THE
PRISONER ARE HARASSED, MISTREATED, AND DENIED
NEEDED NUTRITION. STAFF HAS TOLD ME NOTHING
WILL CHANGE UNLESS PRISONERS START RAISING CANE,
BANGING ON THEIR DOORS, YELLING, SCREAMING, AND

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name _____   Number _____

Facility _____   Housing Unit _____   Work Detail _____

---

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

---

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_____
Unit Team Signature                      Date

### INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____
Inmate Signature                         Date

### `WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _____   Date of Final Answer _____   Date Returned to Inmate _____

_____
Inmate's Signature          Date   Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

---

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number _____

Type of Complaint (Item 4: Code 01-75) _____   _____

Cause of Complaint (Item 5: Code 01-30) _____   _____

Type of Response (Item 6a: Code 01,02,08 or 09) _____   _____

10-15-18

( RE: GRIEVANCE (24) PAGE-2-OF-4 )

HCF
(21)

POINT AND I TOLD HIM, ONCE AGAIN, THE BREAKFAST
JUICE IS NOTHING MORE THAN A COLOR TINTED WATER, AND HE
SAID I'LL DOCUMENT IT. THIS HAS GONE ON FOR OVER A YEAR
I KNOW OF AND DOCUMENTING IT ISN'T DOING ANY GOOD.
STAFF SHOULD NOT SERVE THIS INCORRECTLY PREPARED.
BREAKFAST DRINK. STAFF SHOULD NOT ACCEPT THIS TINTED
COLOR WATER. A-CELLHOUSE IS SEGREGATION, AND THE
GUARDS RECEIVE THE FOOD AND DRINKS AND THEN PASS THEM
OUT TO THE PRISONERS. STAFF SAY ITS WHAT THE KITCHEN
SENDS. SO WHAT DOES THAT MEAN? IF THE KITCHEN
SENDS MUD WATER STAFF IS GOING TO PASS THAT OUT AS
WELL IS WHAT I'M BEING TOLD, AND THAT PRISONERS
WILL ACCEPT IT AND EAT/DRINK WHATS SERVED OR DO
WITHOUT. THIS IS CRAZY! UNIT TEAM ROBERT HURT IN
A-3 CELLHOUSE DESTROYED AT LEAST EIGHT FORM-9'S I
HAD ATTACHED TO A GRIEVANCE DOCUMENTING THE
STAFF, TIME, DATE, AND THE TINTED COLOR WATER BEING
SERVED. I'VE MADE SEVERAL COMPLAINTS ABOUT THE
WATERED DOWN JUICE IN A-1 AND A-2 CELLHOUSE. FILLED
FORM-9'S AND GRIEVANCES. AND STILL A YEAR PLUS
LATER THERES NO RESOLUTION. THE PROBLEM CONTINUES

DO NOT WRITE BELOW THIS LINE

→

HRF / (21)

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name _DAVID BROWN_                    Number _57800_

Facility _HUTCHINSON CORR FAC_ Housing Unit _A-2/227/_     Work Detail _N/A_

(PAGE-1-OF-4)

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). _ONCE AGAIN A-CELLHOUSE STAFF_ _SERVED EXTREMELY WATERED DOWN APPLE JUICE. WHEN I SAW IT I KNEW_ _BEFORE I TASTED IT THAT IT COULD BE WATERED DOWN FROM THE ALMOST_ _CLEAR COLOR. ONCE I TASTED IT AND CONFIRMED MY ASSUMPTION I ASKED_ _COI BAILLIES WHY HE'S SERVING WATER, AND HE SAID HE DIDN'T MAKE IT AND_ _I SAID I KNOW, BUT YOUR SERVING IT AND SHOULDN'T BE AT THE MENU CALLS_ _FOR APPLE/ORANGE JUICE 100% CONCENTRATE, FOR THE NUTRITIONAL VALUE_ _WE CAN GET WATER OUT OF THE SINK. CSI REAVIS RYAN CAME BY AT THIS_

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _10-13-18_ (21)

---

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_DOESN'T SOLVE THE PROBLEM_
_WHY DO I STILL SUFFER_
_SUCH HARDSHIP AND NEGLECT_
_OF HEALTH AFTER SEVERAL_
_GRIEVANCES AND FORM 9'S_
_ARE FILED? PETITION PROTEST. STAFFS_
_WRONG DOING AS USUAL. MAKES ME SICK!_

See attached

_____    _____
Unit Team Signature                Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__✓__ I am (not) satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_David Brown_                              _11-13-2018_
Inmate Signature                            Date

---

**`WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____  Date of Final Answer _____  Date Returned to Inmate _12-4-2018_

_David Brown_        _12-4-2018_        _Refused to Sign_        _12-4-2018_
Inmate's Signature        Date        Unit Team Signature        Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

---

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                    _BA00018916_

Type of Complaint (Item 4: Code 01-75)        _O        1_

Cause of Complaint (Item 5: Code 01-30)        _O        7_

Type of Response (Item 6a: Code 01,02,08 or 09)    _O        8_

INMATE REQUEST TO STAFF MEMBER

To: _____     Date: _____

    (Name and Title of Officer or Department)

_____     **To be retained by Inmate**

    Unit Team, Detail, or Cellhouse Officer's Signature

**Form 9**
For Cellhouse Transfer
Work Assignment _____     _____
Interview Requests                                                    Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

_____
Number

**INMATE REQUEST TO STAFF MEMBER**

To: _____     Date: _____
   (Name and Title of Officer or Department)
   State completely but briefly the problem on which you desire assistance. (Be specific.)

_____
_____
_____
_____
_____
_____

Work Assignment: _____   Living Unit Assignment: _____
Comment: _____   Detail or C.H. Officer: _____

Disposition: _____
_____
_____
_____

To: _____     Date: _____
   (Name & Number)

Disposition: _____
_____
_____
_____

_____                    **To be returned to inmate.**
Employee's Signature

P-0009

HKF/(22)

( RE: FOLLOW DATED 9-8-18) (PAGE-2-OF-2 )

AND I SUGGESTED THEY HAVE THE JUICE BROUGHT
TO THE CELLHOUSE EARLIER, IF TIME IS A ISSUE/REASON
THIS CONTINUES TO BE A PROBLEM FOR OVER A YEAR,
AND THAT IT DONT TAKE HOURS TO MAKE JUICE. I ALSO MADE
THE POINT IF THE TRAYS CAME W/ NO PANCAKES ON HOW THEY WOULD
SEND THE TRAYS BACK AND DEMAND THE PANCAKE BE PUT ON THE TRAY
BECAUSE THATS WHAT THE MENU STATES IS TO BE SERVED FOR
THE MEAL. THE MENU ALSO STATES APPLE JUICE OR ORANGE
JUICE IS TO BE SERVED WITH THE BREAKFAST MEAL. IT MAKES
ME SICK THAT STAFF ARE NOT CONCERNED WITH THIS ISSUE.
THIS IS ANOTHER EXAMPLE OF HOW USELESS THE
GRIEVANCE SYSTEM IS. A RUBBER STAMPING REPLY, VERY
RETALIATORY, COMPOUNDING MATTERS, COUNTERPRODUCTIVE, GIVES
STAFF IMPUNITY 99% OF THE TIME, CORRUPT, STONEWALLING
GRIDLOCKING SYSTEM. THE WARDEN/SECRETARY NEED TO
RECONSTRUCT THE GRIEVANCE SYSTEM WENT OUTSIDE KDOC
PARTLY RESPONDING TO THE COMPLAINT, AND/OR STOP SURROGATE'S
ACCEPTING THE EVIL IT IS AND THIS EASLEY
RESOLVABLE ISSUE ADMITTED AND CORRECTED! ITS DELIBERATE
INDIFFERENCE TO MY HEALTH

A2-227    BROWN    HCF/(22)

Last Name Only

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

### KANSAS DEPARTMENT OF CORRECTIONS
(PAGE-1-OF-2)          # 57800
                                              Number

### INMATE REQUEST TO STAFF MEMBER

To: CO/ JESSE W. BAKER OF A-CELLHOUSE Date: 9 - 8 - 2018 (22)
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

ON 9-8-2018 IN A-2 CELLHOUSE ONCE AGAIN, AS IS USUAL CO/
BAKER PASSED OUT THE BREAKFAST JUICE THIS MORNING. IT WAS SUPOST
TO BE APPLE JUICE, BUT INSTEAD, WATERED DOWN JUICE, NOT SWEET AT ALL WAS
SERVED. I ASKED WHY STAFF DONT SEND THE JUICE BACK AND HE SAID CAUSE THEY
DONT HAVE TIME. I EXPLAINED THE WHOLE POINT OF APPLE/ORANGE JUICE IS THE
NUTRITIONAL VALUE AND HEALTH AND WE NEED THE ACTUAL JUICE FOR HEALTH REASONS.

Work Assignment: N/A _____ Living Unit Assignment: A-2/227 / HCF

Comment: _____ Detail or C.H. Officer: HURC (SI PLAWS)

Disposition: I dont Taste the Juice. Im here to pass it Airmark should taste it
before sending it. I get plenty of I/M That tell me its good or Bad.

( ↑ CO/ BAKERS WRITTEN RESPONSE)
( ↑ REFUSED TO SIGN,

To: BROWN #57800                    Date: 9-8-2018
(Name & Number)

Disposition: RETURNED TO ME BY CO/ BAKER, WHO LIED TO ME
SEVERAL TIMES WHEN TELLING ME HE "WRITES ARAMARK UP AND
HE TAST THE JUICE

CO/ JESSE W. BAKER REFUSED TO SIGN,
                Employee's Signature                    To be returned to inmate.

P-0009

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name _____ Number _____

Facility _____ Housing Unit _____ Work Detail _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

_____
Unit Team Signature                                    Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____
Inmate Signature                                                        Date

## `WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _____ Date of Final Answer _____ Date Returned to Inmate _____

_____     _____
Inmate's Signature                               Date       Unit Team Signature                          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                            _____

Type of Complaint (Item 4: Code 01-75)          _____  _____

Cause of Complaint (Item 5: Code 01-30)         _____  _____

Type of Response (Item 6a: Code 01,02,08 or 09) _____  _____

(RE: GREEVANCE (22) PAGE-2-OF-2) HCF/(22)

CO1 BAKER HAS TOLD ME SEVERAL TIMES, "EVERYONE COMPLAINS ABOUT THE JUICE," ITS ALSO UNSETTING THAT WHEN I SAID SOMETHING TO CO1 BAKER ABOUT THE WATERED DOWN JUICE SATURDAY MORNING HE LAUGHED, AS IF IT WAS A GAME AND FUNNY, BUT WHEN I ASKED WHATS FUNNY HE CLEARED THAT FUNNY HA HA HEE HEE FACE AT ONCE. IT ALSO BEARS MENTION CO1 BAKER REFUSED TO SIGN HIS NAME ON THE REPLY/DISPOSITION PART, WHERE HE WROTE HIS REPLY, EVEN AFTER I BROUGHT IT TO HIS ATTENTION. KAR 44-15-101 (f) STATES IN RELEVANT PART NO STAFF SHALL REFUSE TO SIGN, DATE, AND RETURN A FORM-9." AS YOU CAN SEE, THE ATTACHED FORM-9 IS NOT SIGNED BY CO1 BAKER AS HE REFUSED TO DO SO, VIOLATING THIS RULE AND SHOULD BE HELD ACCOUNTABLE FOR HIS ACTIONS. CO1 BAKER IS ALSO INTENTIONALLY/KNOWINGLY LYING TO MY FACE, CLAIM HE DIDNT SAY THINGS, WHEN HE AND I BOTH KNOW HE DID, AND THE ONLY REASON HES CHANGED HIS STANDING IS DUE TO THIS FORM-9 BEING ADDRESSED TO HIM DIRECTLY, STATING FACTS WITH HIS COMMENTS ON PAPER, AND ALL OF A SUDDEN HE NO LONGER TAST THE JUICE, AND ALL OF A SUDDEN I/M'S ARE TELLING HIM GOOD JUICE IS SERVED. MAKES ME SICK HE'S PLAYING THESE GAMES, CALLING ME A LIAR, WHEN HE IN FACT IS THE LIAR, HE PROVOKING ME BY DOING THIS, ITS VERY UNPROFESSIONAL AND CREATES A HOSTILE WORK ENVIRONMENT AND BAD UNTRUSTING RELATIONSHIPS WITH PRISONERS. THE WARDEN/SECRETARY SHOULD CAUSE THIS PROBLEM TO BE RESOLVED AT ONCE, AS ITS NO A DIFFICULT MATTER TO RESOLVE. YET ITS BEEN A EXISTING MATTER FOR OVER A YEAR! BAKER IS PLAYING GAMES AND ITS SAD HES ACTING SO UNPROFESSIONAL AND LYING AND RETALIATING ~~WHEN~~ HES IN THE WRONG!

DO NOT WRITE BELOW THIS LINE

HCF/(22)

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name _DAVID BROWN_     Number _57800_

Facility _H.C.F. — C_     Housing Unit _A-2 / 227_     Work Detail _N/A_

---

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). _ATTACHED IS A FORM-9 DATED 9-8-2018_)

_MY COMPLAINT IS THAT COI JESSE W. BAKER CONTINUES TO SERVE ME EXTREMELY WATERED DOWN BREAKFAST JUICE WHEN H.C.F'S ARAMARK'S APPROVED MENU STATES APPLE OR ORANGE JUICE IS TO BE SERVED, AND THAT COI BAKER HAS TOLD ME SEVERAL TIMES HE'S TASTED THE JUICE AND KNOWS ITS WATERED DOWN AND SEVERAL INMATES HAVE COMPLAINED AND THAT HE'S WROTE ARAMARK UP, AND IT DOESNT DO ANY GOOD, THEN WHEN I WRITE A FORM-9 DIRECTLY TO HIM HE LIES AND SAYS HE NEVER SAID HE'S WROTE ARAMARK UP, AND SEVERAL INMATES TELL HIM THE JUICE IS FINE, WHICH IS ANOTHER LIE BECAUSE_ →

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _9-28 -2018(22)_

---

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_Col Baker is correct in his response, The cell house officers will continue to relay the info to Aramark regarding the juice. Thank you for making us aware of this._

_WHAT DOES THIS HAVE TO DO WITH CO BAKERS LYING PLAYING GAMES OR SOLVE THE PROBLEM?_

Unit Team Signature _Fehan_     Date _11-13-18_

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__✓__ I am (not) satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature _David Brown_     Date _11-13-2018_

---

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _11-26-18_   Date of Final Answer _11-29-18_   Date Returned to Inmate _12-4-2018_

Inmate's Signature _David Brown_   Date _12-4-2018_   _A-2/227/HCF_   _Refused to sign_   Unit Team Signature   Date _12-4-2018_

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

---

**TO BE COMPLETED BY STAFF ONLY**

| | |
|---|---|
| Grievance Serial Number | BA00018216 |
| Type of Complaint (Item 4: Code 01-75) | 0   1 |
| Cause of Complaint (Item 5: Code 01-30) | 0   7 |
| Type of Response (Item 6a: Code 01,02,08 or 09) | 0   8 |

*(STACKED GRIEVANCES)*  *HCF*
*(22)(21)*

*(GRIEVANCE (21) IGNORED)*

# Kansas

**Department of Corrections**
*Hutchinson Correctional Facility*

Phone: (620) 662-2321
Fax: (620) 728-3473
HCFI@doc.ks.gov
www.doc.ks.gov/facilities/hcf

P.O. Box 1568
Hutchinson, KS 67504

Joe Norwood, Secretary
Dan Schnurr, Warden

Governor Jeff Colyer, M.D

DATE:        11/29/2018

TO:          Brown, David #57800
             A2-227

SUBJECT:     Grievance #BA00018216

FROM:        Dan Schnurr, Warden
             HUTCHINSON CORRECTIONAL FACILITY

**FINDING OF FACT:** In your grievance you allege COI Baker continues to serve watered down juice from Aramark. You also allege he has lied regarding this issue and others.

**CONCLUSIONS:** I have reviewed your grievance and the response from UTS Pettijohn. I have also spoken to UTM Nickels regarding the watered-down juice being served in RHU. I concur with UTS Pettijohn's response and will add UTM Nickels has directed this concern with Aramark and Deputy Warden Barr. In regards to COI Baker's suspected lying and not following policy while handling form-9's, I have passed your concerns to his supervisory staff to address with him.

**ACTION TAKEN:** None warranted. This is my final answer to you on this matter. Any subsequent grievances received from you concerning this subject will be returned to you with no further response. You may appeal this decision to the Secretary of Corrections in accordance with applicable regulations that may be found in your Inmate Rule Book.

Dan Schnurr
HCF, Warden

DS/MAN/eks

cc: Unit Team Manager

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _____ Facility: _____

Inmate Number: _____ Grievance Serial No. _____

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Secretary of Corrections                    Date Mailed: _____
           Landon State Office Building
           900 Jackson, 4th Floor
           Topeka, Kansas 66612

---

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.)

_____

Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned within 20 days)
If applicable - Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____        Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____

Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code   Ø1,   Ø2,   Ø8   or   Ø9)   __ __

DC  Ø9Ø, Effective May 1, 1988

P-157a

(# BA00018216)

( RE: PAGE-2-OF-2 OF GRIEVANCE APPEAL (22)/21 )      (22)/21

IT MAKES ME SICK TO MY ~~STOMACH~~ STOMACH HOW WORTHLESS
THE KDOC'S GRIEVANCE SYSTEM IS. GUARDS SAY THEY DON'T
CARE IF THEY GET WROTE UP BECAUSE NOTHING WILL COME OF
IT. STAFF RETALIATE AGAINST PRISONERS FOR FILING FORM-9
AND GRIEVANCE COMPLAINT NEVERTHELESS. SEGREGATION UNITS
CONTINUE TO BE SERVED WATER FOR BREAKFAST JUICE EVEN AFTER
I'VE FILED ALL THIS PAPER WORK, ARGUED WITH STAFF, AND YEARS
LATER ITS STILL THE SAME ISSUES THAT CONTINUE AND STAFF
AND UNIT TEAMS ALL KNOW IT. THIS IS HOW IT GOES 99% OF THE
TIME WITH ALL ISSUES! THE TIME LIMITS ARE NEVER FOLLOWED.
IT TOOK (74) DAYS TO GET (1) GRIEVANCE ANSWERED BY
ONE UNIT TEAM AND ONE WARDEN. AND I STILL HAVE TO APPEAL THIS
TO THE SECRETARY OF CORRECTIONS WITCH WILL TAKE ANOTHER
MONTH. STAFF/GUARDS/UNIT TEAMS HAVE NO RESPECT/REGARD FOR
THE GRIEVANCE PROCEDURES OR ITS TIME LIMITS. ITS A JOKE!!
AND THE STACKED/ATTACHED GRIEVANCES ISSUES WERE IGNORED
UNIT TEAM PETTIEJOHN, LIT. HUNT, UNIT TEAMS AT OTHER FACILITIES
HAVE ALL TOLD ME THEY ARE TOLD TO VIOLATE TIME LIMITS, GIVE HALF
ANSWERS, IGNORE ISSUES, NOT TO RESPOND TO THINGS, ETC. AND THE
SECRETARY OF CORRECTION DOES THE SAME THING HE JUST RUBBER
STAMPS UPHOLDING ALL GRIEVANCES MORE OR LESS. IT REALLY
MAKES ME SICK. SO I'LL GO ON DRINKING WATER RATHER THAN
ORANGE/APPLE JUICE THAT HAS HEALTH VALUES FOR WHO KNOWS HOW
MANY MORE YEARS. I TRUELY HOPE LIFE COMES BACK AROUND TO ALL
KDOC STAFF AND REPAYS THEM FOR ALL THEY'VE DONE WHILE EMPLOYEED
AND/OR HAVEN'T DONE.

*STACKED GRIEVANCES.*  (22)(21)

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

(21) *IGNORED*

Inmate Name: _DAVID BROWN_    Facility: _Hutchinson corr. fac - center_

Inmate Number: _57800_    Grievance Serial No. _BA00018216_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.) *(PAGE-1-OF-2 OF APPEAL)*

MAIL TO:    Secretary of Corrections        Date Mailed: _12-4-2018_ (22)/(21)
         Landon State Office Building    *STACKED GRIEVANCES (21) AND (22)*
         900 Jackson, 4th Floor    *GRIEVANCE (21) NOT ADDRESSED.*
         Topeka, Kansas 66612

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) *IN SEGREGATION UNLESS THE BREAKOUT JUICE FOR REGULAR DIET PREFERENCE HAS BEEN WATERED DOWN FOR MEALS. I'VE MADE NUMEROUS COMPLAINTS ABOUT BUT NOT TO A COUNTERPRODUCTIVE RETALIATORY GRIEVANCE SYSTEM THAT ET AL RECEIVE RESOLUTION KDOC/HCF EMPLOYEES WILL PROVIDE. BUT INSTEAD LIE AND PLAY GAMES TO ENSURE THE PROBLEMS CONTINUE. THE COMPLAINT IS ALSO ABOUT COVER UP IN VIOLATING THE GRIEVANCE PROCEDURE AT THE ATTACHED PROOFS SUPPORTS, BUT U.T.'s REFUSE TO HOLD STAFF ACCOUNTABLE FOR THEIR ACTIONS/BEHAVIORS AND INSTEAD GIVE THEM IMPUNITY. I STAND AND RESTATE MY COMPLAINTS IN THE TWO GRIEVANCES W: (signed David Brown) PETITION HAS FAILED TO IGNORE THE ISSUES IN THE* Signature of Inmate *GRIEVANCES HEREIN THIS SECOND GRIEVANCE, AND I INCORPORATE FILE BECAUSE I ALSO/OR GRIEVANCES APPEAL JOE NOLWOOD NEEDS TO CAUSE THE MENU TO BE SECURED/JUICE PREPARED PROPERLY*

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned within 20 days)
If applicable - Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____    Date Sent to Inmate: _____

Finding of Fact:

*RECEIVED DEC 11 2018 (stamp) management*

Conclusions Made:

Action Taken:

                                             Secretary of Corrections

Type of Response (Item 6b: Code   Ø1,   Ø2,   Ø8   or   Ø9) __ __

---

DC Ø9Ø, Effective May 1, 1988

P-157a

# Grievance-Response on Appeal

**FACILITY:**          **Hutchinson Correctional Facility**

**INMATE:**            **0057800 BROWN, DAVID**

**GRIEVANCE NO.:**  **BA00018216**

**DATE:**              **December 12, 2018**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

## ACTION TAKEN

None further.


**Douglas W. Burris**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Schnurr
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.