TO: THE WARDEN, DANIEL L. SCHNURR, AND K.D.O.C. SECRETARY, JEFF ZMUDA (RE: LEGAL/OFFICIAL CORRESPONDENCE) (DATE 8-23-2021)

IN THE KANSAS DEPARTMENT OF CORRECTIONS RULE BOOK UNDER (KAR) KANSAS ADMINISTRATIVE REGULATIONS, 44-15-101a (d)(1) IT STATES, THE GRIEVANCE PROCEDURE SHALL BE APPLICABLE TO A BROAD RANGE OF MATTERS THAT DIRECTLY AFFECT THE INMATE, INCLUDING THE FOLLOWING (A) COMPLAINTS BY INMATES REGARDING POLICIES AND CONDITIONS WITHIN THE JURISDICTION OF THE FACILITY OR THE DEPARTMENT OF CORRECTIONS. and (B) ACTIONS BY EMPLOYEES AND INMATES, AND INCIDENTS OCCURRING WITHIN THE FACILITY. (2) THE GRIEVANCE PROCEDURE SHALL NOT BE USED IN ANY WAY AS A SUBSTITUTE FOR, OR AS PART OF, THE INMATE DISCIPLINARY PROCEDURE, THE CLASSIFICATION DECISION-MAKING PROCESS, OR THE PROPERTY LOSS OR PERSONAL INJURY CLAIMS PROCEDURE, OR THE PROCEDURE FOR CENSORSHIP OF PUBLICATIONS SPECIFIED IN THE SECRETARY'S INTERNAL MANAGEMENT POLICY AND PROCEDURE. THE LANGUAGE IS CONFUSING, BUT SINCE THE PROPERTY LOSS OR PERSONAL INJURY CLAIMS PROCEDURE IS SPECIFICALLY MENTIONED I AM UNDER THE IMPRESSION, AND BELIEVE I AM NOT ALLOWED, ABLE, AND/OR AUTHORIZED TO INVOKE THE K.D.O.C. GRIEVANCE PROCEDURE/SYSTEM ON MATTERS PERTAINING TO K.D.O.C'S PROPERTY LOSS CLAIM PROCEDURE VIA K.A.R 44-16-102 REPORTING LOSS OR DAMAGE TO PROPERTY AND IMPP-01-118D. THEREFORE, I WILL INVOKE K.D.O.C'S SPECIAL PROCEDURES, UNDER K.A.R. 44-15-201. SPECIAL KINDS OF PROBLEMS.(a) WHICH STATES, "IF AN INMATE WANTS TO BRING A PROBLEM TO THE ATTENTION OF A HIGHER AUTHORITY WITHOUT GOING THROUGH THE GRIEVANCE PROCEDURE, THE INMATE MAY ADDRESS AS OFFICIAL MAIL A SEALED LETTER OR GRIEVANCE REPORT FORM TO THE WARDEN OF THE FACILITY, THE SECRETARY OF CORRECTIONS, OR THE STATE PARDON ATTORNEY. HOWEVER, THESE LETTERS OR GRIEVANCE REPORT FORMS SHOULD BE RESERVED FOR THE MOST DIFFICULT AND COMPLEX PROBLEMS. GENERALLY, ANY MATTER THAT CAN BE INTERNALLY HANDLED UNDER THE INMATE GRIEVANCE PROCEDURE SHALL NOT BE CONSIDERED AS APPROPRIATE FOR THE USE OF THE OFFICIAL MAIL CORRESPONDENCE PRIVILEGE." DUE TO THE FACT THAT K.D.O.C. RULES, REGULATIONS, AND/OR POLICIES PROHIBIT ME FROM GRIEVING MATTERS PERTAINING TO THE PROPERTY LOSS OR PERSONAL INJURY CLAIMS PROCEDURE, I FIND IT TO BE APPROPRIATE TO INVOKE KAR 44-15-201 SPECIAL KINDS OF PROBLEMS.(a) / SPECIAL PROCEDURES AS MY PROBLEMS, ISSUES, COMPLAINTS DEAL WITH THE PROPERTY LOSS OR PERSONAL INJURY CLAIMS PROCEDURE, STAFF DESTROYING MY LEGAL/ INJURY CLAIMS PROCEDURE, HAS BEEN A UNCHECKED, UNPROFESSIONAL, ILLEGAL, COUNTERPRODUCTIVE, RETALIATORY ACT/BEHAVIOR STAFF HAVE SUBJECTED...

NEXT PAGE →

(RE: LEGAL/OFFICIAL CORRESPONDENCE)

ME TO FOR YEARS e.g. DECADES, AS A FORM OF RETALIATION, IN AN ATTEMPT TO OBSTRUCT JUSTICE, i.e. ATTEMPTING TO DESTROY EVIDENCE, WHICH SUPPORTS AND/OR PROVES MY ALLEGATIONS/CLAIMS AGAINST STAFF THAT HAVE VIOLATED MY CIVIL RIGHTS, e.g. DENIED ME TO 1LET PAPER, FOOD, CLOTHES, PHONE CALLS, WARMTH, PROPERTY, LEGAL MATERIALS, OFFICIAL FORMS, PHONE BOOK, STAMPS, PAPER, ENVELOPES, CLEANING SUPPLIES, A PAROLE HEARING, LIGHT, WORKING PLUMBING, MENTAL HEALTH, BOOKS/SANITATION, TO BE FREE FROM BATTERY, SEXUAL HARASSMENT/SEXUAL ASSAULT/SEXUALLY INAPROPRIATE COMMENTS ACTS AND BEHAVIORS, EQUAL TREATMENT OF THE LAW, ETC. BASICALLY, LEGAL/OFFICIAL DOCUMENTS, I'VE SUBMITTED, DETAILING SUCH MISTREATMENTS, ABUSES AND/OR CIVIL RIGHTS VIOLATIONS MENTIONED ABOVE, ARE NOT ANSWERED/RETURNED AND ARE DESTROYED. I HAVE DOCUMENTED THIS FACT FOR YEARS, WHICH THE WARDENS, UNIT TEAMS, UNIT TEAM MANAGERS, CAPTAINS, LIEUTENANTS, AND THE SECRETARY OF CORRECTIONS HAVE ALL FAILED TO CORRECT/REFUSED TO CORRECT, DUE TO AN UNWRITTEN POLICY, TO GIVE/GUILTY STAFF IMPUNITY, AND IN PART, DUE TO THE BROKEN, INEFFECTIVE, CORRUPT, BIASED, COUNTERPRODUCTIVE, EXTREMELY RETALIATORY, RUBBER STAMP REPLY, DISINGENUOUS, DECEPTIVE, COUNTERINTUITIVE, COUNTERFEIT GRIEVANCE PROCEDURES, PROPERTY LOSS PROCEDURES, AND INJURY PROCEDURES. BECAUSE THESE AVENUES OFFER NO RESOLUTIONS, NO RELIEF, AND COMPENSATION, IT'S ESSENTIAL MY PROBLEMS, ISSUES, COMPLAINTS, AND REQUEST ARE DELIVERED TO HIGH RANKING OFFICIALS, CORRECTLY, AND TO ENSURE THAT IS DONE, I'VE TAKEN THE TIME TO SPEAK TO MENTAL HEALTH STAFF/JURY, UNIT TEAM PETTEJOHN, AND READ THE RULE BOOK (I'VE THE TOP OF MY HEAD) I'VE ALSO SPOKEN TO UNIT TEAM HERDEL, CSI WILSON, CSI SMITH, OVER THE COURSE OF TIME, WEEKS, MONTHS, YEARS... I AM IN BIG TROUBLE DUE TO THE RETALIATION I'VE BEEN SUBJECTED TO, FOR BAD DECISIONS NOT CHANGING AND EVOLVING FAST ENOUGH, FOR NOT REALIZING THE END RESULT SOON ENOUGH, NOT WAKING UP SOON ENOUGH, FOR A LOT OF REASONS, BUT THE CORE REASON IS ROOTED IN THE FACT THAT I'VE NOT BEEN ABLE TO HANDLE DISRESPECT, BAD, EVIL, ABUSE, MISTREATMENT, BATTERY, ASSAULT, TORTURE ILLEGAL CONDITIONS OF CONFINEMENT, JUST EVERYTHING, AND BECAUSE I HAVEN'T BEEN ABLE TO HANDLE IT ALL, OR DEAL WITH IT ALL LIKE A NORMAL OFFENDER, I'VE USED PEN, PENCIL, PAPER, ENVELOPES, POSTAGE FORM 9'S, GRIEVANCES, GRIEVANCE APPEALS, PROPERTY LOSS/ DAMAGE OR PERSONAL INJURY CLAIM FORMS, DISCIPLINARY REPORT APPEALS, 60-15 OR LAW SUITS, 1983 LAW SUITS, ALL AMOUNTING TO EXERCISING MY 1ST AMENDMENT RIGHTS MY 14TH AMENDMENT RIGHTS TO PETITION THE GOVERNMENT FOR A REDRESS OF MY GRIEVANCES/ACCESS TO THE COURTS, ETC. IN MY ATTEMPTS TO DEAL WITH ALL THE BAD

NEXT PAGE —————————➤ ➤ ➤

(EXHIBIT- B-2)

(RE: LEGAL/OFFICIAL CORRESPONDENCE)
...EVIL, ABUSE, MISTREATMENT, VIOLENCE, HATE, BATTERY, ASSAULT, SEXUAL
ASSAULT, SEXUAL HARASSMENT, INAPPROPRIATE SEXUAL COMMENTS/JOKES,
CONDUCT, THE LIES, THE CORRUPTION, THE BULLIES, THE GAMES, THE
DISRESPECT, THE UNEQUAL TREATMENT, THE BETRAYAL, RETALIATION IN
SO MANY FORMS. RETALIATORY DISCIPLINE REPORTS, MY MAIL GIVEN TO OTHER
PRISONERS, MY PROPERTY BEING DESTROYED AS WELL AS MY LEGAL/OFFICIAL
PAPERS, POVERTY, BEING DENIED BASIC NECESSITIES: LIGHT, WATER, WARMTH,
MEDICAL/MENTAL CARE/DENTAL CARE, BEING LABELED AS A: RAT, SNITCH, CHOMO,
CHILOMO/ESTER, TREE JUMPER, P.C., (PROTECTIVE CUSTODY), P.C. CHECK-IN,
CHECK IN, SEX OFFENDER, RAPIST, AND ALL THESE LABELS/TITLES ARE
LOOKED DOWN UPON BY THE PRISON POPULATION AS A WHOLE, AND
THESE LAB(EL)/TITLES CAUSE OTHER PRISONERS TO SEEK OUT CONFLICT
WITH ME, TO PREY ON ME, TO STEAL FROM ME, BEAT ME OUT OF MY
PROPERTY/MONEY, SPREAD RUMORS AGAINST ME, SPREAD LIES, TO
CALL ME NAMES, WHICH ARE THE NAMES STAFF HAVE LABELED ME
AS, THE TITLES CAUSED INMATES TO TAKE ADVANTAGE OF ME,
SOME STAFF HAVE ALLOWED INMATES TO MASTURBATE TO THEM, IN
TURN FOR THEM CAUSING ME PROBLEMS, TO HAVE ME JUMPED, BEAT
UP, STABBED, ATTACKED, GREEN LIGHTED, BATTERED, HIT WITH A LOCK,
HARASSED, THREATENED, MADE FUN OF, DROVE, AND I'VE
HAD ALTERCATIONS DUE TO STAFF'S ENCOURAGEMENT, DEALINGS, AND
RETALIATION TWICE THIS EAR, THE LAST TWO INCIDENTS I
HAVE HAD WITH INMATES STARR AND LANDRETH, HAVE BOTH
BEEN BECAUSE OF K.D.O.C. STAFF, AND THE VIOLENCE WAS THE
END RESULT. THE REASON FOR ALL THESE ISSUES IS BECAUSE I'VE
USED A PEN AND PAPER AND TAKEN PART IN K.D.O.C'S DUE PROCESS/
GRIEVANCE PROCEDURES, D.R. PROCEDURES, PROPERTY PROCEDURES,
FOR LEGALLY PROTECTED CONDUCT. BECAUSE K.D.O.C. STAFF SEE ME AS
A PIECE OF S*** FOR "TELLING ON THEM." AND AS I'VE SAID, I MADE
BAD DECISIONS, I'M NOT A ANGEL, NOT DEFLECTING ALL FAULT. I'M JUST
STATING THE TRUTH/FACTS AND EXPLAINING HOW I ENDED UP HERE,
WHERE I'M AT TODAY, IN DANGER, FEARING FOR MY LIFE, WORRYING
EACH AND EVERY DAY WHAT FORM OF RETALIATION, ABUSE,
MISTREATMENT, I'LL EXPERIENCE TODAY, WHAT VIOLENCE I AM AT
RISK OF, WHAT HARASSMENT I'LL GET, I LIES I'LL BE TOLD. AND I'M
TRYING TO HOLD IT TOGETHER. I CRY, A LOT. BECAUSE OF IT ALL.
BECAUSE I'VE BEEN IN JAIL/PRISON SINCE 1992 AND I'M STILL
SERVING TIME FOR MY LIFE SENTENCE, WHICH WHENEVER I DO GET
PAROLED IS NOT FREEDOM, BUT A BEGINNING ON A NEW SENTENCE,
AND THEN I MUST GET PAROLED AGAIN TO MY LAST SENTENCE, AND
IT'S A SLOW DEATH SENTENCE, IT'S KILLING ME, AND I'M OLD AND
I FEAR I'M GOING TO DIE IN PRISON, AND I REALIZE...

NEXT PAGE →  →  →  →

(EXHIBIT - B-3)

(RE: LEGAL / OFFICIAL CORRESPONDENCE)

HOW SERIOUS ALL OF THIS REALLY IS. ITS LIFE THREATENING, AND IVE GOT TO DO SOMETHING DIFFERENT. BECAUSE THE AVENUES I'M GIVEN TO ADDRESS AND RESOLVE MY PROBLEMS ARE INEFFECTIVE. A GOOD EXAMPLE IS MY RECENTLY SUBMITTED PROPERTY DAMAGE / LOSS OR PERSONAL INJURY CLAIM FORM, AND BEING TOLD IT WILL NOT BE APPROVED, BEFORE ITS EVEN BEEN READ OR INVESTIGATED, AND I'M ONCE AGAIN FACED WITH A PROBLEM / INJURY WITH NO AVENUES OF RESOLUTIONS AT HAND, OR MORE TO THE POINT WOULD BE I DO HAVE DUE PROCESS AVENUES, BUT BECAUSE K.D.O.C. STAFF, THE AVENUES ARE INEFFECTIVE, BIASED, AND OFFER NO RESOLUTION AND / OR RELIEF, BUT DOES OFFER NUMEROUS FORMS OF RETALIATION. UNIT TEAM ROBERT HURT TOLD ME IF I DIDN'T STOP FILING PAPER WORK HED MAKE SURE I WAS PASSED BY THE PAROLE BOARD, A OUT-RIGHT THREAT AGAINST THE EXERCISING OF MY FIRST AMENDMENT RIGHT, AND I REPORTED THAT THREAT AND OTHERS, AND UNIT TEAM R. HURT RECEIVED IMMUNITY, WAS PROMOTED TO UNIT TEAM MANAGER, AND HE DID ENSURE THE PAROLE BOARD PASSED ME _____ DUSTIN RANDOLPH AT EL DORADO CORRECTIONAL FACILITY DID THE SAME THING. TOLD ME TO STOP FILING ALL THE PAPER WORK OR HE WOULD SPEND JUST AS MUCH TIME HE SPENDS ON MY PAPER WORK ON CREATING A RECORD I'LL NEVER SEE, BUT IN WHICH THE PAROLE BOARD WOULD SEE, AND I WROTE THAT GUARD (AT THE TIME) UP, BUT MY OFFICIAL/LEGAL PAPERS WERE NOT ANSWERED, NOT RETURNED, DESTROYED, AND RANDOLPH WAS PROMOTED TO UNIT TEAM, AND THEN UNIT TEAM MANAGER, ITS A PATTERN OF BEHAVIOR FOR THE WORST OF STAFF TO GET PROMOTED. ITS ALSO A PATTERN OF BEHAVIOR FOR STAFF TO RETALIATE AGAINST ME FOR INVOKING KDOC'S GRIEVANCE PROCEDURE. I AM IN PRISON, AND I AM UNDER THE SECRETARY OF CORRECTIONS AND WARDENS CARE, BUT THEY ARE IGNORING THEIR DUTY TO CARE FOR ME, AND ITS COSTING ME MY LIFE, HARDSHIPS, PAIN, SUFFERING, AND MY LIFE. THE LAST DIR. I RECEIVED FOR BAPTIZING / BATTERING THREE H.C.F. STAFF WAS DUE TO K.D.O.C.'S FAILED GRIEVANCE PROCEDURE, BECAUSE STAFF THAT PROCESS THE FORM 9'S, GRIEVANCES, AND GRIEVANCE APPEALS LIED FOR STAFF, COVERED FOR STAFF, PROTECTED STAFF AND GAVE GUILTY STAFF IMMUNITY. AFTER DRAFTING AROUND ONE HUNDRED PAGES OF COMPLAINTS, REPORTING PROBLEMS WHICH INVOLVED TWO STAFF (AT THE TIME) AT CH. CSI KUHNS, AND C/O PETTSER. THESE TWO STAFF MEMBERS LABELED ME A RAT, SNITCH, SEX OFFENDER, RETALIATED AND HARASSED ME AT EVERY TURN. OTHER GUARDS WOULD TELL ME HOW CSI KUHNS AND C/O PETTSER WERE TALKING BAD ABOUT ME AND THEIR RETALIATION & HARASSMENTS, C/O REVER, C/O GILLESPIE, AND OTHERS WOULD

NEXT PAGE →

(RE: LEGAL/OFFICIAL CORRESPONDENCE)

TELL ME, BUT REFUSED TO MAKE SUCH REPORTS TO HIGHER RANKING AUTHORITIES SO I FILED FORM-9'S, GRIEVANCES AND GRIEVANCE APPEALS, WHICH DID NO GOOD, AND ONLY CAUSE FURTHER RETALIATION AND SOON I WAS BEING DENIED WHOLE BREAKFAST MEALS, AND ALWAYS HAVING AN ISSUE WITH MY TRAY MISSING STUFF (FOOD), I WAS PUT ON AN UNAUTHORIZED DIET, WHICH I WASN'T ON, BUT BECAUSE THE PROBLEM SOLVING AVENUES DON'T WORK IT ALL WENT ON FOR MONTH AND MONTHS, MY HARDSHIPS LONG LASTING, THE ILLEGAL CONDITIONS OF CONFINEMENT, THE TORTURE, THE CRUEL AND UNUSUAL PUNISHMENT, CIVIL RIGHTS VIOLATION, SLANDERING OF MY NAME/ CHARACTER LABELING ME A RAT, RETALIATION, AND THINGS GOT WORSE AND WORSE, AND IT NEVER SHOULD HAVE WENT ON BECAUSE I USED A PEN AND PAPER from THE BEGINNING, BUT AFTER I LOST IT AND HAD A MENTAL DEFECT AND BATTERED CSI KUHNS AND UO PETTER, THEY CONTINUED THEIR RETALIATION DENIED ME BREAKFAST, PUT MACE IN MY COFFEE AND FOOD, PUT FECES IN MY FOOD, SPIT IN MY FOOD, PROVOKED ME, WROTE FALSE RETALIATORY DISCIPLINARY REPORTS, DENIED ME TOILET PAPER, AND CONTINUED TO LABEL ME AS A RAT, SNITCH, AND ENCOURAGE OTHER PRISONERS TO HARASS ME AND ENGAGE IN CONFLICT WITH ME, AND THEY DESTROYED MY LEGAL/OFFICIAL PAPERS. ALL THE PAPER WORK I DID WAS USELESS IN OBTAINING RESOLUTIONS/RELIEF, AND EVEN AFTER I GO CRAZY, AND STAFF UNDERSTAND I DID SO BECAUSE NOONE WOULD PROTECT ME FROM THESE UNPROFESSIONAL EVIL GUARDS, IT WAS ALL A REPEATED CYCLE, THE FORM-9'S, GRIEVANCES, AND GRIEVANCE APPEALS, DISCIPLINARY REPORT APPEALS, LETTERS TO THE WARDEN, REPORTS MADE WHEN SPEAKING TO STAFF WAS USELESS. (UO PETTER WAS PROMOTED THOUGH, AS STAFF ARE GIVEN IMPUNITY FOR THEIR UNPROFESSIONAL/ILLEGAL ACTS AND BEHAVIORS. I REALIZE HOW IMPORTANT IT IS TO HAVE A WORKING, EFFECTIVE, HONEST, UNBIASED, PRODUCTIVE GRIEVANCE PROCEDURE, OR A PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM PROCEDURE, DISCIPLINARY APPEAL PROCEDURE, PROBLEM SOLVING AVENUES. THE WARDEN(S) AND SECRETARY OF CORRECTIONS SHOULD CAUSE THE PROCEDURES/SYSTEMS THEY HAVE TO BE FOLLOWED CORRECTLY, AND PROHIBIT ALL FORMS OF RETALIATION AND ENSURE STAFF THAT OVER SEE THESE PROCEDURES ARE NOT BIASED, AND DO THEIR JOBS HONESTLY AND EFFECTIVELY PROVIDING PRISONERS/ME WITH THE PROBLEM SOLVING SYSTEMS THAT OFFER REASONABLE RESOLUTIONS AND/OR COMPENSATION/RELIEF. I'M NOT THE BEST AT EXPLAINING MYSELF, BUT I WILL TRY TO ELABORATE MY CONCERNS, COMPLAINTS, ISSUES, PROBLEMS IN THE ▓▓▓▓▓▓▓ SPECIAL KINDS OF PROBLEMS GRIEVANCE FORM I'LL ATTACH TO THIS LETTER AND/OR CORRESPONDENCE TO THE SECRETARY OF CORRECTIONS JEFF ZMUDA AND HUTCHINSON CORRECTIONAL FACILITY WARDEN DANIEL SCHNURR
                    NEXT PAGE ➝ ➝ ➝

(EXHIBIT-B-5)      Page 6

(RE: LEGAL/OFFICIAL CORRESPONDENCE)

I KNOW I HAVE MENTIONED A LOT OF PAST INCIDENTS, BUT THIS IS DONE TO SUPPORT MY CLAIMS, ITS DONE TO EXPLAIN, BY GIVING EXAMPLES, OF PAST INCIDENTS, EXPERIENCES, I'VE HAD, BEEN SUBJECTED TO, AND SHOULD NOT BE MISTAKEN FOR ATTEMPTING TO MAKE A CURRENT/PRESENT COMPLAINT AND/OR ATTEMPTING TO GRIEVE THOSE MATTERS NOW. RIGHT NOW, MY WHOLE COMPLAINT IS THAT, THE DUE PROCESS AVENUES K.D.O.C. OFFERS, e.g. FORM-9's, GRIEVANCES, GRIEVANCE APPEALS, PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIMS, ARE: INEFFECTIVE, COUNTERPRODUCTIVE, BIASED, CORRUPT, RETALIATORY, DISINGENUOUS, RUBBER STAMP REPLY, DEFLECTING, STONEWALLING, DECEPTIVE, COUNTERINTUITIVE, ILLEGAL, COUNTERFEIT PROCESSES/SYSTEMS, DUE TO STAFF THAT OVERSEE THE PROCESS/PROCEDURES, WHICH RESULTS IN PRISONERS HAVING NO PROBLEM SOLVING AVENUES THAT OFFER/PROVIDE THE PRISONER RESOLUTIONS/RELIEF/COMPENSATION AND/OR JUSTICE AND THIS CAUSES PRISON STAFF TO GO UNCHECK, ENCOURAGES PRISON STAFF TO VIOLATE PRISONERS CIVIL/CONSTITUTIONAL RIGHTS, TO RETALIATE AGAINST PRISONERS, TO HARASS PRISONERS, TO BE UNPROFESSIONAL, DISHONEST, LIE, AND ENCOURAGES STAFF TO CONTINUE TO DESTROY MY LEGAL/OFFICIAL PAPERS FOR SURE, I HAVE BEAT THE SAME DEAD HORSE, SO TO SPEAK, FOR YEARS. I'VE STATED AND RESTATED THESE FACTS, THIS PROBLEM, OVER AND OVER AGAIN TO NO AVAIL OTHER THAN PROOF THAT I HAVE. SO, THE WARDEN(S) AND SECRETARY OF CORRECTIONS UNDERSTAND ALL OF THIS. THEY ARE AWARE OF ALL THIS, AND ITS COME TO MY ATTENTION THIS IS CORRUPTION AT THE HIGHEST LEVELS, ITS BECAUSE THOSE THAT ARE IN CHARGE OF THE KANSAS DEPARTMENT OF CORRECTIONS, THOSE THAT ARE IN CHARGE OF EACH FACILITY ARE THE ONES ULTIMATELY RESPONSIBLE FOR ALL THESE ISSUES/PROBLEMS AS THEY REFUSE TO ADDRESS AND MORE IMPORTANTLY CORRECT THESE ISSUES/PROBLEMS. I ALSO FIND THIS TO BE RETALIATION AGAINST ME BY THE HIGHEST RANKING PRISON OFFICIALS, BECAUSE BY THEM REFUSING TO CORRECT THOSE PROBLEMS, KNOWING A PRISONER HAS NO ADMINISTRATIVE PROCESS THAT OFFERS RESOLUTIONS, COMPENSATION, RELIEF, JUSTICE, THESE TOP PRISON OFFICIALS KNOW AND UNDERSTAND A PRISONER, THESE TOP PRISON OFFICIALS KNOW AND UNDERSTAND I'M DEPENDANT ON ME, MUST FILE A LAWSUIT, AND KNOW I'M DEPENDANT ON FAMILY AND FRIENDS FINANCIAL SUPPORT, AND KNOW I MUST PAY $450.00 TO FILE/START A LAWSUIT, AND KNOW ANY MONEY I RECEIVE IS GOING TO BE A LOT LESS ONCE THE K.D.O.C. TAKES 10%, AND THEN THE COURT TAKES 20% FOR THE PARTIAL FILING FEE PAYMENTS, PLACING ME INTO A FINANCIAL BURDEN GREATER THAN I WAS ALREADY, AND THESE TOP PRISON STAFF UNDERSTAND AND KNOW LAWSUITS CAN GO ON FOR YEARS...

NEXT PAGE ———→

(EXHIBIT-B-6)    Page 7

(RE: LEGAL/OFFICIAL CORRESPONDENCE)

EVEN WHEN THEY KNOW THEY/KDOC/STAFF ARE ████ IN THE WRONG OUTRIGHT ████ THESE TOP PRISON OFFICIALS ALLOW THE PRISONER/(ME) TO BE SUBJECTED TO THE ORIGINAL HARDSHIPS, CONDITIONS, MISTREATMENT, ABUSE, AND FURTHER RETALIATIONS, COUNTING ON THE PROFESSIONAL LEGAL COUNSEL ████ TO WIN THE CASE FOR KDOC OFFICIALS, COUNTING ON BIASED ANTI-PRISONER JUDGES, AND MORE CORRUPTION. A PRISONER (ME) SHOULD NOT HAVE TO GO ALL THE WAY TO THE COURTS TO OBTAIN RESOLUTIONS, RELIEF, COMPENSATION, ████ AND JUSTICE. ████ I'M REQUESTING THE WARDEN AND/OR SECRETARY OF CORRECTIONS CAUSE MY PROPERTY LOSS/DAMAGE CLAIM DATED 8-3-2021 TO BE PROCESSED HONESTLY, CORRECTLY, AND APPROVED AS MY LEGAL/ OFFICIAL PAPERS WERE DESTROYED AT NO FAULT OF MY OWN. I WOULD ALSO REFER BOTH OF YOU TO GRIEVANCE AND FORM-9 RECEIPTS I ATTACHED TO A LETTER TO THE SECRETARY OF CORRECTIONS, RAY ROBERTS DATED 3-30-2011, WITH CORRECTIONS MANAGER, RISK MANAGEMENT, DOUGLAS W. BURRIS APRIL 5TH 2011 RESPONSE. I SAY THIS TO PROVIDE YOU BOTH WITH AN EXAMPLE OF HOW FAR BACK THIS PROBLEMS BEEN GOING ON AND BROUGHT TO THE SECRETARY OF CORRECTIONS AND HCF WARDENS ATTENTION. STAFF DESTROYING, ████ MY LEGAL/OFFICIAL PAPERS HAS GONE ON UNCHECKED FOR FAR TOO LONG! AND THIS IS NOT THE ONLY EXAMPLE OF THE COMPLAINTS I'VE MADE/EXHAUSTED ABOUT THIS ISSUE. I HAVE REFERRED TO OTHER EXAMPLES IN MY PROPERTY LOSS/DAMAGE DESTROYED CLAIM, AND I'VE GIVEN EXAMPLES IN MY GRIEVANCE DATED 7-5-2021 (54) MORE RECENTLY, BUT WHEN HCF STAFF INFORM ME MY CLAIMS GOING TO BE DENIED BEFORE ITS BEEN INVESTIGATED/READ, CLEARLY, THE PROPERTY LOSS/DAMAGE OR PERSONAL INJURE CLAIM FORM PROCEDURE IS BIASED AND CORRUPT AND OFTEN NOT RESOLUTION, RELIEF, AND JUSTICE, AND THIS IS A SERIOUS PROBLEM THAT NEEDS TO BE CORRECTED! THE WARDEN'S AND SECRETARY OF CORRECTIONS NEED TO ENSURE PRISONERS HAVE A MEANINGFUL PROBLEM SOLVING AVENUE TO TAKE, WHICH ALLOW FOR COMPENSATION, RESOLUTIONS, RELIEF, AND JUSTICE, AND BIASED ████ CORRUPT STAFF DON'T STAND IN THE WAY OF A PRISONER OBTAINING ████ APPROPRIATE RELIEF COMPENSATION, JUSTICE, RESOLUTIONS FROM SUCH KDOC DUE PROCESS AVENUES.

David Brown #57800
H.C.F. P.O. Box 1568
Hutchinson, Ks. 67504

(EXHIBIT-B-7)

CERTIFICATE OF SERVICE/DECLARATION

I, DAVID BROWN HEREBY CERTIFY AND DECLARE UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746 THAT ON THIS 21ST DAY OF AUGUST, 2021 I MAILED THE ORIGINAL (7) PAGE LEGAL/OFFICIAL CORRESPONDENCE DATED 8-23-2021 ALONG WITH THE ORIGINAL (11) PAGE SPECIAL PROCEDURE, SPECIAL KINDS OF PROBLEMS GRIEVANCE FORM/CORRESPONDENCE WITH IT'S ATTACHMENTS TO THE SECRETARY OF CORRECTIONS JEFF ZMUDA AT 714 SW JACKSON, SUITE 300, TOPEKA, KANSAS 66003 BY PLACING THE ABOVE MENTIONED DOCUMENTS IN A PROPERLY ADDRESSED SEALED 10 X 13 LARGE WHITE ENVELOPE, WITH (2) 20¢ STAMPS ATTACHED, ALONG WITH A PROPERLY FILLED OUT K.D.O.C. ACCOUNT WITHDRAWAL REQUEST FORM, AKA SPO, ATTACHED TO THE ENVELOPE SO THE ███████ REMAINING REQUIRED LEGAL/OFFICIAL POSTAGE CAN BE ██████ ADDED AND THEN TURNING THE ENVELOPE/CPO INTO A-1 CELLHOUSE STAFF'S HANDS. THE MISON MAILBOX RULE IS HEREBY NOW INVOKED.

David Brown /#57800
DATE - 8-21-2021

DAVID BROWN #57800
H.C.F. P.O. BOX 1568
HUTCHINSON, KS. 67504

(EXHIBIT-B-8)

(PAGE-1)
(DATE SENT- 3-20-2011)
(RE/UNANSWERED FORMS)

DEAR SECRETARY OF CORRECTIONS; RAY ROBERTS

THIS CORRESPONDENCE IS DUE TO THE FORM-9 AND

GRIEVANCE SYSTEM FAILING THIS INMATE AT HUTCHINSON CORRECTIONAL FACILITY, AS THIS INMATE
HAS INFORMED THE S.O.C.'S OFFICE SEVERAL TIMES IN THE PAST WITHOUT THE PROBLEM BEING
RESOLVED THIS INMATE ASK, REQUEST, DEMANDS, AND BEGS THE SECRETARY HIMSELF PROVIDE
HIS PERSONAL ATTENTION TO THIS MATTER, ENCLOSED ARE THE FORM-9 AND GRIEVANCE
RECEIPTS WHICH THIS INMATE HAS NOT HAD ANSWERS/RETURNS OF THE FORMS FROM
HUTCHINSON CORRECTIONAL FACILITY, AS THIS INMATE ALREADY EXPLAINED IN HIS
LAST CORRESPONDENCE ON THIS MATTER THAT COPIES OF ALL RECEIPTS TO UNANSWERED
FORM-9'S AND GRIEVANCES WERE BEING MADE. NOW THAT IS DONE I ASK THAT H.C.F.
IS MADE TO ANSWER ALL THE FORM-9'S AND GRIEVANCES TO THESE RECEIPTS WHICH
HAVE NOT BEEN RETURNED TO ME, AND THAT UNIT TEAM SCHNEIDER ADD THE RECEIPTS.
HE HAD ME SEND HIM TO THESE THAT ARE TO BE ANSWERED, AND THAT ANY
FORM-9 OR GRIEVANCE THAT IS NOT ANSWERED COST $5.00 FOR THAT DESTROYED
FORM TO BE ACCOUNTED TO MY PRISON ACCOUNT, AS THIS INMATE HAS SPEND MANY
HOURS WRITTING OUT THE COMPLAINTS HE HAS SUBMITTED, AND BY THE H.C.F.
STAFF REFUSING TO RETURN THESE FORMS IN RETALIATION FOR THIS INMATE
INVOKING THE GRIEVANCE SYSTEM HAS VIOLATES THIS INMATES DUE PROCESS
RIGHTS RIGHT TO NOT BE RETALIATED AGAINST, AND ALSO VIOLATED THIS
INMATES RIGHT TO ACCESS THE COURTS. THEREFORE THIS INMATE FINDS THIS
TO BE A BETTER WAY TO DEAL/RESOLVE THE ISSUES RATHER THAN LEGAL ACTION.
OTHERWISE CONSIDER THIS LEGAL NOTICE OF LEGAL ACTION IN THE FUTURE, AND
LET THE RECORD SHOW THIS INMATE HAS ATTEMPTED RESOLUTION BEFORE SEEKING
LEGAL ENFORCEMENT. ENCLOSED ARE (16) PAGES WITH RECEIPTS TAPED TO
THOSE PAGES AND THEN COPIED. (46) FORM-9'S AND (41) GRIEVANCES, WHICH SOME
WERE SUBMITTED TO MAILED TO THE S.O.C.'S OFFICE, WHICH WERE NOT SENT OR
THE S.O.C.'S OFFICER HAS NOT RETURNED THEM.

RECEIVED
APR 0 5 2011
DOC Facility Management Area

TRULY, Christopher David Brown #57800
E.D.C.F.
P.O. Box 311
ELDORADO, KS 67042

( EXHIBIT-B-9 )     (ORIGINAL)
(PAGE-1-of-1)
(DATE-3-30-2011)

DEAR SECRETARY OF CORRECTIONS, RAY ROBERTS,

THIS CONCERNS A LETTER TO

THE SECRETARY OF CORRECTIONS, WHICH WAS UNDATED AND WHICH INCLUDED (4) FORM-9's
AND (1) GRIEVANCE, WHICH I WROTE THE DATES TO THOSE FORMS.

HOWEVER, TO CORRECT THE

RECORD THE VERY FIRST FORM-9 DATE "DATED 2-16-2011" SHOULD HAVE ACTUALLY
READ "DATED 2-12-2011" TO ARAMARK. THE ERROR IS SMALL, AND ALTHOUGH THE FORM-9
YOU RECIEVED IS IN FACT DATED 2-12-2011, I WANTED TO CORRECT THE RECORD SO THAT
THERE IS NOT UNNECESSARY CONFUSIONS IN THE FURTURE.

THANK YOU FOR YOUR TIME,

Christopher David Dean #57800
EL DORADO CORRECTIONAL FACILITY
P.O. Box 311
ELDORADO, KS. 67042
A-2/103

RECEIVED
APR 0 5 2011
DOC Facility Management Area

(REG STALKING FORM-9'S AND ONLY RESPONDING TO THEM ONE WEE TIME SHOWS DISREGARD FOR HUMAN HEALTH PI
EACH PROBLEM SHOULD HAVE BEEN ADDRESSED AS IF AROSE. WILL BE BROUGHT BEFORE A COURT AND EXPOSE DISHOULD
WILLINGLY END THEIR CONTRACT IMMEDIATELY **INMATE REQUEST TO STAFF MEMBER**   (EXHIBIT-B-10)

To: ARAMARK FOOD SERVICE AT H.C.F.-CENTRAL          Date: 2-28-2011
         (Name and Title of Officer or Department)

         _Ac F_____
         Unit Team, Detail, or Cellhouse Officer's Signature        **To be retained by Inmate**

(RE: REPORTING ROLLS FOR P&J SANDWICHES)

**INMATE REQUEST TO STAFF MEMBER**

To: UNIT TEAM BOLLER OF P-3 CELLHOUSE          Date: 1-2-2011
         (Name and Title of Officer or Department)

         _Smith C5ET_ (MILLER)
         Unit Team. Detail. or Cellhouse Officer's Signature        **To be retained by Inmate**

(RE: Reported tray condition to BYARD Bryan, what do I do as ARAMARK knows of condition at chap)

**INMATE REQUEST TO STAFF MEMBER**

To: UNIT TEAM BOLLER OF P-3 CELLHOUSE          Date: JANUARY 3RD, 2011
         (Name and Title of Officer or Department)

         _Cpl. D. Clark_
         Unit Team. Detail, or Cellhouse Officer's Signature        **To be retained by Inmate**

(RE: SPOILD MILK BYARD CALLED FOR MORE)

**INMATE REQUEST TO STAFF MEMBER**

To: UNIT TEAM MANAGER DON MOORE          Date: 1-9-2011
         (Name and Title of Officer or Department)

         _Cpl. D. Clark_

(RE: (3) grievance receipts attached per col Nauss, A-2 #1, never responded )(Resent to warden w/ another grievon attached)

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name CHRISTOPHER DAVID BROWN          Number #57800
Receiving Staff Signature  Dickson C02          Date 8-31-2010

(RE: P.J. COW / Manival)

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name CHRISTOPHER DAVID BROWN          Number 57800
Receiving Staff Signature  Byard C02          Date 8-19-2010

(RE: FOOD TRAYS)

INMATE REQUEST TO STAFF MEMBER            ( EXHIBIT-B-11 )

To: _UNIT TEAM OF A-1 CELLHOUSE SCHRADER_          Date: _DECEMBER 17TH, 2010_
      (Name and Title of Officer or Department)

_____Sgdm____(OGDEN)_____
      Unit Team, Detail, or Cellhouse Officer's Signature            **To be retained by Inmate**

IN ∧ ∧ ∧                                                    IN ∧ I ∧ I
RE: SIX PIECES OF CHEESE SERVED FOR LUNCH AND DINNER

INMATE REQUEST TO STAFF MEMBER

To: _BERRY LARSON DEPT. WARDEN_                    Date: _2-9-2011_
      (Name and Title of Officer or Department)

_____
      Unit Team, Detail, or Cellhouse Officer's Signature            **To be retained by Inmate**

RE: REQUEST BERRY PERSONALLY HANDLE PROBLEM AS UNIT TEAM HAVE BEEN UNABLE TO RESOLVE ISSUES AND RETURNING
ITEMS TO U.T.M. MOORE DOES NOT RESOLVE ISSUE.

INMATE REQUEST TO STAFF MEMBER

To: _BERRY LARSON: DEPT WARDEN_                    Date: _2-9-2011_
      (Name and Title of Officer or Department)

_____
      Unit Team, Detail, or Cellhouse Officer's Signature            **To be retained by Inmate**

(RE: SERVED FOOD ON UNSANITARY TRAY. REFERRED TO SALMANS.)      DATED 2-11-2011
                                                               RETURNED TO ME ON
INMATE REQUEST TO STAFF MEMBER                                  3-31-2011 AT UDCF

To: _ARAMARK FOOD SERVICE AT H.C.F. LEAVENWORTH_        Date: _2-12-2011_
      (Name and Title of Officer or Department)

_____A. Brown CSI_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(RE: UNIT TEAM DOLLER DOESN'T MAKE ROUNDS / ANSWER FORMS)      (SENDING TO WARDEN)
┌──────────────────────────────────────────────────────────────────────────┐
│ Tear off and give to inmate when submitted to Unit Team through receiving staff. │
│ Inmate Name _CHRISTOPHER DAVID BROWN_  SENT TO WARDEN    Number _57800_ # │
│ Receiving Staff Signature _JD Byard  UT_             Date _8-20-2010_     │
└──────────────────────────────────────────────────────────────────────────┘

(RE: EMERGENCY GRIEVANCE) FORMS NOT BEING RETURNED (6 RECEIPTS ENCLOSED.
┌──────────────────────────────────────────────────────────────────────────┐
│ Tear off and give to inmate when submitted to Unit Team through receiving staff. │
│ Inmate Name _CHRISTOPHER DAVID BROWN_               Number _57800_       │
│ Receiving Staff Signature _D. _____                 Date _8-13-10_       │
└──────────────────────────────────────────────────────────────────────────┘

**Effective Date (3-18-96) P-157**

(EXHIBIT- B-12)

DOC Facility Management RECEIVED APR 05 20__

( Re: Answer forms in short time as possible )

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name  CHRISTOPHER   Brown              Number  57800

Unit Team Staff Signature  C. Schrader          Date  9/22/10

( Re: Answer form in short time as possible )

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVID BROWN            Number  57800

Receiving Staff Signature  Cpl. Clark            Date  9-13-10

**Effective Date (3-18-96) P-157**

( Re: 1-3-11 form 9 receipt to warden regarding your condition not returned forms not being returned/time limit up )

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name  CHRISTOPHER DAVID BROWN            Number  57800

Unit Team Staff Signature  Ogden              Date  1-21-11

( RE: 1-3-11 form 9 receipt to warden attached regarding your conditions, forms not being returned/time limit up. )

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVID BROWN            Number  # 57800

Receiving Staff Signature  P. R. Abbott          Date  1-19-2011

**Effective Date (3-18-96) P-157**

( RE: CENTRAL MONITOR AGAINST KENDALL )

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name  CHRISTOPHER DAVID BROWN            Number  57800

Unit Team Staff Signature  J. Brown CUT          Date  2-3-11

( RE: CENTRAL MONITOR ALA COMP (KENDALL) )

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVID BROWN            Number  # 57800

Receiving Staff Signature  A. Perez CSI  (BROWN)      Date  1-24-2011

**Effective Date (3-18-96) P-157**

( RE: DIRTY CLOTHES )

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name  CHRISTOPHER DAVID BROWN            Number  57800

Unit Team Staff Signature  J. Brown CUT          Date  2-3-2011

( RE: DIRTY CLOTHES )

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVID BROWN            Number  57800

Receiving Staff Signature  _____ cy            Date  2-3-2011

**Effective Date (3-18-96) P-157**

(EXHIBIT-B-13)

(RECEIPT FORM WON'T/CAN'T - NEEDS TO ANSWER FORM)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_   Number _57800_

Receiving Staff Signature _____   Date _1-10-2011_

(Refer to in 1-27-11 grievance) (2)

(RE: NEW HOTT SYSTEM)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_   Number _#57800_

Receiving Staff Signature _____ COI   Date _1-10-2011_

**Effective Date (3-18-96) P-157** — — —

(Refer to in 1-27-11 grievance)

HEATER FANS (3)

(RE: W/M DONALD MOORE SELF/OUR SELF CO INVESTIGATION / I DON'T TALK TO OFFICERS I REFERRED TO)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_   Number _57800_

Receiving Staff Signature _____   Date _1-11-2011_

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_   Number _57800_

Receiving Staff Signature _Ogden_   Date _1-17-2011_

**Effective Date (3-18-96) P-157** attached

(RE: Receipt form-9 dated 12-31-2010 to Boiler requesting investigation be caused / w/ Boiler not answering)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_   Number _57800_

Receiving Staff Signature _DRilbick_   Date _1-19-2011_

**Effective Date (3-18-96) P-157**

— — — — — — —

(RE: RIGHT TO KNOW WHY I WAS TRANSFERRED / AND UNIT TEAM BOILER ANSWERING MY GRIEVANCE)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_   SENT TO WARDEN   Number _5780_

Receiving Staff Signature _JT Braud COI_   Date _____

**Effective Date (3-18-96) P-157**

(RE: GRIEVANCE SHOULD of been copied and referred to me to go to work / S.O.C. par 44-15-201)

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name _CHRISTOPHER D. BROWN_   Number _57800_

Unit Team Staff Signature _DICKSON COI_   Date _2-25-11_

— — — — — — —

(RE: WARDEN / OFFICE NOT ANSWERING FORM-9 AGAINST STAFF THREAT)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_   Number _#57800_

Receiving Staff Signature _____   Date _2-26-2011_

**Effective Date (3-18-96) P-157**

(EXHIBIT-B-14)

(RE: U.T. SCHRADER DENIED S/me From Legal assistance denied by Schrader no reason given)

Ⓕ

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVED BROWN

Number  57800

Receiving Staff Signature  Ogden

Date  1-20-201

**Effective Date (3-18-96) P-157**

P-form-9 dated receipt attached 1-8-201, Not answered/returned violates 44-15-1016.)  ⑤

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVED BROWN

Number  57800

Receiving Staff Signature  J. Stone

Date  2-21-2011

**Effective Date (3-18-96) P-157**

(LEWTA moore NOT RETURNING FORM-9s/GRIEVANCE ON LACK OF HEAT)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVED BROWN

Number  # 57800

Receiving Staff Signature  Cedros

Date  2-21-2011

**Effective Date (3-18-96) P-157**

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOCHER DAVED Brown

Number  57800

Receiving Staff Signature  Cedros

Date  2-21-2011

**Effective Date (3-18-96) P-157**  U.T. SCHNEDER NEED TO RETURN ENVELOPE OF RECEIPTS AND FAILED TO RESPOND TO FORM ABOUT DOLLER NOT ANSWERING THER FORM9S

U.T.M MOORE NEEDS TO RETURN FORM 9 AGAINST MCAMIS NOT CLOSING WINDOW IN FRONT OF CELL /WEATHER

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVED BROWN

Number  # 57800

Receiving Staff Signature  J. Stone

Date  2-21-2011

**Effective Date (3-18-96) P-157**

(RE:GRIEVANCE WAS INVOLKED UNDER KAR 44-15-201 AND SHOULD OF went to warden/SOC as it stated)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER D. BROWN

Number  57800

Receiving Staff Signature  P. Hall (D)

Date  2-23-2011

**Effective Date (3-18-96) P-157**

(RE: U.T.M. D. MOORE REFUSAL TO ANSWER FORM-9)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVED BROWN

Number  57800

Receiving Staff Signature  A. Brown

Date  2-26-2011

**Effective Date (3-18-96) P-157**

(RE: 2 attachments, 1 shows Roller signed I didn't get one)      (EXHIBIT B-15)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name __CHRISTOPHER DAVID BROWN__          Number __#57800__

Receiving Staff Signature __S. Thomas__          Date __SEPTEMBER 10TH 2010__

---

(RE: UNIT TEAM SCHNEIDER REFUSES TO PROVIDE CELLHOUSE RULES)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name __CHRISTOPHER DAVID BROWN__          Number __#57800__

Receiving Staff Signature __White__          Date __SEPTEMBER 10TH 2010__

**Effective Date (3-18-96) P-157**

(re: steve schneider return grievance sys + remind 50 days)

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name __CHRISTOPHER DAVID BROWN__          Number __#57800__

Unit Team Staff Signature __C Schneider UN__          Date __9/16/10__

(Re: steve schneider returned grievance saying I waited 50 days)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name __CHRISTOPHER DAVID BROWN__          Number __#57800__

Receiving Staff Signature __Cpl. Clark__          Date __9-13-10__

Fss__ __                                    NO RESPONSES
(re: ISSUE ME CROC'S (Bolts, H.C.F. Warehouse)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name __CHRISTOPHER DAVID BROWN__          Number __#57800__

Receiving Staff Signature __FC Byard CoII__          Date __9-12-10__

**Effective Date (3-18-96) P-157**

(Re: schneider not allowing emergency grievance)

Tear off and give to inmate when submitted to Unit Team through receiving staff.
                                                WARDEN
Inmate Name __CHRISTOPHER DAVID BROWN__          Number __#57800__

Receiving Staff Signature __Cpl. Clark__          Date __9-12-10__

**Effective Date (3-18-96) P-157**

(Re: me schneider stop emergency grievance about mace threat)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name __CHRISTOPHER DAVID BROWN__          Number __#57800__

Receiving Staff Signature __FC Byard CoII__          Date __SEPTEMBER 13TH 2010__

**Effective Date (3-18-96) P-157**

(Re: Respond to form# about mace threating)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name __CHRISTOPHER DAVID BROWN__          Number __#57800__

Receiving Staff Signature __Cpl. Clark__          Date __9-12-10__

**Effective Date (3-18-96) P-157**

(EXHIBIT-B-16)

(RE: EMERGENCY GRIEVANCE SPOILED MILK)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_  Number _57800_

Receiving Staff Signature _____  Date _8-15-2010_

**Effective Date (3-18-96) P-157**

---

(Re: 8-21-2010 diet served / spoon peanut butter, milk, butter, small portion cereal)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_  Number _57800_

Receiving Staff Signature _____  Date _8-21-2010_

**Effective Date (3-18-96) P-157**

---

(RE: LACK OF FOOD / NUTRITION

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_  Number _#57800_

Receiving Staff Signature _Byard COI_  Date _8-22-2010_

**Effective Date (3-18-96) P-157**

---

(Re: Reported food trays to Bentley B

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_  Number _#57800_

Receiving Staff Signature _Pell COI_  Date _SEPTEMBER 8th, 2010_

**Effective Date (3-18-96) P-157**

---

(RE: Reported tray conditions to BYARD again/showed him)  (ATTACHED IS GRIEVANCE #BAV00160103)  IN SUPPORT

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_  Number _#57800_

Receiving Staff Signature _Byard COI (BYARD)_  Date _1-2nd, 2011_

**Effective Date (3-18-96) P-157**

---

(Re pens given on one shift)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_  Number _#57800_

Receiving Staff Signature _Bell_  Date _8-22-2010_

**Effective Date (3-18-96) P-157**

---

(RE: PER K.A.R. 44-15-101b AARMARK NOT ANSWERING FORM 9 DATED 2-16-2011 ABOUT NEW TRAYS BEING BOUGHT)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_  Number _57800_

Receiving Staff Signature _DICKSON COI_  Date _2-26-2011_

**Effective Date (3-18-96) P-157**

( EXHIBIT-13-17 )

( RE: Boiler not answering forms ) ( sent copy desith other grievance ) INROTE NOTE TO U.T. TO

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name _Brown_

Unit Team Staff Signature _C. Schneidl rm_

Number _57800_

Date _9/8/10_

---

( Re: Boiler not answering forms )

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_

Receiving Staff Signature _____

Number _#57800_

---

( RE: WANT MOVED, FEAR FOR MY SAFETY )

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name _CHRISTOPHER DAVID BROWN_

Unit Team Staff Signature _____

Number _#57800_

Date _8-27-2010_

---

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _____

Receiving Staff Signature _____

Number _____

Date _0827-10_

**Effective Date (3-18-96) P-157**

---

( RE: ABD/PROPERTY, NEED TO ANSWER FORM-9's ATTACHED )

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name _CHRISTOPHER DAVID BROWN_

Unit Team Staff Signature _C. Schneidl (11)_

Number _57800_

Date _9/9/10_

---

( TWO RECEIPT ATTACHED )
( RE: ABD PROPERTY NEED TO ANSWER FORM-9's )

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_

Receiving Staff Signature _C. J. Albard_

Number _57800_

Date _SEPTEMBER 3RD 2010_

**Effective Date (3-18-96) P-157**

---

( Re: Retaliation by schneider cause I wrote up grievances ) ( 2 property forms attached ) 9-9-10

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name _CHRISTOPHER DAVID BROWN_

Unit Team Staff Signature _C. Schneidl rm_

Number _#57800_

Date _9/15/10_

---

( Re: Retaliation by schneider for not denying grievances ) 9-9-10 ( 2 property forms attached )

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_

Receiving Staff Signature _____

Number _#57800_

Date _SEPTEMBER 10th 2010_

**Effective Date (3-18-96) P-157**

(RE: EMERGENCY TRAY GRIEVANCE RETURNED BY SCHNEIDER)

(EXHIBIT-B-18)

## INMATE REQUEST TO STAFF MEMBER

Date: 9-3-2010

To: H.C.F. WARDEN; SAM CLINE
(Name and Title of Officer or Department)

_J Stone_
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

---

(RE: PANCAKE, NO SYRUP)

## INMATE REQUEST TO STAFF MEMBER

Date: 9-6-10

To: UNIT TEAM SCHNEIDER - A·3
(Name and Title of Officer or Department)

_signature_
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

---

(RE: MENU REQUEST/veg diet cco)
1 orange
2 hard boiled eggs
2 buns
1 small bowl beans

## INMATE REQUEST TO STAFF MEMBER

Date: 9-11-10

To: ARAMARK
(Name and Title of Officer or Department)

_White CoI_
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

---

(re: time limit past for ARAMARK responses)

## INMATE REQUEST TO STAFF MEMBER

Date: 9-17-10

To: SCHNEIDER -A-3
(Name and Title of Officer or Department)

_Cpl. Clark_
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

---

(RE: ARAMARK GRIEVANCES ANSWERED, BUT NOT SENT TO WARDEN'S OFFICE FOR RESPONSE)

## INMATE REQUEST TO STAFF MEMBER

Date: 9-30-10

To: UNIT TEAM MANAGER DON MOORE
(Name and Title of Officer or Department)

_signature_
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

(REISLEY BROWN THREAT & PERRY// REQUEST FOR TRANSFER)

## INMATE REQUEST TO STAFF MEMBER          ( EXHIBIT-B-19)

To: _SAM CLINE, WARDEN OF H.C.F._          Date: _1-13-2011_
(Name and Title of Officer or Department)

_F. Cline_

(RE: DON'T FEEL SAFE AT THIS FACILITY)

## INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM SCHRADER OF A-1 CELLHOUSE_          Date: _1-14-2011_
(Name and Title of Officer or Department)

_D. Hardesty   Cox_

(RE: OFFICER KENDALL DR FOR PERIOD OF CLEANING SUPPLIES, PILLOW, PANTS, TOILET TISSUE, BEDDING SUPPLY, LEAVE DOOR OPEN)
FLUSH TOILET AND TO LEAVE SLAM DOOR OPEN FOR HEAT TO COME IN TO CELL KENDALL SMELLED)

## INMATE REQUEST TO STAFF MEMBER

(VOID THIS RECORD DATED 1-14-2011)

To: _UNIT TEAM SCHRADER & A-1_          Date: _1-14-2011_
(Name and Title of Officer or Department)

_C/O Miller    (MALE MILLER)_

(RE: WHY HAVEN'T I HEARD FROM ANYONE WHEN I CONTACT TOPEKA AND REPORTED SEXUAL ACTS TOWARDS ME FROM OFFICER.
( SI THIS HOW IT USUALLY TURNS OUT IS THIS NORMAL BEHAVIOR? )

## INMATE REQUEST TO STAFF MEMBER
(RE : ALLUD TO U.S SCHRADERS OFFICE 1-19-11 DUE TO FORM 9's-2)

To: _UNIT TEAM SCHRADER_          Date: _1-16-2011_
(Name and Title of Officer or Department)

_D. Hardesty   Cox_

(EWHY HASN'T ANYONE SPOKEN TO ME OF MY REPORT OF SEXUAL ADVANCES BY OFFICER SMDD 02-120 SAI INVESTIGATION WILL BE CONDUCTED)

## INMATE REQUEST TO STAFF MEMBER

To: _SAM CLINE, WARDEN OF H.C.F._          Date: _1-17-2011_
(Name and Title of Officer or Department)

_OgDn    ( OGDEN )_
Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**

(IN CONFIDENCE WITH OR THAT OF BEING WATCH FOR TATTOOS DOESN'T)

## INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM SCHRADER OF A-1 CELLHOUSE AT H.C.F._          Date: _1-24-2011_
(Name and Title of Officer or Department)

_Cpl. d. Clark_
Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**

(EXHIBIT-B-20)

(RE: MOORES 620 COMPLEX- ABUSED AUTARELY BY PLACING ME IN SAM CELL)   (SEALED IN ENVELOPE B SENT TO WARDEN
HEN SHOULD OF RECEIVED A D.R. NO MORE NO LETS.)                          (WITH COMPLAIN OF U.T. SCHRADER
                                                                         ANSWERING FORM MADE OUT TO HEM
**INMATE REQUEST TO STAFF MEMBER**                                       ON -17-2011   (1-17-2011)
                                                                                        SENT

To: _SAM CLENE; WARDEN OF H.C.F_____            Date: ___1-14-2011_____
         (Name and Title of Officer or Department)

         _P. Hbret_____
         Unit Team, Detail, or Cellhouse Officer's Signature      **To be retained by Inmate**

(SEAL 1 - PG + 2)

(RE: MENTAL HEALTH DIDN'T COME SPEAK TO ME TODAY 1-19-2011 WHEN I RECEIVED PHONE CALL OF GRANDMA'S DEATH TODAY! WENT ANOTHER MENTAL HEALTH!)

**INMATE REQUEST TO STAFF MEMBER**

To: _UNIT TEAM SCHRADER_____             Date: ___1-19-2011_____
         (Name and Title of Officer or Department)

         _____ (Laughlin)
         Unit Team, Detail, or Cellhouse Officer's Signature      **To be retained by Inmate**

(RE: FORMS SENT TO WARDENS OFFICE IN SEALED ENVELOPE ARE PAGED DUE W/RESPONSE AND NOT RETURNED. SINCE IM A-1
U.T. SCHRADER WENT 0 /89/STATS 81M TO COMMUNICATE WITH ANYONE OTHER THAN HERSELF. I ASKED FOR WARDENS IMMEDIATE ATTENTION TO STOP THIS INMATES
SUFFERING DUE TO U.T. SCHRADER'S GAMES AND VIOLATED THIS INMATES FIRST AMENDMENT RIGHTS.)

**INMATE REQUEST TO STAFF MEMBER**

To: _SAM CLENE, WARDEN OF H.C.F._____   VOID THIS RECEIPT   Date: __1-21-11____
         (Name and Title of Officer or Department)

         _Ogden_____                      DATED 1-21-11
         Unit Team, Detail, or Cellhouse Officer's Signature      **To be retained by Inmate**

(Received 1-21-2011 form sent from Sam Clene)

(RE: REQUESTING GAGNEDEN REFUSAL OF MEDICAL TREATMENT ON -1-25-11) AND HARASSMENT for seeking to redressing the government of illegal
treatment at this facility H.C.F.)

**INMATE REQUEST TO STAFF MEMBER**

To: _UNIT TEAM MANAGER MOORE OF A-CELLHOUSE AT H.C.F_____   Date: __1-25-2011____
         (Name and Title of Officer or Department)

(MAILED)  _J Dickson  cor___
          Unit Team, Detail, or Cellhouse Officer's Signature      **To be retained by Inmate**

Report of 1-26-11 Nurse Jay refusal to come clean inmates gash or have me brought over. Lieutenant Harper called.)

**INMATE REQUEST TO STAFF MEMBER**

To: _DIRECTOR OF CLENEC WEBSTER OF H.C.F_____   Date: __1-26-2011____
         (Name and Title of Officer or Department)

(MAILED)  _J Dickson  cc1___
          Unit Team, Detail, or Cellhouse Officer's Signature      **To be retained by Inmate**

RE: (REFORCE) HEATER HAND BEING OFF TO OFFICER PATTY ON 1-8-2011 AND REQUEST ME CALL US 1ST I'M MUTE, JUST OVERKILL REVISED.

HCF/43

### INMATE REQUEST TO STAFF MEMBER ( EXHIBIT - B-20 )

To: _UNIT TEAM MANAGER MOORE_          Date: _1-8-2011_
       (Name and Title of Officer or Department)

_COI Stell_

Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**

(RE: HEATER FAN DON'T COME ON DUE TO BEING TURNED OFF ALL DAY AND ALL NIGHT THE NIGHT BEFORE.)

### INMATE REQUEST TO STAFF MEMBER ( ATTACHED TO GRIEVANCE DATED - 1-11-2011)

To: _UNIT TEAM MANAGER MOORE_          Date: _1-8-2011_
       (Name and Title of Officer or Department)

_COI Stell_

Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**     ③

(RE: ERICA HAYS TALKING SHIT         _1/6 CLERK_
about GOLF.

### INMATE REQUEST TO STAFF MEMBER

To: _WEBSTER, D.O.C. AT HCF_          Date: _2-5-2011_
       (Name and Title of Officer or Department)

_D Hardesty COI_

Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**

(RE: BAIL, ASSAULTED ME, TOOK HAIR TIES, JERKED ARM, THREATENED ME WITH MACE, JERKED ARM...)

### INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM BROWN OF A-1 CELLHOUSE_          Date: _2-7-2011_
       (Name and Title of Officer or Department)

Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**

(RE: NEED TO VIEW GENERAL ORDERS FOR MHA CELL ALLOWABLES AND PLACEMENTS.)
       (NOT IMM'S)

### INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM BROWN OF A-1 CELLHOUSE_          Date: _2-17-2011_
       (Name and Title of Officer or Department)

_Dickson COI_

Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**

DO NOT WRITE BELOW THIS LINE

E. EX. POST PACTO LAWS(CLAUSE)
REQUEST RELEASE

INMATE REQUEST TO STAFF MEMBER   (EXHIBIT-B-22)

To: _UNIT TEAM SCHRADER_____          Date: _1-21-11_____
            (Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**

(Re: chapter 4,7,8, Prison self help/litigation manual)

INMATE REQUEST TO STAFF MEMBER

To: _LAW LIBRARY_____          Date: _2-7-201/_____
            (Name and Title of Officer or Department)

_Ed Miller_____ (space)_
Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**

(Re: chapter 4,7,8 prison self help/litigation manual)

INMATE REQUEST TO STAFF MEMBER

To: _LAW LIBRARY_____          Date: _2-15-201/_____
            (Name and Title of Officer or Department)

_R. Waller CO1_____
Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**

Re: request all section of conditions of confinement except the medical section in that section in the prisoners self help litigation manual. Attached is SPO to pay for copies. Thanks

INMATE REQUEST TO STAFF MEMBER

To: _LAW LIBRARY_____          Date: _2-15-201/_____
            (Name and Title of Officer or Department)

_R. Waller CO1_____
Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**

(Re: what's status on my copies of prisoners self help litigation manual?)

INMATE REQUEST TO STAFF MEMBER

To: _LAW LIBRARY_____          Date: _2-26-201/_____
            (Name and Title of Officer or Department)

_Chilsen CS1_____
Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**

Case 5:21-cv-03105-JAR-GEB Document 30-2 Filed 05/11/22 Page 24 of 90

( EXHIBIT-B-23 )

(RE: KENDALL SAID HE GETS E GET ANOTHER BATTERY (CHARGE) AND HE don't have to fear piece of shit (YES)(this) )

**INMATE REQUEST TO STAFF MEMBER**

To: _UNIT TEAM (BROWN OF A-1 CELLHOUSE_        Date: _2-7-2011_
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

RE: USUAL TWISTING/JERKING HAND CUFFS WHEN TAKING THEM off ON 2-6-2011 AFTER Sick call for MEDS.

**INMATE REQUEST TO STAFF MEMBER**

To: _UNIT TEAM BROWN OF A-1 CELLHOUSE_        Date: _2-7-2011_
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

RE: Facility was deliberate indifferent to this S/m safety. This is perjurned this Brown and it will cause problems. I was also retaliated for reporting the sexually assault because it was against an officer. This inmate wants the record to reflect that these points have been made the officials of this facility, And ask that a random ... be made for this inmate. Approx is people taken in 3 days. unusual amount. D.h.s based orders, no one doing anything about it big cover-for staff and false legal materials. Give copy of this to the warden

To: _UNIT TEAM, BROWN OF A-1 CELLHOUSE AT H.C.F._        Date: _2-10-2011_
(Name and Title of Officer or Department)

_____T. Brown_____ (U.T. Brown)
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

(RE: KENDALL SAID HE'D PUT HIS FINGER ON MY ASS TOO, AND SHOT ME THE FINGER THROUGH THE WINDOW AS TO SAY THATS THE FINGER HE'S GOING TO USE. VERY ANGRY, DEPRESSED, SCARED FEELING(S); DUE TO BEING SEXUALLY ASSAULTED. FEEL IT IS A FORM OF RETALIATION TO INVOLVE AS MANY STAFF MEMBERS AS POSSIBLE IN PROCESS OF REPORTING INCIDENT. NOT DOING WELL MENTALLY BY ALL THIS TAKEN PLACE...

**INMATE REQUEST TO STAFF MEMBER**

To: _UNIT TEAM BROWN OF A-1 CELLHOUSE_        Date: _2-10-2011_
(Name and Title of Officer or Department)

_____T. Brown (CCI)_____ (U.T. BROWN)
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

(RE: COPY OF BOOK MONEY SENT — WILL HAVE TO WAIT ...)

**INMATE REQUEST TO STAFF MEMBER**   (EXHIBIT - B-24)

To: _UNIT TEAM J. BOLLER OF A-3 CELLHOUSE_     Date: _1-2-2011_
      (Name and Title of Officer or Department)

_____
      Unit Team, Detail, or Cellhouse Officer's Signature     **To be retained by Inmate**

RE: ORDERED PRISON LEGAL NEWS BOOK. MONEY TAKEN FROM ACCOUNT ON 12-28-2011. DON'T KNOW IF IT'S RECEIVED HERE IN MY PROPERTY OR
NOT AS NO ONE HAS TOLD ME (HAVE NOT RECEIVED ANY NOTICE.) CHECK PROPERTY.

**INMATE REQUEST TO STAFF MEMBER**

To: _UNIT TEAM BROWN OF A-1 CELLHOUSE AT H.C.F._     Date: _2-21-2011_
      (Name and Title of Officer or Department)

_____
      Unit Team, Detail, or Cellhouse Officer's Signature     **To be retained by Inmate**

RE: 1ST AMENDMENT VIOLATION. NO BOOKS/MAGAZINES IN A-1 A-2 A-3. NO REASON TO DENY J/M's EDUCATIONAL
MATERIALS. DICTIONARIES, MAGAZINES... REQUEST YOU GET THOSE" BOOKS FOR ME.

**INMATE REQUEST TO STAFF MEMBER**

To: _UNIT TEAM BROWN OF A-1_     Date: _2-25-2011_
      (Name and Title of Officer or Department)

_____
      Unit Team, Detail, or Cellhouse Officer's Signature     **To be retained by Inmate**

(RE: REQUEST CARBON PAPER)

**INMATE REQUEST TO STAFF MEMBER**

To: _U.T. BROWN OF A-1_     Date: _2-26-2011_
      (Name and Title of Officer or Department)

_____Chilson  CS1_____
      Unit Team, Detail, or Cellhouse Officer's Signature     **To be retained by Inmate**

(RE: CAN I USE THE PHONE. NO POSTAGE DUE TO FINES. HAVEN'T USED PHONE IN ALMOST A YEAR TO TALK. CHELSEA, ANGELA)

**INMATE REQUEST TO STAFF MEMBER**

To: _UNIT TEAM, BROWN OF A-1 AT H.C.F._     Date: _2-27-2011_
      (Name and Title of Officer or Department)

_____Cedeno_____
      Unit Team, Detail, or Cellhouse Officer's Signature     **To be retained by Inmate**

INMATE REQUEST TO STAFF MEMBER  (*EXHIBIT-B-25*)

To: _UNIT TEAM BROWN OF A-1_     Date: _2-28-2011_
  (Name and Title of Officer or Department)

_____
  Unit Team, Detail, or Cellhouse Officer's Signature     **To be retained by Inmate**

(RE: ILLEGAL ACTS AND/OR PRACTICES OF S. INMATES BEING PLACED IS MRA CELL WHO MEETING CRITERIA, NO HEAT IN MRA CELLS.

INMATE REQUEST TO STAFF MEMBER

To: _D. MOORE OF A-1 CELLHOUSE AT H.C.F. -CENTRAL_     Date: _2-15-2011_
  (Name and Title of Officer or Department)

_____Dickson   Co_____
  Unit Team, Detail, or Cellhouse Officer's Signature     **To be retained by Inmate**

(RE: ILLEGAL SEGREGATION PLACEMENT)

INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM BROWN_     Date: _2-3-2011_
  (Name and Title of Officer or Department)

_____
  Unit Team, Detail, or Cellhouse Officer's Signature     **To be retained by Inmate**

(RE: WRITTEN REQUEST FOR RELEASE OF MRA CELL)

INMATE REQUEST TO STAFF MEMBER

To: _SEGREGATION REVIEW BOARD OF A-1/H.C.F._     Date: _1-21-2011_
  (Name and Title of Officer or Department)          MORE HASSOUN
                                                      COPY

_____SMAₑ_____
  Unit Team, Detail, or Cellhouse Officer's Signature     **To be retained by Inmate**

(RE: more retaliatory behavior, mra 5hr cell with no heat at all.)

INMATE REQUEST TO STAFF MEMBER

To: _SAM CLINE, WARDEN OF H.C.F._     Date: _1-14-2011_
  (Name and Title of Officer or Department)

_Cor Miller_     (MTLLER)   MALE
  Unit Team, Detail, or Cellhouse Officer's Signature     **To be retained by Inmate**

( EXHIBIT-3-26) A2-103



Landon State Office Building
900 SW Jackson, 4th Floor
Topeka, KS 66612

# Kansas
Department of Corrections

phone: (785) 296-3317
fax: (785) 296-0014
kdocpub@doc.ks.gov
www.doc.ks.gov

Ray Roberts, Secretary of Corrections

Sam Brownback, Governor

April 5, 2011

0057800 BROWN, DAVID, C

El Dorado Correctional Facility

RE: Correspondence to the Secretary of Corrections

Mr. Brown:

I received your correspondence dated 3-30-11 with concerns that your form 9's and grievances are not being answered.

You have not provided evidence that this is a special kind of problem nor an emergency. These issues can be handled at the facility level. Your correspondence is being returned to you and a copy will be sent to the acting Warden for review.

Sincerely,

Douglas W. Burris
Corrections Manager, Risk Management


cc:    Grievance File
       Warden EDCF
       w/attachments

NOTE, REFER TO SKP LETTER TO S.O.C.
JEFF ZMUDA DATED 8/23/2021

*(EXHIBIT-B-27)*

# *SPECIAL KINDS OF PROBLEMS* * *SPECIAL KINDS OF PROBLEMS* *HCF/(68)*

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

*(SPECIAL KINDS OF PROBLEMS)*

### INMATE COMPLAINT

Inmate's Name __DAVID BROWN__   Number __#57800__

Facility __HUTCHINSON CORR. FAC.__   Housing Unit __A-1/214/RHU__   Work Detail __N/A / O.S.R.__

*SPECIAL KINDS OF PROBLEMS ( PAGE-1-OF-11 ) SPECIAL KINDS OF PROBLEMS*

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member.) *(ATTACHED IS A FORM-9 DATED 8-8-2021(68))*

*IVE MADE MY COMPLAINTS AND STATED THE FACTS IN THE ATTACHED FORM 9, AND I INCORPORATE THE SAME INTO THIS GRIEVANCE AS IF IT WAS RESTATED FULLY HEREIN. THIS IS A K.D.O.C. WIDE PROBLEM(S). STAFF DESTROYED MY OFFICIAL/LEGAL PAPERS, AND ITS LONG PAST DUE THE WARDEN(S) AND/OR SECRETARY OF CORRECTIONS HOLD GUILTY STAFF ACCOUNTABLE AND ALSO RESOLVE THE PROBLEM (WHICH CAN BE ACCOMPLISHED BY HOLDING STAFF ACCOUNTABLE FOR DESTROYING PRISONERS LEGAL PAPERS INSTEAD OF EXCUSE FOR STAFF, COVERING FOR STAFF AND/OR GIVING STAFF IMMUNITY. IT CAN BE ACCOMPLISHED BY DISCIPLINING STAFF, AND IF THE DISCIPLINE DOESN'T CAUSE CORRECTIVE CHANGE, THE PUNISHMENT IS NOT SEVERE ENOUGH...* ⟶ (NEXT PAGE ⟶ ⟶)

Date this report was given to Unit Team for informal resolution (to be completed by inmate). *8-23-2021* (68)

*MAILED TO S.O.C. UNDER KAR 44-15-201 SPECIAL PROCEDURES*

---

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

*I INVOKE SPECIAL PROCEDURES, K.A.R. 44-15-201 -*

*SPECIAL KINDS OF PROBLEMS CORRESPONDENCE*

_____
Unit Team Signature               Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____
Inmate Signature               Date

`**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____ Date of Final Answer _____ Date Returned to Inmate _____

_____
Inmate's Signature          Date    Unit Team Signature                    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

---

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                    _____ _____

Type of Complaint (Item 4: Code 01-75)    _____ _____

Cause of Complaint (Item 5: Code 01-30)   _____ _____

(SKP) (RE: GRIEVANCE (68) (PAGE-2-OF-11) HCF/(68)

IT CAN BE ACCOMPLISHED BY MAKING AN EXAMPLE TO ALL KDOC STAFF SENDING A MESSAGE THAT THE CONSEQUENCES ARE EXTREME AND KDOC PRISON OFFICIALS WILL NOT CONTINUE TO GIVE STAFF IMMUNITY FOR DESTROYING MY LEGAL PAPERS. IT SHOULD BE RECOGNIZED, THAT STAFF ARE DESTROYING MY OFFICIAL/LEGAL PAPERS, KNOWINGLY AND INTENTIONALLY, IN BAD FAITH, TO ATTEMPT TO HIDE, THE UNPROFESSIONAL AND/OR ILLEGAL ACTS, BEHAVIORS, CONDUCT THE STAFF ENGAGED IN, CAUSING ME TO INVOKE THE GRIEVANCE PROCEDURE IN THE FIRST PLACE, SO ITS NOT JUST THE INITIAL MISTREATMENT, ABUSE, OR CIVIL RIGHTS VIOLATIONS I WAS SUBJECTED TO, BUT NOW, ON TOP OF THAT FIRST MATTER, MY FIRST AMENDMENT RIGHTS ARE BEING EVISCERATED. PRISON STAFF THAT VIOLATE A PRISONERS CIVIL RIGHTS AND THEN ATTEMPT TO DESTROY EVIDENCE OF THE FACT WOULD SURELY BRING CRITICISM UPON THEMSELFS AND/OR THE DEPARTMENT THEY ARE EMPLOYED AT, WHICH VIOLATES IMPP - 02-118D IV. 4. STAFF DESTROYING MY OFFICIAL/LEGAL DOCUMENTS HAS INJURIED ME, DUE TO THE FACT THAT THE EVIDENCE THAT PROVES AND SUPPORTS MY CLAIMS/ALLEGATIONS IN A LAW SUIT ARE GONE/DESTROYED, AND I WAS UNABLE TO REMEMBER ENOUGH TO EFFECTIVELY MAKE MY CASES IN A COURT OF LAW (CIVIL) AND STAFF DESTROYING MY OFFICIAL/LEGAL PAPERS ALSO CAUSED ME INJURY DUE TO THE FACT THAT I FELT HOPELESS/DEPRESSED, AND DIDNT BELIEVE I COULD EXERCISE MY FIRST AMENDMENT RIGHTS PAST KDOC'S ADMINISTRATIVE PROCESS AND ONLY PART OF THE TIME [redacted] I ABLE TO DO THAT, WHICH IS WHY IM ONCE AGAIN TRYING [redacted] TO DOCUMENT THE FACTS AND [redacted] BRING THE MATTERS TO THE WARDEN AND SECRETARY OF CORRECTIONS ATTENTION, BUT BECAUSE KDOC'S UNWRITTEN POLICY TO GIVE GUILTY STAFF IMMUNITY, AND A INEFFECTIVE, BIASED, COUNTERPRODUCTIVE, RUBBER STAMP REPLY, RETALIATORY GRIEVANCE PROCEDURE/SYSTEM, I HAVE LITTLE FAITH IN RESOLUTIONS COMING FROM INVOKING KDOC'S GRIEVANCE PROCEDURE/SYSTEM. EVEN SO, I WILL NOT GIVE UP [redacted] I HAVE BEEN [redacted] SUBJECTED TO LIFE THREATENING RETALIATION AT THE HANDS OF KANSAS DEPARTMENT OF CORRECTIONAL FACILITY/KS. STATE PENITENTIARY STAFF/EMPLOYEE'S e.g. GUARDS, UNIT TEAMS, LIEUTENANT'S, CAPTAINS, MENTAL HEALTH/BEHAVIORAL HEALTH PROFESSIONALS, WARDEN'S, AND SECRETARY OF CORRECTIONS/KDOC OFFICIALS, AND INMATES, DUE TO STAFF LABELING ME A: RAT, SNITCH, CHILD MOLESTER/CHOMO, AND INMATES THAT GULLIBLY (or) BELIEVE STAFFS LIES, AND OTHER INMATES THAT BELIEVE RUMORS. [redacted] WHICH [redacted] STAFF DO INTENTIONALLY, AWARE [redacted] THESE INCORRECT/FALSE LABELS WILL

NEXT PAGE

(EXH.IDEF-B-29) Page 3

(SKP)
(RE: GRIEVANCE (68) / PAGE-3-OF-11) / (68)

CAUSE ME CONFLICT WITH THESE INMATES) WHICH
SOON COMES OVERWHELMING ████ BECAUSE
I'M NOT IN A GANG, ████ BEING OF SMALL
STATURE, WHITE, ███ SOFT HEARTED, NOT FITTING IN
WITH OTHER CRIMINALS, ████ BECAUSE I DON'T LIKE
VIOLENCE, LIES, ████, CHILD MOLESTERS, RAPIST, PIMPS,
SEX TRAFFICKERS, IDENTITY THEFT, PROPERTY THEFT,
MURDERERS, CORRUPTION, ABUSE, BULLIES, DECEPTION,
AND THATS ALL I'VE BEEN SURROUNDED WITH SINCE
1992, SO FEW ARE THE GOOD IN THIS ENVIRONMENT/
WORLD. THIS EXTREME FORM OF SLANDERING MY NAME,
FALSLY AND INCORRECTLY LABELING ARE DANGEROUS PRISON
TITLES, TITLES THAT ARE LOOKED DOWN ON, DISRESPECTFUL,
DISLIKED/HATED, DEMONIZED, LOOKED AT AS LESSER.... AND
THE ████ REPERCUSSIONS HAVE BEEN HARMFUL TO SAY THE
LEAST. THEN I'VE BEEN SUBJECTED TO KNOX GUARDS
PAYING INMATES TO ENGAGE IN UNJUSTIFIED CONFLICT
WITH ME, WHICH BOTH FORMS OF RETALIATION RESULT
IN ARGUMENTS WITH INMATES WHO THREATEN TO
HARM ME, ATTEMPT TO PAY OTHERS TO HARM ME, ████
ENCOURAGE OTHERS TO PREY ON ME AND HARM ME, SO
MUCH OF THE CONFLICTS I'VE HAD WITH INMATES IN
THE LAST TEN YEARS HAVE BEEN ROOTED IN STAFFS
RETALIATION, LIES, CORRUPTNESS. ITS NOT RIGHT! I KNOW
PRISON IS NO HOLIDAY, BUT THE ISSUES I HAVE AND
DEAL WITH AS ALL PRISONERS DO IS NOT THE ONLY
WEIGHT I'VE BEEN CARRYING, AND I'M TIRED OF IT.
I NOW REALIZE HOW I'VE GOTTEN TO THIS PLACE. NOT
ALL STAFFS FAULT, NOT AT ALL. I AM NOT PERFECT, AND
I'VE MADE MANY MISTAKES, AND I CONTINUE TO TRY TO
DO BETTER, TO ACTUALLY BE A BETTER PERSON, ████ BUT, ...
████ IN EL DORADO CORRECTIONAL FACILITY, I SPENT
YEARS IN A LIMITED CONTACT CELL, NO DESK, NO PHONE,
A SHOWER IN THE CELL THAT FLOODED THE WHOLE CELL
EVERYTIME IT CAME ON, A DOOR AT THE BACK OF THE
CELL LEADING INTO A SINGLE MAN YARD CAGE, AWAY
FROM OTHER INMATES, GUARDS THAT SPIT IN MY FOOD,
LIED TO OTHER PRISONERS SAYING THEY CAN'T PASS ANYTHING
FOR THEM BECAUSE DAVID BROWN'S TELLING ON THEM.
GUARDS RIPPING MY FAMILY PHOTOS, GUARDS GIVING MY
MAIL FROM FAMILY TO OTHER INMATES I'M HAVING ISSUES
WITH, GIVING MY MAGAZINES TO OTHER INMATES I'M
NEXT PAGE ⟶ ⟶ ⟶

(RE: GRIEVANCE (SKP) (68) / PAGE-4-OF-11 ) HCF/ ((68)

HAVING PROBLEMS WITH, AND IF I WRITE A FORM-9/GRIEVANCE
ON THAT, STAFF WILL SAY "SEE HE'S A RAT" SO I CANT SAY THIS
GUARD DID IT AT THIS DATE/TIME, ONLY THAT STAFF ARE
GIVING MY MAIL TO OTHER INMATES, BUT I TOLD MY FAMILY
AND THEY WROTE THE WARDEN, WHO OF COURSE DID NOTHING
OTHER THAN GIVE STAFF IMMUNITY. A GUARD THAT WAS ON THE
BLACK SUITS ESCORTING I/M'S TO A&D TO BE TRANSFERRED
TO HUTCHINSON CORRECTIONAL FACILITY, ESCORTED A INMATE
(EDWARDS) A.K.A. CLOVER A STG./GANGMEMBER WITH NORTENOS, AND
ASKED THE I/M IF HE KNEW ME, SAID HIS BEST FRIEND
WAS THE SON OF THE MAN I KILLED (DURING A ROBBERY
GONE BAD IN MY CRIMINAL CASE) AND TOLD THE INMATE
DAVID BROWN IS A B*X*X AND COWARD, AND HE STABBED
A INMATE IN THE BACK, AND DAVID BROWN IS A RAT...
I DONT KNOW I/M EDWARDS VERY WELL, BUT HE TOLD ME
ABOUT THE CONVERSATION HE HAD WITH THE BLACK SUIT,
AND FOR A GUARD TO GO OUT OF HIS WAY, TO ASK OTHER
INMATES IF THEY KNOW ME, AND THEN PROCEED TO TALK BAD
ABOUT ME, SLANDER MY NAME, SPREAD DISINFORMATION,
LIES, TELLS ME HE'S BEEN DOING THAT FOR SOME TIME. I
WROTE A GRIEVANCE ON THAT, WHICH WAS DESTROYED, AS STAFF
CONTINUE TO DESTROY MY FACTUM/TRUTHFUL COMPLAINTS THAT
CONCERN THESE KINDS OF COMPLAINTS, GUARDS THAT SPIT IN MY FOOD,
THAT CALLED ME A FAG, PUNK, TOLD MY SPILE THE F*X*X UP, TOLD
INMATES I'M A RAT, GAVE MY MAIL TO OTHER PRISONER, DENIED
ME A MEAL.. I INVOKED KDOC'S GRIEVANCE PROCEDURE AND
STAFF GOT IMPUNITY, UNIT TEAMS LIED FOR STAFF, COVERED
FOR STAFF, MOVED ME TO ANOTHER CELLHOUSE, BUT GAVE
STAFF IMPUNITY, AND I WAS RETALIATED AGAINST EVEN
MORE FOR INVOKING THE GRIEVANCE PROCEDURE ▓▓▓/FOR
WRITING STAFF UP. I'VE BEEN PUNISHED AND RETALIATED AGAINST
FOR YEAR FOR WRITING STAFF UP. AND I DON'T UNDERSTAND WHY THE
WARDEN, SECRETARY OF CORRECTIONS, LIEUTENANTS, CAPTAINS, MAJORS,
UNIT TEAM MANAGERS, AND/OR UNIT TEAMS WONT STOP STAFF
FROM RETALIATING AGAINST ME, FROM PUNISHING ME FOR
INVOKING THE GRIEVANCE PROCEDURE) BECAUSE I DON'T STAB
STAFF OR HIT THEM WITH A LOCK, BECAUSE I'M NOT VIOLENT
AND WANT TO USE A PEN AND PAPER, BECAUSE I WANT TO BE
CIVIL AND USE THE VERY PROBLEM SOLVING PROCEDURES K.D.O.C.
TELLS ME TO USE, WHICH KDOC OFFICIALS THEN RUTHLESSLY
PUNISH ME FOR DOING. YES, I HAVE 20 BATTERY CASES FOR
BAPTIZING STAFF WITH URINE/FECUS, BUT ITS ONLY HAPPENED out
                    NEXT PAGE →    →    →    →

(EXHIBIT-B-31)

Page 5

(SKP)

( THE GRIEVANCE (68) / PAGE-5-OF-11 ) HKF/ (68)

WHEN IVE BEEN ON LOCKDOWN STATUS, AND ONLY AFTER IVE WRITTEN
(10) DIFFERENT FORM 9'S AND SEVERAL GRIEVANCES SEEKING HELP,
FROM HIGHER RANKING OFFICIALS, TO STOP STAFF FROM ABUSING
ME, SAYING SEXUALLY ENAPROPREATE THINGS TO ME, PROVOKING
ME, SPITING IN MY FOOD, DENYING ME FOOD, LABELING ME
A CHOMO, RAT, FAG, DENYING ME SOAP, TOILET PAPER,
BASIC NECESSITIES, AND NOONE WOULD HELP, NOONE WOULD
STOP STAFFS UNPROFESSIONAL/ILLEGAL ACTS/BEHAVIORS
MISTREATMENT/ABUSE, AND I SNAP AND TURN INTO AN
ANIMAL, PULLING FECUS OUT OF THE TOILET TO THROW ON
STAFF. I SHOULD NOT EVER LOSE MYSELF, TO SNAP AND DO
THIS, BUT I HAVE ISSUES, A BREAKING POINT, AND THAT
IS ALL THE MORE REASON WHEN IM CRYING OUT FOR HELP,
SOMEONE SHOULD HELP ME! BUT INSTEAD IM LEFT TO
FEND FOR MYSELF, STAFF SUBJECT ME TO EVEN MORE
RETALIATION, AS THEY KNOW I WROTE THEM UP, BUT
CONSEQUENCES ARE OF LITTLE CONCERN, AS THEY TARGET
ME MORE. ITS ALL CRAZY, AND ITS ILLEGAL, AND ITS
NOT RIGHT! AND IT INJURIES ME, BECAUSE MY BEHAVIOR
TURNS FROM BAD TO WORSE, MY MENTAL HEALTH FROM
BAD TO WORSE, MY BAD LIFE TO A WORSE LIFE. IM
GETTING DESCIPLINARY REPORTS FOR BATTERY ON STAFF AND
NOONE CARES WHY IT WAS DONE, NOONE CARES THAT
I WROTE TEN DIFFERENT COMPLAINTS AND SPOKE TO SEVERAL
STAFF, AND THEN MORE STAFF HATE ME, AND OTHERS HATE ME
MORE, AND ITS BECAUSE SOME OF MY COMPLAINTS WERE
DESTROYED, AND OTHERS GIVEN GENERIC RESPONSES, AND
STAFF GET IMPUNITY. IM INJURIED MORE THAN I
EVEN RELIZED, UNTIL LATER, WHEN ITS TOO LATE. THERE IS A
REASON K.D.O.C. HAS A GRIEVANCE PROCEDURE/SYSTEM,
A PROPERTY LOSS/INJURY PROCEDURE/SYSTEM, AND
THESE AVENUES PRISONERS ARE GIVEN TO DEAL WITH
THEIR PROBLEMS, TO SEEK RESOLUTIONS, TO GET HELP... THESE
SYSTEMS NEED TO BE FOLLOWED, NOT ABUSED, CLAIMS AND
ALLEGATIONS INVESTIGATED, STAFF HELD ACCOUNTABLE WHEN
APPROPRIATE. THESE SYSTEMS HAVE BEEN BIASED, CORRUPT,
COUNTERPRODUCTIVE, VERY RETALIATORY, INEFFECTIVE, AND
A RUBBER STAMP REPLY PROCESS. THIS IS NOT DUE PROCESS,
THIS IS NOT FAIR PROCESS. ITS A JOKE, TRICK, A RUSE, A
DISINGENUIOUS PROCESS AND THE WARDEN AND/OR SECRETARY OF
CORRECTIONS NEED TO CORRECT THESE MATTERS AND PROVIDE
PRISONERS WITH A HONEST, EFFECTIVE, LEGAL PROFESSIONAL...→

NEXT PAGE →

(SKP)
(RE: GRIEVANCE (68) / PAGE-6-OF-11) HCF/ (68)

DUE PROCESS AVENUE/PROCEDURE/SYSTEM THAT ALLOWS FOR
A PRISONER TO BE COMPENSATED WHEN APPROPRIATE. AS THE
K.D.O.C'S GRIEVANCE PROCEDURE AND PROPERTY DAMAGE/LOSS
OR PERSONAL INJURY CLAIM FORM PROCEDURE/PROCESS IS NOT
SUCH A DUE PROCESS AVENUE/PROCEDURE/PROCESS. AS AN
EXAMPLE AND SUPPORTING DOCUMENTATION I'M ATTACHING
A GRIEVANCE DATED 7-13-2019 (38) WITH ATTACHMENTS,
AND UNIT TEAM BRENDAN D. GRAFF'S RESPONSE TO MY
PROPERTY CLAIM DATED 2-26-2019 CLAIM # BA0008168
AS YOU CAN SEE, UNIT TEAM GRAFF REFUSED TO PROCESS MY GRIEVANCE
BASED ON LIES AND HE ABUSED HIS AUTHORITY AS A UNIT TEAM AND
ABUSED THE GRIEVANCE PROCEDURE, WHICH U.T.M. BELL AND WARDEN
SCHNURR SUPPORTED AND IN DOING SO ALSO ABUSED THEIR AUTHORITY AND
ABUSED THE GRIEVANCE PROCEDURE. AND AS I'VE DOCUMENTED NUMEROUS
TIMES, K.D.O.C'S GRIEVANCE PROCEDURE/SYSTEM IS CORRUPT, BIASED,
COUNTER PRODUCTIVE, INEFFECTIVE, DISHONEST, BROKEN, RETALIATORY,
A RUBBER STAMP REPLY PROCESS AND ▓▓▓▓ OFFERS NO HONEST AND
EFFECTIVE PROBLEM SOLVING AVENUE. NEXT, THE FACTS IN MY PAST
PROPERTY CLAIM No. 8168 IS LIKE THE PROPERTY CLAIM I RECENTLY
SUBMITTED TO UNIT TEAM HARTEL, IN THAT MY OFFICIAL/LEGAL
PAPERS WERE NOT ANSWERED, RETURNED, AND/OR WERE DESTROYED
BY KDOC/HCF STAFF. I'N BOTH CASES I PROVE I DID ▓▓ TURN IN/
SUBMIT MY LEGAL/OFFICIAL PAPERS TO STAFF WHO SIGNED FOR THEM,
VERIFYING THE FACT. AND IN U.T. GRAFF'S RECOMMENDATIONS/
INVESTIGATION U.T. GRAFF DENYS MY CLAIM INCORRECTLY
STATING I DIDN'T PAY FOR THE PAPER USED TO WRITE MY CLAIMS
ON. AND THAT I DIDN'T PAY FOR THE INK/FLEX PEN I USED TO
WRITE WITH. SEE THE ATTACHED e.g. UNIT TEAM GRAFF'S 4-19-2019
INVESTIGATION/RECOMMENDATIONS IN MY PROPERTY CLAIM No.
BA0008168. ITS PRETTY MUCH WHAT U.T. HARTEL SAID, WHEN SHE
TOLD ME MY CLAIM WOULD NOT BE APPROVED, BECAUSE, SHE CLAIMED
▓▓▓▓▓▓▓▓▓▓▓▓ MY LEGAL PAPERS HAD NO MONETARY
VALUE, WHICH IS A PATTERN OF A RUBBER STAMP REPLY GIVEN TO
PRISONERS/ME WHEN I REQUEST COMPENSATION FOR MY LEGAL AND/OR
OFFICIAL PAPERS BEING INTENTIONALY DESTROYED BY K.D.O.C STAFF
MEMBERS. HOWEVER, AFTER SUBMITTING MY FORM-9 DATED 8-8-2021
TO U.T. HARTEL, EXPLAINING MY LEGAL PAPERS DO HAVE MONETARY
VALUE, U.T. HARTEL RESPONDED TO THE FORM-9 SAYING, THAT I
WAS RIGHT, AND SHE WOULD INVESTIGATE MY CLAIM AND MAKE
A DETERMINATION BASED ON THE FACTS. SEE ATTACHED FORM-9 DATED
8-8-2021 (68) WITH U.T. HARTEL'S 8-9-2021 REPLY. ALTHOUGH, I WILL
NOT HOLD MY BREATH, SO TO SPEAK, I DO NOT MEAN TO BE SARCASTIC

NEXT PAGE ➔

RE. GRIEVANCE (68) (SKP") (68) / PAGE-7-OF-11) HCF/ (68)

BUT BASED ON MY PAST EXPERIENCES WITH THESE BIASED, CORRUPT, INEFFECTIVE, COUNTERPRODUCTIVE, RETALIATORY, RUBBER STAMP REPLY, DISINGENUOUS PROCEDURES/MODELS/SYSTEMS, AND THEM HAVING BEEN TOLD MY CLAIM WOULD BE DENIED BEFORE ITS EVEN READ. DOESN'T GIVE RISE TO CONFIDENCE IN A HONEST, EFFECTIVE, UNBIASED, LEGAL DUE PROCESS PROCEDURE. AND THE FACT THAT THE ISSUE OF STAFF DESTROYING MY OFFICIAL/LEGAL PAPERS BEING ONE KDOC OFFICIALS REFUSE TO CORRECT, AND REFUSE TO HOLD STAFF MEMBERS ACCOUNTABLE FOR DESTROYING MY LEGAL/OFFICIAL PAPERS HAS BEEN A ISSUE/PROBLEM FOR YEARS IS DEPRESSING, AND GIVES ME FEELINGS OF HOPELESSNESS. I WILL MAKE CLEAR, THIS GRIEVANCE IS NOT A PROPERTY CLAIM. THIS GRIEVANCE IS A COMPLAINT ABOUT STAFF DESTROYING MY LEGAL/OFFICIAL PAPERS (IN RETALIATION), TO OBSTRUCT JUSTICE, TO DENY ME DUE PROCESS. THIS GRIEVANCE IS ABOUT KDOC'S BIASED, INEFFECTIVE, RETALIATORY, RUBBER STAMP REPLY, BROKEN, COUNTERPRODUCTIVE, CORRUPT DUE PROCESS PROCEDURES/SYSTEMS. THIS GRIEVANCE IS ABOUT MY FIRST AMENDMENT RIGHTS BEING DENIED. THIS GRIEVANCE IS ABOUT MY RIGHT TO INVOKE ▓▓▓▓▓▓ PROCEDURE BEING DENIED. THIS GRIEVANCE IS ABOUT THE PROPERTY LOSS/INJURY CLAIM PROCESS NOT WORKING. (DUE TO KDOC/HCF RETALIATORY, LYING, CORRUPT STAFF ABUSING THE PROCEDURES/SYSTEMS) THIS GRIEVANCE IS ABOUT NUMEROUS FORMS OF RETALIATATION IM SUBJECTED TO FOR USING THESE SYSTEMS IN AN ATTEMPT TO GAIN FOR MY LOSS, IN A ATTEMPT TO RECEIVE RESOLUTIONS TO MY COMPLAINTS. BUT ITS USUALLY NOT GOING TO HELP ME, BUT INSTEAD HURT ME, WHEN I EXERCISE MY FIRST AMENDMENT RIGHTS, IM USUALLY PUNISHED FOR INVOKING THE GRIEVANCE PROCEDURE OR THE PROPERTY LOSS/DAMAGED/DESTROYED PROCESS. THE WARDEN SHOULD HAVE DONE HIS JOB, EXERCISED HIS DUTY AND HELD STAFF ACCOUNTABLE FOR DESTROYING MY LEGAL PAPERS TO OBSTRUCT JUSTICE AND GIVE GUILTY STAFF IMMUNITY. THE WARDEN SHOULD HAVE CORRECTED THIS PROBLEM YEARS AGO, BUT DID NOT, AND INSTEAD SUPPORTED STAFF'S UNPROFESSIONAL/ILLEGAL ACTS AND BEHAVIORS, AND ABUSED HIS AUTHORITY. DENYING ME ANY AND ALL HELP, RESOLUTIONS, COMPENSATION, RELIEF. THE WARDEN REFUSED TO ADDRESS AND CORRECT THE PAST/PRESENT GRIEVANCE SYSTEM/PROPERTY CLAIM SYSTEMS/INJURY CLAIM SYSTEM FAILURES, AS ITS A KDOC FACILITY WIDE ISSUE/PROBLEM. THE SECRETARY OF CORRECTIONS ALSO FAILS IN HIS DUTIES, AND SUPPORTS ALL LOWER RANKING KDOC PRISON OFFICIALS/STAFF ABUSIVE ILLEGAL/UNPROFESSIONAL ACTS AND BEHAVIORS. THE SECRETARY SHOULD HAVE INSTEAD BEEN HONEST, PROFESSIONAL AND DISCHARGED HIS...

NEXT PAGE →→→

(SKP)
RE: GRIEVANCE (68) / PAGE-8-OF-11 ) HCF/ (68)

DUTY TO DISCIPLINE THE WARDEN AND CAUSE THE WARDEN TO DISCHARGE HIS DUTY TO HOLD OTHER STAFF ACCOUNTABLE, AND THE SECRETARY SHOULD ENSURE THE SYSTEMS KDOC HAS IN PLACE FOR PRISONERS TO USE, WHEN THEY SEEK RESOLUTIONS TO ISSUES/PROBLEMS THEY HAVE, AND TO USE TO SEEK COMPENSATION FOR LOSSES STAFF ~~INTENTIONALLY CAUSE~~ INTENTIONALLY CAUSE IN BAD FAITH. BUT THIS HAS NOT BEEN DONE IN THE PAST, AND I FEAR IT WILL NOT BE ~~DONE~~ ANY DIFFERENT NOW, DUE TO HAVING THE SAME WARDEN DAN SCHNURR, AND THE RUBBER STAMP REPLY PROCESS KDOC OFFICIALS USE. THE SECRETARY OF CORRECTIONS SHOULD MAKE CLEAR TO ALL KDOC STAFF, THAT A PRISONERS OFFICIAL/LEGAL PAPERS HAVE MONETARY VALUE, AND IMPLEMENT A POLICY THAT CAUSES STAFF TO PAY FOR THE OFFICIAL/LEGAL PAPERS THEY DESTROY OUT OF THEIR PAY CHECKS. THIS POLICY WOULD CAUSE STAFF TO THINK TWICE ABOUT DESTROYING A PRISONERS LEGAL AND/OR OFFICIAL PAPERS, AT $25.00 AN HOUR FOR HOWEVER MANY HOURS IT TAKES/TOOK THE PRISONER TO DRAFT THE OFFICIAL/LEGAL DOCUMENTS. THIS WOULD BE A DETERRENT TO STAFF THAT DESTROY PRISONERS/MY OFFICIAL/LEGAL DOCUMENTS. THIS IS A REASONABLE RESPONSE TO RESOLVING A PROBLEM THAT'S EXISTED FOR DECADES. STAFF DESTROYING MY LEGAL PAPERS HAS GONE ON UNCHECKED FAR TOO LONG, AND THE SECRETARY OF CORRECTIONS AND WARDENS SHOULD IMPLEMENT POLICIES TO RECTIFY THE ISSUES/PROBLEM/ILLEGAL CONDUCT. LIKEWISE, THE WARDEN SHOULD HAVE AND THE SECRETARY OF CORRECTIONS SHOULD HAVE RECTIFIED THE INEFFECTIVE, CORRUPT, BROKEN, COUNTERPRODUCTIVE, BIASED, RETALIATORY, RUBBER STAMP REPLY, ABUSED K.D.O.C. GRIEVANCE SYSTEM AND PROPERTY LOSS SYSTEMS, BUT BOTH OFFICIALS HAVE FAILED AND/OR REFUSED TO DO SO FOR YEARS AND I AGAIN REQUEST THEY DO SO NOW. THE SYSTEMATIC DEFICIENCIES SURROUNDING THE GRIEVANCE SYSTEM AND PROPERTY LOSS CLAIM SYSTEMS ARE RIDICULOUS! KDOC OFFICIALS IGNORING THE PROBLEMS DON'T CAUSE THEM TO GO AWAY, AND KDOC OFFICIALS SUPPORTING THE PROBLEMS DON'T CAUSE THEM TO GET BETTER OR BE CORRECTED. MY GRIEVANCE IS ABOUT STAFF'S UNPROFESSIONAL/ILLEGAL/ INTENTIONAL ACTS TO DESTROY EVIDENCE TO THE ILLEGAL CIVIL RIGHTS VIOLATION I'VE BEEN SUBJECTED TO. MY COMPLAINTS ABOUT K.D.O.C. STAFF BEING LIARS, CORRUPT, COUNTERPRODUCTIVE, BIASED, AND VERY RETALIATORY, WHO ARE THE STAFF THAT OVERSEES FORM-9'S, GRIEVANCES, GRIEVANCE APPEALS, PROPERTY LOSS/DAMAGE AND INJURY CLAIMS, NOT FOLLOWING THE ACTUAL PROCEDURES, ABUSING THE PROCEDURES, WHO DENY A PRISONER RELIEF BEFORE THEY EVEN READ THE I'MS CLAIMS...

NEXT PAGE ➝   ➝   ➝   ➝

(SKP)
(RE. GRIEVANCE (68) / PAGE-9-OF-11 ) IKE / (68)

...AS IS THE CASE HERE, WITH UNIT TEAM HERTEL'S BIASED/CORRUPT PREJUDGEMENT AGAINST A PRISONER'S (ME) CLAIM. ALTHOUGH UNIT TEAM HERTEL RETRACTS HER STATEMENTS AND/OR SAYS I'M CORRECT IN THAT MY LEGAL/OFFICIAL PAPERS HAVE MONETARY VALUE, I DON'T BELIEVE MY CLAIM WILL BE APPROVED FOR SOME OTHER GENERIC REASON, BY U.T. HERTEL OR ANOTHER K.D.O.C./IKE INVESTIGATOR, AS HAS BEEN THE CASE BEFORE. UNIT TEAM B. GRAFF DENIED MY CLAIM FOR REASONS THAT SHOW HOW BIASED THE PROPERTY DAMAGE/LOSS CLAIM PROCESS IS, AND UNIT TEAM MANAGER BELL SUPPORTING UNIT TEAM GRAFF'S REASONING, AS WELL THE WARDEN TELLS ME I WON'T GET ANYONE TO MAKE A HONEST RULING, BECAUSE K.D.O.C. STAFF FOLLOW THE "GIVE GUILTY STAFF IMMUNITY" POLICY. THE SECRETARY OF CORRECTIONS/WARDENS NEED TO UNDERSTAND HOW IMPORTANT IT IS THAT PRISONERS HAVE A PROCESS THEY CAN USE TO SEEK HELP, RESOLUTIONS, COMPENSATION, RELIEF, JUSTICE, ... BECAUSE WHEN THEY DON'T BAD THINGS HAPPEN TO INMATES AND STAFF A LIKE. PRISONERS CIVIL RIGHTS GET IGNORED/VIOLATED; WHEN U/O CCI AN DESTROYED MY FILING AND OTHER LEGAL DOCUMENTS, IT COST ME AS I WAS LATER DENIED TO INVOKE THE GRIEVANCE PROCEDURE, MY TIME, EFFORT, AND THOUGHTS PUT INTO DRAFTING THOSE DOCUMENTS WAS WASTED, AND MY FIRST AMENDMENT RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF MY GRIEVANCE WAS VIOLATED/TAKEN AWAY, AND BECAUSE THE DENTIST RECEIVED IMMUNITY FOR THREATENING TO PULL MY TEETH OUT, IF I CONTINUED TO COMPLAIN ABOUT THE PAIN I HAVE WHEN BRUSHING MY TEETH, I'VE NOT GOTTEN ANY NEEDED DENTAL CARE OUT OF FEAR, AND MY TEETH HAVE ROTTEN, CHUNKS BROKEN OFF, AND I'VE SUFFERED PAIN FROM IT'S THIS IS ANOTHER EXAMPLE WHY IT'S SO IMPORTANT PRISONERS HAVE A WORKING, EFFECTIVE, UNBIASED, HONEST, PRODUCTIVE, CORRECTLY FOLLOWED PROBLEM SOLVING DUE PROCESS AVENUE WITHIN K.D.O.C.'S ADMINISTRATIVE PROCESS/BODY SYSTEMS. THE FORM-9 I SUBMITTED ON 6-24-2021 TO CSI GONZALEZ WAS SEVERAL PAGES OF WRITING BY ME, EXPLAINING HOW STAFF HAVE RETALIATED AGAINST ME FOR EXERCISING MY FIRST AMENT. RIGHT WHEN INVOKING K.D.O.C.'S GRIEVANCE PROCEDURE, DUE TO STAFF: VIOLATING MY CIVIL RIGHTS, SEXUAL ASSAULT/HARASSMENT, BATTERY, DENYING ME FOOD, MEALS, DESTROYING MY PROPERTY, DISRESPECTING ME, DENYING ME WARMTH, HOT MEALS, TOILET PAPER, LIGHT, WORKING PLUMBING, VIOLATING THE CODE OF CONDUCT, LYING, GIVING GUILTY STAFF IMMUNITY, ETC, AND HOW STAFF THEN SUBJECT ME TO THE DANGEROUS, LIFE THREATENING RETALIATION OF LABELING ME A: RAT, SNITCH, CHOMO, CHILDMOLESTER, PUNK, B****, ETC. TO GET BACK AT ME FOR INVOKING THE GRIEVANCE SYSTEM AND WRITING STAFF UP FOR THE UNPROFESSIONAL, ILLEGAL CONDUCT AND/OR CONDITIONS THEY SUBJECTED ME TO

NEXT PAGE ————→

(EXHIBIT-B-36)   Page 10

(SKP)
RE: GRIEVANCE (68)/ PAGE-10-OF-11 ) HCF/ (68)

AND HOW STAFF UNDERSTAND AND KNOW THE LABELS THE FALSELY
AND INCORRECTLY GIVE ME WILL CAUSE CONFLICT WITH OUT PRISONERS.
BECAUSE STAFF KNOW CHOMO'S, CHILDMOLESTERS, RAT, SNITCHES,
PUNKS, P.C. CHECK-IN'S, ARE ALL TITLES THAT THE PRISON POPULATION
DISLIKES, HATES, PREYS ON, BATTERS, EXTORTS, JUMPS, AND I EXPLAIN
HOW I'M IN FEAR FOR MY LIFE BECAUSE SO MANY KDOC/HCF
STAFF HAVE RETALIATED AGAINST ME BY SUBJECTING ME TO
THE EXPLAINED RETALIATION, AND I GAVE SOME EXAMPLES,
AND NAMED SEVERAL STAFF GUILTY OF THIS DANGEROUS
LIFE THREATENING RETALIATION, AND THAT IS WHY MY
LEGAL/OFFICIAL PAPERS WERE NOT ANSWERED/RETURNED,
BUT INSTEAD DESTROYED. BECAUSE KDOC PRISON OFFICIALS
KNOW I'M TELLING THE TRUTH 100%, BECAUSE I DETAIL THE
PROBLEM, GIVE DATES, PLACES, NAMES, INCIDENTS, AND ATTACH
SUPPORTING DOCUMENTS TO MY CLAIMS/ALLEGATION AND THE
FACTS, AND BECAUSE K.D.O.C. PRISON OFFICIALS KNOW AND KDOC STAFF
UNDERSTAND LEGALLY, THIS IS ILLEGALLY, AND KDOC STAFF
HAVE A UNWRITTEN POLICY TO LIE FOR STAFF, COVER FOR STAFF,
AND GIVE GUILTY STAFF IMPUNITY, THIS IS WHY CERTAIN LEGAL/
OFFICIAL PAPERS ARE NOT ANSWERED/RETURNED/PROCESSED, BUT
INSTEAD DESTROYED, IN BAD FAITH, TO ATTEMPT TO ERASE THE
UNPROFESSIONAL/ILLEGAL CONDITIONS/CONDUCT ▓▓▓▓▓
▓▓▓▓ A PRISONER/ME WAS SUBJECTED TO. IT CAUSES
ME TO FEAR SUBMITTING A FORM-9/GRIEVANCE BECAUSE I
MIGHT NOT EVER SEE IT AGAIN. THE WARDENS AND SECRETARY
OF CORRECTIONS SHOULD HAVE CORRECTED THIS PROBLEM YEARS AGO, BUT
REFUSED TO DO SO, AND IN REFUSING TO DO SO, ARE RESPONSIBLE FOR THE
MASS CORRUPTION. IT BREAD INTO K.D.O.C.'S STAFF/PRISON OFFICIALS, KDOC.
SECURITY AND ADMINISTRATION. THE WARDEN AND/OR SECRETARY OF
CORRECTIONS SHOULD FIX/CORRECT THIS PROBLEM IMMEDIATELY, AND
CORRECTIONS SHOULD FIX/CORRECT THIS PROBLEM IMMEDIATELY, AND
ENSURE PRISONERS HAVE A MEANFUL ADMINISTRATIVE DUE PROCESS
AVENUE THEY CAN TAKE PART IN, IN AN ATTEMPT TO HAVE THEIR
ISSUES, PROBLEMS, LOSSES, COMPLAINTS RESOLVED. WHERE A PRISONER
CAN OBTAIN RELIEF, COMPENSATION, JUSTICE, RESOLUTION, WITH A PEN
AND PAPER, WITHOUT BEING RETALIATED AGAINST, AND WITHOUT STAFF
DESTROYING THE PRISONERS LEGAL/OFFICIAL PAPERS, PROLONGING THE HARDSHIPS
DENYING THE PRISONERS FIRST AMENDMENT RIGHTS. THE SECRETARY OF
CORRECTION AND WARDENS NEED TO ENSURE STAFF THAT PROCESS THESE
KDOC ADMINISTRATIVE DUE PROCESS PROCEDURES ARE, HONEST, UNBIASED,
NOT CORRUPT, AND AWARD PRISONERS PROPERTY DAMAGE/LOSS CLAIMS
WHEN APPROPRIATE, INSTEAD OF BEING CORRUPT, RETALIATORY,
DISHONEST, ABUSING THEIR AUTHORITY, LYING, AND ▓▓▓▓▓   →   →
NEXT PAGE   →   →

(EXHIBIT- B-37) Page 11

(SKP)
(RE: GRIEVANCE (68) / PAGE-11-OF-11 ) / REF (68)

FOLLOWING A UNWRITTEN POLICY TO GIVE GUILTY STAFF IMPUNITY. ATTACHED TO THE (SKP) SPECIAL KINDS OF PROBLEMS GRIEVANCE FORM ARE: FORM-9 DATED 8-8-2021 (68)(SKP), PROPERTY CLAIM IBA0008168 UNIT TEAM GRAFE'S 4-24-2019 REPLY, GRIEVANCE DATED 7-13-2019 (38) ALONG WITH THE TOTAL OF (11) PAGES SPECIAL KINDS OF PROBLEM CORRESPONDENCE GRIEVANCE FORM, AND ALSO I'M SUBMITTING A LETTER TO THE WARDEN DARREL L. SCHNURR AND SECRETARY OF CORRECTIONS JEFF ZMUDA WHICH EXPLAINS WHY MY PROBLEM MEET THE SPECIAL PROCEDURES/ SPECIAL KINDS OF PROBLEMS CRITERIA DETAILED IN MY GRIEVANCE FORM CORRESPONDENCE (68) AND IN THE LETTER. KDOC ADMINISTRATION, SECRETARIES, UNIT TEAM, UNIT TEAM MANAGER, WARDENS, AND SECRETARY OF CORRECTIONS USUALLY INCORRECTLY DENY MY LETTERS AS MEETING THE CRITERIA FOR SPECIAL PROCEDURES/ SPECIAL KINDS OF PROBLEMS CORRESPONDENCES, WHICH PROLONGS MY HARDSHIPS, AND IS ANOTHER EXAMPLE OF K.D.O.C. OFFICIALS ABUSE OF THE GRIEVANCE PROCEDURES AND OR SPECIAL PROCEDURES/ SPECIAL KINDS OF PROBLEMS PROCEDURES, AND ITS FURTHER STONEWALLING RETALIATORY CORRUPT TACTICS TO DENY ME MEANINGFUL KDOC ADMINISTRATIVE DUE PROCESS, WHICH I NOTE FOR THE COURT FOR FUTURE CLAIMS. AS ITS FURTHER RETALIATION. UTM JACKSON KNOWS ALL MY PROPERTY CLAIM ISSUES CAN NOT BE USED IN ANY WAY AS A SUBSTITUTE FOR, OR AS PART OF THE GRIEVANCE PROCEDURE, AS I EXPLAIN IN MY LEGAL/OFFICIAL CORRESPONDENCE, BUT I WILL STILL HAVE MY COMPLAINT PROCESS UNDER THE GRIEVANCE PROCEDURE IF THE U.T.M. JACKSON AND/OR PRISON OFFICIAL INCORRECTLY INSIST I MUST. EITHER WAY I HAVE ATTACH A FORM-9, STATED THE FACT, MADE MY COMPLAINTS, STATED MY CONCERNS, AND MAKE REQUEST FOR RELIEF/JUSTICE IN THE CORRECT AMOUNT OF TIME FOR A REGULAR GRIEVANCE PROCEDURE PROCESS OR A SPECIAL PROCEDURES/ SPECIAL KINDS OF PROBLEMS PROCESS, AND I NOTE AS MUCH FOR THE RECORD. PRISON OFFICIALS MUST PREVENT KDOC STAFF FROM DESTROYING MY LEGAL/OFFICIAL PAPERS IN RETALIATION AND IN BAD FAITH, DENYING ME MY FIRST AMENDMENT RIGHTS AND CAUSING EXTREME INJURY WHEN DOING SO, AND ALSO MUST STOP GIVING GUILTY STAFF IMPUNITY AND HONOR DUE PROCESS.

I, CHRISTOPHER DAVID BROWN #57805, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746 the foregoing is true and correct.
EXECUTED ON 8-16-2021
David Brown
H.C.F. P.O. Box 1568
Hutchinson, KS. 67504
(END OF DOCUMENT) (SEE ATTACHMENTS)

(EXHIBIT-B-38)

(RE: TELLING ME MY PROPERTY CLAIM WONT BE APPROVED BEFORE EVEN REVIEWING IT,
SAYING IT HAS NO MONETARY VALUE, REASED, LOST, OR DESTROYED, EVIDENCE/SPO
CLAIM PROCESS, TIM MCKUNE vs. (OFFENDER REQUEST TO STAFF MEMBER)
(3) PAGES SMALL LINED PAPER)        Effective 06-19-18        (SUNDAY)

Date: __8-8-2021__ (68)

To: __UNIT TEAM J. HERREL__
(Name and Title of Officer or Department)        1:50 PM  A-1/214/HCF

__McCammon COI__                                To be retained by Offender
Unit Team, Detail, or Cellhouse Officer's Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 9                                          BROWN
For Cellhouse Transfer                          Last Name Only
Work Assignment _____
Interview Requests              (SKP)           # 57800
                                                Number
KANSAS DEPARTMENT OF CORRECTIONS
(PAGE-1-of-3)
OFFENDER REQUEST TO STAFF MEMBER
To: __UNIT TEAM J. HERREL__   Date: __8-8-2021__ (68) (SKP)
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

MY COMPLAINT IS THAT I FOLLOW KDOC GRIEVANCE PROCEDURES,
AND FOLLOW KDOC'S PROPERTY LOSS PROCEDURES, AND I TURN IN A
PROPERTY LOSS CLAIM TO YOU ON 8-3-2021 DUE TO KDOC/HCF STAFF
DESTROYING MY PROPERTY, LEGAL/OFFICIAL, AND/OR LEGAL PAPERS, WHICH
I PROVE, AND WHICH CAN BE VERIFIED, AND WHEN YOU BRING ME BACK
MY COPY OF THE CLAIM, YOU TELL ME MY CLAIM IS NOT GOING TO BE →

Work Assignment: __N/A / O.S.R.__   Living Unit Assignment: __A-1/214/RHU/HCF__
                                    Detail or C.H. Officer: _____
Comment: _____

Disposition: _____
(NOTE: RETURNED TO ME AF MAIL PASS 8-10-2021)

                                    Date: __8-9-21__
To: _____
(Name & Number)

Disposition: YOU are correct, I will investigate the claim
like I do every other claim & make a determination
once its investigated based on facts

                                                To be returned to offender.

APPROVED, AND YOU HADN'T EVEN HAD TIME TO READ MY
CLAIM YET, BUT TELL ME MY CLAIM HAS NO MONETARY
VALUE, AND AS I TOLD YOU, MY EFFORT AND TIME IN DRAFTING
MY OFFICIAL/LEGAL PAPERS IS VALUE, AND AS I TOLD YOU LAWYERS
GET PAID FOR THE TIME AND EFFORTS DRAFTING LEGAL PAPERS,
AND YOU POINTED OUT THAT I'M NOT AN ATTORNEY, AND I NEVER
CLAIMED TO BE, BUT THE FORM-9's, GRIEVANCES, GRIEVANCE APPEALS,
PROPERTY CLAIMS AND INJURY CLAIMS ARE ALL PART OF THE
ADMINISTRATIVE PROCESS A PRISONER/ME MUST TAKE PART IN
BEFORE A LAWSUIT CAN BE FOLLOWED, AND ONCE I COMPLETE THE
ADMINISTRATIVE PROCESS, WHICH IS CALLED "EXHAUSTING MY"
ADMINISTRATIVE REMEDIES, I CAN THEN FILE A LAWSUIT,
COMPLAINT, ACTION WITH THE COURT, WHEN I DO THAT,
I MUST ATTACHED MY ADMINISTRATIVE PAPERS, e.g. FORM-9's
GRIEVANCES, GRIEVANCE APPEALS, TO THE LAW SUIT TO SHOW AND/OR
PROVE THAT I EXHAUSTED MY ADMINISTRATIVE REMEDIES, AND
WHEN STAFF DESTROY MY FORM-9's OR ANY OTHER ADMINISTRATIVE
PAPERS ITS HINDERING MY ACCESS TO THE COURTS, AND ITS
DESTROYING MY PROPERTY/LEGAL PAPERS, AS ADMINISTRATIVE
PAPERS ARE PART OF A LEGAL PROCESS, AND TO TELL ME MY CLAIM
IS GOING TO BE DENIED BEFORE MY CLAIMS EVEN BEEN READ
SHOWS/PROVES THAT THE PROPERTY LOSS CLAIM PROCESS IS CORRUPT
AND BIASED AND INEFFECTIVE. THIS IS COUNTERPRODUCTIVE AND
WRONG. AND I WANT TO EXPLAIN TO YOU WHY MY LEGAL PAPERS DO HAVE
MONETARY VALUE... LOOK, A PRISONER CAN PICK UP A PEN AND PAPER
AND SPEND HOURS DRAWING A PICTURE OF A FLOWER, AND THAT PRISONERS
TIME AND SKILL HAVE MONETARY VALUE. THE PRISONER COULD SELL THAT
PICTURE OF A FLOWER AND GAIN, MONETARY VALUE, AND THAT PRISONER
DOESN'T NEED TO HAVE A ART DEGREE TO GAIN MONETARY VALUE
FROM THE PICTURE OF A FLOWER. NOW, I CAN SPEND HOURS
THINKING, LOOKING UP WORDS, EXPLAINING MYSELF, DOCUMENTING
FACTS, e.g. NAMES, DATES, TIMES, PLACES, WHO, WHAT, WHEN, WHERE,...
WHICH TAKES TIME AND EFFORT OBTAINING ALL THAT INFORMATION,
AND I MUST FIGURE OUT HOW TO SAY WHAT I WANT TO SAY, I
MUST MAKE A TRUTHFUL, FACTUAL CONVINCING ARGUMENT, AND IS
IS NOT EASY, THEN I REFER TO CIVIL RIGHTS, CONSTITUTIONAL RIGHTS
AND/OR LAW, AMENDMENTS, AND ALTHOUGH, I DON'T HAVE A DEGREE IN
LAW, MY SKILL I'VE TAKEN YEARS TO LEARN, AND SOMEONE SAYING
MY SELF TAUGHT SKILLS, THE KNOWLEDGE, AND WISDOM HAS NO
MONETARY VALUE IS DISRESPECTFUL, ITS INCORRECT, AND I HOPE
I'M EXPRESSING MYSELF IN A WAY THAT GETS THAT POINT ACROSS TO
AND A VERY IMPORTANT FACT I WANT TO STRESS TO YOU IS...

( NEXT PAGE →   →   →   →

(EXHIBIT-B-40 Page 3

(SKP)

(RE-FORM? DATED 8-8-2021 / PAGE-3-of-3) HCF/ (68)

A PRISONER DRAWING A FLOWER IS A PRIVILEGE, MORE OR LESS, AND A PRISONER DRAFTING LEGAL DOCUMENTS IS A CONSTITUTIONAL RIGHT, UNDER THE FIRST AMENDMENT TO THE UNITED STATES CONSTITUTION, AND IT STATES "A RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES. THIS FACT SUGGEST KDOC/HCF STAFF DESTROYING MY LEGAL PAPERS IS ILLEGAL, AND BECAUSE ITS A ILLEGAL ACT, I AM ENTITLED TO COMPENSATION, INCLUDING MONETARILY. ALSO, ANOTHER IMPORTANT LEGAL FACTOR IS THAT WHEN IM DOCUMENTING ALL THE FACTS TO AN INCIDENT OF STAFF MISTREATING ME, ABUSING ME, RETALIATING AGAINST ME, VIOLATING MY CIVIL RIGHTS, THOSE FACTS, THOSE DOCUMENTS, THOSE LEGAL PAPERS ARE SUPPORTING EVIDENCE TO MY ALLEGATION/CLAIMS AND WHEN KDOC/HCF STAFF DESTROY THE EVIDENCE TO PROVE/SUPPORT MY CASE/CLAIMS IT IS A ISSUE OF "SPOLIATION OF EVIDENCE", THE FACT THAT KDOC/HCF STAFF, GUARDS, MENTAL HEALTH, MEDICAL, UNIT TEAMS, UNIT TEAM MANAGERS HAVE DESTROYED SO MUCH OF MY LEGAL PAPERS AND REFUSED TO HOLD STAFF ACCOUNTABLE, REFUSES TO CORRECT THE PROBLEM, SHOWS AND SUPPORTS MY LEGAL PAPERS (CERTAIN ONES) ARE DESTROYED IN BAD FAITH, AND THAT ALL HIGH RANKING OFFICIALS SUPPORT THEIR PAST/PRESENT ACT/ACTIONS or are OF STAFF DESTROYING MY LEGAL PAPERS, FOR FAILING TO HOLD GUILTY STAFF ACCOUNTABLE, AND FOR FAILING TO ACT REASONABLY. I WILL ALSO POINT OUT THAT I HAVE BEEN INJURED BY STAFF KNOWINGLY/INTENTIONALLY DESTROYING MY LEGAL PAPERS. I WOULD ASK THAT YOU RESPOND TO THIS FORM? AND MAKE A COPY OF IT AND ATTACH A COPY TO MY PROPERTY LOSS/DESTROYED CLAIM SO THESE ISSUES ARE ALSO MADE AWARE TO THE INVESTIGATOR. AND I WILL BE ATTACHING THE ORIGINAL TO A GRIEVANCE TO GO THROUGH THE GRIEVANCE PROCEDURE PROCESS, EXHAUSTING MY ADMINISTRATIVE REMEDIES BEFORE FILING SUIT IN COURT. IM TIRED OF THIS TYPE OF RETALIATION, HARASSMENT, DESTROYING MY PROPERTY/LEGAL PAPERS, DENYING ME THE RIGHT TO ACCESS THE COURT WITHOUT BEING FRUSTRATED/HINDERED, AND IM TIRED OF THE KINDS OF LEGAL PAPERS THAT ARE DESTROYED ARE PROBLEMS, ISSUES, CIVIL RIGHTS VIOLATIONS THAT GO UNCHECKED, CONTINUE, AND ARE IGNORED AND NOT RESOLVED. LIKE MY FORM?'S REGARDING ALL OF THE PAROLE PROBLEMS, ISSUES, VIOLATIONS, AND STAFF LABELING ME A RAT, SNITCH, FAG, B***** CHILDMOLESTER TO TRY TO/TO CAUSE ME CONFLICT WITH OTHER PRISONERS, AND NUMEROUS FORMS OF RETALIATION. I SHOULD NOT BE PUNISHED FOR INVOKING THE GRIEVANCE PROCEDURE, BUT INSTEAD I SHOULD BE REWARDED FOR A NORMAL, LEGALLY ACCEPTABLE PROBLEM SOLVING PROCESS, EVEN IF KDOC'S IS INEFFECTIVE/BROKEN. IVE EXPLAINED WHY MY CLAIM SHOULD BE APPROVED AND/OR HAS MONETARY VALUE, AND IM COMPLAINING THAT KDOCS PROPERTY LOSS CLAIM PROCESS IS A TRICK, ITS A RUSE, ITS COUNTERPRODUCTIVE, A DISINGENUOUS PROCESS WHEN IM TOLD MY CLAIM WILL FAIL BEFORE ITS READ.



*RE: ATTACHED TO GRIEVANCE (68) FORM 9KP*

*8168*

## Kansas (EXHIBIT-B-41)

AD ASTRA PER ASPERA

Department of Corrections
Hutchinson Correctional Facility

P.O. Box 1568
Hutchinson, KS 67504-1568

Phone: (620) 662-2321
Fax: (620) 728-3476
HCFI@ks.gov
www.doc.ks.gov

Roger Werholtz, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

Date: 04/24/2019

To:     Dan Schnurr, Warden
        Hutchinson Correctional Facility

From:   B. Graff, UTS

Re:     Brown, David #57800 – Property Claim #BA0008168

Offender Brown, David #57800 has submitted a property claim in the amount of $40.00 for destroyed legal papers. The offender states that COI Cowan signed the receipt for a form-9 and attached declaration which was then not returned and claims that Cowan destroyed the documents.

The offender provided copies of form-9s and form-9 receipts with this claim. Upon investigation of this claim it was found that these documents that the offender has labeled as legal were created at no cost to the offender due to his use of form-9s and provided RHU allowable writing utensils. The offender to his own admission wrote these documents and obtains copies of them as shown in the attached documents with this claim. Furthermore, to the offender's own admission, these incidents have already been addressed via the grievance procedure and action taken where necessary. *THIS IS A LIE I SAID NO SUCH THING NOTHINGS BEEN ADDRESSED/CORRECTED! AND U.T.M.*

Therefore, I do not recommend payment on this claim. *U.T. GRAFF REFUSE TO PROCESS MY GRIEVANCE (38) DATED 7-13-2019*

B. Graff, UTS
A2 Cell House
Hutchinson Correctional Facility
620-662-2321

*REFER TO GRIEVANCE DATED - 7-13-2019 (38) THIS GRIEVANCE WAS NOT PROCESSED BY UNIT TEAM GRAFF AND UNIT TEAM MANAGER BELL, WHICH WAS AN ABUSE OF THEIR AUTHORITY AND OF THE K.D.O.C. GRIEVANCE PROCEDURE/SYSTEM. UNIT TEAM GRAFF IS A LIAR AS HE CLAIMS THESE MATTERS HAVE BEEN ADDRESSED VIA THE GRIEVANCE SYSTEM, WHEN U.T. GRAFF REFUSED TO PROCESS MY GRIEVANCE FOR BEING ALLEGEDLY NON GRIEVABLE, ANOTHER LIE, AND THE GRIEVANCE SUPPORTS MY CLAIMS.*

(MAILED TO S.O.C. 9-17-2019) (EXHIBIT-B-42)

(38)

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

ATTACHED TO GRIEVANCE (68)
FORM 5KP

### INMATE COMPLAINT

Inmate's Name __DAVID BROWN__   Number __57800__

Facility __H.C.F.__   Housing Unit __A-2/227__   Work Detail __N/A__

PAGE 1 OF 2

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member) (ATTACHED IS A FORM 9 DATED 6-26-2019) MY COMPLAINTS ARE STATED IN THE ATTACHED FORM-9 AND HEREIN INCORPORATED IN THIS GRIEVANCE. AS YOU CAN SEE FROM U.T.M. BELL'S RESPONSE, HE DOESN'T WRITE ANYTHING ABOUT A ~~GREIVANCE/COMPLAINT INVOLVING MY PROPERTY~~ AND LEGAL PAPERS; AND THAT IS BECAUSE DURING U.T. M. BELL'S DISCUSSION WITH ME AT MY CELL #227 DOOR U.T.M. BELL SAID I NEED TO LET ALL MY PAST FORM-9'S AND GREIVANCE COMPLAINTS/ISSUES GO, AND MOVE FORWARD, AND U.T.M. BELL DOESN'T FOLLOW THE GRIEVANCE PROCEDURES' HIMSELF AND WOULDN'T HOLD ANOTHER STAFF MEMBER ACCOUNTABLE FOR VIOLATING THE GRIEVANCE PROCEDURE ⟶

Date this report was given to Unit Team for informal resolution (to be completed by inmate). __7-17-2019__ (38)

---

### UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

Non- Grievable - property Claim. BF

RELATES TO CLAIM 8168 AND GRIEVANCE (68) 5KP

U.T. GRAFF REFUSED TO SIGN

(SENT BACK TO ME ~~9-10-2019~~ 9-12-2019) Unit Team Signature _____ Date

### INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__✓__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_David L. Brown_   __7-23-2019__
Inmate Signature   RETURNED TO ME ON 7-23-2019   Date

### WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _____   Date of Final Answer _____   Date Returned to Inmate _____

_____   _____
Inmate's Signature          Date   Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number _____

Type of Complaint (Item 4: Code 01-75) _____

Cause of Complaint (Item 5: Code 01-30) _____

Type of Response (Item 6a: Code 01,02,08 or 09) _____

PROPERTY CLAIM, U.T. GRAFF

( EXHIBIT-B-4/3)

1+c F/(38)

(REF: GRIEVANCE (38) DATED 7-13-2019/ PAGE-2-OF 2

WHEN U.T.M. DELL VIOLATES OF UTM SITE, U.T.M. DELL MADE SURE NOT TO WRITE DOWN ANYTHING ABOUT U.T. GRATES LIES TO ME FACE TO FACE AND ON PAPER. U.T. GRAFF CLAIMING MY COMPLAINT WAS ADDRESSED CONCERNING C/O COWAN DESTROYING MY LEGAL PAPERS AND FORM-9, YET EVEN THOUGH I PROVIDED U.T. GRAFF WITH A COPY OF THE FORM-9 AND A COPY OF THE LEGAL PAPERS THAT C/O COWAN DESTROYED, U.T. GRAFF REFUSED TO PROCESS THE FORM-9, AND AS I EXPLAINED TO MY FORM-9 AND TO U.T.M. DELL AT MY CELL FRONT DOOR 7-10-2019 THE MATTER/PROBLEM IS NOT ADDRESS OR RESOLVED BECAUSE THE COMPLAINT THE FORM-9 C/O COWAN DESTROYED, WHICH WAS A COMPLAINT ABOUT THE ACE DENTIST TELLING ME HE'S GOING TO PULL MY TEETH OUT IF I CONTINUE TO COMPLAIN ABOUT THE PAIN I'M SUBJECTED TO WHEN BRUSHING MY TEETH AND DRINK REALLY COLD FLUIDS, WAS NOT ADDRESSED OR RESOLVED, AND AS THOUGH I EXPLAINED THAT TO U.T.M. DELL HE REFUSED TO TAKE THE COPIES OF UNPROCESSED DOCUMENTS I HAVE TO PROCESS THEM AND ATTEMPT TO ADDRESS AND CORRECT AND RESOLVE, BECAUSE U.T.M. DELL GAVE UT. GRAFF GIVE STAFF IMPUNITY FOR THEIR ILLEGAL AND UNPROFESSIONAL ACTS/BEHAVIORS, NOTE: U.T.M. DELL COMING TO MY CELL ADVISING ME THAT MY PROBLEM IS BECAUSE HE'S GOT A LOT OF GRIEVANCES COMING ACROSSED HIS DESK FROM ME, IS A NORMAL SIGN THAT THE U.T. UTC RETALIATE AGAINST ME BY A RETALIATORY MOVE OR TRANSFER, WHICH ALSO IS HOW UNIT TEAMS GET RID OF A PRISONER AND THEN DESTROY ALL THE FORM-9'S AND GRIEVANCES THAT HAVEN'T BEEN PROCESSED. THE WARDEN NEED BECAUSE MY FORM-9/GRIEVANCES TO BE PROCESSED AND STAFF TO BE HELD ACCOUNTABLE FOR DESTROYING MY PAPER WORK AND FOR RETALIATING AGAINST ME FOR FILING PAPER WORK, AND

RE: 6-26-2019 U.T. GRAFF RETURNING PROPERTY CLAIMS 8168 FROM 2-13-19 SAID HOW WAS ISSUES ADDRESSED WHEN FORMS WERE NEVER PROCESSED AND GRAFF SAID ISSUES ADDRESSED AWAY AND IGNORISTIMS GRAFF SAYING A GRIEVANCE ADDRESSES ISSUES LEE GRAFF PROVOKING ANOTHER INMATE WHO ALLEGEDLY TAKEN TO LET WATCH IN GRAFFS FACE.

INMATE REQUEST TO STAFF MEMBER

To: UNIT TEAM MANAGER BELL                                      Date: 7-5-2019 (38)
        (Name and Title of Officer or Department)
                                                    (ATTACHED TO GRIEVANCE)

Unit Team, Detail, or Cellhouse Officer's Signature            To be retained by Inmate
        JONES A2/227/WCF (3RDG)
                                                    (EXHIBIT-B-44) (38)

                                                    BROWN
                                                    Last Name Only

Form 9
For Cellhouse Transfer
Work Assignment _____                    A2-227
Interview Requests

                KANSAS DEPARTMENT OF CORRECTIONS        # 57800
                    (PAGE-1-OF-2)                          Number
            INMATE REQUEST TO STAFF MEMBER

To: UNIT TEAM MANAGER BELL        Date: 6-26-2019 (38)
        (Name and Title of Officer or Department)
        State completely but briefly the problem on which you desire assistance. (Be specific.)

THIS COMPLAINT IS AGAINST U.T. GRAFF. DUE TO HIM COMING TO
MY ASSIGNED CELL #227 ON 6-26-2019 AND FINALLY RETURNING A
PROPERTY CLAIM # 8168 FROM 2-13-2019 WHEN C/O JOEL COWAN
INTENTIONALLY TOOK A FORM 9 AND AFFIDAVIT FROM ME AND DESTROYED
THEM. THE FORM 9 WAS NEVER PROCESSED AND THE INCIDENT NEVER →
RESOLVED. U.T. GRAFF CLAIMS THE INCIDENTS WERE ADDRESSED →

Work Assignment: N/A                Living Unit Assignment: A2/227 WCF
                                    Detail or C.H. Officer:
Comment: _____

Disposition: _____
_____
_____
_____

                                              Date: 7/10/2019
To: Brown  # 57800
        (Name & Number)

Disposition: Discussed at cell. Your issues that you bring up is due to
the result of a property claim that has been returned to you.
If you disagree with the decision of the property claim, you
can file claim with Joints Claim Committee if you chose.

_____
  Employee's Signature                           To be returned to inmate.

(EXHIBIT-B-45) HCF/(38)

(RE: FORM-9 DATED 6-26-2019/PAGE 2-OF-3)

AND ACTION TAKEN WHERE NECESSARY VIA THE GRIEVANCE PROCEDURE, AND BY MY ADMISSION, THAT IS A LIE! FIRST, OF ALL, BECAUSE IVE NEVER SAID ANYTHING WAS ADDRESSED, AND NO ACTION WAS TAKEN BECAUSE THE FORM-9 C/O COWAN DESTROYED WAS NEVER PROCESSED OR RETURNED AND THE INCIDENTS NEVER RESOLVED. NEXT, UNIT TEAM GRAFF CLAIMS THE LEGAL DOCUMENTS C/O COWAN DESTROYED WERE AT NO COST TO ME, AND THAT IS A LIE. IT COST ME HOURS OF MY TIME TO DRAFT THE LEGAL PAPERS. NOW, UNIT TEAM GRAFF HAS STATED THE INCIDENTS WERE ADDRESSED VIA THE GRIEVANCE PROCEDURE, AND I WANT UNIT TEAM GRAFF TO PRODUCE THE GRIEVANCE THAT ADDRESSES C/O COWAN DESTROYING MY LEGAL PAPERS, AND WHEN U.T. GRAFF CAN NOT DO THAT HE NEEDS TO BE HELD ACCOUNTABLE FOR KNOWINGLY AND INTENTIONALLY LYING AND RETALIATING AGAINST ME C/O COWAN NEEDS TO BE HELD ACCOUNTABLE FOR DESTROYING MY LEGAL PAPERS. C/O COWAN NEEDS TO BE HELD ACCOUNTABLE FOR DENYING ME DUE PROCESS, AND HINDERING MY ACCESS TO THE COURTS, AND DENYING ME MY RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF MY GRIEVANCES, AND DENYING ME FOR ATTEMPTING TO PROTECT OTHER BOP EMPLOYEE'S OBTAINED MEDICAL TREATMENT. UNIT TEAM GRAFF SHOULD NOT BE A UNIT TEAM AS HES DISHONEST AND LIES TO CAUSE HARDSHIP TO PRISONERS IN RETALIATION. U.T. GRAFF IS ABUSING THE AUTHORITY TRUSTED TO HIM, AND U.T. GRAFF IS INTENTIONALLY PROVOKING PEOPLE.

NEXT PAGE ⟶ ⟶

( EXHIBIT-B-46 )

HCF/(38)

(RE: FORM-9 DATED 6-26-2019 / PAGE-3-OF 3)

AS AN EXAMPLE, WHEN I ASKED U.T. GRAFF "HOW THE
INCIDENTS WERE ADDRESSED, AND ACTION TAKEN WHERE
NECESSARY, WHEN I NEVER WROTE A GRIEVANCE ON
COWAN DESTROYING MY FORM-9 AND AFFIDAVIT AND THE
ISSUES STEMMING FROM THOSE DOCUMENTS," AND UNIT TEAM
GRAFF SAID, "OKAY" AND WALKED AWAY. I SAID, "HEY! I ASKED
A QUESTION, WHAT DO YOU MEAN OKAY?" AND U.T. GRAFF IGNORED
ME. IT BEARS MENTION JUST A COUPLE DAYS BEFORE UNIT
TEAM GRAFF HAD ALLEGEDLY GOT TOILET WATER THROWN
IN HIS FACE BY AN INMATE WHO I HEARD SAY, "HEY
WHY ARE YOU WALKING AWAY WHEN I'M TALKING TO YOU
RESPECTFULLY TRYING TO UNDERSTAND THIS." I'M GOING TO
WRITE A GRIEVANCE ON (b)COWAN FOR DESTROYING MY
LEGAL PAPERS AND OTHER THINGS I'VE STATED ABOVE
AND I'M GOING TO WRITE A GRIEVANCE AGAINST UNIT
TEAM GRAFF FOR LYING AND RETALIATING AGAINST ME
AND I'M SEEKING YOUR AID BEFORE DOING SO AT MY
INFORMAL RESOLUTION IN THE MATTERS I'VE STATED.
MY PROPERTY CLAIMS WERE DENIED BY U.T. GRAFF IN
RETALIATION, AND STAFF JUST DESTROYING FORM-9'S AND
GRIEVANCES SO THE FACTS ARE LOST, AND DONE TO OBSTRUCT
JUSTICE, PROTECT KDOC EMPLOYEES WRONG DOING NEEDS TO BE
ADDRESSED AT ONCE BECAUSE IT'S A ONGOING NORMAL PATTERN
OF BEHAVIOR BY KDOC STAFF. NOTE: I CONTINUE TO SUFFER FROM
BEING DENIED DENTAL TREATMENT BECAUSE I'M POOR, AND FEAR
ATTEMPTING TO PUSH FOR DENTAL TREATMENT DUE TO THE DENTIST
THREAT TO ME

(EXHIBIT-B-47) HCF/ (38)



## Kansas
### Department of Corrections
*Hutchinson Correctional Facility*

Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568

Phone: (620) 662-2321
Fax: (620) 728-3473
Email: HCFl@doc.ks.gov
www.doc.ks.gov

Laura Kelly, Governor

Jeff Zmuda, Acting Secretary
Dan Schnurr, Warden

*I'M NOT HAPPY WITH U.T. GRAFFS RESPONSE AND WANT TO MOVE FORWARD TO THE NEXT STAGE/WARDENS REPLY. WHO REFUSED TO PROCESS THIS GRIEVANCE SENT VIA OFFICIAL MAIL INHOUSE.*

**DATE:** 07/23/2019

**TO:** Brown, David #57800

**FROM:** B. Graff UTS

**SUBJECT:** Grievance

**FINDING OF FACT:**

**CONCLUSIONS MADE:** Per K. A. R. 44-15-101 (a)(2) "The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision-making process, or the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure."

**ACTION TAKEN:** No further action warranted. Further grievances over this issue will be returned unanswered as this response will serve as the answer for those as well.

*THIS IT A COMPLAINT AGAINST U.T.M. BELL OBSTRUCTION OF JUSTICE AND U.T. GRAFFS. THIS ISN'T A PROPERTY CLAIM ~~____~~ IT'S A RETALIATION ISSUE, BY U.T. GRAFF, AND Y/O COWAN AND IT'S CLEAR, AS I HAVENT REQUESTED ANYTHING OR PAYMENT FOR PROPERTY ~~_____~~ IVE MADE A COMPLAINT THAT THE U.T.M. SUPPORTS UNIT TEAMS AND OTHER I.H.C.F. STAFF VIOLATING THE GRIEVANCE PROCEDURE BY NOT RETURNING MY FORM-9'S/GRIEVANCES, VIOLATING MY FIRST AMENDMENT RIGHTS AND MY FOURTEENTH AMENDMENT RIGHT TO DUE PROCESS AND THE FACTS OF A CONVERSATION I HAD WITH U.T.M. BELL GIVING STAFF IMPUNITY AND U.T. GRAFF RETALIATING AGAINST ME ANY LYING, FALSE REPLYS AND HARASSMENTS, CONTINUED ISSUES WITH DENIAL*

(EXHIBIT-B-48) HCF / (38



**MEMO**

# Kansas

Department of Corrections
*Hutchinson Correctional Facility*

Landon State Office Building
900 S.W. Jackson St., 4th Floor
Topeka, KS 66612-1284
(785) 296-3317
Fax: (785) 296-0014
Email: kdocpub@doc.ks.gov
www.doc.ks.gov

**DATE:** August 8, 2019

**TO:** Brown, David #57800
A2-227

**FROM:** Dan Schnurr, Warden
Hutchinson Correctional Facility

**CC:**

**RE:** Grievance, No number

KAR 44-15-101a provides that the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision-making process, or the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

In accordance with KAR 44-15-101a your grievance is not valid and is being returned to you unanswered and will not be addressed in the future.

D. Schnurr, Warden
Hutchinson Correctional Facility

DS/JB
cc: Unit Team Manager

(EXHIBIT-13-49)

9-17-2019
#JG1-(3) (MAILED TO SECRETARY OF CORRECTIONS)(PAGE-1) HCF (38)
(RE: GRIEVANCE APPEAL/NO APPEAL FORMS ALLEGED)
I AM BEING DENIED GRIEVANCE APPEAL
FORMS GOING ON TWO WEEKS NOW, SO THE (2)
DAY TIME LIMIT TO FILE AN APPEAL IS DUE
TO HCF A-2 CELLHOUSE GUARDS SAYING THEY
ARE OUT OF THOSE FORMS, WHICH I KNOW
HCF HAS A PRINTING SHOP NO MAKES KDOC'S
OFFICIAL FORMS UPON INFORMATION AND BELIEF.
THIS GRIEVANCE IS NOT A PROPERTY
CLAIM!.IM NOT ASKING FOR PAYMENT. IM
ASKING THAT UNIT TEAM GRAFT AND UNIT TEAM
MANAGER BETH ARE HELD ACCOUNTABLE FOR
REFUSING TO PROCESS MY GRIEVANCES FOR
FALSE REASONS, WHICH THEY DO INTENTIONALLY
TO HARASS AND RETALIATE AGAINST ME, TO CAUSE
ME TO BE OVERWHELMED WITH PAPER WORK
AND THEY NEED TO BE HELD ACCOUNTABLE
FOR INTENTIONALLY VIOLATING MY 1ST AND
14 TH AMENDMENT RIGHTS. THE GRIEVANCE
PROCEDURE IS NOT AVAILABLE TO ME DUE TO
THESE AND OTHER UNIT TEAMS, AND DUE TO
OTHER INTENTIONAL TACTICS LIKE SAYING
THERE'S NO FORMS, GRIEVANCES, OR
GRIEVANCE APPEAL FORMS FOR WEEKS
AND MONTHS AT A TIME, AND THEN YOU
HAVE THE TACTIC OF EVERY GUARD SAYING
THERE ARE NO SEGREGATION FLEX PENS
AND I'M UNABLE TO WRITE FOR TWO
NEXT PAGE ➔

RECEIVED
SEP 23 2019
DOC Facility Management Area

(EXHIBIT -B-50)

(page 1 of 3)   (MAILED TO SECRETARY OF CORRECTION) (page-2)   9-17-2019
(RE: GRIEVANCE APPEAL/NO APPEAL FORM) (MIKEFLY) (KDJ 38)

RE: GRIEVANCE APPEAL/NO APPEAL FORMS AND SOMETIMES IM GIVEN A USED WET AS AND SOMETIMES IM GIVEN A USED SEG FLEX PEN AND IT DOESN'T WORK OR RUNS OUT AFTER A COUPLE PAGES AND THEN IM TOLD THEY ARE OUT OF PENS, MY HAND AND FINGER HURT FROM HAVING TO USE COLOR PENCILS TO WRITE WITH, ITS MORE GAMES HCF GUARDS AND UNIT TEAM PLAY AS FORMS OF RETALIATION AGAINST ME FOR WRITING COMPLAINTS FORM 9S AND GRIEVANCES I HAVE SEVERAL FORM-9's AND GRIEVANCES THAT HAVE NOT BEEN ANSWERED OR RETURNED TO ME DUE TO STAFF DESTROYING MY FORMS THIS IS ONE EXAMPLE OF IT, WHERE IVE PROVIDED PROOF THAT I SUBMITTED THE FORMS AND THAT THE FORM WAS NOT ANSWERED/RETURNED, AND WHEN I REALIZE THAT COMPLAINT HASN'T BEEN PROCESSED I ATTACHED THE RECEIPT OF THE FORM 9 I TURNED IN AND IM TOLD I WAITED TO LONG TO FILE MY GRIEVANCE, WHICH IS INCORRECT AS THE RULE BOOK STATES A GRIEVANCE IS TO BE FILED 15 DAYS FROM THE DISCOVERY OF THE EVENT. I FILE A LOT (CAN'T) OF FORM-9 AND GRIEVANCE COMPLAINTS AND I FILE ALL MY COMPLAINTS DUE TO HCF/KDOC STAFF HARASSMENT GAMES AND RETALIATION. UNIT TEAM MANAGER BEEL AND GRAFF REFUSE TO STOP STAFF FROM DESTROYING MY FORM-9's AND GRIEVANCES, WITH BEEL TOLD ME TO FORGET ABOUT

NEXT PAGE →  →

(EXHIBIT-B-51)

477-322

(MAILED TO SECRETARY OF CORRECTIONS) (page 3)

(page 3 of 3)
RE: GRIEVANCE APPEAL/NO APPEAL FORMS ALLEGED(S) HCF/(38)

THEM AND MOVE FORWARD, NO WONDER GUARDS/UTE.
DESTROY PRISONERS PAPER WORK AND UNIT TEAMS WON'T
DO ANYTHING ABOUT IT, SO MY ORIGINAL PROBLEMS
WITH THE DENTIST WERE NOT RESOLVED AND I
SUFFER AS A RESULT OF IT, THEN MY PROPERTY
CLAIM WAS DENIED BY UT. GRAFF AS A
RETALIATORY ACT AND NOT BASED ON AN OFFICIAL
ACT AND THE RETALIATION IS THE EVENT
GIVING RISE TO THIS GRIEVANCE, AGAINST
GRAFF, AND AGAINST GRAFF AND UNIT TEAM
MANAGER ~~CANNON~~ BRIC IS THEIR REFUSAL
TO PROCESS MY COMPLAINTS FOR LIE'S AND
INCORRECT INFORMATION, AND FOR ALLOWING
MY PAPER WORK TO BE DESTROYED TO DATE,
AND AGAINST C/O COWAN FOR DESTROYING
MY PAPER WORK LEGAL/OFFICIAL AND FOR
ALL OF THEM OBSTRUCTING JUSTICE, AND
GIVING GUILTY STAFF IMPUNITY, AND
FOR VIOLATING MY 1ST/14TH AMENDMENT
RIGHTS, THE SECRETARY OF CORRECTIONS
NEED TO ADDRESS AND CORRECT THESE PROBLEMS
AND HOLD ALL STAFF ACCOUNTABLE INVOLVED
IN THIS, AS WELL THE WARDEN AND CAUSE
MY FORMS TO BE PROCESSED, ALL OF THEM
BUT THIS ON NOW.

(EXHIBIT-B-52)

HcF / (38)

**KANSAS**
*AD ASTRA PER ASPERA*
Department of Corrections

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Acting Secretary

Laura Kelly, Governor

September 24, 2019

TO:    0057800 BROWN, DAVID

Hutchinson Correctional Facility

RE:    Invalid Grievance

I received your correspondence that included an unnumbered grievance.

KAR 44-15-101 (a)(d)(2) The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

Your complaint is clearly about the property loss or personal injury claims procedure. KAR 44-15-101 (a)(d)(2) prohibits use of the grievance procedure to address this concern.

Sincerely,

Douglas W. Burris
Corrections Manager, Facility Management

cc:    Warden Schnurr
       w/attachments
Image: SOCRESP
       w/attachments

(EXHIBIT-B-53)

(54)

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name _DAVID BROWN_     Number _57800_

Facility _HCF_     Housing Unit _A-1/214/RHU_     Work Detail _OSR/N/A_

(PAGE-1-OF-5)

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). _ATTACHED IS A FORM-9 RECEIPT DATED 6-24-2021 SIGNED BY CSI CONTRELL. THE FORM-9 CONCERNED THE ISSUE OF KDOC STAFF LABELING ME A RAT, CHOMO, BITCH, ETC IN RETALIATION FOR ME WRITING KDOC STAFF UP IN FORM-9'S/GRIEVANCES DUE TO THEM MISTREATING ME, SEXUALLY ASSAULTING ME/SEXUALLY HARASSING ME, ABUSING ME, BATTERING ME, DENYING ME FOOD OR PARTS OF MY MEAL OR DENYING ME MY MEAL COMPLETELY, DENYING ME TOILET PAPER, CUSSING ME OUT, DENYING ME OFFICIAL KDOC FORMS, FOR BEING UNSANITARY, FOR BEING DELIBERATELY INDIFFERENT TO MY_

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _7-5-2021 (54)_

### UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

_____
Unit Team Signature     Date

### INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__✓__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_David Brown_     _7-8-2021_
Inmate Signature     Date

### `WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _7-13-21_     Date of Final Answer _7-16-21_     Date Returned to Inmate _7-19-2021_

_David Brown_     _7-19-2021_     _U.T. REFUSED TO SIGN U.D. IHYAN_
Inmate's Signature     Date     Unit Team Signature     Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number     _BAC0018775_

Type of Complaint (Item 4: Code 01-75)     _3_     _1_

Cause of Complaint (Item 5: Code 01-30)     _0_     _1_

Type of Response (Item 6a: Code 01,02,08 or 09)     _0_     _8_

(EXHIBIT-D-54)

(54)

RE: GRIEVANCE (54) DATED 7-5-2021 (PAGE-2-OF-5) ARE (54)

HEALTH, SAFETY AND/OR LIFE, FOR RETALIATING AGAINST ME BY
WRITING FALSE RETALIATORY DISCIPLINARY REPORTS, FOR
HARASSING ME, FOR PROVOKING ME, FOR BEING UNPROFESSIONAL, AND/OR
FOR VIOLATING MY CIVIL RIGHTS, AND THE BASIC NECESSITIES. IT'S
BEEN A PATTERN OF BEHAVIOR FOR UNIT TEAM PETTIJOHN TO DESTROY
MY FORM-9'S GRIEVANCES AND NOT RETURN, ANSWER OR PROCESS THEM
WHEN THEY CONCERN SERIOUS MATTERS IN WHICH STAFF ARE
GUILTY OF MY CLAIMS. UNIT TEAM PETTIJOHN IS NOT MY
UNIT TEAM IN A4 CELLHOUSE, BUT INSTEAD THE UNIT TEAM FOR A-2
CELLHOUSE, AND OUT OF THE APPROX. FOUR FORM-9'S UNIT TEAM
PETTIJOHN DID RESPOND TO, HE DID NOT RETURN AND RESPOND TO
THE FORM-9 DATED 6-24-20N IN WHICH WAS
ATTACHED TO THE ATTACHED RECEIPT, BEFORE OF CONTACT
SIGNED THE RECEIPT, REMOVED IT FROM THE FORM-9, GAVE
ME THE RECEIPT, AND TOOK THE FORM-9, ALONG WITH THE OTHERS
AND PUT THEM IN THE UNIT TEAM'S BOX. UNIT TEAM MERITES
UNIT TEAM BOX IN A4 CELLHOUSE. FORM-9'S ARE TO BE RETURNED
AND ANSWERED IN TEN (10) DAYS PER K.D.O.C'S GRIEVANCE
PROCEDURE TIME LINES (SEE K.A.R. 44-15-102. PROCEDURE. (a)(2)
WHICH STATES IN RELEVANT PART "IF AN INMATE DOES NOT
RECEIVE A RESPONSE FROM THE UNIT TEAM WITHIN 10 CALENDAR
DAYS, A GRIEVANCE REPORT MAY BE SENT TO THE WARDEN
WITHOUT THE UNIT TEAM SIGNATURE OR SIGNATURES." THEREFORE,
I'M SUBMITTING THIS GRIEVANCE FORM DUE TO UNIT TEAM MERTEL/
PETTIJOHN REFUSING TO PROCESS MY FORM-9 IN VIOLATION OF
KDOC/HCF'S GRIEVANCE PROCEDURE/SYSTEM

NEXT PAGE → → → →

(EXHIBIT-B-55) (54)

RE: GRIEVANCE 54, DATED 7-5-2021 / PAGE-3-OF-5 ) H#(54)

CLEARLY, THE EXPLANATION FOR THE MISSING UNIT TEAM
SIGNATURE(S) IS DUE TO THE UNIT TEAM KNOWINGLY AND
INTENTIONALLY VIOLATING THE GRIEVANCE PROCEDURES AND
REFUSING TO PROCESS MY FORM-9 **RESULTING** IN DENYING
ME DUE PROCESS RIGHTS UNDER LAW. ALTHOUGH THE WARDEN:
DAN SCHNURR ALSO KNOWINGLY/INTENTIONALLY VIOLATES THE
GRIEVANCE PROCEDURE/SYSTEM, I MYSELF MUST COMPLY WITH
ITS RULES AND AM DOING SO AS I EXHAUST MY ADMINISTRATIVE
REMEDIES. IT IS A PATTERN OF BEHAVIOR FOR MY COMPLAINTS
AGAINST STAFF LABELING ME A P.C. CASE BY A RAT, A
SNITCH, A CHOMO (CHILD MOLESTER) ETC. TO COVER UP MESSING,
GET DESTROYED, NOT GET PROCESS, AND THIS FACT SHOULD ~~ALSO~~ BE
~~NOTED~~ DOCUMENTED FOR THE RECORD. ANOTHER EXAMPLE WOULD
BE THE FORM-9'S/GRIEVANCE (44) AND LETTER TO THE WARDEN
THAT ALL DID NOT GET PROCESSED. THE FORM-9'S WERE DESTROYED,
WHEN IT WAS CLEAR I WASN'T GETTING MY FORM-9 ANSWERED
AND RETURNED I FILED MY GRIEVANCE, AND THE UNIT TEAM
(GRACE) REFUSED TO PROCESS MY GRIEVANCE CLAIMING I DIDN'T
FILE MY GRIEVANCE WITHIN 15 DAYS OF THE DISCOVERY OF THE
EVENTS GIVING RISE TO MY GRIEVANCE, WHICH IS A LIE AND
ANOTHER LYING CORRUPT KDOC STAFF TACTIC TO ATTEMPT TO JUSTIFY
NOT PROCESSING A ~~GRIEVANCE~~ GRIEVANCE. ATTACHED IS A COPY
OF A FORM-9 DATED 9-3-2019 WITH A FORM-9 RECEIPT ATTACHED
SIGNED BY C/O RENNER ON 4-14-2019. THE FORM-9 TO THIS RECEIPT
WAS NEVER ANSWERED OR RETURNED, WHICH IS A PATTERN OF
BEHAVIOR. IT HAPPENED SEVERAL TIMES, NUMEROUS TIMES!
NEXT PAGE → → →

(EXHIBIT-B-56) ($4)

(RE: GRIEVANCE (54) DATED 7-5-2021(PAGE-4-OF-5) HRS/(54
ANOTHER EXAMPLE IS FOUND IN PROPERTY CLAIM NO. 8168
WHERE C/O COWAN SIGNED MY FORM-9 RECEIPT TOOK THE FORM-9
AND DESTROYED IT HIMSELF, OR THE UNIT TEAM (GRAFF)
DESTROYED IT, BUT THE FACT IS I SUBMITTED THE FORM-9
AND IT WAS NEVER RETURNED, ANSWERED, OR PROCESSED, AS
IT'S A PATTERN OF BEHAVIOR FOR GUARDS AND UNIT TEAMS
ALIKE TO DESTROY PRISONERS/MY FORM-9'S OFFICIAL/LEGAL
MATERIALS/DOCUMENTS. I FILED A GRIEVANCE ABOUT THE
LAST INCIDENT AS WELL DATED 7-13-2019 (38) WHICH UNIT
TEAM GRAFF REFUSED TO PROCESS, SAYING I CAN'T FILE A
GRIEVANCE AGAINST A GUARD DESTROYING MY FORM-9'S BECAUSE
IT'S A PROPERTY ISSUE. ANOTHER EXAMPLE WHERE I'VE DOCUMENTED
THIS PROBLEM OF STAFF DESTROYING MY FORM-9'S IS IN THE LETTER
I WROTE TO THE SECRETARY OF CORRECTIONS DATED 4-13-2018
VIA A SPECIAL KINDS OF PROBLEMS CORRESPONDENCE
PER 44-15-201, WHICH I'M ALSO ATTACHING A COPY TO THIS
GRIEVANCE. MY FORM-9'S REGARDING PAROLE, NOT SEEING
THE PAROLE BOARD FOR (18) YEARS WHEN I SHOULD HAVE
SEEN THE PAROLE BOARD IN (15) YEARS, NOT GETTING
A MEANINGFUL CHANCE AT MAKING THE BOARD, STAFF
TELLING ME THEY ARE GOING TO MAKE SURE I GET PASSED
IN RETALIATION FOR ME WRITING THEM UP IN FORM-9'S
AND GRIEVANCES, STAFF PUTTING HITS ON ME SO I WON'T
MAKE THE PAROLE BOARD... THOSE COMPLAINTS GET DESTROYED
MOST THE TIME OR WITHHELD FOR MONTHS AND I'M SICK OF
ALL THESE GAMES, SICK OF THE LYING AND CORRUPTNESS
                    NEXT PAGE → → →

(EXHIBIT-B-57)   (54)

Hf (54)

RE:GRIEVANCE (54) DATED 7-5-2021/PAGE-5-OF-5)
THAT VIOLATED MY FIRST, FOURTEENTH, AMENDMENTS TO
PETITION THE GOVERNMENT FOR A REDRESS OF MY GRIEVANCES.
IN TIRED OF MY DUE PROCESS RIGHT BEING VIOLATED,
DENIED COMPLETELY, OR PARTLY, HINDERING MY ACCESS
TO THE COURTS, AND TO EXHAUST MY ADMINISTRATIVE
REMEDIES. IN COST ME PAIN AND EVIL SUFFERER. IN
ALSO COST ME MONETARY WISE. ITS A FACILITY
WIDE PROBLEM THAT NEEDS TO BE ADDRESSED/CORRECTED.
BY THE SECRETARY OF CORRECTIONS, AS DAN SCHNURR
REFUSES TO DO SO AT HCF AND REFUSED AS WARDEN
AT EDCF. MY ISSUES NEED TO BE ADDRESS, AND
CORRECTIVE ACTION CAUSED AS THE RESULT, MY
ISSUES NEED RESOLUTIONS, NOT TO BE IGNORED
AND COVERED UP, AND PUT OFF AND NOT ADDRESSED
OR RESOLVED. THE WARDEN AND SECRETARY OF
CORRECTIONS NEED TO MAKE CORRECTIVE CHANGES
THAT SHOW RESOLUTIONS AND RESULTS. MY FORM9'S
NEED TO BE ANSWERED/RETURNED PER KDOC'S OWN
POLICIES, RULES, AND REGULATION AND THE WARDEN AND/OR
SECRETARY OF CORRECTIONS NEED TO MAKE IT SO.

(EXHIBIT-B-58) HCF/(54)

OFFENDER REQUEST TO STAFF MEMBER

To: _____ UNIT TEAM KROYCL _____

(Name and Title of Officer or Department)

Unit Team, Detail, or Cellhouse Officer's Signature _____

Date: _____ 6-24-2017 (54) _____

To be retained by Offender

Page 1 of 1, Attachment A, HCF GO 01-101

HCF 16-15-27

RE:RESUBMITTING
RETALIATION AGAINST ME ON 4-12-2019

Page 1 of 1, Attachment A, HCF GO 01-101
Effective 06-19-18

OFFENDER REQUEST TO STAFF MEMBER
(2 PAGES)

HCF (44)

To: WARDEN DAN SCHNURR
(Name and Title of Officer or Department)

Date: 9-3-2019

ATTACHED TO
GRIEVANCE 54

(EXHIBIT-B-59)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Offender**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWN
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**
(PAGE -1- OF 2)

**OFFENDER REQUEST TO STAFF MEMBER**

**# 57800**
Number

To: WARDEN DAN SCHNURR                Date: 9-3-2019   (44)
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I SUBMITTED A COMPLAINT AGAINST C/O P. JONES FOR HER
RETALIATION AND DELIBERATE INDIFFERENCE AGAINST ME ON
4-12-2019 AND ONCE AGAIN THAT COMPLAINT WAS NEVER
ANSWERED/RETURNED TO ME AS HAS BEEN AN ON GOING PROBLEM
I'VE DELT WITH FOR A LONG TIME DUE TO K.D.O.C. UNIT TEAMS EVIL
CORRUPT INTENTIONAL ACTS TO OBSTRUCT JUSTICE, PROTECT THEIR →

Work Assignment: _____   Living Unit Assignment: A-2/227/ H.C.F.

Comment: _____   Detail or C.H. Officer: _____

Disposition: _____
_____
_____
_____

To: _____        Date: _____
(Name & Number)

Disposition: _____
_____
_____
_____

P-0009          Employee's Signature                    **To be returned to offender.**

(EXHIBIT-B-60)   (ATTACHED TO GRIEVANCE-54

(RE: FORM-9 DATED 8-8-2019 / PAGE-2-OF-2   / IRE (44)

CO-WORKERS ABUSE/MISTREATMENT TO ME, DENY ME MY FIRST AND

FOURTEENTH AMENDMENT RIGHTS UNDER THE U.S. CONSTITUTION, AND ALLOW

RETALIATION AGAINST ME, BY REFUSING TO EVEN ATTEMPT TO RESOLVE

PROBLEMS/INJURIES I'C SUFFER. I CONTINUE TO MAKE HANDWRITTEN

COPIES OF DOCUMENTS AND/OR OBTAIN COPIES OF DOCUMENTS BEFORE

SUBMITTING THEM DUE TO KDOS/IRE UNIT TEAMS: HURT, PETTIJOHN,

NICKELS, AND GRAFF AS WELL GUARDS LIKE C/O COWAN·DESTROYING MY

FORM-9'S/GRIEVANCES AND PREVENTING ME FROM EXHAUSTING MY

ADMINISTRATIVE REMEDIES, AND FROM OBTAINING ANY RESOLUTIONS

FOR MY PROBLEMS. I AM AGAIN SUBMITTING THIS COMPLAINT

BY MOVING TO THE NEXT STAGE OF THE GRIEVANCE PROCEDURE

PER K.A.R. 44-15-101 (b) WHICH STATES IN RELEVANT PART," IF THIS

INFORMAL RESOLUTION ATTEMPT FAILS, THE GRIEVANCE SYSTEM MAY

THEN BE USED." I SUBMITTED A FORM 9 ON 4-14-2019 TO C/O RENNER

WHO SIGNED AND RETURNED THE FORM-9 RECEIPT AND TURNED IN THE

FORM-9. THAT IS MY INFORMAL RESOLUTION ATTEMPT. IT IS DOCUMENT-

ED BY WAY OF TURNING IN THE FORM-9, WHICH IS PROVED ON A-2

CELLHOUSES CAMERA FOOTAGE, AND BY WAY OF STAFF'S SIGNATURE

SIGNED ON THE FORM-9 RECEIPT, AND BECAUSE THE FORM-9 HAS

NOT BEEN ANSWERED OR RETURNED THE ATTEMPT HAS FAILED.

THEREFORE, I'M SUBMITTING MY GRIEVANCE AND MOVING TO

THE NEXT STAGE IN K.D.O.C'S GRIEVANCE PROCESS. IT BEARS

MENTION I CONTINUE TO SUFFER FROM PAIN IN MY FINGERS, HANDS,

AND BACK AND BUTTOCKS FROM HAVING TO DO EXCESSIVE WRITING

DUE TO STAFF DESTROYING MY PAPERWORK. I ALSO SUFFER FROM

REALLY BAD HEADACHES. LET THE RECORD REFLECT SUCH FACTS.

ATTACHED, IS A COPY OF THE ABOVE MENTIONED FORM 9 RECEIPT

(EXHIBIT-B-61)

HcF/(44)

ATTACHED TO GRIEVANCE (54)

To: M.T. GRAFE OF A2 CELLHOUSE

(Name and Title of Officer or Department)

Unit Team, Detail, or Cellhouse Officer's Signature

Date: 4-14-2019

To be retained by Offender

*(handwritten note, largely illegible)* RE: A JONES RETALIATION REQUEST THE SLANDERING ... RESPONSE TO MR. PLUMMERS ...

( ATTACHED TO GRIEVANCE (54)    (EXHIBIT-B-62)
SUPORTING EVIDENCE      (COPY)

TO: THE SECRETARY OF CORRECTIONS; JOE NOR WOOD,    (DATE-4-13-2018)

THIS IS A SPECIAL KINDS OF PROBLEMS CORRESPONDENCE PER K.A.R
44-15-201.

RECEIVED APR 23 2018 Facility Management Area

THE PROBLEM IS A K.D.O.C. FACILITY WIDE PRACTICE OF

K.D.O.C. STAFF CIRCUMVENTING THE GRIEVANCE SYSTEM BY NOT

ANSWERING AND RETURNING INMATE REQUEST FORMS (FORM-9'S) WHICH IS

THE FIRST STEP IN THE GRIEVANCE PROCESS. WHEN A FORM-9 RECEIPT IS

ATTACHED TO A GRIEVANCE FORM, DUE TO THE UNIT TEAM NOT COMPLYING WITH

GRIEVANCE PROCEDURE TIMES, THE GRIEVANCE IS THEN NOT ANSWERED/RETURNED.

AND THEN THE ORIGINAL FORM-9 COMPLAINT IS GONE, THEN THE RECEIPT SHOWING THE

FORM-9 WAS SUBMITTED AND THAT ITS PAST TIME FOR IT TO HAVE BEEN ANSWERED

AND RETURNED AND THE GRIEVANCE MAKING THAT COMPLAINT IS ALSO GONE, UNIT

TEAMS DESTROYING FORM-9'S AND GRIEVANCES LEAVING A PRISONER WITHOUT

A MEANS OF PROBLEM SOLVING, DENYING A PRISONER THE RIGHT TO PETITION

THE GOVERNMENT FOR A REDRESS OF GRIEVANCES, AND DENYING A PRISONER THE

RIGHT TO EXHAUST ADMINISTRATIVE REMEDIES. IT ALSO DESTROYS EVIDENCE

AND FACTS DOCUMENTED IN THE COMPLAINT, WHICH OBSTRUCTS JUSTICE AND IS

SPOLIATION OF EVIDENCE, IT'S ALSO DESTROY PRISONERS PERSONAL PROPERTY AND/OR

LEGAL PAPERS, VIOLATING FURTHER RIGHTS, HINDERING A PRISONERS ACCESS TO THE

COURTS.

I HAVE SEVERAL FORM-9 RECEIPTS AND GRIEVANCE RECEIPTS,

WHICH PROVE THE FORMS EXIST, WERE TURNED IN TO STAFF, AND WHEN UNIT

TEAMS CAN NOT ACCOUNT FOR THESE FORMS, THEY NEED TO BE HELD ACCOUNTABLE

FOR DESTROYING THOSE FORMS.

A COMMON PRACTICE OF UNIT TEAMS IS

ALSO TO MOVE A PRISONER TO ANOTHER CELLHOUSE OR FACILITY, GETTING

(PAGE-1-OF-2)        (CONTINUE NEXT PAGE →)

RESPONSE LETTER OF BROWNS LETTER (EXHIBIT-B-63) (COPY)
TO 4-13-2018
(ATTACHED TO GRIEVANCE(S) SUPPORTING EVIDENCE)
(RE: UNIT TEAMS CIRCUMVENTING THE GRIEVANCE SYSTEM)

RID OF THE PRISONERS, WHICH VIOLATES ALL THE ABOVE MENTIONED RIGHTS, AS WELL BEING A RETALIATORY MOVE, WHICH IS ILLEGAL.

I HAVE SENT U.T. DAWES OF A-1 A FORM-9 INQUIRING ABOUT THE SEVERAL FORM-9'S AND GRIEVANCES I HAVE NOT RECEIVED SINCE BEING MOVED FROM A-3 CELLHOUSE TO A-1 CELLHOUSE. A-3 UNIT TEAM ROBERT HURT HAS A HISTORY OF NOT RESPONDING TO OR RETURNING INMATES FORM-9'S, GRIEVANCES, PROPERTY CLAIMS, AND ~~LEGAL PAPERS, ETC~~. I'VE HEARD SEVERAL PRISONERS MAKE COMPLAINTS ABOUT IT. U.T. HURT HAS RETALIATED AGAINST ME IN SEVERAL WAYS WHICH HE OUT RIGHT SAID WAS BECAUSE I FILE GRIEVANCES. IT NEEDS TO BE ADDRESSED/CORRECTED.

IF STAFF ARE NOT HELD ACCOUNTABLE FOR DESTROYING PRISONERS PAPER WORK, THEN IT'S NOT GOING TO STOP. IF HIGHER RANKING OFFICIALS ARE NOT GOING TO HOLD STAFF ACCOUNTABLE FOR DESTROYING PRISONERS PAPER WORK, IT SUPPORTS THAT IT'S ACCEPTED, AND THAT IT'S A KDOC EMPLOYEE-WIDE CONSPIRACY OF AN ILLEGAL PRACTICE. I'M GOING TO FILE PROPERTY CLAIMS FOR MY DESTROYED PAPER WORK AND HOPE THEY WILL CAUSE KDOC OFFICIALS TO ACT APPROPRIATELY AND CORRECT THE PROBLEMS I'VE MENTIONED. THE GRIEVANCE PROCEDURE IS SUPPOSE TO PROVIDE PROBLEM SOLVING, NOT CAUSE FURTHER PROBLEMS!! A FORM-9 AND GRIEVANCE FORM SHOULD HAVE A CARBON COPY ATTACHED LIKE SICK CALL SHEET AND SPO's. UNIT TEAM PAYING FOR THE DESTROYED PAPER WORK WILL ALSO HELP. THINGS CAN BE DONE, BUT NOONES DOING ANYTHING.

DUE TO HIGH RANKING OFFICIALS ie UNIT TEAMS WARDENS ECT BEING THE CAUSE OF THE PROBLEMS I'M SENDING THIS TO THE SECRETARY OF CORRECTIONS.

Daniel Brown #57800
H.C.F. A-1/208
(PAGE-2-OF-2)

*RE: LETTER SPECIAL KINDS OF PROBLEMS DATED 4-13-2018 (COPY)*

*(EXHIBIT-B-64)*

### STATE OF KANSAS

DEPARTMENT OF CORRECTIONS
714 SW JACKSON STREET, SUITE 300
TOPEKA, KS 66603

PHONE: (785) 296-3317
FAX: (785) 296-0014
KDOC_Pub@ks.gov

GOVERNOR JEFF COLYER, M.D.
JOE NORWOOD, SECRETARY

*ATTACHED TO GRIEVANCE (64) SUPPORTED EVIDENCE*

April 23, 2018

TO:   0057800 BROWN, DAVID   *A2-147*

Hutchinson Correctional Facility

RE:   Special Kind of Problems Grievance

This is in response to your unnumbered grievance wherein you set forth concerns that you ask be treated as a "Special kind of problems" grievance pursuant to KAR 44-15-201.

The regulation provides that special problem grievances should be reserved for the most difficult and complex problems.  Generally, any matter, which may be internally handled under the inmate grievance procedure, will not be considered as appropriate for treatment as a special problem or emergency.

It is the conclusion of this office that the matters raised in your letter do not constitute difficult or complex problems justifying treating them as special problems. Instead, the matters raised are the type, which may be handled internally under the inmate grievance procedure.

This office will not take further action on your grievance.  As indicated above, you should use the inmate grievance procedure available at the facility level to raise the concerns you have expressed, if those problems have not already been resolved.

Sincerely,

Douglas W. Burris
Corrections Manager, Facility Management

Enclosure-original grievance report form
cc:     Warden Schnurr
            w/attachments
Image:  SOCRESP
            w/attachments

(EXHIBIT-B-65)   (54)

# MEMO

*AT 214*

## Kansas
### Department of Corrections
*Hutchinson Correctional Facility*

**DATE:** 7/7/2021

**TO:** Brown, David #57800

**FROM:** J. Hertel, UTS

**CC:**

**RE:** Grievance BA000018775 (54)

Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
(620) 662-2321
Fax: (620) 728-3473
Email: dan.schnurr@ks.gov
www.doc.ks.gov

---

**FINDING OF FACT:** You have filed a grievance regarding misconduct by various KDOC employees.

*WRONG, ITS ABOUT STAFF DESTROYING MY LEGAL/OFFICIAL PAPERS.*

**CONCLUSIONS MADE:** You have already filed a grievance on these issues. This and any subsequent grievances received from you concerning these subjects shall be returned to you with no further response. As stated on your previous complaints, reports of alleged misconduct are reported to the appropriate supervisory staff and if deemed necessary, formal counsel of said employee(s) are conducted. The outcome of counsel are personnel matters and will not be discussed further with you.

**ACTION TAKEN:** No further action warranted. Further grievances over this issue will be returned unanswered as this response will serve as the answer for those as well.

*THIS HAS NOTHING TO DO WITH U.T. HERTEL RESPONSE ABOVE. THIS GRIEVANCE IS ABOUT MY FORM-9'S BEING SUBMITTED AND NOT ANSWERED/RETURNED AS IVE MADE CLEAR IN MY GRIEVANCE.*

J Hertel UTS

*(COPY) HCF (54)*
*EXHIBIT- B-66*

# Kansas
## Department of Corrections

P.O. Box 1568
Hutchinson, KS 67504-1568

Phone: (620) 625-7238
Fax: (620) 728-3473
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

**DATE:**     7/12/21

**TO:**        Brown, David #57800
              A1-214

**FROM:**     D. Schnurr, Warden

**SUBJECT:**  Grievance #BA00018775

**FINDING OF FACTS:** You have submitted a grievance detailing misconduct by various KDOC employees.

**CONCLUSIONS MADE:** I have reviewed your grievance and concur with the response UTS Hertel has provided. This is not the first grievance you have filed on these issues and a response has already been provided. As she has stated, reports of alleged misconduct are reported to the appropriate supervisory staff and, if deemed necessary, counsel of said employee(s) are conducted. However, the outcome of counsel are personnel matters and will not be discussed with you.

**ACTION TAKEN:** None warranted. This is my final answer to you on this matter. Any subsequent grievances received from you concerning this subject shall be returned to you with no further response. You may appeal this decision to the Secretary of Corrections in accordance with applicable regulations that may be found in your Inmate Rule Book.

Dan Schnurr
HCF, Warden

DS/AA/eks

c:      file

*RECEIVED 7-19-2021 A-1/214/HCF/UTS-HERTEL*

*GAVE AMANDA, BTG SID, ENVELOPE GREENVILLE TO C/O MCCAMMON TO STAPLE AND GENT TO UTS HERTEL AG A-1/214/HCF ON MONDAY 7-19-2021*

*(EXHIBIT-B-67)*

*HCF (54)*

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _DAVID BROWN_   Facility: _Hutchison Correction Fac._

Inmate Number: _57800_   Grievance Serial No.: _BA0018775 (54)_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections
714 SW Jackson
Suite 300
Topeka, KS 66603

Date Mailed: _7-20-2021 (54)_

RECEIVED

*(PAGE-1-OF-2)* JUL 23 2021

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _I've stated the facts and my complaints in the attached documentation and I restate that same here in this appeal as it it was all fully restated herein. The secretary of correction Jeff Zmudg needs to cause guards/unit teams/warden/staff to stop destroying my legal and/or official documents, and hold those that do accountable as they are not only violating KDOC's grievance procedure/system_ _David Brown_ _policies, but also violating the law._

Signature of Inmate → _NEXT PAGE_

---

### DECISION BY SECRETARY OF CORRECTIONS (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:


Conclusions Made:


Action Taken:




_____
Signature of Secretary of Corrections

---

### For D.O.C. Staff Use Only

Type of Response (Item 6b:  Code      01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

(EXHIBIT-B-68)

1 of 2 (54)

RE: APPER TO GRIEVANCE (54) / PAGE-2-OF-2

SO THAT THE PUNISHMENT CAUSES CORRECTIVE
MOTIONS, OR THIS CONTINUES TO BE A ISSUE WITH
STAFF DESTROYING MY FORMS, RECEIPTS,
GRIEVANCES, NOT RESPONDING/RETURNING MY
LEGAL/OFFICIAL MATERIALS. SO MY ISSUES/PROBLEMS
ARE ADDRESSED AND NOT IGNORED PROBLEMS RESOLVED.

David Bean

HLFV HCF/(54)

(EXHIBIT-B-69)

# Grievance-Response on Appeal

**FACILITY:**     **Hutchinson Correctional Facility**

**INMATE:**       **0057800 Brown, David** Pl-214

                                              RECEIVED

**GRIEVANCE NO.:** BA000187775                 AUG 19 2021

**DATE:**          **July 26, 2021**           HCF Office Of The Warden

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response. *LIAR! FORM-9 RECEIPTS IS EVIDENCE!*

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong. *LIAR! FORM9 RECEIPTS IS EVIDENCE!*

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

## ACTION TAKEN

None further.

**Darcie Holthaus CMII**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Schnurr
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
### Attach letter and addressed/stamped envelope when required

Printed Name: DARRON

Number: STSC        Facility: 165        Unit/Cell Location: B3-254

Date: _____

### Outgoing Funds/Donations

Please pay the following and charge to my account:

Payable To:

Name: _____

Address: _____

City, State, Zip: _____

$ _____   Check #_____

RECEIVED
JUL 21

$ _____   Purchase/Inmate Benefit Fund Group

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

I request the use of Forced Savings in MPP 04-103, for: _____
(Documentation Required)

**Title of Publication:**
Frequency – (Circle One)
Yearly  Monthly  Weekly  Daily  Other
Number of Issues
Expiration Date
Publication Price
"Book, Magazine or News Paper
(Per IMPP 11-101)

(To be Completed by Mailroom)

$ _____   Postage Amount

Verified By: AB

Inmate Signature: _____   Date: _____

(To Be Completed by Inmate)

Postage - (To Be Completed by Inmate)
☐ Postage        Rated due
☐ Postage        To weight
☐ Legal/Official Postage (Reach-K.A.R. 44-12-601)
☐ Certified (Only if funds are available)

To: S.O.C.

Name: _____
Address: 714 SW Jackson Suite 300
City, State, Zip: CHARON (54)
Reason: _____

Unit Team Approval: _____   Date: 7-20-21

Hasler
07/21/2021
US POSTAGE
FIRST-CLASS MAIL
ZIP 67501
011E11673229
$000.91

DAVID BROWN #57800
UTILISION CORRECTIONAL FACILITY
P. BOX 1568
ATCHISION, KANSAS
67504

SECRETARY OF CORRECTIONS
ATTN: JEFF ZMUDA
K.D.O.C.
714 SW JACKSON
SUITE 300
TOPEKA, KANSAS
66603

(LEGAL/OFFICIAL MAIL)

(EXHIBIT-B-70)

RECEIVED
JUL 21

(EXHIBIT-B-71)

(54)

# Kansas Department of Corrections
## Account Withdrawal Request
### (Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

DANTONIAN _____ 5700 _____ LRF _____ A 1/214 _____ 7-18-2021
Printed Name _____ Number _____ Facility _____ Unit/Cell Location _____ Date

Please pay the following and charge to my account:

## Outgoing Funds/Donations

Payable To: _____

$ _____     _____
Check Amount     Name

                 _____
                 Address

                 _____
                 City, State, Zip

                 _____
                 Purpose/Inmate Benefit Fund Group

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

| Title of Publication* |
| Frequency – (Circle One) |
| Yearly  Monthly  Weekly  Daily  Other |
| Number of Issues _____ |
| Expiration Date _____ |
| Publication Price _____ |
| *Book, Magazine or News Paper |
| (Per IMPP 11-101) |

---

**(To Be Completed by Mailroom)**

$ 91
Postage Amount

_____
Verified By

## Postage – (To Be Completed by Inmate)

Rated due to weight

☐ Postage
☒ Legal/Official Postage
(Per K.A.R. 44-12-601)
☐ Certified
(Only if Funds are Available)

To: S.O.C.
Name

744 SW TARHON SUITE 300
Address

TOPEKA KS 66603
City, State, Zip

(EXHIBIT(54)
Reason

Dan K _____ 7-18-2021
Inmate Signature _____ Date

GHill GTS _____ 7-20-21
Unit/Team Approval _____ Date

_____     _____
Handicraft Approval (If Applicable)   Date

_____     _____
Religious Approval (If Applicable)   Date

---

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

_____     _____
Exception Approval     Date

7-22-2021
7-23-2021
GOT 7-23-2021
MAIL PASS
PER...

---

This withdrawal request is being returned for the following reason(s):

___ Insufficient Funds
___ Signature Missing
___ Exceeds Spending Limit
___ Incentive Level
___ Envelope/Order/Stamp Missing
___ Unauthorized Per IMPP/KAR _____

___ Payee Missing
___ Insufficient Address
___ Amount Missing
___ Name/Number -- Do Not Match
___ Illegible Information
___ Other _____

---

_____     _____     _____
Account Processor     Date Withdrawn     Acct. Use

1504a

(EXHIBIT + B-72)

SPECIAL KINDS OF PROBLEMS

(RE: GRIEVANCES U.T. HURT DESTROYED) (PAGE-1-OF-5)

GRIEVANCES THAT WERE NOT RETURNED TO ME, PROCESSED,

AND OR DESTROYED BY H.C.F. UNIT TEAM ROBERT HURT,

(NOTE: MAILING INHOUSE OFFICIAL MAIL TO WARDEN DAN SCHNURR)

IF WE LOOK AT THE ISSUES IN THE GRIEVANCES THAT

WERE NOT RETURNED, PROCESSED, AND/OR DESTROYED BY U.T.

HURT WE SEE THE COMPLAINTS ARE SERIOUS ISSUES, THAT

DEAL WITH: ILLEGAL CONDITIONS OF CONFINEMENT, CRUEL AND

UNUSUAL PUNISHMENT, AND RETALIATION. U.T. HURT OUT

RIGHT TOLD ME, "HE'S DENYING MY PROPERTY CLAIM (NO # BA000 7426)

BECAUSE I WOULDN'T STOP FILING GRIEVANCES", WHICH I FILED

A GRIEVANCE ON, (LABELED AS (N)) AND OF COURSE, IT WASN'T

PROCESSED, RETURNED, AND/OR WAS DESTROYED BY U.T. HURT.

THE OTHER ISSUES TOOK PLACE IN A-3 CELLHOUSE, WHICH

U.T. HURT IS IN CHARGE OF, AND WHICH I MADE CLEAR TO

HIM IN MY FORM-9'S, AND WHICH U.T. HURT CONTINUED TO

GIVE STAFF IMPUNITY FOR ALL MATTERS. BEING DENIED

BASIC HUMAN NECESSITIES: WARMTH, TOILET PAPER, ETC.

I DOCUMENT STAFF, DATES, TIMES, WITNESSES, AND THE

RIGHTS, PER LAW, THAT WERE BEING VIOLATED, AND I DOCUMENTED

HOW THE COMPLAINTS WERE NOT ISOLATED INCIDENTS, BUT

ON GOING, AND A PATTERN OF ACTS/BEHAVIORS, WHEN A

PERSON READS THE FORM 9, U.T. HURTS RESPONSE, THE GRIEVANCES

U.T. HURTS RESPONSE, IT BECOMES CLEAR, U.T. HURT REFUSED

TO HOLD STAFF ACCOUNTABLE FOR THEIR UNPROFESSIONAL/

ILLEGAL ACTS AND BEHAVIORS, AS U.T. HURT HIMSELF WAS

NOT BEING HELD ACCOUNTABLE FOR HIS ACTS AND BEHAVIORS

THAT WERE UNPROFESSIONAL AND ILLEGAL! NOW, I AM GIVING

(NEXT PAGE ⟹   →   →

(EXHIBIT-B-73)

SPECIAL KIND OF PROBLEMS
(RE: GRIEVANCES U.T. (AUTT DESTROYED) (PAGE-2-OF-5)
AND PROVIDING PROOF (GRIEVANCE RECEIPTS) WHICH ARE
SIGNED
SIGNED AND DATED. I ALSO WROTE THE STAFF MEMBERS
NAME BESIDE OR/UNDER THE STAFFS SIGNATURE, BECAUSE
A LOT OF THEM ARE UNREADABLE. A-3 CELLHOUSE ODD SIDE
CAMERAS WILL SHOW THE STAFF MEMBER AT MY CELL
TAKING AND SIGNING AND RETURNING THE RECEIPTS TO
ME ON THE DATED DATE. SO THERE IS NO DEBATE THAT
THESE LEGAL DOCUMENTS WERE SUBMITTED. AND THEY
ARE IN FACT LEGAL DOCUMENTS THAT WERE NOT RETURNED,
PROCESSED, RESOLVED, AND I WAS FORCED TO SUFFER AND
ENDURE THE ISSUE/PROBLEMS BECAUSE OF U.T. (AUTTS
DESTRUCTION OF MY LEGAL PAPERS. U.T. (AUTT DID
INTENTIONALLY PREVENT ME FROM EXHAUSTING MY
ADMINISTRATIVE REMEDIES. THIS IS A NORMAL
PATTERN OF BEHAVIOR BY K.D.O.C. UNIT TEAMS AND/OR
UNIT TEAM MANAGERS E.A.I, AND WARDENS. THE
GRIEVANCE SYSTEM IS SUPPOST TO BE AN AVENUE A
PRISONER CAN TAKE TO FIND A RESOLUTION, IN A SHORT
TIME, TO PROBLEMS, BUT THE OFFICIALS IN CHARGE OF
THE PROCESSING OF GRIEVANCES ARE ABUSING THEIR
TRUST AND AUTHORITY AND THE GRIEVANCE SYSTEM AND
AS A RESULT PRISONERS SUFFER NOT ONLY FROM THE
ORIGINAL PROBLEM, BUT ALSO FROM THE NUMEROUS
FORMS OF RETALIATION K.D.O.C. STAFF SUBJECT
THE PRISONER TO FOR INVOKING THE GRIEVANCE
SYSTEM. THIS HAS BEEN THE WAY IT IS FOR MORE
THAN (25) YEARS, AND IT CONTINUES TO GET WORSE
(NEXT PAGE →    →    →

(EXHIBIT-B-74)

SPECIAL KINDS OF PROBLEMS
(RE: GRIEVANCES U.T. HURT DESTROYED)      (PAGE-3-OF-5)

AND WORSE, SOMETHING NEEDS TO BE DONE ABOUT THIS
PROBLEM. THE PROBLEM SOLVING PROCESS, IS A PROBLEM
THAT CAUSES MORE PROBLEMS. K.D.O.C. OFFICIALS, THE
UNIT TEAMS, UNIT TEAM MANAGERS, AND WARDEN WHO ARE EMPLOYED
AT THE PRISON A PRISONER IS MAKING A COMPLAINT AGAINST OR
THE STAFF WORKING AT THE PRISON THE COMPLAINTS ARE AGAINST
ARE THE SAME STAFF THAT PROCESS THE GRIEVANCES. THEN YOU
ARE FORCED TO ENDURE THE HARDSHIP FOR MONTHS BECAUSE
NOONE IS FOLLOWING THE TIME LIMITS SET FOR RESPONDING
AND RETURNING A FORM-9 OR GRIEVANCE TO THE INMATE. AND
STAFF RESPONDING TO THE FORM-9S AND GRIEVANCES ARE
BIASED, DONT INVESTIGATE THE ALLEGATIONS, BUT SIMPLY
ASK STAFF THE COMPLAINT IS AGAINST AND BASE THEIR REPLY
ON WHAT THE GUILTY STAFFS STORY IS. THERES ALSO A BIG
PROBLEM WITH STAFF GIVING REPLYS THAT INTENTIONALLY
AVOID THE ACTUAL COMPLAINT. OR UNIT TEAM'S LIE, OR LIKE
U.T. HURT HAS DONE OVER AND OVER  JUST DESTROY THE
COMPLAINT AND IT DOESNT GET PROCESSED. IF THE WARDEN
OR SECRETARY OF CORRECTIONS ISNT BIASED, THEY NEED TO
HAVE U.T. HURT PROVIDE ME AND THEM WITH ALL THE
GRIEVANCES, WHICH IM SHOWING WERE SUBMITTED, AND
WHICH HAVE NOT BEEN PROCESSED, AND IF U.T. HURT CAN
NOT DO THIS HE NEEDS TO BE HELD ACCOUNTABLE AND
BE REMOVED FROM ANY POSITION OF A UNIT TEAM, WARDEN,
DEPUTY WARDEN, D.M. HEARING OFFICER, ECT, WHICH HAS
PRISONERS COMPLAINTS, APPEALS, ECT BECAUSE HE HAS
                              (NEXT PAGE →    →

(EXHIBIT B-75)

SPECIAL KINDS OF PROBLEMS
(RE: GRIEVANCES U.T. (HURT DESTROYED ) (PAGE-4-OF- 5)

SHOWN HE CAN NOT BE TRUSTED, AND ABUSED HIS
POSITION/AUTHORITY AND HAD NO REGARD FOR THE
HARDSHIP THE INMATE ENDURED BECAUSE OF HIS
DISHONEST DESTRUCTION OF THE INMATE'S PERSONAL
PROPERTY/LEGAL PAPERS. THE FACT THAT THIS ISN'T
ONCE OR TWICE, BUT SEVERAL TIMES SHOWS IT WAS
INTENTIONAL AND EVIL. IT ALSO OBSTRUCTS JUSTICE,
AND GIVES OTHER K.D.O.C. EMPLOYEES IMMUNITY FOR
THEIR UNPROFESSIONAL/ILLEGAL ACTS AND BEHAVIORS. IT IS
A LONG PAST ISSUE THAT NEEDS ADDRESSED. IT'S ALSO A BIG
PROBLEM THAT THE WARDEN GIVES RUBBER STAMP REPLIES
AND SIMPLY REPEAT WHATEVER THE UNIT TEAMS SAID
IN THEIR REPLY. I HAVE SUFFERED ASSAULT, BATTERY,
SEXUAL ASSAULT, SEXUAL HARASSMENT, RETALIATION, BEEN
DENIED HEAT, LIGHT, FOOD, DRINK, CLOTHES, HYGIENE,
BOOKS, MAGAZINES, DUE PROCESS, D.R. HEARINGS, AND
I'VE BEEN A VICTIM TO SEVERAL EXCESSIVE USE OF
FORCE INCIDENTS, I'VE BEEN DENIED MEDICAL TREATMENT,
MENTAL HEALTH TREATMENT, AND DENTAL TREATMENT, I'VE
GOTTEN SEVERAL FALSE AND RETALIATORY D.R.'s, I'VE HAD
MY PROPERTY INTENTIONALLY DESTROYED BY STAFF, AND
SO MUCH MORE, AND I'VE FILE COMPLAINTS AND ATTEMPTED
TO EXHAUST MY ADMINISTRATIVE REMEDIES ONLY TO BE
PUNISHED FOR DOING SO. FOR TRYING TO ADDRESS MATTERS
CIVIL, WITHOUT PHYSICAL ACTS, WITHOUT VIOLENCE AND
IT ONLY MADE MATTERS WORSE.

(NEXT PAGE ⟶        ⟶    ⟶

(EXHIBIT-B-76)

SPECIAL KINDS OF PROBLEMS

(RE: GRIEVANCES C.N.T. HURT DESTROYER) (PAGE-5-OF-5)

SOMETHING NEEDS TO GIVE! THESE ISSUES REALLY
NEED TO BE ADDRESSED AND CORRECTED. INMATES
SHOULD BE REWARDED FOR USING A PEN AND PAPER TO
ADDRESS PROBLEMS RATHER THAN KNIFES. IF THE
GRIEVANCE SYSTEM WORKED I WOULDN'T HAVE ALMOST
$2,000 IN DISCIPLINARY FINES FROM ALL THE FALSE
AND RETALIATORY DISCIPLINARY REPORTS STAFF HAVE
WRITTEN AGAINST ME. I WOULDN'T STILL BE IN PRISON
TODAY IF THE GRIEVANCE SYSTEM WORKED AS IT
WAS INTENDED TO AND WASN'T SO CORRUPTED. I
HAVE BROUGHT ALL THESE ISSUES BEFORE WARDEN
AND SECRETARY OF CORRECTIONS BUT IT'S DONE NO
GOOD. LET THE RECORD REFLECT SUCH FACTS
STATED HERE AND THAT I'VE ONCE AGAIN TRIED
TO OBTAIN HELP. (ATTACHED, 4 PAGES OF GRIEVANCE
RECEIPTS, 1 PAGE OF LIST OF GRIEVANCES, 5 PAGE COMPLAINT)
THIS IS A SPECIAL KIND OF PROBLEMS BECAUSE
ITS THE HIGHEST PRISON OFFICIALS THAT HAVE AND
CONTINUE TO ALLOW, SUPPORT, AND TAKE ACTIVE
ROLLS IN THIS CORRUPTION.     SENDING TO THE
WARDEN AND SECRETARY OF CORRECTIONS.

57800

1-CF/227/A-2

(SPECIAL KINDS OF PROB(EMS)) (EXHIBIT-B-77)

GRIEVANCES A-Z/HCF 2017·A FEW 2018

(RE: GRIEVANCES U-T. HURT DESTROYED)

EXHAUSTED GOT ✓ — A) DENIED ME VEGETARIAN DIET BECAUSE IM HE PRO/HE CAL DIET.

EXHAUSTED GOT ✓ — B) ARAMARK DENYING LONG TERM SEG. INMATES BETTER MEALS FOR GETS

HAVE RECEIPT — C) EMERGENCY GRIEVANCE - DENIED TOILET PAPER WHOLE SHIFT (COLLINS)

HAVE RECEIPT — D) CONTAMINATED FOOD TRAYS - EMERGENCY

HAVE RECEIPT — E) LEGAL SERVICE "SAY WHAT DOES IT MATTER NOW" PAROLE BOARD IS 18 YEARS/15YRS.

EXHAUSTED GOT ✓ — F) TWO WEEK WAIT TO GET FLEX PEN IN SEG. UNITS.

HAVE RECEIPT — G) AGAINST M.H. POD, U.T. HURT, GRIEVANCE SYSTEM

✓ — H) MENTAL HEALTH KEO LAVONE DESTROYING FORM 9'S. (NOT ADDRESSED)

EXHAUSTED GOT ✓ — I) MENTAL HEALTH NOT ANSWERING/RETURNING SICK CALLS.

WOULDN'T LOW SHOTO SOC — J) (U.T. HURT) A-3 REFUSES TO MAKE COPIES FOR SUPPORTING GRIEVANCE/INDIGENT RETALIATION/THREATENED ME. OBSTRUCTING JUSTICE WON'T PROCESS FORM

HAVE RECEIPT — K) COI RICHARDS OPENING OUTSIDE DOOR DURING SHOWER DURING WINTER

EXHAUSTED GOT ✓ — L) (EAT GALLAWAY) RETALIATION FOR NOT DROPING LAWSUIT. (SENT TO WELLDOW BEING CHARGED)

TWO (M) HAVE RECEIPTS RECEIPT — M) Retaliation by Kelovone for complaint against pod/denied toilet paper

HAVE RECEIPT — N) U.T. HURT Retaliation. Denied property claim caused filed grievances.

( — O)

HAVE RECEIPT — P) HEATER FANS in A-3 not on, Paxton

HAVE RECEIPT — Q) COI walker OPENING SHOWER DOOR in winter cold, COI Richard bothered me.

HAVE RECEIPT — R) DENIED SHOWER, others not on list were given a shower

HAVE RECEIPT — S) DENIED JUICE/drink at lunch by Briscoe/paxton for being in shower

HAVE RECEIPT — T) HEATERS NOT WORKING - witnesses, Kent, Broyles, nurse, E/m's, Clark CSI East

EXHAUSTED GOT ✓ — U) NEED NOTARY. WAITING SINCE 12-5-2018 TO DATE 1-5-2018 (A-3 UTI HURT,

EXHAUSTED GOT ✓ — V) MENTAL HEALTH CLAIMING TO SPEAK TO ME SEG SIDE WHEN THEY DIDN'T.

HAVE RECEIPT — W) PREA ON COI MELLS

X)

Y)

Z)

(EXHIBIT B-78)

SPECIAL KINDS OF PROBLEM
(RE: GRIEVANCES U.T. (HURT DESTROYED) (PAGE-1-OF-4)
— RECEIPT—

---

RC's COC'015 REVISED UT POOKS UNIT (GRIEVANCES WHOLE SHEET)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Number 57800 (C)
Date 10-23-2017 (C)

Inmate Name DAVID BROWN
Receiving Staff Signature Cpl. Pourer

(EMERGENCY GRIEVANCE)

Effective Date (3-18-96) P-157

---

RE: CONTAMINATED FOOD TRAYS, GRIEVANCE PROCEDURE

Tear off and give to inmate when submitted to Unit Team through receiving staff.

(EMERGENCY) Number 57800 (D)
Date 10-30-2017 (D)  HCF

Inmate Name DAVID BROWN
Receiving Staff Signature Cei

Effective Date (3-18-96) P-157

---

(E)

RC'S SIGNED WILL REPLY FROM HC's 2000, (WHICH NOT SEMS parole board ect.)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Number 57800 (E)
Date 11-13-2017 (E)

Inmate Name DAVID BROWN
Receiving Staff Signature

Effective Date (3-18-96) P-157

---

(G)

RE: COMPLAINT PROCESS BMH PROL UT HURT/GRIEVANCE SYSTEM

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Number 57800
Date 12-8-17 (G)  HCF

Inmate Name DAVID BROWN
Receiving Staff Signature MMA CST

Effective Date (3-18-96) P-157

(EXHIBIT-B-79)

SPECIAL KINDS OF MOTION(S)
(RE: GRIEVANCES U.T. (HURT DESTROYED) (PAGE-2-OF-4)
—RECEIPTS—

---

(RE: Asked grievsces for duty, shower & water)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  DAVID BROWN

Receiving Staff Signature ___

Effective Date (3-18-96) P-157

Number  57800

Date  12-19-2017  (K)

(K)
HRF

---

(RE: Retaliation by leaving for All form 9 on pool.) (Also no heat & control)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  DAVID BROWN

Receiving Staff Signature ___
JOCHANIEN

Effective Date (3-18-96) P-157

Number  57800

Date  12-30-2017

(M)
HRF

---

(RE: Denied toilet paper)   (see note # 2-3/239)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  DAVID BROWN

Receiving Staff Signature ___
(M)

Effective Date (3-18-96) P-157

Number  57800

Date  12-21-2017

(M)
HRF

---

second time
resubmitted 2-8-2018

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  DAVID BROWN

Receiving Staff Signature ___

Effective Date (3-18-96) P-157

Number  57800

Date  2-8-2018

(M)
HRF

(EXHIBIT-B-79)

SPECIAL KINDS OF PROBLEMS
(RE: GRIEVANCES W.T. HURT DESTROYED) (PAGE-3-OF-4)
- RECEIPT -
(EXHIBIT-B-80)

(N)
HCF

(TCF: MUST RETURN/DISPOSITION FOR ELL-6 GRIEVANCE BY DENYING/IGNORING WRATH)

Number # 57800
Date 12-21-2017

(N)

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name DAVID BROWN
Receiving Staff Signature ____ A-3/fudge
**Effective Date (3-18-96) P-157**

(P)
HCF

(RESPONDED POWS EN A-3/PISTOL)

Number 57800
Date 12-27-2017 (P)

(P)

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name DAVID BROWN
Receiving Staff Signature ____ JAN COT
**Effective Date (3-18-96) P-157**
(C/O LADD A-3/239/9:30 PM WED 12-27-17)

(Q)
HCF

(RE: WERE GRIEVANCE SHOULD BE OUTSIDE ALL OVER THE FIRST nd)

Number 57800
Date 12-31-17 (Q)

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name DAVID BROWN
Receiving Staff Signature (QP)DUANE CO1
**Effective Date (3-18-96) P-157**

(R)
HCF

(RE: DAVID ABOVE, BUT THATS NOT ON THE ONES LIST SOL-GEO NOW)

Number 57800
Date 12-31-2017 (R)

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name DAVID BROWN
Receiving Staff Signature ____
(C1 1/1/1/1/OCA WASR(R))
(A-3/239)
**Effective Date (3-18-96) P-157**

SPECIAL KINDS OF MOTIONS
(RE-GRIEVANCES U.T. INRE DESTROYED)(PAGE-4 of 4)
RECEIPTS

(EXHIBIT-B-81)

(S) KCF

(RE: RECEIVED TWICE BY (WHICH BY DISTRICT JUDGE) FOR DEED (W SUBMIT)

Number 57800

Date 1-3-2018 (S)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name DAVID BROWN

Receiving Staff Signature Brogle Coll (S)

Effective Date (3-18-96) P-157 Brogles

**Effective Date (3-18-96) P-157**

(T) KCF

Number 57800

Date 1-3-2018 (T)

(RE: MOTION NT DOUGLAS CLARK KENT MASTERS MNT/MS

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name DAVID BROWN (T)

Receiving Staff Signature

Effective Date (3-18-96) P-157 CO KENT A3/MF

(W) KCF

Number 57800

Date 2-6-2018

RES CO MCCLS MCA

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name DAVID BROWN (W)

Receiving Staff Signature

Effective Date (3-18-96) P-157 CO MCMAB

*(RE: SEVERAL FORM-9'S HAVEN'T BEEN RETURNED/ANSWERED FROM A-3 U.P.UNIT CAN YOU ASSIST IN GETTING THOSE PROCESSED!)*

INMATE REQUEST TO STAFF MEMBER   *(EXHIBIT-B-82)*

To: _U.T. PAW'S OF -A-1_____   Date: _2-2-2018___
      (Name and Title of Officer or Department)

_____   **To be retained by Inmate**
Unit Team, Detail, or Cellhouse Officer's Signature

[Humphries]

**Form 9**

For Cellhouse Transfer   _BROWN_____
Work Assignment _____   Last Name Only
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**   _57800____
      Number

**INMATE REQUEST TO STAFF MEMBER**

To: _U.T. PAW'S OF A-1____   Date: _2-2-2018___
    (Name and Title of Officer or Department)
    State completely but briefly the problem on which you desire assistance. (Be specific.)

_I HAVE SEVERAL FORM-9'S THAT I HAVE NOT BEEN ANSWERED_
_OR RETURNED TO ME FROM A-3 UNIT TEAM HURT. CAN YOU_
_ASSIST IN GETTING THOSE PROCESSED!_

Work Assignment: _O.S.R./L.T.R.4.U_   Living Unit Assignment: _A-1/208/HCF_
Comment: _____   Detail or C.H. Officer _____

Disposition:
_I will get with hurt to see about them._

To: _____   Date: _____
    (Name & Number)

Disposition: _____

_____

_____

    Employee's Signature   **To be returned to inmate.**

P-0009

RE: REQUESTING (1) COPY OF FORMS DUE TO STAFF DESTROYING FORM-9'S GRIEVANCES AND/OR
LEGAL PAPERS. AM INDIGENT & PUT IN SRO FOR (10) LEGAL COPY TICKETS AND CAN YOU MAKE THESE
COPIES SO I CAN PROCESS MY PAPER INMATE REQUEST TO STAFF MEMBER work ?

To: _UNIT TEAM PETTIJOHN OF A-2/HCF_          Date: __5 - 8 - 2018__

    (Name and Title of Officer or Department)

_Curt_

Unit Team, Detail, or Cellhouse Officer's Signature          (EXHIBIT-B-83)

                     **To be retained by Inmate**

---

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

             _BROWN DAVID_
             Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

             _57800_
             **Number**

**INMATE REQUEST TO STAFF MEMBER**

To: _UNIT TEAM PETTIJOHN OF A-2/HCF_   Date: _5-8-2018_

    (Name and Title of Officer or Department)
    State completely but briefly the problem on which you desire assistance. (Be specific.)

_I NEED (1) COPY OF EACH PAGE DUE TO STAFF DESTROYING MY_
_FORM-9'S AND GRIEVANCES AND/OR LEGAL PAPERS. I AM INDIGENT AND_
_UNABLE TO BUY COPY TICKETS THROUGH CANTEEN AND HAVE SUBMITTED A SRO_
_REQUESTING (10) LEGAL COPY TICKETS BUT I NEED TO PROCESS MY FORM-9'S_
_AND GRIEVANCES AND WOULD APPRECIATE YOU MAKING THESE COPIES._

Work Assignment: _N/A_          Living Unit Assignment: _A-2/147/HCF_

Comment: _____   Detail or C.H. Officer: _____

Disposition: _____

                      _mail less A-2/147/HCF_
                      _# returned to me_

To: _____          Date: _5-9-2018_

    (Name & Number)

Disposition: _You need copy tickets_

_____

    Employee's Signature          **To be returned to inmate.**

**P-0009**

RE: U.T. PETTIJOHN HASN'T ANSWERED/RETURNED SEVERAL form-9's/
GRIEVANCES ON SEVERAL ISSUES/PROBLEMS, PROPERTY CLAIMS, DENIED TOILET PAPER
NOTARY, PHONE CALLS, PAROLE HEARING DENIED, NO TOOTHBRUSH,

**INMATE REQUEST TO STAFF MEMBER**

To: _U.T.M. NICHELS_____ WATERED down JUICE_____ Date: _7-2-2018_
(Name and Title of Officer or Department) UPSETTING ISSUES STILL EXIST

_____ (EXHIBIT-B-85)
Unit Team, Detail, or Cellhouse Officer's Signature **To be retained by Inmate**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Form 9**
For Cellhouse Transfer                                    _BROWN_
Work Assignment _____                    Last Name Only
Interview Requests

### KANSAS DEPARTMENT OF CORRECTIONS

_57800_
**Number**

### INMATE REQUEST TO STAFF MEMBER

To: _U.T. M. NICHELS_____ Date: _7-2-2018_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

ONCE AGAIN U.T. PETTIJOHN HASN'T ANSWERED OR
RETURNED SEVERAL OF MY FORM9'S/ GRIEVANCES. ABOUT
NUMEROUS ISSUES/PROBLEMS, e.g. PROPERTY CLAIMS, PHONE CALLS,
NOTARY, DENIED TOILET PAPER, DOCUMENTATION PROVING OWNERSHIP
OF PROPERTY, PAROLE HEARING DENIED, NO TOOTHBRUSH IN INDIGENT SACK,
WATER DOWN JUICE, AND ON-ER, AND ITS UPSETTING! ISSUES STILL EXIST.

Work Assignment: _N/A_____ Living Unit Assignment: _A4-2/207/HCF_
Comment: _____ Detail or C.H. Officer: _____

Disposition: _____

_Returned to_
_me_

To: _____ Date: _7-12-2018_
(Name & Number)

Disposition: _I was out on leave during this time_
_please be pentient with me as I get back_
_to it_

_____                              **To be returned to inmate.**
Employee's Signature

P-0009

(& ARE FORMS/GRIEVANCES BEING POSITIVED NOT NEVER/RETURNED
WHAT DO I DO/WHAT DO YOU SUGGEST? POWER TO WARDEN
ADMINISTRATIVE MEMBER, ETC...)

Page 1 of 1, Attachment A, HCF GO 01-101
Effective 06-19-18

OFFENDER REQUEST TO STAFF MEMBER   (EXHIBIT-B-85)

To: _U.T. GRAFF OF A-2 c/o STEVENS_   Date: _5-9-2019_

(Name and Title of Officer or Department)

_____
Unit Team, Detail or Cellhouse Officer's Signature

**To be retained by Offender**

BROWN
Last Name Only

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

### KANSAS DEPARTMENT OF CORRECTIONS
( PAGE-1-OF-2 )    #57800
Number

### OFFENDER REQUEST TO STAFF MEMBER

To: _U.T. GRAFF OF A-2_    Date: _5-9-2019_

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

WHAT DO YOU SUGGEST I DO ABOUT THE PROBLEMS I'VE BEEN HAVING
WITH TURNING IN A FORM-9 THAT'S NOT ANSWERED/RETURNED AND
AFTER THE 10 DAY TIME FRAME A FORM-9'S SUPPOST TO BE ANSWERED
IN MESSES, I ATTACHED THE SIGNED/DATED FORM-9 RECEIPT, THAT
SHOWS I DID IN FACT SUBMIT THAT FORM-9, TO A GRIEVANCE FORM
MAKING THE COMPLAINT THAT MY FORM-9'S NOT BEEN ANSWERED →

Work Assignment: _N/A_    Living Unit Assignment: _A-2/227/H.C.F_

Comment: _____    Detail or C.H. Officer: _____

Disposition: _____

To: _____    Date: _5/18/19_

(Name & Number)

Disposition: _Continue to send me your form-9s as I have not had this
issue with you and have always returned requests in the time frame._

_____
Employee's Signature    **To be returned to offender.**

(EXHIBIT-B-86)

(RE: FORM-9 DATED 5-9-2019 / PAGE-2-OF-2)

...CONTINUED... OR RETURNED, AND THEN THE UNIT TEAM
TELLS ME I HAVENT ATTEMPTED AN INFORMAL RESOLUTION
IN THE MATTER AND REFUSES TO PROCESS MY GRIEVANCE
FORM, AND MY ORIGINAL FORM-9 COMPLAINT IS PROLONGED
AND ITS HARDSHIPS PROLONGED, AND WHEN I SUBMIT A
FORM-9 ABOUT THE FIRST FORM-9 NOT BEING ANSWERED
AND RETURNED THE UNIT TEAM TELLS ME THEY DONT
KNOW ABOUT THE INCIDENT I ADDRESSED IN MY ORIGINAL
FORM-9 AND ARE UNABLE TO ADDRESS IT, OR THAT THEY
WONT PROCESS THE FORM-9 ABOUT MY ORIGINAL FORM-9
NOT BEING ANSWERED/RETURNED BECAUSE ITS PAST THE
TIME FRAME IN WHICH I CAN MAKE A COMPLAINT
ABOUT MY FORM-9 NOT BEING ANSWERED/RETURNED?
BECAUSE ITS HAPPENED NUMEROUS TIMES AND IM
DENIED MY RIGHT TO EXHAUST MY ADMINISTRATIVE
REMEDIES. MY ORIGINAL COMPLAINTS ARE IGNORED AND
CONTINUE TO CAUSE ME HARDSHIP. SO WHAT DO YOU
SUGGEST I DO? TELL ME, WHAT DO I DO? I NEED MY
FORM 9/GRIEVANCE ON THE EXCESSIVE ILLEGAL UNNECESSARY
ASSAULT/BATTERY ATTACK AGAINST ME I FILED MONTHS AGO
PROCESSED AND RETURNED, MY LEGAL RIGHT TO EXHAUST MY ADMINIS-
TRATIVE REMEDIES IS "NOW" BEING VIOLATED/DENIED.

OFFENDER REQUEST TO STAFF MEMBER

To: _____ *UM CRAFT* _____ Date: _____ *6-3-2019* _____

(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

(EXHIBIT-B-87)

**To be retained by Offender**

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWN
Last Name Only

### KANSAS DEPARTMENT OF CORRECTIONS

#57800
Number

### OFFENDER REQUEST TO STAFF MEMBER

To: _____ *U.T. CRAFT* _____ Date: _____ *6-3-2019* _____

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

*ATTACHED IS A COPY OF A GRIEVANCE RECEIPT THAT IS DATED 3-12-2019 (13) AND SIGNED BY C/O PETTSCR YOU CLAIMED TO KNOW THE GRIEVANCE PROCEDURE, YET YOU THEN REFUSED TO PROCESS THIS GRIEVANCE (ATTACHED) ALLEGEDLY BECAUSE I DIDNT ATTEMPT AN INFORMAL RESOLUTION, YET THERE (5) FORM 9'S I SUBMITTED WHICH UT PETTSCR, I*

Work Assignment: *N/A* _____ Living Unit Assignment: *A-2/227/HCF*

Comment: _____ Detail or C.H. Officer: _____

Disposition: _____
_____
_____
_____

To: _____ Date: *6/13/19*

(Name & Number)

Disposition: *This has previously been addressed. Grievances which do not follow procedure will not be processed.*
_____

_____
Employee's Signature

**To be returned to offender.**

P-0009

(EXHIBIT-B-88)

(RE FORM-9 DATED 6-3-19 / PAGE-2 OF 2)

REFUSED TO PROCESS, AND THOSE FORM-9'S WERE MY
ATTEMPT AT AN INFORMAL RESOLUTION, SO IM NOT
UNDERSTANDING WHY YOUR SAYING I DIDNT ATTEMPT
AN INFORMAL RESOLUTION, YOU WOULD NOT PROCESS
MY FORM-9'S BECAUSE YOU WERE NOT HERE AND NOT
MY UNIT TEAM AT THE TIME I SUBMITTED MY
FORM-9'S, AND THE UNIT TEAM I HAD REFUSED TO
PROCESS THE FORM-9'S, SO ALL THOSE ISSUES, 1st
WHICH I ATTEMPTED INFORMAL RESOLUTIONS ARE
IGNORED/UNCHECKED, AND STAFF NOT HELD
ACCOUNTABLE, SO I ATTACHED THOSE FORM-9'S
TO A GRIEVANCE, AND ATTACH AN IMPP PROVING
UNIT TEAM PETTIJOHN VIOLATED THE GRIEVANCE
PROCEDURE AND/OR THE IMPP, AND BEFORE I
DID THAT I SPOKE TO YOU ABOUT IT AND YOU
GAVE ME NO HELP, SO WHAT DO YOU SUGGEST?
BECAUSE IM NOT SURE WHAT YOU WANT OR ARE
YOU JUST TRYING TO HARASS ME AND CAUSE ME TO
GIVE UP AND PROTECTING STAFF BECAUSE
THATS WHAT IT SEEMS LIKE TO ME.

(EXHIBIT- B-89)

(RE: FORM-9 9?MO 6.3.19 / PAGE - 3 OF 3)

(RE: SPECIAL REVIEW OF PROBLEMS / UNIT-PROCESS IN REVIEWERS MLA PROTOCOLS)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name — DAVID BROWN

Receiving Staff Signature — R. Cathey

Effective Date (3-18-96) P-157

Number 57800

Date 3-12-2019

(13)

(13)