TO: THE WARDEN, DANIEL L. SCHNURR, AND K.D.O.C. SECRETARY, JEFF ZMUDA
(RE: LEGAL/OFFICIAL CORRESPONDENCE) (DATE 8-23-2021)

IN THE KANSAS DEPARTMENT OF CORRECTIONS RULE BOOK UNDER (KAR) KANSAS ADMINISTRATIVE REGULATIONS, 44-15-101a (d)(1) ET. STATES, ~~THAT~~ THE GRIEVANCE PROCEDURE SHALL BE APPLICABLE TO A BROAD RANGE OF MATTERS THAT DIRECTLY AFFECT THE INMATE, INCLUDING THE FOLLOWING (A) COMPLAINTS BY INMATES REGARDING POLICIES AND CONDITIONS WITHIN THE JURISDICTION OF THE FACILITY OR THE DEPARTMENT OF CORRECTIONS. and (B) ACTIONS BY EMPLOYEES AND INMATES, AND INCIDENTS OCCURRING WITHIN THE FACILITY. (2) THE GRIEVANCE PROCEDURE SHALL NOT BE USED IN ANY WAY AS A SUBSTITUTE FOR, OR AS PART OF, THE INMATE DISCIPLINARY PROCEDURE, THE CLASSIFICATION DECISION-MAKING PROCESS, OR THE PROPERTY LOSS OR PERSONAL INJURY CLAIMS PROCEDURE, OR THE PROCEDURE FOR CENSORSHIP OF PUBLICATIONS SPECIFIED IN THE SECRETARY'S INTERNAL MANAGEMENT POLICY AND PROCEDURE.           THE LANGUAGE IS CONFUSING, BUT SINCE THE PROPERTY LOSS OR PERSONAL INJURY CLAIMS PROCEDURE IS SPECIFICALLY MENTIONED I AM UNDER THE IMPRESSION. AND BELIEVE I AM NOT ALLOWED, ABLE, AND/OR AUTHORIZED TO INVOKE THE K.D.O.C. GRIEVANCE PROCEDURE/SYSTEM ON MATTERS PERTAINING TO K.D.O.C's PROPERTY LOSS CLAIM PROCEDURE VIA K.A.R 44-16-102 REPORTING LOSS OR DAMAGE TO PROPERTY AND IMPP-01-118D.
                      THEREFORE, I WILL INVOKE K.D.O.C.'S SPECIAL PROCEDURES, UNDER K.A.R. 44-15-201.— SPECIAL KINDS OF PROBLEMS.(a) WHICH STATES, "IF AN INMATE WANTS TO BRING A PROBLEM TO THE ATTENTION OF A HIGHER AUTHORITY WITHOUT GOING THROUGH THE GRIEVANCE PROCEDURE, THE INMATE MAY ADDRESS AS OFFICIAL MAIL A SEALED LETTER OR GRIEVANCE REPORT FORM TO THE WARDEN OF THE FACILITY, THE SECRETARY OF CORRECTIONS, OR THE STATE PARDON ATTORNEY. HOWEVER, THESE LETTERS OR GRIEVANCE REPORT FORMS SHOULD BE RESERVED FOR THE MOST DIFFICULT AND COMPLEX PROBLEMS. GENERALLY, ANY MATTER THAT CAN BE INTERNALLY HANDLED UNDER THE INMATE GRIEVANCE PROCEDURE SHALL NOT BE CONSIDERED AS APPROPRIATE FOR THE USE OF THE OFFICIAL MAIL CORRESPONDENCE PRIVILEGE."
           DUE TO THE FACT THAT K.D.O.C RULES, REGULATIONS, AND/OR POLICIES PROHIBIT ME FROM GRIEVING MATTERS PERTAINING TO THE PROPERTY LOSS OR PERSONAL INJURY CLAIMS PROCEDURE, I FIND IT TO BE APPROPRIATE TO INVOKE KAR 44-15-201 SPECIAL KINDS OF PROBLEMS.(a)/SPECIAL PROCEDURES ~~AS~~ AS MY PROBLEMS. ISSUES, COMPLAINTS DEAL WITH THE PROPERTY LOSS OR PERSONAL INJURY CLAIMS PROCEDURE. ~~A~~ STAFF DESTROYING MY LEGAL/~~■■■■~~ OFFICIAL PAPERS, HAS BEEN A UNCHECKED, UNPROFESSIONAL, ILLEGAL, COUNTERPRODUCTIVE, RETALIATORY ACT/BEHAVIOR STAFF HAVE SUBJECTED...
                      NEXT PAGE  →  →  →

(RE: LEGAL/OFFICIAL CORRESPONDENCE)
ME TO FOR YEARS e.g. DECADES, AS A FORM OF RETALIATION, IN AN ATTEMPT TO
OBSTRUCT JUSTICE, ie ATTEMPTING TO DESTROY EVIDENCE, WHICH SUPPORTS
AND/OR PROVES MY ALLEGATIONS/CLAIMS AGAINST STAFF THAT HAVE
VIOLATED MY CIVIL RIGHTS, e.g. DENIED ME TO: TLET PAPER, FOOD, CLOTHES,
PHONE CALLS, WARMTH, PROPERTY, LEGAL MATERIALS, OFFICIAL FORMS, PHONE
BOOK, STAMPS, PAPER, ENVELOPES, CLEANING SUPPLIES, A PAROLE HEARING, LIGHT,
WORKING PLUMBING, MENTAL HEALTH, BOOKS, SANITATION, TO BE FREE FROM BATTERY,
SEXUAL HARASSMENT/SEXUAL ASSAULT/SEXUALLY INAPROPRIATE COMMENTS, ACTS
AND BEHAVIORS, EQUAL TREATMENT OF THE LAW, ETC. BASICALLY, LEGAL/OFFICIAL
DOCUMENTS, I'VE SUBMITTED, DETAILING SUCH MISTREATMENTS, ABUSES AND/OR
CIVIL RIGHTS VIOLATIONS MENTIONED ABOVE, ARE NOT ANSWERED/RETURNED AND
ARE
THEN DESTROYED. I HAVE DOCUMENTED THIS FACT FOR YEARS, WHICH THE
WARDENS, UNIT TEAMS, UNIT TEAM MANAGERS, CAPTAINS, LIEUTENANTS, AND THE
SECRETARY OF CORRECTIONS HAVE ALL FAILED TO CORRECT/REFUSED TO CORRECT,
DUE TO AN UNWRITTEN POLICY, TO GIVE GUILTY STAFF, IMPUNITY, AND DUE
IN PART, DUE TO THE BROKEN, INEFFECTIVE, CORRUPT, BIASED, ☒☒☒☒
COUNTERPRODUCTIVE, EXTREMELY RETALIATORY, RUBBER STAMP REPLY,
DISINGENUOUS, DECEPTIVE, COUNTERINTUITIVE, COUNTERFEIT GRIEVANCE
PROCEDURES, PROPERTY LOSS PROCEDURES, AND INJURY PROCEDURES.
BECAUSE THESE AVENUES OFFER NO RESOLUTIONS, NO RELIEF AND
COMPENSATION, IS ESSENTIAL MY PROBLEMS, ISSUES, COMPLAINTS, AND
REQUEST ARE DELIVERED TO HIGH RANKING OFFICIALS, CORRECTLY
AND TO ENSURE THAT IS DONE, I'VE TAKEN THE TIME TO SPEAK TO MENTAL
HEALTH STAFF/STAFF, UNIT TEAM PETTIJOHN, AND READ THE RULE BOOK OFF THE
TOP OF MY HEAD) I'VE ALSO SPOKEN TO UNIT TEAM HORDE, CSI WILSON, CSI
SMITH, OVER THE COURSE OF TIME, WEEKS, MONTHS, YEARS... I AM IN
BIG TROUBLE DUE TO THE RETALIATION I'VE BEEN SUBJECTED TO, ☒☒☒
FOR BAD DECISIONS, NOT CHANGING AND EVOLVING FAST ENOUGH, FOR
NOT REALIZING THE END RESULT SOON ENOUGH, NOT WAKING UP SOON
ENOUGH, FOR A LOT OF REASONS, BUT THE CORE REASON IS ROOTED
IN THE FACT THAT I'VE NOT BEEN ABLE TO HANDLE DISRESPECT,
BAD, EVIL, ABUSE, MISTREATMENT, BATTERY, ASSAULT, TORTURE,
ILLEGAL CONDITIONS OF CONFINEMENT, ☒☒☒☒☒☒☒☒
☒☒☒☒☒☒☒☒☒☒ JUST EVERYTHING, AND BECAUSE I
HAVEN'T BEEN ABLE TO HANDLE IT ALL, OR DEAL WITH IT ALL, LIKE
A NORMAL OFFENDER, I'VE USED PEN, PENCIL, PAPER, ENVELOPES,
POSTAGE, FORM #9, GRIEVANCES, GRIEVANCE APPEALS, PROPERTY LOSS/
DAMAGE OR PERSONAL INJURY CLAIM FORMS, DISCIPLINARY REPORT
APPEALS, 60-15 OR LAW SUITS, §1983 LAW SUITS, ALL AMOUNTING TO
EXERCISING MY 1ST AMENDMENT RIGHTS MY 14TH AMENDMENT RIGHTS
TO PETITION THE GOVERNMENT FOR A REDRESS OF MY GRIEVANCES/ACCESS
TO THE COURTS, ETC, IN MY ATTEMPTS TO DEAL WITH ALL THE BAD
NEXT PAGE→

(EXHIBIT-B-2)

(RE: LEGAL/OFFICIAL CORRESPONDENCE)

...EVIL, ABUSE, MISTREATMENT, VIOLENCE, HATE, BATTERY, ASSAULT, SEXUAL ASSAULT, SEXUAL HARASSMENT, INAPPROPRIATE SEXUAL COMMENTS/JOKES, CONDUCT, THE LIES, THE CORRUPTION, THE BULLIES, THE GAMES, THE DISRESPECT, THE UNEQUAL TREATMENT, THE BETRAYAL, RETALIATION IN SO MANY FORMS: RETALIATORY DISCIPLINE REPORTS, MY MAIL GIVEN TO OTHER PRISONERS, MY PROPERTY BEING DESTROYED AS WELL AS MY LEGAL/OFFICIAL PAPERS, POVERTY, BEING DENIED BASIC NECESSITIES: LIGHT, WATER, WARMTH, MEDICAL/MENTAL CARE/DENTAL CARE, BEING LABELED AS A: RAT, SNITCH, CHOMO, CHILD MOLESTER, TREE JUMPER, P.C., (PROTECTIVE CUSTODY), P.C. CHECK-IN, CHECK IN, SEX OFFENDER, RAPIST, AND ALL THESE LABELS/TITLES ARE LOOKED DOWN UPON BY THE PRISON POPULATION AS A WHOLE, AND THESE LABELS/TITLES CAUSE OTHER PRISONERS TO SEEK OUT CONFLICT WITH ME, TO PREY ON ME, TO STEAL FROM ME, BEAT ME OUT OF MY PROPERTY/MONEY, SPREAD RUMORS AGAINST ME, SPREAD LIES, TO CALL ME NAMES, WHICH ARE THE NAMES STAFF HAVE LABELED ME AS, THE TITLES CAUSED INMATES TO TAKE ADVANTAGE OF ME, SOME STAFF HAVE ALLOWED INMATES TO MASTURBATE TO THEM IN TURN FOR THEM CAUSING ME PROBLEMS, TO HAVE ME JUMPED, BEAT UP, STABBED, ATTACKED, GREEN LIGHTED, BATTERED, HIT WITH A LOCK, HARASSED, THREATENED, MADE FUN OF, DROVE, AND I'VE HAD ALTERCATIONS DUE TO STAFF'S ENCOURAGEMENT, DEALINGS, AND RETALIATION TWICE THIS EAR. THE LAST TWO INCIDENTS I HAVE HAD WITH INMATES SPARR AND LANDRETH, HAVE BOTH BEEN BECAUSE OF KDX/ED.C.F STAFF, AND THE VIOLENCE WAS THE END RESULT. THE REASON FOR ALL THESE ISSUES IS BECAUSE I'VE USED A PEN AND PAPER AND TAKEN PART IN K.D.O.C'S DUE PROCESS/ GRIEVANCE PROCEDURES, D.R. PROCEDURES, PROPERTY PROCEDURES, FOR LEGALLY PROTECTED CONDUCT. BECAUSE K.D.O.C. STAFF SEE ME AS A PIECE OF S*** FOR "TELLING ON THEM." AND AS I'VE SAID, I MADE BAD DECISIONS, I'M NOT A ANGEL, NOT DEFLECTING ALL FAULT. I'M JUST STATING THE TRUTH/FACTS AND EXPLAINING HOW I ENDED UP HERE, WHERE I'M AT TODAY, IN DANGER, FEARING FOR MY LIFE, WORRYING EACH AND EVERY DAY WHAT FORM OF RETALIATION, ABUSE, MISTREATMENT, I'LL EXPERIENCE TODAY. WHAT VIOLENCE I'M AT RISK OF, WHAT HARASSMENT I'LL GET, LIES I'LL BE TOLD, AND I'M TRYING TO HOLD IT TOGETHER. I CRY, A LOT. BECAUSE OF IT ALL. BECAUSE I'VE BEEN IN JAIL/PRISON SINCE 1992 AND I'M STILL SERVING TIME FOR MY LIFE SENTENCE, WHICH WHENEVER I DO GET PAROLED IS NOT FREEDOM, BUT A BEGINNING ON A NEW SENTENCE, AND THEN I MUST GET PAROLED AGAIN TO MY LAST SENTENCE, AND IT'S A SLOW DEATH SENTENCE, ITS KILLING ME AND, I'M OLD AND I FEAR I'M GOING TO DIE IN PRISON, AND I REALIZE....

NEXT PAGE →   →   →   →

(EXHIBIT- B-3)                    Page 4

(RE: LEGAL / OFFICIAL CORRESPONDENCE)
...HOW SERIOUS ALL OF THIS REALLY IS. ITS ~~THE~~ LIFE THREATENING, AND
IVE GOT TO DO SOMETHING DIFFERENT, BECAUSE THE AVENUES I'M
GIVEN TO ADDRESS AND RESOLVE MY PROBLEMS ARE ~~HARMFUL AND INEFFECTIVE~~ A
EXAMPLE IS MY RECENTLY SUBMITTED PROPERTY DAMAGE/LOSS
OR PERSONAL INJURY CLAIM FORM, AND BEING TOLD IT WILL NOT
BE APPROVED, BEFORE ITS EVEN BEEN READ OR INVESTIGATED, AND I'M
ONCE AGAIN FACED WITH A PROBLEM/INJURY WITH NO AVENUES
OF RESOLUTIONS AT HAND, OR MORE TO THE POINT WOULD BE I
DO HAVE DUE PROCESS AVENUES, BUT BECAUSE K.D.O.C. STAFF, THE
AVENUES ARE INEFFECTIVE, BIASED, AND OFFER NO RESOLUTION
AND/OR RELIEF, BUT DOC'S OFFER NUMEROUS FORMS OF RETALIATION.
UNIT TEAM ROBERT HURT TOLD ME IF I DIDN'T STOP FILING PAPER
WORK HE'D MAKE SURE I WAS PASSED BY THE PAROLE BOARD, A DIRECT
RETALIATORY THREAT AGAINST THE EXERCISING OF MY FIRST AMENDMENT
RIGHT, AND I REPORTED THAT THREAT AND OTHERS, AND UNIT
TEAM R. HURT RECEIVED IMMUNITY, WAS PROMOTED TO UNIT
TEAM TEAM MANAGER, AND HE DID ENSURE THE PAROLE BOARD
PASSED ME. ~~DUSTIN RANDOLPH~~ DUSTIN RANDOLPH AT EL DORADO CORRECTIONAL
FACILITY DID THE SAME THING; TOLD ME TO STOP FILING ALL THE
PAPER WORK OR HE WOULD SPEND JUST AS MUCH TIME HE SPENDS
ON MY PAPER WORK ON CREATING A RECORD I'LL NEVER SEE, BUT
WHERE THE PAROLE BOARD WOULD SEE, AND I WROTE THAT GUARD (AT
THE TIME) UP, BUT MY OFFICIAL/LEGAL PAPERS WERE NOT ANSWERED,
NOT RETURNED, ~~AND~~ DESTROYED, AND RANDOLPH WAS PROMOTED TOO,
UNIT TEAM, AND THEN UNIT TEAM MANAGER, ITS A PATTERN OF
BEHAVIOR FOR THE WORST OF STAFF TO GET PROMOTED. ITS ALSO
A PATTERN OF BEHAVIOR FOR STAFF TO RETALIATE AGAINST ME FOR
INVOKING KDOC'S GRIEVANCE PROCEDURE. I AM IN PRISON, AND I AM
UNDER THE SECRETARY OF CORRECTIONS AND WARDENS CARE, BUT THEY
ARE IGNORING THEIR DUTY TO CARE FOR ME, AND ITS COSTING ME MY
LIFE, HARDSHIPS, PAIN, SUFFERING, AND MY LIFE. THE LAST D.R. I
RECEIVED FOR BATTIZING/BATTERING THREE H.C.F. STAFF WAS
DUE TO K.D.O.C'S FAILED GRIEVANCE PROCEDURE, BECAUSE STAFF THAT
PROCESS THE FORM 9'S, GRIEVANCES, AND GRIEVANCE APPEALS LIED FOR
STAFF, COVERED FOR STAFF, PROTECTED STAFF, AND GAVE GUILTY STAFF
IMMUNITY. AFTER DRAFTING AROUND ONE HUNDRED PAGES OF COMPLAINTS,
REPORTING PROBLEMS WHICH INVOLVED TWO STAFF (AT THE TIME) #1 C.M.
~~THE SAME~~
CSI KUHNS, AND C/O PEISER. THESE TWO STAFF MEMBERS LABELED ME
A RAT, SNITCH, SEX OFFENDER, RETALIATED AND HARASSED ME AT
EVERY TURN. OTHER GUARDS WOULD TELL ME HOW CSI KUHNS AND C/O
PEISER WERE TALKING BAD ABOUT ME ~~AND~~ AND TELL ME ABOUT THEIR RETALIATION B
HARASSMENTS, ~~#2~~ C/O RENER, C/O WEBER, C/O GILLESPIE, AND OTHERS WOULD
NEXT PAGE →        →      →    →  →

(EXHIBIT-B-4)          Page 5

(RE: LEGAL/OFFICIAL CORRESPONDENCE)

TELL ME, BUT REFUSED TO MAKE SUCH REPORTS TO HIGER RANKING AUTHORISES SO I FILED FORM-9'S, GRIEVANCES AND GRIEVANCE APPEALS, WHICH DID NO GOOD, AND ONLY CAUSE FURTHER RETALIATION AND SOON I WAS BEING DENIED WHOLE BREAKFAST MEALS, AND ALWAYS HAVING AN ISSUE WITH MY TRAY, MISSING STUFF (FOOD), I WAS PUT ON AN UNAUTHORIZED DIET, WHICH I WASN'T ON, BUT BECAUSE THE PROBLEM SOLVING AVENUES DON'T WORK IT ALL WENT ON FOR MONTH AND MONTHS, MY HARDSHIPS LONG LASTING, THE ILLEGAL CONDITIONS OF CONFINEMENT, THE TORTURE, THE CRUEL AND UNUSUAL PUNISHMENTS, CIVIL RIGHTS VIOLATION, SLANDERING OF MY NAME/ CHARACTER LABELING ME A RAT, RETALIATION, AND THINGS GOT WORSE AND WORSE, AND IT NEVER SHOULD HAVE WENT ON BECAUSE I USED A PEN AND PAPER FROM THE BEGINNING, BUT AFTER I LOST IT AND I HAD A MENTAL DEFECT AND BATTERED CSI KUHNS AND C/O PETTSER, THEY CONTINUED THEIR RETALIATION, DENIED ME BREAKFAST, PUT MACE IN MY COFFEE AND FOOD, PUT FECES IN MY FOOD, SPIT IN MY FOOD, PROVOKED ME, WROTE FALSE RETALIATORY DISCIPLINARY REPORTS, DENIED ME TOILET PAPER, AND CONTINUED TO LABEL ME AS A RAT, SWELLD AND ENCOURAGE OTHER PRISONERS TO HARASS ME AND ENGAGE IN CONFLICT WITH ME, AND THEY DESTROYED MY LEGAL/OFFICIAL PAPERS. ALL THE PAPER WORK I DID WAS USELESS IN OBTAINING RESOLUTIONS (RELIEF, AND EVEN AFTER I GO CRAZY, AND STAFF UNDERSTAND I DID SO BECAUSE NOONE WOULD PROTECT ME FROM THESE UNPROFESSIONAL EVIL GUARDS, IT WAS ALL A REPEATED CYCLE, THE FORM-9'S, GRIEVANCES, GRIEVANCE APPEALS, DISCIPLINARY REPORT APPEALS, LETTERS TO THE WARDEN, REPORTS MADE WHEN SPEAKING TO STAFF WAS USELESS. C/O PETTSER WAS PROMOTED THROUGH AS STAFF ARE GIVEN IMPUNITY FOR THEIR UNPROFESSIONAL/ILLEGAL ACTS AND BEHAVIORS. I REALIZE HOW IMPORTANT IT IS TO HAVE A WORKING, EFFECTIVE, HONEST, UNBIASED, PRODUCTIVE GRIEVANCE PROCEDURE, OR A PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM PROCEDURE, DISCIPLINARY APPEAL PROCEDURE, PROBLEM SOLVING AVENUES. THE WARDEN(S) AND SECRETARY OF CORRECTIONS SHOULD CAUSE THE PROCEDURES/SYSTEMS THEY HAVE TO BE FOLLOWED CORRECTLY, AND PROHIBIT ALL FORMS OF RETALIATION AND ENSURE STAFF THAT OVER SEE THESE PROCEDURES ARE NOT BIASED, AND DO THEIR JOBS HONESTLY AND EFFECTIVELY PROVIDING PRISONERS/ME WITH THE PROBLEM SOLVING SYSTEMS THAT OFFER REASONABLE RESOLUTIONS AND/OR COMPENSATION/RELIEF. I'M NOT THE BEST AT EXPLAINING MYSELF, BUT I WILL TRY TO ELABORATE MY CONCERNS, COMPLAINTS, ISSUES, PROBLEMS IN THE ▓▓▓▓▓▓▓ SPECIAL KINDS OF PROBLEMS GRIEVANCE FORM I'LL ATTACH TO THIS LETTER AND/OR CORRESPONDENCE TO THE SECRETARY OF CORRECTIONS JEFF ZMUDA AND HUTCHINSON CORRECTIONAL FACILITY WARDEN DANIEL SCHNURR

NEXT PAGE →  →  →

(EXHIBIT-B-5)                    Page 6

(RE:LEGAL/OFFICIAL CORRESPONDENCE)

I KNOW I HAVE MENTIONED A LOT OF PAST INCIDENTS, BUT THIS IS DONE TO SUPPORT MY CLAIMS, ITS DONE TO EXPLAIN, BY GIVING EXAMPLES, OF PAST INCIDENTS, EXPERIENCES, I'VE HAD, BEEN SUBJECTED TO, AND SHOULD NOT BE MISTAKEN FOR ATTEMPTING TO MAKE A CURRENT/PRESENT COMPLAINT AND/OR ATTEMPTING TO GRIEVE THOSE MATTERS NOW. RIGHT NOW, MY WHOLE COMPLAINT IS THAT, THE DUE PROCESS AVENUES K.D.O.C. OFFERS, e.g. FORM-9'S, GRIEVANCES, GRIEVANCE APPEALS, PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIMS, ARE: INEFFECTIVE, COUNTERPRODUCTIVE, BIASED, CORRUPT, RETALIATORY, DISINGENUOUS, RUBBER STAMP REPLY, DEFLECTING, STONEWALLING, DECEPTIVE, COUNTERINTUITIVE, ILLEGAL, COUNTERFEIT PROCESSES/SYSTEMS, DUE TO STAFF THAT OVERSEE THE PROCESS/PROCEDURES, WHICH RESULTS IN PRISONERS HAVING NO PROBLEM SOLVING AVENUES THAT OFFER/PROVIDE THE PRISONER RESOLUTIONS/RELIEF/COMPENSATION AND/OR JUSTICE AND THIS CAUSES PRISON STAFF TO GO UNCHECK, ENCOURAGES PRISON STAFF TO VIOLATE PRISONERS CIVIL/CONSTITUTIONAL RIGHTS, TO RETALIATE AGAINST PRISONERS, TO HARASS PRISONERS, TO BE UNPROFESSIONAL, DISHONEST, LIE, AND ENCOURAGES STAFF TO CONTINUE TO DESTROY MY LEGAL/OFFICIAL PAPERS FOR SURE. I HAVE BEAT THE SAME DEAD HORSE, SO TO SPEAK, FOR YEARS. I'VE STATED AND RESTATED THESE FACTS, THIS PROBLEM, OVER AND OVER AGAIN TO NO AVAIL OTHER THAN PROOF THAT I HAVE. SO, THE WARDEN(S) AND SECRETARY OF CORRECTIONS UNDERSTAND ALL OF THIS, THEY ARE AWARE OF ALL THIS, AND ITS COME TO MY ATTENTION THIS IS CORRUPTION AT THE HIGHEST LEVELS, ITS BECAUSE THOSE THAT ARE IN CHARGE OF THE KANSAS DEPARTMENT OF CORRECTIONS, THOSE THAT ARE IN CHARGE OF EACH FACILITY ARE THE ONES ULTIMATELY RESPONSIBLE FOR ALL THESE ISSUES/PROBLEMS AS THEY REFUSE TO ADDRESS AND MORE IMPORTANTLY CORRECT THESE ISSUES/PROBLEMS. I ALSO FIND THIS TO BE RETALIATION AGAINST ME BY THE HIGHEST RANKING PRISON OFFICIALS, BECAUSE BY THEM REFUSING TO CORRECT THESE PROBLEMS, KNOWING A PRISONER HAS NO ADMINISTRATIVE PROCESS THAT OFFERS RESOLUTIONS, COMPENSATION, RELIEF, JUSTICE, THESE TOP PRISON OFFICIALS KNOW AND UNDERSTAND A PRISONER ME, MUST FILE A LAW SUIT, AND KNOW I'M DEPENDANT ON FAMILY AND FRIENDS FINANCIAL SUPPORT, AND KNOW I MUST PAY $450.00 TO FILE/START A LAWSUIT, AND KNOW ANY MONEY I RECEIVE IS GOING TO BE A/OF LESS ONCE THE K.D.O.C. TAKES 10%, AND THEN THE COURT TAKES 20% FOR THE PARTIAL FILING FEE PAYMENTS, PLACING ME INTO A FINANCIAL BURDEN GREATER THAN I WAS ALREADY, AND THESE TOP PRISON STAFF UNDERSTAND AND KNOW LAWSUITS CAN GO ON FOR YEARS,,,

NEXT PAGE ⟶

(EXHIBIT-B-6)          Page 7

(RE: LEGAL/OFFICIAL CORRESPONDENCE)

EVEN WHEN THEY KNOW THEY/KDOC/STAFF ARE ███ IN THE WRONG OUTRIGHT ███ THESE TOP PRISON OFFICIALS ALLOW THE PRISONER/ME TO BE SUBJECTED TO THE ORIGINAL HARDSHIPS, CONDITIONS, MISTREATMENT, ABUSE, AND FURTHER RETALIATIONS, COUNTING ON THE PROFESSIONAL LEGAL COUNSEL ████ WIN THE CASE FOR KDOC OFFICIALS, COUNTING ON BIASED ANTI-PRISONER JUDGES, AND MORE CORRUPTION. A PRISONER (ME) SHOULD NOT HAVE TO GO ALL THE WAY TO THE COURTS TO OBTAIN RESOLUTIONS, RELIEF, COMPENSATION, ████ AND JUSTICE. ████ I'M REQUESTING THAT WARDEN AND/OR SECRETARY OF CORRECTIONS CAUSE MY PROPERTY LOSS/DAMAGE CLAIM DATED 8-3-2021 TO BE PROCESSED HONESTLY, CORRECTLY, AND APPROVED AS MY LEGAL/OFFICIAL PAPERS WERE DESTROYED AT NO FAULT OF MY OWN. I WOULD ALSO REFER BOTH OF YOU TO GRIEVANCE AND FORM-9 RECEIPTS I ATTACHED TO A LETTER TO THE SECRETARY OF CORRECTIONS, RAY ROBERTS DATED 3-30-2011, WITH CORRECTIONS MANAGER, RISK MANAGEMENT, DOUGLAS W. BURRIS APRIL 5TH 2011 RESPONSE. I SAY THIS TO PROVIDE YOU BOTH WITH AN EXAMPLE OF HOW FAR BACK THIS PROBLEMS BEEN GOING ON AND BROUGHT TO THE SECRETARY OF CORRECTION'S AND HCF WARDENS ATTENTION. STAFF DESTROYING, ████ MY LEGAL/OFFICIAL PAPERS HAS GONE ON UNCHECKE FOR FAR TOO LONG! AND THIS IS NOT THE ONLY EXAMPLE OF THE COMPLAINTS I'VE MADE/EXHAUSTED ABOUT THIS ISSUE. I HAVE REFERRED TO OTHER EXAMPLES IN MY PROPERTY LOSS/DAMAGE CLAIM, AND I'VE GIVEN EXAMPLES IN MY GRIEVANCE DATED 7-5-2021 (54) MORE RECENTLY, BUT WHEN HCF STAFF INFORM ME MY CLAIMS GOING TO BE DENIED BEFORE ITS BEEN INVESTIGATED/READ, CLEARLY, THE PROPERTY LOSS/DAMAGE OR PERSONAL INJURE CLAIM FORM PROCEDURE IS BIASED AND CORRUPT AND OFTEN NOT RESOLUTION, RELIEF, AND JUSTICE, AND THIS IS A SERIOUS PROBLEM THAT NEEDS TO BE CORRECTED! THE WARDEN'S AND SECRETARY OF CORRECTIONS NEED TO ENSURE PRISONERS HAVE A MEANINGFUL PROBLEM SOLVING AVENUE TO TAKE, WHICH ALLOW FOR COMPENSATION, RESOLUTIONS, RELIEF, AND JUSTICE, AND BIASED CORRUPT STAFF DON'T STAND IN THE WAY OF A PRISONER OBTAINING ███ ████ APPROPRIATE RELIEF, COMPENSATION, JUSTICE, RESOLUTIONS FROM SUCH KDOC DUE PROCESS AVENUES.

David Brown #57800
HCF P.O. Box 1568
HUTCHINSON, KS. 67504

(EXHIBIT-B-7)

<u>CERTIFICATE OF SERVICE/DECLARATION</u>

I, DAVID BROWN HEREBY CERTIFY AND DECLARE UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. §1746 THAT ON THIS 21ˢᵗ DAY OF AUGUST, 2021 I MAILED THE ORIGINAL (7) PAGE LEGAL/OFFICIAL CORRESPONDENCE DATED 8-23-2021 ALONG WITH THE ORIGINAL (11) PAGE SPECIAL PROCEDURE, SPECIAL KINDS OF PROBLEMS GRIEVANCE FORM/CORRESPONDENCE WITH IT'S ATTACHMENTS TO THE SECRETARY OF CORRECTIONS JEFF ZMUDA AT 714 SW JACKSON, SUITE 300, TOPEKA, KANSAS 66003 BY PLACING THE ABOVE MENTIONED DOCUMENTS IN A PROPERLY ADDRESSED SEALED 10X13 LARGE WHITE ENVELOPE, WITH (2) 20¢ STAMPS ATTACHED, ALONG WITH A PROPERLY FILLED OUT K.D.O.C. ACCOUNT WITHDRAWAL REQUEST FORM, AKA SPO, ATTACHED TO THE ENVELOPE SO THE ▮▮▮▮▮▮ REMAINING REQUIRED LEGAL/OFFICIAL POSTAGE CAN BE ▮▮▮▮▮ ADDED AND THEN TURNING THE ENVELOPE/SPO INTO A-1 CELLHOUSE STAFF'S HANDS. THE PRISON MAILBOX RULE IS HEREBY NOW INVOKED.

David Brown / #57800
DATE - 8-21-2021

DAVID BROWN #57800
H.C.F. P.O. BOX 1568
HUTCHINSON, KS. 67504

(EXHIBIT-B-8)                                                    (PAGE-1)
                                                    (DATE SENT-3-20-2011)
DEAR SECRETARY OF CORRECTIONS; RAY ROBERTS          (RE) UNANSWERED FORMS)

                    THIS CORRESPONDENCE IS DUE TO THE FORM-9 AND

GRIEVANCE SYSTEM FAILING THIS INMATE AT HUTCHINSON CORRECTIONAL FACILITY. AS THIS INMATE

HAS INFORMED THE S.O.C.'S OFFICE SEVERAL TIMES IN THE PAST WITHOUT THE PROBLEM BEING

RESOLVED THIS INMATE ASK, REQUEST, DEMANDS, AND BEGS THE SECRETARY HIMSELF PROVIDE

HIS PERSONAL ATTENTION TO THIS MATTER, ENCLOSED ARE THE FORM-9 AND GRIEVANCE

RECEIPTS WHICH THIS INMATE HAS NOT HAD ANSWERS/RETURNS OF THE FORMS FROM

HUTCHINSON CORRECTIONAL FACILITY, AS THIS INMATE ALREADY EXPLAINED IN HIS

LAST CORRESPONDENCE ON THIS MATTER THAT COPIES OF ALL RECEIPTS TO UNANSWERED

FORM-9'S AND GRIEVANCES WERE BEING MADE. NOW THAT IS DONE I ASK THAT H.C.F.

IS MADE TO ANSWER ALL THE FORM-9'S AND GRIEVANCES TO THESE RECEIPTS WHICH

HAVE NOT BEEN RETURNED TO ME, AND THAT UNIT TEAM SCHNEIDER ADD THE RECEIPTS

HE HAD ME SEND HIM TO THESE THAT ARE TO BE ANSWERED, AND THAT ANY

FORM-9 OR GRIEVANCE THAT IS NOT ANSWERED COST $5.00 FOR THAT DESTROYED

FORM TO BE ACCOUNTED TO MY PRISON ACCOUNT, AS THIS INMATE HAS SPEND MANY

HOURS WRITTING OUT THE COMPLAINTS HE HAS SUBMITTED, AND BY THE H.C.F.

STAFF REFUSING TO RETURN THESE FORMS IN RETALIATION FOR THIS INMATE

INVOKING THE GRIEVANCE SYSTEM HAS VIOLATED THIS INMATES DUE PROCESS

RIGHTS RIGHT TO NOT BE RETALIATED AGAINST, AND ALSO VIOLATED THIS

INMATES RIGHTS TO ACCESS THE COURTS, THEREFORE THIS INMATE FINDS THIS

TO BE A BETTER WAY TO DEAL/RESOLVE THE ISSUES RATHER THAN LEGAL ACTION.

OTHERWISE CONSIDER THIS LEGAL-NOTICE OF LEGAL ACTION IN THE FUTURE, AND

LET THE RECORD SHOW THIS INMATE HAS ATTEMPTED RESOLUTION BEFORE SEEKING

LEGAL ENFORCEMENT. ENCLOSED ARE (16) PAGES WITH RECEIPTS TAPED TO

THOSE PAGES AND THEN COPIED. (46) FORM-9'S AND (41) GRIEVANCES, WHICH SOME

WERE SUBMITTED TO MADE TO THE S.O.C.'S OFFICE, WHICH WERE NOT SENT OR

THE S.O.C.'S OFFICER HAS NOT RETURNED THEM.

RECEIVED

APR 0 5 2011

DOC Facility Management Area

                    TRULY, Christopher David Brown #57800
                    E.D.C.F.
                    P.O. Box 311
                    EL DORADO, Ks 67042

(RE: STALKING FORM 9'S AND ONLY RESPOND-G TO THEM OR) WHEN TIME SHOWS DISREGARD FOR HUMAN HEALTH IF EACH PROBLEM SHOULD HAVE BEEN ADDRESSED AS OF ABOVE. WILL BE BROUGHT BEFORE A COURT AND EXPOSED, SHOULD WILLINGLY END THEIR CONTRACT IMMEDIATELY.

## INMATE REQUEST TO STAFF MEMBER

(EXHIBIT- B-10)

To: _ARAMARK FOOD SERVICE AT H.C.F.-CENTRAL_    Date: _2-28-2011_

(Name and Title of Officer or Department)

_Ac P_

Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

(RE: NEARLING ROLLS FOR P&J SANDWICH(ES))

## INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM BOLLER OF P-3 CELLHOUSE_    Date: _1-2-2011_

(Name and Title of Officer or Department)

_Smith COT_   (MILLER)

Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

(RE: Reported tray condition to BYRD again, what do I do as ARAMARK knows of conditions already )

## INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM BOLLER OF A-3 CELLHOUSE_    Date: _JANUARY 3rd, 2011_

(Name and Title of Officer or Department)

_Cpl. d. Clark_

Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

(RE: SPOILD MILK BYARD CALLED FOR MORE)

## INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM MANAGER DON MOORE_    Date: _1-9-2011_

(Name and Title of Officer or Department)

_Cpl.D. Clark_

(RE: (3) grievance receipts attached per Col NAUSS, PA-2 AND never responded )  (Resent to Warden w/ another grievan attached

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_    Number _#57800_

Receiving Staff Signature _Dickson COI_    Date _8-31-2010_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(RE: PI C(OW)'S Marival

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_    Number _# 57800_

Receiving Staff Signature _D Byard COI_    Date _8-19-2010_

**Effective Date (3-18-96) P-157**

(EXHIBIT-B-13)   ①

(RELATION WON'T ASK NEEDS TO ANSWER FORM)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _57800_

Receiving Staff Signature _Mellicott_        Date _1-10-2011_

---

(RE: NEW HOTT SYSTEM)        (Refer to in 1-27-11 grievance) ②

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_   ②     Number _# 57800_

Receiving Staff Signature _____ COI        Date _1-10-2011_

**Effective Date (3-18-96) P-157**

HEATER FANS        (Refer to in 1-27-11 grievance)

(RE: UT M DURALD MOORE SEES ON SEE CO INVESTIGATION / DIDN'T TALK TO OFFICERS I REFERRED TO)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _57800_   ③

Receiving Staff Signature _____        Date _1-11-2011_

---

④

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _57800_

Receiving Staff Signature _Ogle_        Date _1-17-2011_

**Effective Date (3-18-96) P-157**

⑤

attached
(RE: Recent form-9 dated 12-31-2010 to Boiler requesting investigation be caused / Mr. Boiler not answering)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _57800_

Receiving Staff Signature _Dilbeck_        Date _1-19-2011_

**Effective Date (3-18-96) P-157**

(RE: RIGHT TO KNOW WHY I WAS TRANSFERRED/AND UNIT TEAM BOILER ANSWERING MY GRIEVANCE)

Tear off and give to inmate when submitted to Unit Team through receiving staff.   SENT TO WARDEN

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _5780_

Receiving Staff Signature _GBBoard COII_        Date _____

**Effective Date (3-18-96) P-157**

(RE: GRIEVANCE SHOULD HAVE BEEN COPIED AND REFERRED TO ME TO GO TO WARDEN/S.O.C. per 44-15-201)

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name _CHRISTOPHER D. BROWN_        Number _57800_

Unit Team Staff Signature _DICKSON COI_        Date _2-25-11_

---

(RE: WARDEN/OFFICE NOT ANSWERING FORM-9 AGAINST STAFF THREAT)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _# 57800_

Receiving Staff Signature _A. _____        Date _2-26-2011_

**Effective Date (3-18-96) P-157**

(RE: 2 attachments, I shows Dollar signed I didnt get case)        (EXHIBIT B-15)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _#57800_

Receiving Staff Signature _____        Date _SEPTEMBER 10TH 2010_

---

(RE: UNIT TEAM SCHNEIDER REFUSES TO PROVIDE CELLHOUSE RULES)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _#57800_

Receiving Staff Signature _____        Date _SEPTEMBER 10TH 2010_

**Effective Date (3-18-96) P-157**

---

(re: steve schneider return grievance sys I waited 50 days)

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _#57800_

Unit Team Staff Signature _____        Date _9/18/10_

---

(RE: steve schneider returned grievance saying I waited 50 days)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _#57800_

Receiving Staff Signature _Cpl. Clark_        Date _9-13-10_

---

(RE: ISSUE ME CROC'S (Boller, H.S.A, Warehouse)        NO RESPONSE

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _#57800_

Receiving Staff Signature _GC Byard CoII_        Date _9-13-10_

**Effective Date (3-18-96) P-157**

---

(re: schneider not allowing emergency grievances)

Tear off and give to inmate when submitted to Unit Team through receiving staff.        WARDEN

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _#57800_

Receiving Staff Signature _Cpl. Clark_        Date _9-12-10_

**Effective Date (3-18-96) P-157**

---

(re: me schneider stops emergency grievance about mace threat)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _#57800_

Receiving Staff Signature _GC Byard CoII_        Date _SEPTEMBER 13TH 2010_

**Effective Date (3-18-96) P-157**

---

(Re: Respond to form7 about mace threating)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _CHRISTOPHER DAVID BROWN_        Number _#57800_

Receiving Staff Signature _Cpl. Clark_        Date _9-12-10_

**Effective Date (3-18-96) P-157**

(EXHIBIT-B-16)

(RE: EMERGENCY GRIEVANCE SPOILED MILK)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVID BROWN       Number  57800

Receiving Staff Signature  D. ____       Date  8-15-2010

**Effective Date (3-18-96) P-157**

---

(Re: 8-21-2010 Diet served / spoon peanut butter, milk, butter, small portion cereal.)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVID BROWN       Number  57800

Receiving Staff Signature  cof Urbanek       Date  8-21-2010

**Effective Date (3-18-96) P-157**

---

(RE: LACK OF FOOD / NUTRITION)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVID BROWN       Number  #57800

Receiving Staff Signature  JC Byard COII       Date  8-22-2010

**Effective Date (3-18-96) P-157**

---

(Re: Reported food trays to Bentley B.)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVID BROWN       Number  #57800

Receiving Staff Signature  Reed COI       Date  SEPTEMBER 8th 2010

**Effective Date (3-18-96) P-157**

---

(Re: Reported tray conditions to BYARD again / showed him)  (ATTACHED AS GRIEVANCE # BA000160103)   IN SUPPORT

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVID BROWN       Number  #57800

Receiving Staff Signature  JC Byard COII  (BYARD)       Date  1-2nd, 2011

**Effective Date (3-18-96) P-157**

---

(Re pens given on one shift)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVID BROWN       Number  #57800

Receiving Staff Signature  ____ Bell       Date  8-22-2010

**Effective Date (3-18-96) P-157**

---

(RE: PER K.A.R. 44-15-101b ARAMARK NOT ANSWERING FORM 9 DATED 2-16-201 ABOUT NEW TRAYS BEING BOUGHT)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  CHRISTOPHER DAVID BROWN       Number  57800

Receiving Staff Signature  DICKSON COI       Date  2-26-2011

**Effective Date (3-18-96) P-157**

(EXHIBIT-D-20)

(RE: MOORES 620 COMPLEX- ABUSED AUTHORITY BY PLACING ME IN SCAM CELL
HEN SHOULD OF RECEIVED A D.R. NO MORE- NO LESS.

(SEALED IN ENVELOPE & SENT TO WARDEN
WITH COMPLAINT OF U.T. SCHRADER
ANSWERING FORM MADE OUT TO HEM
ON -1-17-2011   (1-17-2011)
SENT

## INMATE REQUEST TO STAFF MEMBER

To: SAM CLINE; WARDEN OF H.C.F.                    Date: 1-14-2011
_____
(Name and Title of Officer or Department)

P Elliott
_____
Unit Team, Detail, or Cellhouse Officer's Signature         To be retained by Inmate

(SEE 1-16 +2)

(RE: MENTAL health didn't come speak to me today 1-19-2011 when I received phone call of Goodwins death today! want another mental health!)

## INMATE REQUEST TO STAFF MEMBER

To: UNIT TEAM SCHRADER                    Date: 1-19-2011
_____
(Name and Title of Officer or Department)

J Dal   (signature)
_____
Unit Team, Detail, or Cellhouse Officer's Signature         To be retained by Inmate

(RE: FORMS SENT TO WARDENS OFFICE IN SEALED ENVELOPE ARE PLACED DUE WYROSTNE/AND NOT RETURNED, SINCE IN A-1
U.T. Schrader want a/s/yes else to communicate with anyone other than himself. I asked for wardens immediate attention to stop this inmates
suffering due to u.t. schraders games and violated this inmates First amendment Rights.)

## INMATE REQUEST TO STAFF MEMBER

To: SAM CLINE, WARDEN OF H.C.F.                    Date: 1-21-11
_____
(Name and Title of Officer or Department)

Ogden                VOID THIS RECEIPT
_____     DATED 1-21-11
Unit Team, Detail, or Cellhouse Officer's Signature         To be retained by Inmate

(RE: REPORTING GROVEDEN REFUSAL OF MEDICAL TREATMENT ON -1-25-11) AND harassment for seeking to redress the government of illegal
treatment at this facility H.C.F.)

## INMATE REQUEST TO STAFF MEMBER

To: UNIT TEAM MANAGER MOORE OF A-CELLHOUSE AT HCF    Date: 1-25-2011
_____
(Name and Title of Officer or Department)

(MAILED)   J Dickson  cor
_____
Unit Team, Detail, or Cellhouse Officer's Signature         To be retained by Inmate

Report of 1-26-11 Nurse Jay refusal to come clean inmates gash or have me brought over. Lieutenant Harper called.)

## INMATE REQUEST TO STAFF MEMBER

To: DIRECTOR OF CLINIC WEBSTER OF H.C.F.            Date: 1-26-2011
_____
(Name and Title of Officer or Department)

(MAILED)   J Dickson  cci
_____
Unit Team, Detail, or Cellhouse Officer's Signature         To be retained by Inmate

INMATE REQUEST TO STAFF MEMBER  *( EXHIBIT-B-20)*

To: _UNIT TEAM MANAGER MOORE_
(Name and Title of Officer or Department)

_COI_ _____
Unit Team, Detail, or Cellhouse Officer's Signature

Date: _1-8-2011_

**To be retained by Inmate**

(RE: HEATER FAN DONT COME ON DUE TO BEING TURNED OFF ALL DAY AND ALL NIGHT THE NIGHT BEFORE. )

INMATE REQUEST TO STAFF MEMBER  *( ATTACHED TO GRIEVANCE DATED -1-11-2011)*

To: _UNIT TEAM MANAGER MOORE_
(Name and Title of Officer or Department)

_COI_ _____
Unit Team, Detail, or Cellhouse Officer's Signature

Date: _1-8-2011_

**To be retained by Inmate**

③

(RE: ERICA HAYS TALKING SHIT )
about GOLFF.

INMATE REQUEST TO STAFF MEMBER

To: _WEBSTER, D.O.I. AT HCF._
(Name and Title of Officer or Department)

_D Hardesty COI_
Unit Team, Detail, or Cellhouse Officer's Signature

Date: _2-5-2011_

**To be retained by Inmate**

(RE: DOI, crowded me, took hair ties, jerked arm, threatened me with mace, jerked arm...)

INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM BROWN OF P-1 CELLHOUSE_
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

Date: _2-7-2011_

**To be retained by Inmate**

(RE: NEED TO VIEW GENERAL ORDER FOR MAX CELL ALLOWABLES AND PLACEMENTS. )
(NOT EMAIL'S)

INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM BROWN OF P-1 CELLHOUSE_
(Name and Title of Officer or Department)

_Dickson COI_
Unit Team, Detail, or Cellhouse Officer's Signature

Date: _2-17-2011_

**To be retained by Inmate**

(RE: EX POST FACTO LAW)(CLAUSE)
REQUEST RELEASE

INMATE REQUEST TO STAFF MEMBER    *(EXHIBIT-B-22)*

To: _UNIT TEAM SCHRADER_                          Date: ___1-21-11___
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature      **To be retained by Inmate**

(Re: chapter 4, 7,8, Prison self help/litigation manual)

INMATE REQUEST TO STAFF MEMBER

To: _LAW LIBRARY_                                 Date: ___2-7-2011___
(Name and Title of Officer or Department)

_Ed Miller_          (place)
Unit Team, Detail, or Cellhouse Officer's Signature      **To be retained by Inmate**

(Re: chapters 4,7,8 prison self help/litigation manual)

INMATE REQUEST TO STAFF MEMBER

To: _LAW LIBRARY_                                 Date: ___2-15-2011___
(Name and Title of Officer or Department)

_R. Weller  CCI_
Unit Team, Detail, or Cellhouse Officer's Signature      **To be retained by Inmate**

Re: request all section of conditions of confinment except the medical section in that section in the prisoner self help litigation
manual. Attached is $10 to pay for copies. thanks

INMATE REQUEST TO STAFF MEMBER

To: _LAW LIBRARY_                                 Date: ___2-15-2011___
(Name and Title of Officer or Department)

_R. Weller  CCI_
Unit Team, Detail, or Cellhouse Officer's Signature      **To be retained by Inmate**

(Re: what's status on my copies of prisoner self help litigation manual.?)

INMATE REQUEST TO STAFF MEMBER

To: _LAW LIBRARY_                                 Date: ___2-26-2011___
(Name and Title of Officer or Department)

_Chilson CSI_
Unit Team, Detail, or Cellhouse Officer's Signature      **To be retained by Inmate**

( EXHIBIT-B-23 )

(RE: KENDALL SAID HE SETS E.G.W ANOTHER BATTERY (CHARGE) AND HE dont have to force piece of shit (e)(s)(n) )

## INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM BROWN OF A-1 CELLHOUSE_                    Date: _2-7-2011_
    (Name and Title of Officer or Department)

_____                    **To be retained by Inmate**
Unit Team, Detail, or Cellhouse Officer's Signature

RE: KENDALL TWISTING/JERKING HAND CUFFS WHEN TAKING THEM OFF ON 2-6-2011 AFTER SICK CALL FOR MEDICAL.

## INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM BROWN OF A-1 CELLHOUSE_                    Date: _2-7-2011_
    (Name and Title of Officer or Department)

_____                    **To be retained by Inmate**
Unit Team, Detail, or Cellhouse Officer's Signature

RE: Facility was deliberate indifferent to this I/m safety. This is personal for's Brown and it will cause problems. I was also retaliated for reporting the sexually assault because it was against an officer. This inmate wants the record to reflect that these points have been made the officials of this facility. And ask that a reasonable

## INMATE REQUEST TO STAFF MEMBER

be made for this inmate. Approx 15 people threw in 3 days. unusual amount. b.h.s. baselines, no one doing anything about it by case-for staff and take legal materials. Give copy of this to the warden

To: _UNIT TEAM, BROWN OF A-1 CELLHOUSE AT H.C.F._                    Date: _2-10-2011_
    (Name and Title of Officer or Department)

____Brown____ (U.T. BROWN)                    **To be retained by Inmate**
Unit Team, Detail, or Cellhouse Officer's Signature

(PART-1-of-2)

(RE: KENDALL SAID HE'D PUT HIS FINGER ON MY ASS TOO, AND SHOT ME THE FINGER THROUGH THE WINDOW AS TO SAY THATS THE FINGER HE'S GOING TO USE. VERY ANGRY, DEPRESSED, SCARED, FEELING (NUMBNESS); DUE TO BEING SEXUALLY ASSAULTED. FEELS IT

## INMATE REQUEST TO STAFF MEMBER

IS A FORM OF RETALIATION TO INVOLVE AS MANY STAFF MEMBERS AS POSSIBLE IN PROCESS OF REPRISE-LIE INCIDENT. NOT DOING WELL MENTALLY BY ALL THIS TAKEN PLACE.''

To: _UNIT TEAM BROWN OF A-1 CELLHOUSE_                    Date: _2-10-2011_
    (Name and Title of Officer or Department)

____Brown (c)____ (U.T. BROWN)
Unit Team, Detail, or Cellhouse Officer's Signature                    **To be retained by Inmate**

(RE: LOSS OF ........ ....... .....)

INMATE REQUEST TO STAFF MEMBER

(EXHIBIT - B-24)

To: _UNIT TEAM BOLLER OF A-3 CELLHOUSE_  Date: _1-2-2011_
(Name and Title of Officer or Department)

_____
Unit Team. Detail. or Cellhouse Officer's Signature

**To be retained by Inmate**

RE: ORDERED PRISON LEGAL NEWS, BOOK, MONEY TAKE ACCOUNT ON 12-28-2011. DON'T KNOW IT IS received here in my property or not as no one has told me (I have not received any notice) check property.

INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM BROWN OF A-1 CELLHOUSE AT H.C.F._  Date: _2-21-2011_
(Name and Title of Officer or Department)

_____A. PRICE_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

RE: 1ST AMENDMENT, VIOLATIONS BOOKS/MAGAZINES IN A-1 A-2 A-3. NO REASON TO DENY S/M's EDUCATIONAL MATERIALS. DICTIONARIES, MAGAZINES... REQUEST YOU GET THOSE BOOKS FOR ME.

INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM BROWN of A-1_  Date: _2-25-2011_
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

(RE: REQUEST CARBON PAPER)

INMATE REQUEST TO STAFF MEMBER

To: _U.T. BROWN of A-1_  Date: _2-26-2011_
(Name and Title of Officer or Department)

_____Chilson CS1_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

(RE: CAN I USE THE PHONE. NO POSTAGE DUE TO FINES. HAVEN'T USED PHONE IN ALMOST A YEAR TO TALK DAUGHTER, ANGELA)

INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM, BROWN of A-1 AT H.C.F._  Date: _2-27-2011_
(Name and Title of Officer or Department)

_____Cedure_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

INMATE REQUEST TO STAFF MEMBER   (*EXHIBIT-B-25*)

To: UNIT TEAM BROWN OF A-1 _____   Date: 2-28-2011 _____
(Name and Title of Officer or Department)

_Cuno_ _____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

(RE: ILLEGAL ACTS AND/OR PRACTICES OF IMATES BEING PLACED IS MRA CELL WI-OUT MEETING CRITERA, NO HEAT IN MRA CELLS.

INMATE REQUEST TO STAFF MEMBER

To: D. MOORE OF A-1 CELLHOUSE AS HCE. - CENTRAL _____   Date: 2-15-2011 _____
(Name and Title of Officer or Department)

Dickson  con _____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

(RE: ILLEGAL SEGREGATION PLACEMENT)

INMATE REQUEST TO STAFF MEMBER

To: UNIT TEAM BROWN _____   Date: 2-3-2011 _____
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

(RE: WRITTEN REQUEST FOR RELEASE OF MRA CELL)

INMATE REQUEST TO STAFF MEMBER

To: SEGREGATION REVIEW BOARD OF A-1/H.C.E. _____   MRA HANDBOOK COPY   Date: 1-21-2011 _____
(Name and Title of Officer or Department)

SMc _____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

(RE: moore retaliatory behavior, mra stem cell with no heat at all.)

INMATE REQUEST TO STAFF MEMBER

To: SAM CLINE, WARDEN OF H.C.E. _____   Date: 1-14-2011 _____
(Name and Title of Officer or Department)

Col Miller   (MALE OFFICER) _____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

( EXHIBIT-B-26) A2-103



Landon State Office Building
900 SW Jackson, 4th Floor
Topeka, KS 66612

# Kansas

phone:  (785) 296-3317
fax:  (785) 296-0014
kdocpub@doc.ks.gov
www.doc.ks.gov

Ray Roberts, Secretary of Corrections

Department of Corrections

Sam Brownback, Governor

April 5, 2011

0057800 BROWN, DAVID, C

El Dorado Correctional Facility

RE: Correspondence to the Secretary of Corrections

Mr. Brown:

I received your correspondence dated 3-30-11 with concerns that your form 9's and grievances are not being answered.

You have not provided evidence that this is a special kind of problem nor an emergency. These issues can be handled at the facility level.  Your correspondence is being returned to you and a copy will be sent to the acting Warden for review.

Sincerely,

Douglas W. Burris
Corrections Manager, Risk Management

cc:     Grievance File
        Warden EDCF
        w/attachments

NOTE, REFER TO SKP LETTER TO S.O.C.
JEFF ZMUDA DATED 8/23/2021

*EXHIBIT B-9* *27*

* SPECIAL KINDS OF PROBLEMS * SPECIAL KINDS OF PROBLEMS* HCF (68)

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

(SPECIAL KINDS OF PROBLEMS)

## INMATE COMPLAINT

Inmate's Name DAVID BROWN          Number #57800

Facility HUTCHINSON CORR. FAC.   Housing Unit A-1/214/RHU   Work Detail N/A / O.S.R.

SPECIAL KINDS OF PROBLEMS ( PAGE-I-OF-II ) SPECIAL KINDS OF PROBLEMS

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). (ATTACHED IS A FORM-9 DATED 8-8-2021(68))

IVE MADE MY COMPLAINTS AND STATED THE FACTS IN THE ATTACHED FORM 9, AND I INCORPORATE THE SAME INTO THIS GRIEVANCE AS IF IT WAS RESTATED FULLY HEREIN. THIS IS A K.D.O.C. WIDE PROBLEM i.e. STAFF DESTROYING MY OFFICIAL/LEGAL PAPERS, AND ITS LONG PAST DUE THE WARDEN(S) AND/OR SECRETARY OF CORRECTIONS HOLD GUILTY STAFF ACCOUNTABLE AND ALSO RESOLVE THE PROBLEM WHICH CAN BE ACCOMPLISHED BY HOLDING STAFF ACCOUNTABLE FOR STAFF AND/OR DESTROYING PRISONERS LEGAL PAPERS INSTEAD OF LYING FOR STAFF, COVERING FOR STAFF AND/OR GIVING STAFF IMPUNITY. IT CAN BE ACCOMPLISHED BY DISCIPLINING STAFF, AND IF THE DISCIPLINE DOESN'T CAUSE CORRECTIVE CHANGE, THE PUNISHMENT IS NOT SEVERE ENOUGH... (NEXT PAGE →)

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 8-23-2021 (68)
MAILED TO S.O.C. UNDER KAR 44-15-201 SPECIAL PROCEDURES

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

I INVOKE SPECIAL PROCEDURES, K.A.R. 44-15-201 - SPECIAL KINDS OF PROBLEMS CORRESPONDENCE

_____
Unit Team Signature                    Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____
Inmate Signature                    Date

## `WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _____ Date of Final Answer _____ Date Returned to Inmate _____

_____
Inmate's Signature          Date     Unit Team Signature                    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                    _____

Type of Complaint (Item 4: Code 01-75)     _____

Cause of Complaint (Item 5: Code 01-30)    _____

Type of Response (Item 6a: Code 01,02,08 or 09)   | A |

(SKP)
( RE: GRIEVANCE (68) / PAGE-2-OF-11 )        HCF/ (68)

IT CAN BE ACCOMPLISHED BY MAKING AN EXAMPLE TO ALL K.D.O.C STAFF, SENDING A MESSAGE THAT THE CONSEQUENCES ARE EXTREME AND K.D.O.C. PRISON OFFICIALS WILL NOT CONTINUE TO GIVE STAFF IMPUNITY. FOR DESTROYING MY LEGAL PAPERS. IF SHOULD BE RECOGNIZED, THAT STAFF ARE DESTROYING MY OFFICIAL / LEGAL PAPERS, KNOWINGLY AND INTENTIONALLY, IN BAD FAITH, TO ATTEMPT TO HIDE, THE UNPROFESSIONAL AND/OR ILLEGAL ACTS, BEHAVIORS, CONDUCT THAT STAFF ENGAGED IN, CAUSING ME TO INVOKE THE GRIEVANCE PROCEDURE IN THE FIRST PLACE, SO IT'S NOT JUST THE INITIAL MISTREATMENT, ABUSE, OR CIVIL RIGHTS VIOLATIONS I WAS SUBJECTED TO, BUT NOW ON TOP OF THAT FIRST MATTER, MY FIRST AMENDMENT RIGHTS ARE BEING EVISCERATED. PRISON STAFF THAT VIOLATE A PRISONERS CIVIL RIGHTS AND THEN ATTEMPT TO DESTROY EVIDENCE OF THE FACT WOULD SURELY BRING CRITICISM UPON THEMSELFS AND/OR THE DEPARTMENT THEY ARE EMPLOYED AT, WHICH VIOLATES IMPP-02-118D IV.4. STAFF DESTROYING ME, DUE TO THE FACT THAT THE EVIDENCE THAT HAS INJURIED ME, DUE TO THE FACT THAT THE EVIDENCE THAT PROVES AND SUPPORTS MY CLAIMS/ALLEGATIONS IN A LAW SUIT ARE GONE/DESTROYED, AND I WAS UNABLE TO REMEMBER ENOUGH TO EFFECTIVELY MAKE MY CASES IN A COURT OF LAW (CIVIL) AND STAFF DESTROYING MY OFFICIAL/LEGAL PAPERS ALSO CAUSED ME INJURY DUE TO THE FACT THAT I FELT HOPELESS/DEPRESSED, AND DIDN'T BELIEVE I COULD EXERCISE MY FIRST AMENDMENT RIGHTS PAST K.D.O.C.'S ADMINISTRATIVE PROCESS, AND ONLY PART OF THE TIME ▓▓▓ I ABLE TO DO THAT, WHICH IS WHY IM ONCE AGAIN TRYING TO DOCUMENT THE FACTS AND ▓▓▓▓▓▓ BRING THE MATTERS TO THE WARDEN AND SECRETARY OF CORRECTIONS ATTENTION, BUT BECAUSE K.D.O.C.'S UNWRITTEN POLICY TO GIVE GUILTY STAFF IMPUNITY, AND A INEFFECTIVE, BIASED COUNTERPRODUCTIVE, RUBBER STAMP REPLY, RETALIATORY GRIEVANCE PROCEDURE/SYSTEM, I HAVE LITTLE FAITH IN RESOLUTIONS COMING FROM INVOKING K.D.O.C.'S GRIEVANCE PROCEDURE/SYSTEM, EVEN SO, I WILL NOT GIVE UP. ▓▓▓▓▓▓▓ I HAVE BEEN ▓▓▓▓▓▓▓▓▓▓ SUBJECTED TO LIFE THREATENING RETALIATION, AT THE HANDS OF, KANSAS DEPARTMENT OF CORRECTIONAL FACILITY/KS. STATE PENITENTIARY STAFF/ EMPLOYEE'S eg. GUARDS, UNIT TEAMS, LIEUTENANT'S, CAPTAINS, MENTAL HEALTH/ BEHAVIORAL HEALTH PROFESSIONALS, WARDENS, AND SECRETARY OF CORRECTIONS/K.D.O.C. OFFICIALS, AND INMATES, DUE TO STAFF LABELING ME A: RAT, SNITCH, CHILD MOLESTER/CHOMO, AND INMATES THAT GULLIBLY BELIEVE STAFFS LIES, AND/OR INMATES THAT BELIEVE RUMORS. ▓▓▓▓▓▓▓▓▓ WHICH ▓▓▓▓ STAFF DO INTENTIONALLY, AWARE ▓▓ THESE INCORRECT FALSE LABELS WILL

NEXT PAGE

(EXHIBIT B-29) Page 3

(SKP)
(RE-GRIEVANCE (68) / PAGE-3-OF-11 )   IREF (68)

CAUSE ME CONFLICT WITH THESE INMATES, WHICH
SOON COMES OVERWHELMING ▓▓▓▓ BECAUSE
I'M NOT IN A GANG, ▓▓▓▓ BEING OF SMALL
STATURE, WHITE, ▓▓▓ SOFTHEARTED, NOT FITTING IN
WITH OTHER CRIMINALS, ▓▓▓ BECAUSE I DON'T LIKE
VIOLENCE, LIES, ▓▓▓▓, CHILD MOLESTERS RAPIST, PIMPS
SEX TRAFFICKERS, IDENTITY THEFT, PROPERTY THEFT
MURDERERS CORRUPTION, ABUSE, BULLIES, DECEPTION,
AND THAT'S ALL I'VE BEEN SURROUNDED WITH SINCE
1992, SO FEW ARE THE GOOD IN THIS ENVIRONMENT/
WORLD. THIS EXTREME FORM OF SLANDERING MY NAME,
FALSLY AND INCORRECTLY LABELING ME DANGEROUS PRISON
TITLES, TITLES THAT ARE LOOKED DOWN ON, DISRESPECTFUL
DISLIKED/HATED, DEMONIZED, LOOKED AT AS LESSER.... AND
THE ▓▓▓ REPERCUSSIONS HAVE BEEN HARMFUL TO SAY THE
LEAST. THEN I'VE BEEN SUBJECTED TO KDX GUARDS
PAYING INMATES TO ENGAGE IN UNJUSTIFIED CONFLICT
WITH ME, WHICH BOTH FORMS OF RETALIATION RESULT
IN ARGUMENTS WITH INMATES, WHO THREATEN TO ▓▓▓▓
HARM ME, ATTEMPT TO PAY OTHERS TO HARM ME, SO
ENCOURAGE OTHERS TO PREY ON ME AND HARM ME, SO
MUCH OF THE CONFLICTS I'VE HAD WITH INMATES IN
THE LAST TEN YEARS HAVE BEEN ROOTED IN STAFFS
RETALIATION, LIES, CORRUPTNESS. IT'S NOT RIGHT, I KNOW
PRISON IS NO HOLIDAY, BUT THE ISSUES I HAVE AND
DEAL WITH AS ALL PRISONERS DO IS NOT THE ONLY
WEIGHT I'VE BEEN CARRYING, AND I'M TIRED OF IT.
I NOW REALIZE HOW I'VE GOTTEN TO THIS PLACE, NOT
ALL STAFFS FAULT, NOT AT ALL. I AM NOT PERFECT, AND
I'VE MADE MANY MISTAKES, AND I CONTINUE TO TRY TO
DO BETTER, TO ACTUALLY BE A BETTER PERSON, ▓▓ BUT...
▓▓▓▓▓ IN EL DORADO CORRECTIONAL FACILITY, I SPENT
YEARS IN A LIMITED CONTACT CELL, NO DESK, NO PHONE,
A SHOWER IN THE CELL, THAT FLOODED THE WHOLE CELL
EVERYTIME IT CAME ON, A DOOR AT THE BACK OF THE
CELL LEADING INTO A SINGLE MAN YARD CAGE, AWAY
FROM OTHER INMATES, GUARDS THAT SPIT IN MY FOOD,
LIED TO OTHER PRISONERS SAYING THEY CAN'T PASS ANYTHING
FOR THEM BECAUSE DAVID BROWN'S TELLING ON THEM.
GUARDS READING MY FAMILY PHOTOS, GUARDS GIVING MY
MAIL FROM FAMILY TO OTHER INMATES I'M HAVING ISSUES
WITH, GIVING MY MAGAZINES TO OTHER INMATES I'M
NEXT PAGE ——→       →

(RE: GRIEVANCE (68)/PAGE-4-OF-11 ) HCF/ (68)
(SKP)

HAVING PROBLEMS WITH, AND IF I WRITE A FORM-9/GRIEVANCE
ON THAT, STAFF WILL SAY, "SEE HE'S A RAT" SO I CAN'T SAY THIS
GUARD DID IT AT THIS DATE/TIME. ONLY THAT STAFF ARE
GIVING MY MAIL TO OTHER INMATES, BUT I TOLD MY FAMILY
AND THEY WROTE THE WARDEN, WHO OF COURSE DID NOTHING
OTHER THAN GIVE STAFF IMMUNITY. A GUARD THAT WAS ON THE
BLACK SUITS ESCORTING I/M'S TO A.B.D TO BE TRANSFERRED
TO HUTCHINSON CORRECTIONAL FACILITY, ESCORTED A INMATE
(EDWARDS) A.K.A. CLOVER A STG./GANGMEMBER WITH NORTENOS, AND
ASKED THE I/M IF HE KNOW ME, SAID HIS BESTFRIEND
WAS THE SON OF THE MAN I KILLED (DURING A ROBBERY
GONE BAD IN MY CRIMINAL CASE) AND TOLD THE INMATE
DAVID BROWN IS A B***** AND COWARD, AND HE STABBED
A INMATE IN THE BACK, AND DAVID BROWN IS A RAT...
I DON'T KNOW I/M EDWARDS VERY WELL, BUT HE TOLD ME
ABOUT THE CONVERSATION HE HAD WITH THE BLACK SUITS,
AND FOR A GUARD TO GO OUT OF HIS WAY, TO ASK OTHER
INMATES IF THEY KNOW ME, AND THEN PROCEED TO TALK BAD
ABOUT ME, SLANDER MY NAME, SPREAD DISINFORMATION,
LIES, TELLS ME HE'S BEEN DOING THAT FOR SOME TIME. I
WROTE A GRIEVANCE ON THAT, WHICH WAS DESTROYED, AS STAFF
CONTINUE TO DESTROY MY FACTUM/TRUTHFUL COMPLAINTS THAT
CONCERN THESE KINDS OF COMPLAINTS, GUARDS THAT SPIT IN MY FOOD,
THAT CALLED ME A FAG, PUNK, TOLD MY SHUT THE F**** UP, TOLD
INMATES I'M A RAT, GAVE MY MAIL TO OTHER PRISONERS, DENIED
ME A MEAL... I INVOKED KDOC'S GRIEVANCE PROCEDURE AND
STAFF GOT IMMUNITY, UNIT TEAMS LIED FOR STAFF, COVERED
FOR STAFF, MOVED ME TO ANOTHER CELLHOUSE, BUT GAVE
STAFF IMMUNITY, AND I WAS RETALIATED AGAINST EVEN
MORE FOR INVOKING THE GRIEVANCE PROCEDURE ▓▓▓▓/FOR
WRITING STAFF UP. I'VE BEEN PUNISHED AND RETALIATED AGAINST
FOR YEAR FOR WRITING STAFF UP. AND I DON'T UNDERSTAND WHY THE
WARDEN, SECRETARY OF CORRECTIONS, LIEUTENANTS, CAPTAINS, MAJORS,
UNIT TEAM MANAGERS, AND/OR UNIT TEAMS WON'T STOP STAFF
FROM RETALIATING AGAINST ME, FROM PUNISHING ME FOR
INVOKING THE GRIEVANCE PROCEDURE, BECAUSE I DON'T STAB
STAFF OR HIT THEM WITH A LOCK, BECAUSE I'M NOT VIOLENT
AND WANT TO USE A PEN AND PAPER, BECAUSE I WANT TO BE
CIVIL AND USE THE VERY PROBLEM SOLVING PROCEDURES K.D.O.C.
TELLS ME TO USE, WHICH KDOC OFFICIALS THEN RUTHLESSLY
PUNISH ME FOR DOING. YES, I HAVE 20 BATTERY CASES FOR
BAPTIZING STAFF WITH URINE/FECES, BUT ITS ONLY HAPPENED ON

NEXT PAGE →  →  →  →

(SKP)
( RE: GRIEVANCE (68) / PAGE-5-OF-11   ) HKF/ (68)

WHEN I'VE BEEN ON LOCKDOWN STATUS, AND ONLY AFTER I'VE WRITTEN
(10) DIFFERENT FORM 9'S AND SEVERAL GRIEVANCES SEEKING HELP,
FROM HIGHER RANKING OFFICIALS, TO STOP STAFF FROM ABUSING
ME, SAYING SEXUALLY INAPPROPRIATE THINGS TO ME, PROVOKING
ME, SPITTING IN MY FOOD, DENYING ME FOOD, LABELING ME
A CHOMO, RAT, FAG, DENYING ME SOAP, TOILET PAPER, ██████
BASIC NECESSITIES, AND NOONE WOULD HELP, NOONE WOULD
STOP STAFFS UNPROFESSIONAL/ILLEGAL ACTS/BEHAVIORS
MISTREATMENT/ABUSE, AND I SNAP AND TURN INTO AN
ANIMAL, PULLING FECES OUT OF THE TOILET TO THROW ON
STAFF, I SHOULD NOT EVER LOSE MYSELF, TO SNAP AND DO
THIS, BUT I HAVE ISSUES, A BREAKING POINT, AND THAT
IS ALL THE MORE REASON WHEN I'M CRYING OUT FOR HELP,
SOMEONE SHOULD HELP ME, BUT INSTEAD I'M LEFT TO
FEND FOR MYSELF, STAFF SUBJECT ME TO EVEN MORE
RETALIATION, AS THEY KNOW I WROTE THEM UP, BUT
CONSEQUENCES ARE OF LITTLE CONCERN AS THEY TARGET
ME MORE. ITS ALL CRAZY, AND ITS ILLEGAL, AND ITS
NOT RIGHT, AND IT INJURIES ME, BECAUSE MY BEHAVIOR
TURNS FROM BAD TO WORSE, MY MENTAL HEALTH FROM
BAD TO WORSE, MY BAD LIFE TO A WORSE LIFE. I'M
GETTING DISCIPLINARY REPORTS FOR BATTERY ON STAFF AND
NOONE CARES WHY IT WAS DONE, NOONE CARES THAT
I WROTE TEN DIFFERENT COMPLAINTS AND SPOKE TO SEVERAL
STAFF, AND THEN MORE STAFF HATE ME, AND STATES HATE ME
MORE, AND ITS BECAUSE SOME OF MY COMPLAINTS WERE
DESTROYED, AND OTHERS GIVEN GENERIC RESPONSES, AND
STAFF GET IMPUNITY. I'M INJURED MORE THAN I
EVEN REALIZED, UNTIL LATER, WHEN ITS TOO LATE. THERE'S A
REASON K.D.O.C HAS A GRIEVANCE PROCEDURE/SYSTEM,
A PROPERTY LOSS/INJURY PROCEDURE/SYSTEM, AND
THESE AVENUES PRISONERS ARE GIVEN TO DEAL WITH
THEIR PROBLEMS, TO SEEK RESOLUTIONS, TO GET HELP... THESE
SYSTEMS NEED TO BE FOLLOWED, NOT ABUSED, CLAIMS AND
ALLEGATIONS INVESTIGATED, STAFF HELD ACCOUNTABLE WHEN
APPROPRIATE. THESE SYSTEMS HAVE BEEN BIASED, CORRUPT,
COUNTERPRODUCTIVE, VERY RETALIATORY, INEFFECTIVE, AND
A RUBBER STAMP REPLY PROCESS. THIS IS NOT DUE PROCESS,
THIS IS NOT FAIR PROCESS. ITS A JOKE, TRICK, A RUSE, A
DISINGENUOUS PROCESS AND THE WARDEN AND/OR SECRETARY OF
CORRECTIONS NEED TO CORRECT THESE MATTERS AND PROVIDE
PRISONERS WITH A HONEST, EFFECTIVE LEGAL PROFESSIONAL...

NEXT PAGE →

(EXHIBIT-B-32)   Page 6

(SKP)
(RE: GRIEVANCE (68) / PAGE-6-OF-11) /HCF/ ((68))

DUE PROCESS AVENUE/PROCEDURE/SYSTEM THAT ALLOWS FOR
A PRISONER TO BE COMPENSATED WHEN APPROPRIATE. AS THE
K.D.O.C'S GRIEVANCE PROCEDURE AND PROPERTY DAMAGE/LOSS
OR PERSONAL INJURY CLAIM FORM PROCEDURE/PROCESS IS NOT
SUCH A DUE PROCESS AVENUE/PROCEDURE/PROCESS. AS AN
EXAMPLE AND SUPPORTING DOCUMENTATION I'M ATTACHING
A GRIEVANCE DATED 7-13-2019 (38) WITH ATTACHMENTS,
AND UNIT TEAM BRENDAN D. GRAFF'S RESPONSE TO MY
PROPERTY CLAIM DATED 2-26-2019 CLAIM # BA0008168
AS YOU CAN SEE, UNIT TEAM GRAFF REFUSED TO PROCESS MY GRIEVANCE
BASED ON (SEE) AND HE ABUSED HIS AUTHORITY AS A UNIT TEAM AND
ABUSED THE GRIEVANCE PROCEDURE, WHICH U.T.M. BELL AND WARDEN
SCHNURR SUPPORTED AND, IN DOING SO ALSO ABUSED THEIR AUTHORITY AND
ABUSED THE GRIEVANCE PROCEDURE. AND AS I'VE DOCUMENTED NUMEROUS
TIMES, K.D.O.C'S GRIEVANCE PROCEDURE/SYSTEM IS CORRUPT, BIASED,
COUNTER PRODUCTIVE, INEFFECTIVE DISHONEST, BROKEN, RETALIATORY,
A RUBBER STAMP REPLY PROCESS AND ▓▓▓▓ OFFERS NO HONEST AND
EFFECTIVE PROBLEM SOLVING AVENUE. NEXT, THE FACTS IN MY PAST
PROPERTY CLAIM NO. 8168 IS LIKE THE PROPERTY CLAIM I RECENTLY
SUBMITTED TO UNIT TEAM HERTEL, IN THAT MY OFFICIAL/LEGAL
PAPERS WERE NOT ANSWERED, RETURNED, AND/OR WERE DESTROYED
BY KDOC/HCF STAFF. IN BOTH CASES I PROVE I DID▓▓ TURN IN/
SUBMIT MY LEGAL/OFFICIAL PAPERS TO STAFF, WHO SIGNED FOR THEM,
VERIFYING THE FACT, AND IN U.T. GRAFF'S RECOMMENDATIONS/
INVESTIGATION U.T. GRAFF DENY'S MY CLAIM INCORRECTLY,
STATING I DIDN'T PAY FOR THE PAPER USED TO WRITE MY CLAIMS
ON, AND THAT I DIDN'T PAY FOR THE INK/FLEX PEN I USED TO
WRITE WITH. SEE THE ATTACHED e.g. UNIT TEAM GRAFF'S 4-19-2019
INVESTIGATION/RECOMMENDATIONS IN MY PROPERTY CLAIM NO.
BA0008168. ITS PRETTY MUCH WHAT U.T. HERTEL SAID, WHEN SHE
TOLD ME MY CLAIM WOULD NOT BE APPROVED, BECAUSE SHE CLAIMED
▓▓▓▓▓▓▓▓▓ MY LEGAL PAPERS HAD NO MONETARY
VALUE, WHICH IS A PATTERN OF A RUBBER STAMP REPLY GIVEN TO
PRISONERS/ME WHEN I REQUEST COMPENSATION FOR MY LEGAL AND/OR
OFFICIAL PAPERS BEING INTENTIONALLY DESTROYED BY K.D.O.C. STAFF
MEMBERS. HOWEVER, AFTER SUBMITTING MY FORM-9 DATED 8-8-2021
TO U.T. HERTEL, EXPLAINING MY LEGAL PAPERS DO HAVE MONETARY
VALUE, U.T. HERTEL RESPONDED TO THE FORM-9 SAYING, THAT I
WAS RIGHT, AND SHE WOULD INVESTIGATE MY CLAIM AND MAKE
A DETERMINATION BASED ON THE FACTS. SEE ATTACHED FORM-9 DATED
8-8-2021 (68) WITH U.T. HERTEL'S 8-9-2021 REPLY. ALTHOUGH, I WILL
NOT HOLD MY BREATH, SO TO SPEAK, I DO NOT MEAN TO BE SARCASTIC

NEXT PAGE →    →    →    →

(SKP)
RE: GRIEVANCE (68) / PAGE-7-OF-11) HCF/ (68)

BUT BASED ON MY PAST EXPERIENCES WITH THESE BIASED, CORRUPT, INEFFECTIVE, COUNTERPRODUCTIVE, RETALIATORY, RUBBER STAMP REPLY, DISINGENUOUS PROCEDURES/PROCESSES/SYSTEMS, AND THEM HAVING BEEN TOLD MY CLAIM WOULD BE DENIED BEFORE ITS EVEN READ, DOESN'T GIVE RISE TO CONFIDENCE IN A HONEST, EFFECTIVE, UNBIASED, LEGAL DUE PROCESS PROCEDURE. AND THE FACT THAT THE ISSUE OF STAFF DESTROYING MY OFFICIAL/LEGAL PAPERS BEING ONE KDOC OFFICIALS REFUSE TO CORRECT, AND REFUSE TO HOLD STAFF MEMBERS ACCOUNTABLE FOR DESTROYING MY LEGAL/OFFICIAL PAPERS HAS BEEN A ISSUE/PROBLEM FOR YEARS. IS DEPRESSING AND GIVES ME FEELINGS OF HOPELESSNESS. I WILL MAKE CLEAR, THIS GRIEVANCE IS NOT A PROPERTY CLAIM. THIS GRIEVANCE IS A COMPLAINT ABOUT STAFF DESTROYING MY LEGAL/OFFICIAL PAPERS (IN RETALIATION), & TO OBSTRUCT JUSTICE, TO DENY ME DUE PROCESS. THIS GRIEVANCE IS ABOUT KDOC'S BIASED, INEFFECTIVE, RETALIATORY, RUBBER STAMP REPLY, BROKEN, COUNTERPRODUCTIVE, CORRUPT DUE PROCESS PROCEDURES/SYSTEMS. THIS GRIEVANCE IS ABOUT MY FIRST AMENDMENT RIGHTS BEING DENIED. THIS GRIEVANCE IS ABOUT MY RIGHT TO INVOKE ▓▓▓▓▓▓▓ PROCEDURE BEING DENIED. THIS GRIEVANCE IS ABOUT THE PROPERTY LOSS/INJURY CLAIM PROCESS NOT WORKING (DUE TO KDOC/HCF RETALIATORY, LYING, CORRUPT STAFF ABUSING THE PROCEDURES/SYSTEMS) THIS GRIEVANCE IS ABOUT NUMEROUS FORMS OF RETALIATATION I'M SUBJECTED TO FOR USING THESE SYSTEMS IN AN ATTEMPT TO GAIN FOR MY LOSS, IN A ATTEMPT TO RECEIVE RESOLUTIONS TO MY COMPLAINTS BUT ITS USUALLY NOT GOING TO HELP ME, BUT INSTEAD HURT ME, WHEN I EXERCISE MY FIRST AMENDMENT RIGHTS, I'M USUALLY PUNISHED FOR INVOKING THE GRIEVANCE PROCEDURE OR THE PROPERTY LOSS/DAMAGED/DESTROYED PROCESS. THE WARDEN SHOULD HAVE DONE HIS JOB, EXERCISED HIS DUTY AND HELD STAFF ACCOUNTABLE FOR DESTROYING MY LEGAL PAPERS TO OBSTRUCT JUSTICE AND GIVE GUILTY STAFF IMMUNITY. THE WARDEN SHOULD HAVE CORRECTED THIS PROBLEM YEARS AGO, BUT DID NOT, AND INSTEAD SUPPORTED STAFF'S UNPROFESSIONAL/ILLEGAL ACTS AND BEHAVIORS, AND ABUSED HIS AUTHORITY DENYING ME ANY AND ALL HELP, RESOLUTIONS, COMPENSATION, RELIEF. THE WARDEN REFUSED TO ADDRESS AND CORRECT THE PAST/PRESENT GRIEVANCE SYSTEM/PROPERTY CLAIM SYSTEMS/INJURY CLAIM SYSTEM FAILURES, AS ITS A KDOC FACILITY WIDE ISSUE/PROBLEM. THE SECRETARY OF CORRECTIONS ALSO FAILS IN HIS DUTIES, AND SUPPORTS ALL LOWER RANKING KDOC PRISON OFFICIALS/STAFF ABUSIVE ILLEGAL/UNPROFESSIONAL ACTS AND BEHAVIORS. THE SECRETARY SHOULD HAVE INSTEAD BEEN HONEST, PROFESSIONAL AND DISCHARGED HIS...

NEXT PAGE ⟶ → →

(SKP)
RE: GRIEVANCE (68) / PAGE-8-OF-11 / HCF/ (68)

DUTY TO DISCIPLINE THE WARDEN AND CAUSE THE WARDEN TO DISCHARGE HIS DUTY TO HOLD OTHER STAFF ACCOUNTABLE, AND THE SECRETARY SHOULD ENSURE THE SYSTEMS KDOC HAS IN PLACE, FOR PRISONERS TO USE, WHEN THEY SEEK RESOLUTIONS TO ISSUES/PROBLEMS THEY HAVE, AND TO USE TO SEEK COMPENSATION FOR LOSSES STAFF ████████████████ INTENTIONALLY CAUSE IN BAD FAITH. BUT THIS HAS NOT BEEN DONE IN THE PAST, AND I FEAR IT WILL NOT BE ANY DIFFERENT NOW, DUE TO HAVING THE SAME WARDEN DAN SCHNURR, AND THE RUBBER STAMP REPLY PROCESS KDOC OFFICIALS USE. THE SECRETARY OF CORRECTIONS SHOULD MAKE CLEAR TO ALL KDOC STAFF, THAT A PRISONERS OFFICIAL/LEGAL PAPERS HAVE MONETARY VALUE, AND IMPLEMENT A POLICY THAT CAUSES STAFF TO PAY FOR THE OFFICIAL/LEGAL PAPERS THEY DESTROY OUT OF THEIR PAY CHECKS. THIS POLICY WOULD CAUSE STAFF TO THINK TWICE ABOUT DESTROYING A PRISONER'S LEGAL AND/OR OFFICIAL PAPERS, AT $25.00 AN HOUR FOR HOWEVER MANY HOURS IT TAKES/TOOK THE PRISONER TO DRAFT THE OFFICIAL/LEGAL DOCUMENTS. THIS WOULD BE A DETERRENT TO STAFF THAT DESTROY█ PRISONERS/MY OFFICIAL/LEGAL DOCUMENTS. THIS IS A REASONABLE RESPONSE TO RESOLVING ██ A PROBLEM THAT'S EXISTED FOR ████ ██████ DECADES. STAFF DESTROYING MY LEGAL PAPERS HAS GONE ON UNCHECKED FAR TOO LONG, AND THE SECRETARY OF CORRECTIONS AND WARDENS SHOULD IMPLEMENT POLICIES TO RECTIFY THE ISSUES/PROBLEM/ILLEGAL CONDUCT. LIKEWISE, THE WARDEN SHOULD HAVE AND THE SECRETARY OF CORRECTIONS SHOULD HAVE, RECTIFIED THE INEFFECTIVE, CORRUPT, BROKEN, COUNTERPRODUCTIVE, BIASED, RETALIATORY, RUBBER STAMP REPLY, ABUSED K.D.O.C. GRIEVANCE SYSTEM AND PROPERTY LOSS SYSTEMS, BUT BOTH OFFICIALS HAVE FAILED AND/OR REFUSED TO DO SO FOR YEARS AND I AGAIN REQUEST THEY DO SO NOW. THE SYSTEMATIC DEFICIENCIES SURROUNDING THE GRIEVANCE SYSTEM AND PROPERTY LOSS CLAIM SYSTEMS ARE REDICULOUS! KDOC OFFICIALS IGNORING THE PROBLEMS DON'T CAUSE THEM TO GO AWAY, AND KDOC OFFICIALS SUPPORTING THE PROBLEMS DON'T CAUSE THEM TO GET BETTER OR BE CORRECTED. MY GRIEVANCE IS ABOUT STAFF'S UNPROFESSIONAL/ILLEGAL/ INTENTIONAL ACTS TO DESTROY EVIDENCE TO THE ILLEGAL CIVIL REGIME'S VIOLATION I'VE BEEN SUBJECTED TO. MY COMPLAINTS ABOUT K.D.O.C. STAFF BEING LIARS, CORRUPT, COUNTERPRODUCTIVE, BIASED, AND VERY RETALIATORY, WHO ARE THE STAFF THAT OVERSEES FORM-9'S GRIEVANCES, GRIEVANCE APPEALS, PROPERTY LOSS/DAMAGE AND INJURY CLAIMS, NOT FOLLOWING THE ACTUAL PROCEDURES, ABUSING THE PROCEDURES, WHO DENY A PRISONER RELIEF BEFORE THEY EVEN READ THE Tim's CLAIMS...
NEXT PAGE ➝        ➝        ➝        ➝

(RE: GRIEVANCE (68) / PAGE-9-OF-11) HKF / (68)
(SKP)

...AS IS THE CASE HERE, WITH UNIT TEAM HERTEL'S BIASED/CORRUPT PREJUDGEMENT AGAINST A PRISONER(ME) CLAIM. ALTHOUGH UNIT TEAM HERTEL RETRACTS HER STATEMENTS AND/OR SAYS I'M CORRECT IN THAT MY LEGAL/OFFICIAL PAPERS HAVE MONETARY VALUE, I DON'T BELIEVE MY CLAIM WILL BE APPROVED FOR SOME OTHER GENERIC REASON, BY U.T. HERTEL OR ANOTHER K.D.O.C/HKF INVESTIGATOR, AS HAS BEEN THE CASE BEFORE. UNIT TEAM B. GRAFF DENIED MY CLAIM FOR REASONS THAT SHOW HOW BIASED THE PROPERTY DAMAGE/LOSS CLAIM PROCESS IS, AND UNIT TEAM MANAGER BELL SUPPORTING UNIT TEAM GRAFF'S REASONING, AS WELL THE WARDEN TELLS ME I WON'T GET ANYONE TO MAKE A HONEST RULING, BECAUSE K.D.O.C STAFF FOLLOW THE "GIVE GUILTY STAFF IMPUNITY" POLICY. THE SECRETARY OF CORRECTIONS/WARDENS NEED TO UNDERSTAND HOW IMPORTANT IT IS THAT PRISONERS HAVE A PROCESS THEY CAN USE TO SEEK HELP, RESOLUTION, COMPENSATION, RELIEF, JUSTICE... BECAUSE WHEN THEY DON'T BAD THINGS HAPPEN TO INMATES AND STAFF ALIKE, PRISONERS CIVIL RIGHTS GET IGNORED/VIOLATED. WHEN U.O. COWAN DESTROYED MY FILING AND OTHER LEGAL DOCUMENTS, IF LOSE A MEAL'S I WAS LATER DENIED TO INVOKE THE GRIEVANCE PROCEDURE, MY TIME, MY EFFORT, AND THOUGHTS PUT INTO DRAFTING THOSE DOCUMENTS WAS WASTED, AND MY FIRST AMENDMENT RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF MY GRIEVANCE WAS VIOLATED/TAKEN AWAY, AND BECAUSE THE DENTIST RECEIVED IMPUNITY FOR THREATENING TO PULL MY TEETH OUT, IF I CONTINUED TO COMPLAIN ABOUT THE PAIN I HAVE WHEN BRUSHING MY TEETH, I'VE NOT GOTTEN ANY NEEDED DENTAL CARE OUT OF FEAR AND MY TEETH HAVE ROTTED, CHUNKS BROKEN OFF, AND I'VE SUFFERED PAIN FROM IT. THIS IS ANOTHER EXAMPLE WHY IT'S SO IMPORTANT PRISONERS HAVE A WORKING, EFFECTIVE, UNBIASED, HONEST, PRODUCTIVE, CORRECTLY FOLLOWED PROBLEM SOLVING DUE PROCESS AVENUE WITHIN K.D.O.C's ADMINISTRATIVE PROCESS/BODY SYSTEMS. THE FORM-9 I SUBMITTED ON 6-24-2021 TO CS1 GONZALEZ WAS SEVERAL PAGES OF WRITING BY ME, EXPLAINING HOW STAFF HAVE RETALIATED AGAINST ME FOR EXERCISING MY FIRST AMENT RIGHT WHEN INVOKING K.D.O.C's GRIEVANCE PROCEDURE, DUE TO STAFF: VIOLATING MY CIVIL RIGHTS, SEXUAL ASSAULT/HARASSMENT, BATTERY, DENYING ME FOOD, MEALS, DESTROYING MY PROPERTY, DISRESPECTING ME, DENYING ME WARMTH, HOT MEALS, TOILET PAPER, LIGHT, WORKING PLUMBING, VIOLATING THE CODE OF CONDUCT, LYING, GIVING GUILTY STAFF IMPUNITY, ETC, AND HOW STAFF THEN SUBJECT ME TO THE DANGEROUS, LIFE THREATENING RETALIATION OF LABELING ME A: RAT, SNITCH, CHOMO, CHILDMOLESTER, PUNK, B****, ETC, TO GET BACK AT ME FOR INVOKING THE GRIEVANCE SYSTEM AND WRITING STAFF UP FOR THE UNPROFESSIONAL, ILLEGAL CONDUCT AND/OR CONDITIONS THEY SUBJECTED ME TO

NEXT PAGE ──────>

(SKP)
RE: GRIEVANCE (68)/ PAGE-10-OF-11 ) HCF/ (68)

AND HOW STAFF UNDERSTAND AND KNOW THE LABELS THE FALSELY AND INCORRECTLY GIVE ME WILL CAUSE CONFLICT WITH OUT PRISONERS. BECAUSE STAFF KNOW CHOMO'S, CHILDMOLESTERS, RATS, SNITCHES, PUNKS, P.C. CHECK-IN'S, (etc) ARE ALL TITLES THAT THE PRISON POPULATION (PRISONERS) DISLIKES, HATES, PREYS ON, BATTENS, EXTORTS, JUMPS, AND I EXPLAIN HOW I'M IN FEAR FOR MY LIFE BECAUSE SO MANY KDOC/HCF STAFF HAVE RETALIATED AGAINST ME BY SUBJECTING ME TO THE EXPLAINED RETALIATION, AND I GAVE SOME EXAMPLES, AND NAMED SEVERAL STAFF GUILTY OF THIS DANGEROUS LIFE THREATENING RETALIATION, AND THAT IS WHY MY LEGAL/OFFICIAL PAPERS WERE NOT ANSWERED/RETURNED, BUT INSTEAD DESTROYED. BECAUSE KDOC PRISON OFFICIALS KNOW I'M TELLING THE TRUTH 100%, BECAUSE I DETAIL THE PROBLEM, GIVE DATES, PLACES, NAMES, INCIDENTS, AND ATTACH SUPPORTING DOCUMENTS TO MY CLAIMS/ALLEGATION AND/OR THE FACTS, AND BECAUSE K.D.O.C. PRISON OFFICIALS KNOW AND UNDERSTAND LEGALLY, THIS IS ILLEGALLY, AND KDOC STAFF HAVE A UNWRITTEN POLICY TO LIE FOR STAFF, COVER FOR STAFF, AND GIVE GUILTY STAFF IMPUNITY. THIS IS WHY CERTAIN LEGAL/ OFFICIAL PAPERS ARE NOT ANSWERED/RETURNED/PROCESSED, BUT INSTEAD DESTROYED, IN BAD FAITH, TO ATTEMPTS TO ERASE THE UNPROFESSIONAL/ILLEGAL CONDITIONS/CONDUCT ▮▮▮▮▮ A PRISONER/ME WAS SUBJECTED TO. IT CAUSES ME TO FEAR SUBMITTING A FORM-9/GRIEVANCE BECAUSE I MIGHT NOT EVER SEE IT AGAIN. THE WARDENS AND SECRETARY OF CORRECTIONS SHOULD HAVE CORRECTED THIS PROBLEM YEARS AGO, BUT REFUSED TO DO SO, AND IN REFUSING TO DO SO, ARE RESPONSIBLE FOR THE MASS CORRUPTION. IT BLEED INTO K.D.O.C'S STAFF/PRISON OFFICIALS, KDOC. SECURITY AND ADMINISTRATION. THE WARDEN AND/OR SECRETARY OF CORRECTIONS SHOULD FIX/CORRECT THIS PROBLEM IMMEDIATELY, AND ENSURE PRISONERS HAVE A MEANIFUL ADMINISTRATIVE DUE PROCESS AVENUE THEY CAN TAKE PART IN, IN AN ATTEMPT TO HAVE THEIR ISSUES, PROBLEMS, LOSSES, COMPLAINTS RESOLVED, WHERE A PRISONER CAN OBTAIN RELIEF, COMPENSATION, JUSTICE, RESOLUTION, WITH A PEN AND PAPER, WITHOUT BEING RETALIATED AGAINST, AND WITHOUT STAFF DESTROYING THE PRISONERS LEGAL/OFFICIAL PAPERS, PROLONGING THE HARDSHIPS DENYING THE PRISONERS FIRST AMENDMENT RIGHTS. THE SECRETARY OF CORRECTION AND WARDENS NEED TO ENSURE STAFF, THAT PROCESS THESE KDOC ADMINISTRATIVE DUE PROCESS PROCEDURES ARE, HONEST, UNBIASED, NOT CORRUPT, AND AWARD PRISONERS PROPERTY DAMAGE/LOSS CLAIMS WHEN APPROPRIATE, INSTEAD OF BEING CORRUPT, RETALIATORY, DISHONEST, ABUSING THEIR AUTHORITY, LYING, AND ▮▮▮▮▮▮
NEXT PAGE ➝    ➝    ➝    ➝

(EXHIBIT- B-37 )  Page 11

(SKP)
(RE:GRIEVANCE (68) / PAGE-11-OF-11 ) IrF ( 68 )

FOLLOWING A UNWRITTEN POLICY TO GIVE GUILTY STAFF IMPUNITY,
ATTACHED TO THEE (SKP) SPECIAL KINDS OF PROBLEMS GRIEVANCE FORM
ARE! FORM-9 DATED 8-8-2021 (68)(SKP), PROPERTY CLAIM TBA000 8168
UNIT TEAM GRAFE'S 4-24-2019 REPLY, GRIEVANCE DATED 7-13-2019 (38)
ALONG WITH THE TOTAL OF (11) PAST SPECIAL KINDS OF PROBLEM CORRESPONDENCE
GRIEVANCE FORM, AND ALSO I'M SUBMITTING A LETTER TO IrF WARDEN
DANIEL C. SCHNURR AND SECRETARY OF CORRECTIONS JEFF ZMUDA
WHICH EXPLAINS WHY MY PROBLEM MEET THE SPECIAL PROCEDURES/
SPECIAL KINDS OF PROBLEMS CRITERIA DETAILED IN MY GRIEVANCE
FORM CORRESPONDENCE (68) AND IN THE LETTER. KDOC ADMINISTRATION,
SECRETARIES, UNIT TEAM, [illegible] UNIT TEAM MANAGER, WARDENS, AND
SECRETARY OF [illegible] CORRECTIONS USUALLY INCORRECTLY DENY MY
LETTERS AS MEETING THE CRITERIA FOR SPECIAL PROCEDURES/
SPECIAL KINDS OF PROBLEMS CORRESPONDENCES, WHICH PROLONGS
MY HARDSHIPS, AND IS ANOTHER EXAMPLE OF K.D.O.C. OFFICIALS
ABUSE OF THE GRIEVANCE PROCEDURES AND OR SPECIAL PROCEDURES/
SPECIAL KINDS OF PROCEDURES, AND ITS FURTHER STONEWALLING
RETALIATORY CORRUPT TACTICS TO DENY ME MEANINGFUL KDOC
ADMINISTRATIVE DUE PROCESS, WHICH I NOTE FOR THE COURT FOR
FUTURE CLAIMS. AS IS FURTHER RETALIATION. UTM JACKSON KNOWS
ALL MY PROPERTY CLAIM ISSUES CAN NOT BE USED IN ANY WAY AS A
SUBSTITUTE FOR, OR AS PART OF THE GRIEVANCE PROCEDURE, AS I EXPLAIN
IN MY LEGAL/OFFICIAL CORRESPONDENCE, BUT I WILL STILL HAVE MY
COMPLAINT PROCESS UNDER THE GRIEVANCE PROCEDURE IF
IrF U.T.M. JACKSON AND/OR PRISON OFFICIAL INCORRECTLY INSIST I
MUST. EITHER WAY I HAVE ATTACH A FORM-9, STATED THE FACT,
MADE MY COMPLAINT, STATED MY CONCERNS AND MAKE REQUEST
FOR RELIEF/JUSTICE IN THE CORRECT AMOUNT OF TIME FOR
A REGULAR GRIEVANCE PROCEDURE PROCESS OR A SPECIAL PROCEDURES/
SPECIAL KINDS OF PROBLEMS PROCESS, AND I NOTE AS MUCH FOR THE
RECORD. PRISON OFFICIALS MUST PREVENT KDOC STAFF FROM DESTROYING
MY LEGAL/OFFICIAL PAPERS IN RETALIATION AND IN BAD FAITH, DENYING
ME MY FIRST AMENDMENT RIGHTS AND CAUSING EXTREME INJURY WHEN DOING
SO, AND ALSO MUST STOP GIVING GUILTY STAFF IMPUNITY AND HONOR DUE PROCESS.

   I, CHRISTOPHER DAVID BROWN #57805, being competent to make this
declaration and having personal knowledge of the matters stated therein, declares
pursuant to 28 U.S.C. §1746 the foregoing is true and correct.
   EXECUTED ON 8-16-2021
                                      David Brown
                                   H.C.F. P.O. Box 1568
                                 HUTCHINSON, KS. 67504

                          (END OF DOCUMENT) (SEE ATTACHMENTS)

(RE: TELLING ME MY PROPERTY CLAIM WONT BE APPROVED BEFORE EVEN READING IT,
SAYING IT HAS NO MONETARY VALUE, DENIED, COME UP W/ ANOTHER THING TO DO IT AS OF
CLAIM PROCESS, I'M DEALING VS. OFFENDER REQUEST TO STAFF MEMBER, EVIDENCE/SPO
) (3) PAGES SMALL LINED PAPER

Page 1 of 3 SUBMITTED 06-18-18
Effective 06-19-18
( SUNDAY )

To: UNIT TEAM J. HENZEL                    Date: 8-8-2021 (68)
(Name and Title of Officer or Department)

1:50 PM
A-1/214/RHU

McCannon CO1

Unit Team, Detail, or Cellhouse Officer's Signature          To be retained by Offender

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Alright (SKP)

BROWN
Last Name Only

# 57800
Number

**KANSAS DEPARTMENT OF CORRECTIONS**
(PAGE-1-OF-3)
**OFFENDER REQUEST TO STAFF MEMBER**

To: UNIT TEAM J. HENZEL          Date: 8-8-2021 (68) (SKP)
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

MY COMPLAINT IS THAT I FOLLOW KDOC GRIEVANCE PROCEDURES,
AND FOLLOW KDOC'S PROPERTY LOSS PROCEDURES, AND I TURN IN A
PROPERTY LOSS CLAIM TO YOU ON 8-3-2021 DUE TO KDOC/HCF STAFF
DESTROYING MY PROPERTY, LEGAL/OFFICIAL, AND/OR LEGAL PAPERS, WHICH
I PROVE, AND WHICH CAN BE VERIFIED, AND WHEN YOU BRING ME BACK
MY COPY OF THE CLAIM, YOU TELL ME MY CLAIMS NOT GOING TO BE →

Work Assignment: N/A / O.S.R.          Living Unit Assignment: A-1/214/RHU/HCF
                                        Detail or C.H. Officer: _____
Comment: _____

Disposition: _____

(NOTE: RETURNED TO ME AT MAIL PASS 8-10-2021)

To: _____                         Date: 8-9-21
(Name & Number)

Disposition: YOU are correct. I will investigate the claim
like I do any other claim & make a determination
once its investigated based on facts

A.H.
Employee's Signature                    To be returned to offender.

(EXHIBIT-B-3ᵃ) Page 2

(SKP)

(RE: FORM-9 DATED 8-8-2021 / PAGE-2-OF-3)   HCF/ (68)

APPROVED, AND YOU HADN'T EVEN HAD TIME TO READ MY
CLAIM YET, BUT TELL ME MY CLAIM HAS NO MONETARY
VALUE, AND AS I TOLD YOU, MY EFFORT AND TIME IN DRAFTING
MY OFFICIAL/LEGAL PAPERS IS VALUE, AND AS I TOLD YOU LAWYERS
GET PAID FOR THE TIME AND EFFORTS DRAFTING LEGAL PAPERS,
AND YOU POINTED OUT THAT I'M NOT AN ATTORNEY, AND I NEVER
CLAIMED TO BE, BUT THE FORM-9's, GRIEVANCES, GRIEVANCE APPEALS,
PROPERTY CLAIMS AND INJURY CLAIMS ARE ALL PART OF THE
ADMINISTRATIVE PROCESS A PRISONER/ME MUST TAKE PART IN
BEFORE A LAWSUIT CAN BE FOLLOWED, AND ONCE I COMPLETE THAT
ADMINISTRATIVE PROCESS, WHICH IS CALLED "EXHAUSTING MY
ADMINISTRATIVE REMEDIES," I CAN THEN FILE A LAWSUIT,
COMPLAINT, ACTION WITH THE COURT, WHEN I DO THAT,
I MUST ATTACHED MY ADMINISTRATIVE PAPERS, e.g. FORM-9's
GRIEVANCES, GRIEVANCE APPEAL's, TO THE LAW SUIT TO SHOW AND/OR
PROVE THAT I EXHAUSTED MY ADMINISTRATIVE REMEDIES, AND
WHEN STAFF DESTROY MY FORM-9's OR ANY OTHER ADMINISTRATIVE
PAPERS ITS HENDERING MY ACCESS TO THE COURTS, AND ITS
DESTROYING MY PROPERTY/LEGAL PAPERS, AS ADMINISTRATIVE
PAPERS ARE PART OF A LEGAL PROCESS, AND TO TELL ME MY CLAIM
IS GOING TO BE DENIED BEFORE MY CLAIMS EVEN BEEN READ
SHOWS/PROVES THAT THE PROPERTY LOSS CLAIM PROCESS IS CORRUPT
AND BIASED AND INEFFECTIVE. THIS IS COUNTERPRODUCTIVE AND
WRONG. AND I WANT TO EXPLAIN TO YOU WHY MY LEGAL PAPERS DO HAVE
MONETARY VALUE... LOOK, A PRISONER CAN PICK UP A PEN AND PAPER
AND SPEND HOURS DRAWING A PICTURE OF A FLOWER, AND THAT PRISONERS
TIME AND SKILL HAVE MONETARY VALUE, THE PRISONER COULD SELL THAT
PICTURE OF A FLOWER AND GAIN, MONETARY VALUE, AND THAT PRISONER
DOESN'T NEED TO HAVE A ART DEGREE TO GAIN MONETARY VALUE
FROM THE PICTURE OF A FLOWER. NOW, I CAN SPEND HOURS
THINKING, LOOKING UP WORDS, EXPLAINING MYSELF, DOCUMENTING
FACTS, e.g. NAMES, DATES, TIMES, PLACES, WHO, WHAT, WHEN, WHERE...
WHICH TAKES TIME AND EFFORT OBTAINING ALL THAT INFORMATION,
AND I MUST FIGURE OUT HOW TO SAY WHAT I WANT TO SAY, I
MUST MAKE A TRUTHFUL FACTUAL CONVINCING ARGUMENT, AND IS
IS NOT EASY, THEN I REFER TO CIVIL RIGHTS, CONSTITUTIONAL RIGHTS
AND/OR LAW/AMENDMENTS, AND ALTHOUGH, I DON'T HAVE A DEGREE IN
LAW, MY SKILL IS ONE I'VE TAKEN YEARS TO LEARN, AND SOMEONE SAYING
MY SELF TAUGHT SKILLS, THE KNOWLEDGE, AND WISDOM HAS NO
MONETARY VALUE IS DISRESPECTFUL, ITS INCORRECT, AND I HOPE
I'M EXPRESSING MYSELF IN A WAY THAT GETS THAT POINT ACROSS
AND A VERY IMPORTANT FACT I WANT TO STRESS TO YOU IS...
(NEXT PAGE →    →    →    →

(SKP)

(EXHIBIT-B-40  Page 3)

(RE-FORM DATED 8-8-2021 / PAGE-3-OF-3) HCF/ (68)

A PRISONER DRAWING A FLOWER IS A PRIVILEGE, MORE OR LESS, AND A PRISONER DRAFTING LEGAL DOCUMENTS IS A CONSTITUTIONAL RIGHT, UNDER THE FIRST AMENDMENT TO THE UNITED STATES CONSTITUTION, AND IT STATES "A RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES. THIS FACT SUGGEST KDOC/HCF STAFF DESTROYING MY LEGAL PAPERS IS ILLEGAL, AND BECAUSE ITS A ILLEGAL ACT, I AM ENTITLED TO COMPENSATION, INCLUDING MONETARILY. ALSO, ANOTHER IMPORTANT LEGAL FACTOR IS THAT WHEN IM DOCUMENTING ALL THE FACTS TO AN INCIDENT OF STAFF MISTREATING ME ABUSING ME, RETALIATING AGAINST ME, VIOLATING MY CIVIL RIGHTS, THOSE FACTS, THOSE DOCUMENTS, THOSE LEGAL PAPERS ARE SUPPORTING EVIDENCE TO MY ALLEGATIONS/CLAIMS AND WHEN KDOC/HCF STAFF DESTROY THE EVIDENCE TO PROVEN/SUPPORTS MY CASE/CLAIMS IT IS A ISSUE OF "SPOLIATION OF EVIDENCE", THE FACT THAT KDOC/HCF STAFF, GUARDS, MENTAL HEALTH, MEDICAL, UNIT TEAMS, UNIT TEAM MANAGERS HAVE DESTROYED SO MUCH OF MY LEGAL PAPERS AND REFUSED TO HOLD STAFF ACCOUNTABLE, REFUSES TO CORRECT THE PROBLEM; SHOWS AND SUPPORTS MY LEGAL PAPERS (CERTAIN ONES) ARE DESTROYED IN BAD FAITH, AND THAT ALL HCF RANKING OFFICIALS SUPPORT THE PAST/PRESENT ACTS (BEHAVIORS) OF STAFF DESTROYING MY LEGAL PAPERS, FOR FAILING TO HOLD GUILTY STAFF ACCOUNTABLE, AND FOR FAILING TO ACT REASONABLEY. I WILL ALSO POINT OUT THAT I HAVE BEEN INJURIED BY STAFF KNOWINGLY/INTENTIONALLY DESTROYING MY LEGAL PAPERS. I WOULD ASK THAT YOU RESPOND TO THIS FORM 9 AND MAKE A COPY OF IT AND ATTACH A COPY TO MY PROPERTY LOSS/DESTROYED CLAIM SO THESE ISSUES ARE ALSO MADE AWARE TO THE INVESTIGATOR. AND I WILL BE ATTACHING THE ORIGINAL TO A GRIEVANCE TO GO THROUGH THE GRIEVANCE PROCEDURE PROCESS, EXHAUSTING MY ADMINISTRATIVE REMEDIES BEFORE FILING SUIT IN COURT. IM TIRED OF THIS TYPE OF RETALIATION, HARASSMENT, DESTROYING MY PROPERTY/LEGAL PAPERS, DENYING ME THE RIGHT TO ACCESS THE COURT WITHOUT BEING FRUSTRATED/HINDERED, AND IM TIRED OF THE KINDS OF LEGAL PAPERS THAT ARE DESTROYED ARE PROBLEMS, ISSUES, CIVIL RIGHT VIOLATIONS THAT GO UNCHECKED, CONTINUE, AND ARE IGNORED AND NOT RESOLVED, LIKE MY FORM 9'S REGARDING ALL OF THE PAROLE PROBLEMS, ISSUES, VIOLATIONS, AND STAFF LABELING ME A RAT, SNITCH, FAG, B*****, CHILDMOLESTOR TO INTENTIONALLY CAUSE ME CONFLICT WITH OTHER PRISONERS, AND NUMEROUS FORMS OF RETALIATION. I SHOULD NOT BE PUNISHED FOR INVOKING THE GRIEVANCE PROCEDURE, BUT INSTEAD I SHOULD BE REWARDED FOR A NORMAL, LEGALLY ACCEPTABLE PROBLEM SOLVING PROCESS; EVEN IF K.D.O.C'S IS INEFFECTIVE/BROKEN. IVE EXPLAINED WHY MY CLAIM SHOULD BE APPROVED AND/OR HAS MONETARY VALUE, AND IM COMPLAINING THATS KDOCS PROPERTY LOSS CLAIM PROCESS IS A TRICK, ITS A RUSE, ITS COUNTERPRODUCTIVE, A DISINGENUOUS PROCESS WHEN IM TOLD MY CLAIM WILL FAIL BEFORE ITS READ. THAT'S NOT FAIR AND SHOULD BE CORRECTED.

*RE: ATTACHED TO GRIEVANCE (68) FORM 9 SKP*

*8168*

# Kansas *(EXHIBIT-B-41)*

AD ASTRA PER ASPERA

Phone: (620) 662-2321
Fax: (620) 728-3476
HCFI@ks.gov
www.doc.ks.gov

P.O. Box 1568
Hutchinson, KS 67504-1568

Department of Corrections
Hutchinson Correctional Facility

Roger Werholtz, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

Date: 04/24/2019

To:     Dan Schnurr, Warden
        Hutchinson Correctional Facility

From: B. Graff, UTS

Re:     Brown, David #57800 – Property Claim #BA0008168

Offender Brown, David #57800 has submitted a property claim in the amount of $40.00 for destroyed
legal papers. The offender states that COI Cowan signed the receipt for a form-9 and attached
declaration which was then not returned and claims that Cowan destroyed the documents.

The offender provided copies of form-9s and form-9 receipts with this claim. Upon investigation of this
claim it was found that these documents that the offender has labeled as legal were created at no cost to
the offender due to his use of form-9s and provided RHU allowable writing utensils. The offender to his
own admission wrote these documents and obtains copies of them as shown in the attached documents
with this claim. Furthermore, to the offender's own admission, these incidents have already been
addressed via the grievance procedure and action taken where necessary. *THIS IS A LIE I SAID*
*NO SUCH THING, NOTHINGS BEEN ADDRESSED/CORRECTED, AND U.T.M*
Therefore, I do not recommend payment on this claim. *U.T. GRAFF REFUSE TO PROCESS*
*MY GRIEVANCE (38) DATED 7-13-2019*

B. Graff, UTS
A2 Cell House
Hutchinson Correctional Facility
620-662-2321

*REFER TO GRIEVANCE DATED -*
*7-13-2019 (38) THIS GRIEVANCE WAS NOT*
*PROCESSED BY UNIT TEAM GRAFF AND UNIT TEAM MANAGER*
*BEIG, WHICH WAS AN ABUSE OF THEIR AUTHORITY AND OF THE K.D.O.C.*
*GRIEVANCE PROCEDURE/SYSTEM. UNIT TEAM GRAFF IS A LEAR*
*AS HE CLAIMS I SAID THESE MATTERS HAVE BEEN ADDRESSED VIA THE*
*GRIEVANCE SYSTEM, WHEN U.T. GRAFF REFUSED TO PROCESS MY*
*GRIEVANCE FOR BEING ALLEGEDLY NON GRIEVABLE, ANOTHER*
*LIE, AND THE GRIEVANCE SUPPORTS MY CLAIMS.*

(MAILED TO S.O.C. 7-17-2019) (EXHIBIT-13-4) (38)

KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

ATTACHED TO GRIEVANCE 68 FORM SKP

**INMATE COMPLAINT**

Inmate's Name _DAVID BROWN_   Number _57800_

Facility _H.C.F._   Housing Unit _A-1/227_   Work Detail _N/A_

PAGE-1-OF-2

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member) (ATTACHED IS A FORM-9 DATED 6-26-2019)

MY COMPLAINTS ARE STATED IN THE ATTACHED FORM-9 AND HEREIN INCORPORATED IN THIS GRIEVANCE. AS YOU CAN SEE FROM U.T.M. BELL'S RESPONSE, HE DOESN'T WRITE ANYTHING ABOUT A ~~COUNSELOR~~ CELL SEARCH/PROPERTY INVENTORY/POLICY AND LEGAL PAPERS; AND THAT IS BECAUSE DURING U.T. M. BELL'S DISCUSSION WITH ME AT MY CELL #227 DOOR U.T.M. BELL SAID I NEED TO LET ALL MY PAST FORM-9S AND GRIEVANCE COMPLAINT ISSUES GO, AND MOVE FORWARD, AND U.T.M. BELL DOESN'T FOLLOW THE GRIEVANCE PROCEDURES' HIMSELF AND WOULDN'T HOLD ANOTHER → STAFF MEMBER ACCOUNTABLE FOR VIOLATING THE GRIEVANCE PROCEDURE →

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _7-17-2019_ (38)

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Non-Grievable - property Claim. Bf

RELATES TO CLAIM 8168 AND GRIEVANCE 68 (68)

U.T. GRAFF REFUSED TO SIGN

(SENT BACK TO ME ~~MONDAY~~ 9-12-2019) Unit Team Signature                    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

___✓___ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_David L. Brown_                    _7-23-2019_
Inmate Signature   RETURNED TO ME ON 7-23-2019   Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____   Date of Final Answer _____   Date Returned to Inmate _____

Inmate's Signature         Date      Unit Team Signature                    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number _____

Type of Complaint (Item 4: Code 01-75) _____

Cause of Complaint (Item 5: Code 01-30) _____

Type of Response (Item 6a: Code 01,02,08 or 09) _____

( EXHIBIT B-43 )

1 of F
(38)

(RE: GRIEVANCE (38) DATED 7-13-2019 / PAGE-2-OF-2

WHEN U.T.M. BELL VIOLATES BY HIMSELF U.T.M. BELL MADE SURE
NOT TO WRITE DOWN ANYTHING ABOUT U.T. GRAFF'S LIES TO ME FACE TO
FACE AND ON PAPER. U.T. GRAFF CLAIMING MY COMPLAINT WAS
ADDRESSED CONCERNING C/O COWAN DESTROYING MY LEGAL PAPERS AND
FORMS, YET EVEN THOUGH I PROVIDED U.T. GRAFF WITH A COPY OF THE
FORMS AND A COPY OF THE LEGAL PAPERS THAT C/O COWAN DESTROYED
U.T. GRAFF REFUSED TO PROCESS THE FORMS, AND AT C EXPLAINED IN
MY FORMS AND TO U.T.M. BELL AT MY CELL FRONT DOOR 7-10-2019 THE
MATTERS/PROBLEMS NOT ADDRESS OR RESOLVED BECAUSE THE COMPLAINT
THE FORMS C/O COWAN DESTROYED, WHICH WAS A COMPLAINT ABOUT THE
ACE DENTIST TELLING ME HE'S GOING TO PULL MY TEETH OUT IF I CONTINUE
TO COMPLAIN ABOUT THE PAIN I'M SUBJECTED TO WHEN I BRUSH MY
TEETH AND DRINK REALLY COLD FLUIDS, WAS NOT ADDRESSED OR RESOLVED,
AND AS THOUGH I EXPLAINED THAT TO U.T.M. BELL HE REFUSED TO
TAKE THE COPIES OF UNPROCESSED DOCUMENTS I HAVE TO PROCESS THEM
AND ATTEMPT TO ADDRESS AND CORRECT AND RESOLVE, BECAUSE U.T.M.
BELL GAVE U.T. GRAFF GAVE STAFF EMPUNITY FOR THEIR ILLEGAL
AND UNPROFESSIONAL ACTS/BEHAVIORS. NOTE U.T.M. BELL COMING TO MY
CELL ASKING ME WHAT MY PROBLEM IS BECAUSE HE'S GOT A LOT
OF GRIEVANCES COMING ACROSSED HIS DESK FROM ME, IS A
NORMAL SIGN THAT THE U.T. WILL RETALIATE AGAINST
ME BY A RETALIATORY MOVE OR TRANSFER, WHICH ALSO IS HOW
KDOC TEAMS GET RID OF A PRISONER AND THEN DESTROY ALL
THE FORMS AND GRIEVANCES THAT HAVEN'T BEEN PROCESSED.
THE WARDEN NEED BECAUSE MY FORMS/GRIEVANCES TO BE PROCESSED
AND STAFF TO BE HELD ACCOUNTABLE FOR DESTROYING MY PAPER WORK
AND FOR RETALIATING AGAINST ME FOR EXITING PAPER WORK, AND
U.T.'S HELD ACCOUNTABLE FOR MISLEADING REPLIES/ANY ISSUES BEING IGNORED.

RE: 6-26-2019 U.T. GRAFF  RETURNING PROPERTY CLAIMS  8168 FROM
2-13-19  AND HOW WAS  ISSUES ADDRESSED WHEN FORMS9 WERE NEVER
PROCESSED AND GRAFF SENT ME AWAY AND IGNORING ME
GRAFF SAYING A GRIEVANCE ADDRESS ID ISSUES 25 A C/O, GRAFF MOUNTING
ANOTHER INMATE WHO ALLEGEDLY TAKEN TO LET WATER IN GRAFFS
FACE.

To: __UNIT TEAM MANAGER BELL__                      Date: 7-5-2019 (38)
        (Name and Title of Officer or Department)

                                                    (ATTACHED TO GRIEVANCE)

Unit Team, Detail, or Cellhouse Officer's Signature      To be retained by Inmate

JONES
A2/227/KCF (3100)

                                            (EXHIBIT-B-44) (38)

                                            BROWN
                                            Last Name Only

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

                    (A2-227)

KANSAS DEPARTMENT OF CORRECTIONS           #57800
                                            Number
            (PAGE-1-OF-2)
INMATE REQUEST TO STAFF MEMBER

To: __UNIT TEAM MANAGER BELL__     Date: __6-26-2019__ (38)
        (Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

THIS COMPLAINT IS AGAINST U.T. GRAFF DUE TO HIM COMING TO
MY ASSIGNED CELL#227 ON 6-26-2019 AND FINALLY RETURNING A
PROPERTY CLAIM #8168 FROM 2-13-2019 WHEN C/O JOEL COWAN
INTENTIONALLY TOOK A FORM-9 AND AFFIDAVIT FROM ME AND DESTROYED
THEM. THE FORM-9 WAS NEVER PROCESSED AND THE INCIDENT NEVER
RESOLVED. U.T. GRAFF CLAIMS THE INCIDENTS WERE ADDRESSED →

Work Assignment: __N/A__           Living Unit Assignment: A2/227/K.C.F.
                                   Detail or C.H. Officer: COJ
Comment:

Disposition:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To: __Brown  # 57800__                      Date: __7/10/2019__
            (Name & Number)

Disposition: __Discussed at cell. Your issues that bring up is due to
the result of a property claim that has been returned to you.
If you disagree with the decision of the property claim, you
can file claim with Joints Claim Committee if you chose.__

_____
Employee's Signature                        To be returned to inmate.

(EXHIBIT-B-45) HCF (38)

(RE: FORM-9 DATED 6-26-2019 / PAGE 2-OF-3)

AND ACTION TAKEN WHERE NECESSARY VIA THE GRIEVANCE PROCEDURE, AND BY MY ADMISSION, THAT IS A LIE! FIRST, OF ALL, BECAUSE I'VE NEVER SAID ANYTHING WAS ADDRESSED, AND NO ACTION WAS TAKEN BECAUSE THE FORM-9 C/O COWAN DESTROYED WAS NEVER PROCESSED OR RETURNED AND THE INCIDENTS NEVER RESOLVED. NEXT, UNIT TEAM GRAFF CLAIMS THE LEGAL DOCUMENTS C/O COWAN DESTROYED WERE AT NO COST TO ME, AND THAT IS A LIE IT COST ME HOURS OF MY TIME TO DRAFT THE LEGAL PAPERS. NOW, UNIT TEAM GRAFF HAS STATED THE INCIDENTS WERE ADDRESSED VIA THE GRIEVANCE PROCEDURE, AND I WANT UNIT TEAM GRAFF TO PRODUCE THE GRIEVANCE THAT ADDRESSES C/O COWAN DESTROYING MY LEGAL PAPERS, AND WHEN U.T. GRAFF CAN NOT DO THAT HE NEEDS TO BE HELD ACCOUNTABLE FOR KNOWINGLY AND INTENTIONALLY LYING AND RETALIATING AGAINST ME C/O COWAN NEEDS TO BE HELD ACCOUNTABLE FOR DESTROYING MY LEGAL PAPERS, C/O COWAN NEEDS TO BE HELD ACCOUNTABLE FOR DENYING ME DUE PROCESS, AND HINDERING MY ACCESS TO THE COURTS, AND DENYING ME MY RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF MY GRIEVANCES, AND FOR ATTEMPTING TO PROTECT OTHER KDOC EMPLOYEE'S DENYING ME ~~DESIRED~~ MEDICAL TREATMENT. UNIT TEAM GRAFF SHOULD NOT BE A UNIT TEAM AS HE'S DISHONEST AND LIES TO CAUSE HARDSHIP TO PRISONERS IN RETALIATION. U.T. GRAFF IS ABUSING THE AUTHORITY TRUSTED TO HIM, AND U.T. GRAFF IS INTENTIONALLY PROVOKING PEOPLE.

NEXT PAGE ⟶ ⟶

( EXHIBIT-B-46)

HCF/(38)

(RE: FORM-9 DATED 6-26-2019 (PAGE-3-OF-3)

AS AN EXAMPLE, WHEN I ASKED U.T. GRAFF "HOW THE INCIDENTS WERE ADDRESSED, AND ACTION TAKEN WHERE NECESSARY, WHEN I NEVER WROTE A GRIEVANCE ON COWAN DESTROYING MY FORM-9 AND AFFIDAVIT AND THE ISSUES STEMING FROM THOSE DOCUMENTS, AND UNIT TEAM GRAFF SAID, "OKAY" AND WALKED AWAY. I SAID, "HEY, I ASKED A QUESTION, WHAT DO YOU MEAN OKAY," AND U.T. GRAFF IGNORED ME. IT BEARS MENTION JUST A COUPLE DAYS BEFORE UNIT TEAM GRAFF HAD ALLEGEDLY GOT TOILET WATER THROWN IN HIS FACE BY AN INMATE WHO I HEARD SAY, "HEY WHY ARE YOU WALKING AWAY WHEN IM TALKING TO YOU RESPECTFULLY TRYING TO UNDERSTAND THIS." IM GOING TO WRITE A GRIEVANCE ON (1)COWAN FOR DESTROYING MY LEGAL PAPERS AND OTHERS THINGS IVE STATED ABOVE AND IM GOING TO WRITE A GRIEVANCE AGAINST UNIT TEAM GRAFF FOR LYING AND RETALIATING AGAINST ME AND IM SEEKING YOUR AID BEFORE DOING SO AT MY INFORMAL RESOLUTION IN THE MATTERS IVE STATED MY PROPERTY CLAIMS WERE DENIED BY U.T. GRAFF IN RETALIATION, AND STAFF JUST DESTROYING FORM-9'S AND GRIEVANCES SO THE FACTS ARE LOST, AND DONE TO OBSTRUCT JUSTICE, PROTECT KDOC EMPLOYEES WRONG DOING NEEDS TO BE ADDRESSED AT ONCE BECAUSE ITS A ONGOING NORMAL PATTERN OF BEHAVIOR BY KDOC STAFF: NOTE: I CONTINUE TO SUFFER FROM BEING DENIED DENTAL TREATMENT BECAUSE IM POOR, AND FEAR ATTEMPTING TO PUSH FOR DENTAL TREATMENT DUE TO THE DENTAL THREAT TO ME

*(EXHIBIT-B-47)* HCF/
(38)



### Kansas
Department of Corrections
*Hutchinson Correctional Facility*

Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS  67504-1568

Phone:  (620) 662-2321
Fax:  (620) 728-3473
Email: HCFI@doc.ks.gov
www.doc.ks.gov

Laura Kelly, Governor

Jeff Zmuda, Acting Secretary
Dan Schnurr, Warden

*I'm not happy with U.T. Graff's response and want to move forward to the next stage/wardens reply, who refuses to process this grievance sent via official mail Inhouse.*

**DATE:**     07/23/2019

**TO:**        Brown, David #57800

**FROM:**    B. Graff UTS

**SUBJECT:**    Grievance

<u>FINDING OF FACT:</u>

<u>CONCLUSIONS MADE:</u>   Per K. A. R. 44-15-101 (a)(2) "The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision-making process, or the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure."

<u>ACTION TAKEN:</u> No further action warranted. Further grievances over this issue will be returned unanswered as this response will serve as the answer for those as well.

*This is a complaint against U.T.M. Bell obstruction of justice and U.T. Graff's. This isn't a property claim ~~⊗⊗~~ it's a retaliation issue, by U.T. Graff and Coughran and it's clear as I haven't requested anything or ~~payment for~~ property ~~⊗⊗~~ I've made a complaint that the U.T.M. supports unit teams and other H.C.F. staff violating the grievance procedure by not returning my Form-9's/Grievances, violating my First Amendment Rights and my Fourteenth Amendment rights to due process and the facts of a conversation I had with U.T.M. Bell giving staff impunity and U.T. Graff retaliating against me and being false reply's and harassments, continued issues with dental*

(EXHIBIT-B-48) HCF/(38

**MEMO**

# Kansas

Department of Corrections
*Hutchinson Correctional
Facility*

Landon State Office Building
900 S.W. Jackson St., 4th
Floor
Topeka, KS 66612-1284
(785) 296-3317
Fax: (785) 296-0014
Email: kdocpub@doc.ks.gov
www.doc.ks.gov

**DATE:** August 8, 2019

**TO:** Brown, David #57800
A2-227

**FROM:** Dan Schnurr, Warden
Hutchinson Correctional Facility

**CC:**

**RE:** Grievance, No number

---

KAR 44-15-101a provides that the grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision-making process, or the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

In accordance with KAR 44-15-101a your grievance is not valid and is being returned to you unanswered and will not be addressed in the future.

D. Schnurr, Warden
Hutchinson Correctional Facility

DS/JB
cc: Unit Team Manager

(EXHIBIT-13-99)

a jail of (3) (MAILED TO SECRETARY OF CORRECTIONS) (PAGE-1) HCF (38)
9-17-2019

(RE: GRIEVANCE APPEAL / NO APPEAL FORMS ALLEGED)
I AM BEING DENIED GRIEVANCE APPEAL
FORMS GOING ON TWO WEEKS NOW. SO THE (3)
DAY TIME LIMIT TO FILE AN APPEAL IS DUE
TO HCF A-2 CELL HOUSE GUARDS SAYING THEY

RECEIVED
SEP 23 2019
DOC Facility Management Area

ARE OUT OF THOSE FORMS, WHICH I KNOW
HCF HAS A PRINTING SHOP NO MAKES KDOC'S
OFFICIAL FORMS. UPON INFORMATION AND BELIEF
THIS GRIEVANCE IS NOT A PROPERTY
CLAIM. IM NOT ASKING FOR PAYMENT. IM
ASKING THAT UNIT TEAM GRAFT AND UNIT TEAM
MANAGER BEIL ARE HELD ACCOUNTABLE FOR
REFUSING TO PROCESS MY GRIEVANCES FOR
FALSE REASONS, WHICH THEY DO INTENTIONALLY
TO HARASS AND RETALIATE AGAINST ME, TO CAUSE
ME TO BE OVERWHELMED WITH PAPER WORK
AND THEY NEED TO BE HELD ACCOUNTABLE
FOR INTENTIONALLY VIOLATING MY 1ST AND
14TH AMENDMENT RIGHTS, THAT GRIEVANCE
PROCEDURE IS NOT AVAILABLE TO ME DUE TO
THESE AND OTHER UNIT TEAMS, AND DUE TO
OTHER INTENTIONAL TACTICS LIKE SAYING
THERE'S NO FORMS, GRIEVANCES, OR
GRIEVANCE APPEAL FORMS FOR WEEKS
AND MONTHS AT A TIME, AND THEN YOU
HAVE THE TACTIC OF EVERY GUARD SAYING
THERE ARE NO SEGREGATION FLEX PENS
AND I'M UNABLE TO WRITE FOR TWO

NEXT PAGE ➝

(EXHIBIT-B-58)

(page 2 of 3) ( mailed to Secretary of Corrections)(Page-2)
9-17-2019                                                        pg/(58)

RE: GRIEVANCE APPEAL/ NO APPEAL FORM MILEAGE)
WEEKS, AND SOMETIMES IM GIVEN A USED
SEG FLEX PEN AND IT DOESNT WORK OR RUNS
OUT AFTER A COUPLE PAGES AND THEN IM
TOLD THEY ARE OUT OF PENS, MY HAND AND
FINGERS HURT FROM HAVING TO USE COLOR
PENCILS TO WRITE WITH, ITS MORE GAMES
HCF GUARDS AND UNIT TEAM PLAY AS FORMS
OF RETALIATION AGAINST ME FOR WRITING
COMPLAINTS FORM 9S AND GRIEVANCES I
HAVE SEVERAL FORM-9's AND GRIEVANCES
THAT HAVE NOT BEEN ANSWERED OR RETURNED
TO ME DUE TO STAFF DESTROYING MY FORMS
THIS IS ONE EXAMPLE OF IT WHERE IVE PROVIDED
PROOF THAT I SUBMITTED THE FORMS AND THAT THE
FORM WAS NOT ANSWERED/RETURNED, AND WHEN I
REALIZE THAT COMPLAINT HASNT BEEN PROCESSED
I ATTACHED THE RECEIPT OF THE FORM-9 I TURNED
IN AND IM TOLD I WAITED TO LONG TO FILE MY
GRIEVANCE, WHICH IS INCORRECT AS THE RULE
BOOK STATES A GRIEVANCE IS TO BE FILED 15 DAYS
FROM THE DISCOVERY OF THE EVENT. I FILE A LOT CAN'T
OF FORM-9 AND GRIEVANCE COMPLAINTS AND I
FILE ALL MY COMPLAINTS DUE TO HCF/KDOC STAFF
HARASSMENT GAMES AND RETALIATION. UNIT
TEAM MANAGER BELL AND GRAFF REFUSE TO
STOP STAFF FROM DESTROYING MY FORM-9's AND
GRIEVANCES, WITH BELL TOLD ME TO FORGET ABOUT

NEXT PAGE ➜ ➜

(EXHIBIT-B-51)

(MAILED TO SECRETARY OF CORRECTIONS)   (PAGE-3)

(PAGE 3 OF 3)
RE: GRIEVANCE APPEAL/NO APPEAL FORMS ALLEGED(S)   HCF/138

THEM AND MOVE FORWARD, NO WONDER GUARDS/UT'S.
DESTROY PRISONERS PAPER WORK AND UNIT TEAMS WON'T
DO ANYTHING ABOUT IT, SO MY ORIGINAL PROBLEMS
WITH THE DENTIST WERE NOT RESOLVED AND I
SUFFER AS A RESULT OF IT, THEN MY PROPERTY
CLAIM WAS DENIED BY UNT. GRAFF AS A
RETALIATORY ACT AND NOT BASED ON AN OFFICIAL
ACT AND THE RETALIATION IS THE EVENT
GIVING RISE TO THIS GRIEVANCE, AGAINST
GRAFF, AND AGAINST GRAFF AND UNIT TEAM
MANAGER ~~CROSS~~ BREC IS THEIR REFUSAL
TO PROCESS MY COMPLAINTS FOR LIES AND
INCORRECT INFORMATION, AND FOR ALLOWING
MY PAPER WORK TO BE DESTROYED TO DATE,
AND AGAINST C/O COWAN FOR DESTROYING
MY PAPER WORK LEGAL/OFFICIAL AND FOR
ALL OF THEM OBSTRUCTING JUSTICE, AND
GIVING GUILTY STAFF IMPUNITY, AND
FOR VIOLATING MY 1ST/14TH AMENDMENT
RIGHTS, THE SECRETARY OF CORRECTIONS
NEED TO ADDRESS AND CORRECT THESE PROBLEMS
AND HOLD ALL STAFF ACCOUNTABLE INVOLVED
IN THIS, AS WELL THE WARDEN AND CAUSE
MY FORMS TO BE PROCESSED, ALL OF THEM
BUT THAT'S ON NOW.

*(EXHIBIT-B-57)*

*HCF / (38)*

# KANSAS
### AD ASTRA PER ASPERA
#### Department of Corrections

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Laura Kelly, Governor

Jeff Zmuda, Acting Secretary

September 24, 2019

TO:   0057800 BROWN, DAVID *A0007*

Hutchinson Correctional Facility

RE:   Invalid Grievance

I received your correspondence that included an unnumbered grievance.

KAR 44-15-101 (a)(d)(2) The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

Your complaint is clearly about the property loss or personal injury claims procedure.  KAR 44-15-101 (a)(d)(2) prohibits use of the grievance procedure to address this concern.

Sincerely,

Douglas W. Burris
Corrections Manager, Facility Management

cc:   Warden Schnurr
w/attachments
Image: SOCRESP
w/attachments

(EXHIBIT-B-33)

(54)

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name _DAVID BROWN_                     Number _57800_

Facility _HCF_          Housing Unit _A-1/214/RHU_   Work Detail _OSIT/N/A_

(PAGE-1 OF 5)

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). _ATTACHED IS A FORM 9 RECEIPT_

_DATED 6-24-2021 SIGNED BY CSI GONZALEZ. THE FORM 9 CONCERNED THE ISSUE_
_OF KDOC STAFF LABELING ME A RAT, CHOMO, BITCH, ET. IN RETALIATION FOR_
_ME WRITING KDOC STAFF UP IN FORM 9'S/GRIEVANCES DUE TO THEM MISTREATING_
_ME, SEXUALLY ASSAULTING ME/SEXUALLY HARASSING ME, ABUSING ME, BATTERING_
_ME, DENYING ME FOOD OR PARTS OF MY MEAL OR DENYING ME A MEAL COMPLETELY,_
_DENYING ME TOILET PAPER, CUSSING ME OUT, DENYING ME OFFICIAL KDOC_
_FORMS, FOR BEING UNSANITARY, FOR BEID DELIBERATELY INDIFFERENT TO MY_

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _7-8-2021 (54)_

### UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

|                          |      |
|--------------------------|------|
| Unit Team Signature      | Date |

### INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__✓__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_David Brown_                                    _7-8-2021_
Inmate Signature                                 Date

### WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _7-13-21_   Date of Final Answer _7-16-21_   Date Returned to Inmate _7-19-2021_

_David Brown_        _7-19-2021_    _U.T. REFUSED TO SIGN UNIFORM_
Inmate's Signature        Date      Unit Team Signature                Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number _____ BA0018005

Type of Complaint (Item 4: Code 01-75) _____ 3 _____ 1

Cause of Complaint (Item 5: Code 01-30) _____ 0 _____ 1

Type of Response (Item 6a: Code 01,02,08 or 09) _____ 0 _____ 8

(EXHIBIT-B-54)

(54)

RE: GRIEVANCE (SY) DATED 7-5-2021 (PAGE-2-OF 5) IRE (54)

HEALTH, SAFETY AND/OR LIFE, FOR RETALIATING AGAINST ME BY

WRITING FALSE RETALIATORY DISCIPLINARY REPORTS, FOR

HARASSING ME, FOR PROVOKING ME, FOR BEING UNPROFESSIONAL, AND/OR

FOR VIOLATING MY CIVIL RIGHTS, AND THE BASIC NECESSITIES. IT'S

BEEN A PATTERN OF BEHAVIOR FOR UNIT TEAM PETTIJOHN TO DESTROY

MY FORM-9/GRIEVANCES AND NOT RETURN, ANSWER OR PROCESS THEM

WHEN THEY CONCERN SERIOUS MATTERS IN WHICH STAFF ARE

GUILTY OF MY CLAIMS. UNIT TEAM PETTIJOHN IS NOT MY

UNIT TEAM IN A1 CELLHOUSE, BUT INSTEAD THE UNIT TEAM FOR A-2

CELLHOUSE, AND OUT OF THE APPROX. FOUR FORM 9'S UNIT TEAM

PETTIJOHN DID RESPOND TO, THE DID NOT RETURN AND RESPONSE TO

THE FORM 9 DATED 6-24-2021 IN WHICH WAS

ATTACHED TO THE ATTACHED RECEIPT, BEFORE CSI GONTARIT

SIGNED THE RECEIPT, REMOVED IT FROM THE FORM-9, GAVE

ME THE RECEIPT, AND TOOK THE FORM-9, ALONG WITH THE OTHERS

AND PUT THEM IN THE UNIT TEAM'S BOX. UNIT TEAM HERTELS

UNIT TEAM BOX IN A1 CELLHOUSE. FORM 9'S ARE TO BE RETURNED

AND ANSWERED IN TEN (10) DAYS PER KDOC'S GRIEVANCE

PROCEDURE TIME LINES (SEE K.A.R. 44-15 102. PROCEDURE. (a) (2)

WHICH STATES IN RELEVANT PART "IF AN INMATE DOES NOT

RECEIVE A RESPONSE FROM THE UNIT TEAM WITHIN 10 CALENDAR

DAYS, A GRIEVANCE REPORT MAY BE SENT TO THE WARDEN

WITHOUT THE UNIT TEAM SIGNATURE OR SIGNATURES." THEREFORE,

I'M SUBMITTING THIS GRIEVANCE FORM DUE TO UNIT TEAM HERTEL/

PETTIJOHN REFUSING TO PROCESS MY FORM-9 IN VIOLATION OF

KDOCS/HCFS GRIEVANCE PROCEDURE/SYSTEM

NEXT PAGE → → →

(EXHIBIT-B-55)   (54)

RE: GRIEVANCE 54 DATED 7-5-2021 / PAGE-3-OF-5 ) HK# (54)

CLEARLY, THE EXPLANATION FOR THE MISSED UNIT TEAM
SIGNATURE(S) IS DUE TO THE UNIT TEAM KNOWINGLY AND
INTENTIONALY VIOLATING THE GRIEVANCE PROCEDURES AND
REFUSING TO PROCESS MY FORM-9 **RESULTING** IN DENYING
ME DUE PROCESS RIGHTS UNDER LAW. ALTHOUGH THE WARDEN,
DAN SCHNURR ALSO KNOWINGLY / INTENTIONALLY VIOLATES THE
GRIEVANCE PROCEDURE / SYSTEM, I MYSELF MUST COMPLY WITH
ITS RULES AND AM DOING SO AS I EXHAUST MY ADMINISTRATIVE
REMEDIES. IT IS A PATTERN OF BEHAVIOR FOR MY COMPLAINTS
AGAINST STAFF LABELING ME A P.C. UNDER IN A RAT, A
SNITCH, A CHOMO (CHILDMOLESTER) ETC. TO COME UP MISSING,
GET DESTROYED, NOT GET PROCESS, AND ~~THIS~~ THAT FACT SHOULD ~~BEE~~ BE
~~DOCUMENT~~ DOCUMENTED FOR THE RECORD. ANOTHER EXAMPLE WOULD
BE THE FORM-9'S / GRIEVANCE (44) AND LETTER TO THE WARDEN
THAT ALL DID NOT GET PROCESS(D). THE FORM-9'S WERE DESTROYED.
WHEN IT WAS CLEAR I WASN'T GETTING MY FORM-9 ANSWERED
AND RETURNED I FILED MY GRIEVANCE, AND THE UNIT TEAM
(GRADE) REFUSED TO PROCESS MY GRIEVANCE CLAIMING I DIDN'T
FILE MY GRIEVANCE WITHIN 15 DAYS OF THE DISCOVERY OF THE
EVENT GIVING RISE TO MY GRIEVANCE, WHICH IS A LIE AND
ANOTHER LYING CORRUPT KDOC STAFF TACTIC TO ATTEMPT TO JUSTIFY
NOT PROCESSING A ~~GRIEVANCE~~ GRIEVANCE. ATTACHED IS A COPY
OF A FORM-9 DATED 9-3-2019 WITH A FORM-9 RECEIPT ATTACHED
SIGNED BY C/O RENNER ON 9-4-2019. THE FORM-9 TO THAT RECEIPT
WAS NEVER ANSWERED OR RETURNED, WHICH IS A PATTERN OF
BEHAVIOR. IT'S HAPPENED SEVERAL TIMES, NUMEROUS TIMES!

NEXT PAGE →  →  →

(EXHIBIT-B-56) (54)

(RE: GRIEVANCE (54) DATED 7-5-2021 (PAGE-4-OF-5) PG6/54

ANOTHER EXAMPLE IS FOUND IN PROPERTY CLAIM NO. 8168

WHERE C/O COWAN SIGNED MY FORM-9 RECEIPT, TOOK THE FORM-9

AND DESTROYED IT HIMSELF, OR THE UNIT TEAM (GRAFF)

DESTROYED IT, BUT THE FACT IS I SUBMITTED THE FORM-9

AND IT WAS NEVER RETURNED, ANSWERED, OR PROCESSED, AS

ITS A PATTERN OF BEHAVIOR FOR GUARDS AND UNIT TEAMS

ALLIKE TO DESTROY PRISONERS/MY FORM-9'S OFFICIAL/LEGAL

MATERIALS/DOCUMENTS. I FILED A GRIEVANCE ABOUT THE

LAST INCIDENT AS WELL DATED 7-13-2019 (38) WHICH UNIT

TEAM GRAFF REFUSED TO PROCESS, SAYING I CANT FILE A

GRIEVANCE AGAINST A GUARD DESTROYING MY FORM-9'S BECAUSE

ITS A PROPERTY ISSUE. ANOTHER EXAMPLE WHERE I'VE DOCUMENTED

THIS PROBLEM OF STAFF DESTROYING MY FORM-9'S IS IN THE LETTER

I WROTE TO THE SECRETARY OF CORRECTIONS DATED 4-13-2018

VIA A SPECIAL KINDS OF PROBLEMS CORRESPONDENCE

PER 44-15-201, WHICH I'M ALSO ATTACHING A COPY TO THIS

GRIEVANCE. MY FORM-9'S REGARDING PAROLE, NOT SEEING

THE PAROLE BOARD FOR (18) YEARS WHEN I SHOULD HAVE

SEEN THE PAROLE BOARD IN (15) YEARS, NOT GETTING

A MEANINGFUL CHANCE AT MAKING THE BOARD, STAFF

TELLING ME THEY ARE GOING TO MAKE SURE I GET PASSED

IN RETALIATION FOR ME WRITING THEM UP IN FORM-9'S

AND GRIEVANCES, STAFF PUTTING HITS ON ME SO I WONT

MAKE THE PAROLE BOARD. THOSE COMPLAINTS GET DESTROYED

MOST THE TIME OR WITHHELD FOR MONTHS AND I'M SICK OF

ALL THESE GAMES, SICK OF THE LYING AND CORRUPTNESS

NEXT PAGE →  →  →

(EXHIBIT-B-57)   (54)

Hef (54)

RE: GRIEVANCE (54) DATED 7-5-2021 / PAGE-5-OF-5)

THAT VIOLATED MY FIRST, FOURTEENTH, AMENDMENTS TO
PETITION THE GOVERNMENT FOR A REDRESS OF MY GRIEVANCES.
I'M TIRED OF MY DUE PROCESS RIGHT BEING VIOLATED,
DENIED COMPLETELY, OR PARTLY, HINDERING MY ACCESS
TO THE COURTS, AND TO EXHAUST MY ADMINISTRATIVE
REMEDIES. IT COST ME PAIN AND I'VE SUFFERED. IT'S
ALSO COST ME MONETARY WISE. IT'S A FACILITY
WIDE PROBLEM THAT NEEDS TO BE ADDRESSED/CORRECTED
BY THE SECRETARY OF CORRECTIONS, AS DAN SCHNURR
REFUSES TO DO SO AT HCF AND REFUSED AS WARDEN
AT EDCF. MY ISSUES NEED TO BE ADDRESS, AND
CORRECTIVE ACTION CAUSED AS THE RESULT. MY
ISSUES NEED RESOLUTIONS, NOT TO BE IGNORED
AND COVERED UP, AND PUT OFF AND NOT ADDRESSED
OR RESOLVED. THE WARDEN AND SECRETARY OF
CORRECTIONS NEED TO MAKE CORRECTIVE CHANGES
THAT SHOW RESOLUTIONS AND RESULTS. MY FORM 9'S
NEED TO BE ANSWERED/RETURNED PER KDOC'S OWN
POLICIES, RULES, AND REGULATION AND THE WARDEN AND/OR
SECRETARY OF CORRECTIONS NEED TO MAKE IT SO.

(EXHIBIT-B-58) HCF/(54)

RE: IN FORM FOR MY LEFT MIC TO BODY STAFF DISSPLAY MY TCM, AND MY BELONG ETC.
AND UT, WARDEN, SOC PDRD NOTABLE ABOUT IT WHEN I BLUE RIVER 9 GADCV 9 VCC ? Z
STAFF - LETS ME LAST MONTHS ME FOR WASTUM TIME TO UP FOR ABUSE PLS COMPLAINT 15-185
NOW TAKE MY CIVIC RECORDS,

Page 1 of 1, Attachment A, HCF GO 01-101

**OFFENDER REQUEST TO STAFF MEMBER**

To: _JAMES PERRY MENTEL_

_____
(Name and Title of Officer or Department)

Unit Team, Detail, or Cellhouse Officer's Signature: _____

Date: _6-24-20(54)_

**To be retained by Offender**

RE: RESUBMITTING ~~...~~ THE ...

RETALIATION AGAINST ME ON 4-12-2019

Page 1 of 1, Attachment A, HCF GO 01-101

Effective 06-19-18

HCF (44)

OFFENDER REQUEST TO STAFF MEMBER

(2 PAGES)

To: WARDEN DAN SCHNURR

(Name and Title of Officer or Department)

ATTACHED TO GRIEVANCE 54

Date: 9-3-2019

(EXHIBIT-B-59)

_____

Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by Offender

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWN

Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

(PAGE -1- OF 2)

#57800

**Number**

## OFFENDER REQUEST TO STAFF MEMBER

To: WARDEN DAN SCHNURR

(Name and Title of Officer or Department)

Date: 9-3-2019    (44)

State completely but briefly the problem on which you desire assistance. (Be specific.)

I SUBMITTED A COMPLAINT AGAINST C/O P. JONES FOR HER
RETALIATION AND DELIBERATE INDIFFERENCE AGAINST ME ON
4-12-2019 AND ONCE AGAIN THAT COMPLAINT WAS NEVER
ANSWERED/RETURNED TO ME AS HAS BEEN AN ON GOING PROBLEM
I'VE DEALT WITH FOR A LONG TIME DUE TO K.D.O.C. UNIT TEAMS EVIL
CORRUPT INTENTIONAL ACTS TO OBSTRUCT JUSTICE, PROTECT THEIR →

Work Assignment: _____ Living Unit Assignment: A-2/227/H.C.F.

Comment: _____ Detail or C.H. Officer: _____

Disposition: _____
_____
_____
_____

To: _____    Date: _____

(Name & Number)

Disposition: _____
_____
_____
_____

_____
Employee's Signature

**To be returned to offender.**

P-0009

(EXHIBIT-B-60)

(ATTACHED TO GRIEVANCE-54)

(RE: FORM-9 DATED 8-8-2019 / PAGE-2-OF-2 / IRE (44)

CO-WORKERS ABUSE/MISTREATMENT TO ME, DENY ME MY FIRST AND FOURTEENTH AMENDMENT RIGHTS UNDER THE U.S. CONSTITUTION, AND ALLOW RETALIATION AGAINST ME, BY REFUSING TO EVEN ATTEMPT TO RESOLVE PROBLEMS KNOWING I'LL SUFFER. I CONTINUE TO MAKE HANDWRITTEN COPIES OF DOCUMENTS AND/OR OBTAIN COPIES OF DOCUMENTS BEFORE SUBMITTING THEM DUE TO KDOC/IRE UNIT TEAMS: HURT, PETTIJOHN, NICHELS, AND GRAFF AS WELL GUARDS LIKE C/O COWAN DESTROYING MY FORM-9'S/GRIEVANCES AND PREVENTING ME FROM EXHAUSTING MY ADMINISTRATIVE REMEDIES, AND FROM OBTAINING ANY RESOLUTIONS FOR MY PROBLEMS. I AM AGAIN SUBMITTING THIS COMPLAINT BY MOVING TO THE NEXT STAGE OF THE GRIEVANCE PROCEDURE PER K.A.R. 44-15-101 (b) WHICH STATES IN RELEVANT PART, "IF THIS INFORMAL RESOLUTION ATTEMPT FAILS, THE GRIEVANCE SYSTEM MAY THEN BE USED." I SUBMITTED A FORM 9 ON 4-14-2019 TO C/O RENNER WHO SIGNED AND RETURNED THE FORM-9 RECEIPT AND TURNED IN THE FORM-9. THAT IS MY INFORMAL RESOLUTION ATTEMPT. IT IS DOCUMENT-ED BY WAY OF TURNING IN THE FORM-9, WHICH IS PROVED ON A-2 CELLHOUSES CAMERA FOOTAGE, AND BY WAY OF STAFFS' SIGNATURE SIGNED ON THE FORM-9 RECEIPT, AND BECAUSE THE FORM-9 HAS NOT BEEN ANSWERED OR RETURNED THE ATTEMPT HAS FAILED. THEREFORE, I'M SUBMITTING MY GRIEVANCE AND MOVING TO THE NEXT STAGE IN K.D.O.C.'S GRIEVANCE PROCESS. IT BEARS MENTION I CONTINUE TO SUFFER FROM PAIN IN MY FINGERS, HANDS, AND BACK AND BUTTOCKS FROM HAVING TO DO EXCESSIVE WRITING DUE TO STAFF DESTROYING MY PAPER WORK. I ALSO SUFFER FROM REALLY BAD HEADACHES. LET THE RECORD REFLECT SUCH FACTS. ATTACHED IS A COPY OF THE ABOVE MENTIONED FORM 9 RECEIPT

(EXHIBIT-B-61)

HcF(44)

ATTACHED TO GRIEVANCE (54)

To: __M.T. GRAFE OR AZ CELLHOUSE__

(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse, Offender's Signature

Date: __4-14-2019__

To be retained by Offender

RE: A JONES RETALLATION PROTEST THE SCANDELOUS WAY INMATE TO MAX PLUMBING RETALIATMEN FROM M.T.C GRAFE EZ JONES THATS THE FACT I I FILE TO YOUR FRIEND AND MY GOOD FRIEND FOR THIS TO TURN OF THE LEGAL EXAM THE GRIEVANCE AMOUNT OF SEEN THIS LEGAL ... PLEASE STOP STAFF MEMBER

Page 1 of 1 Attachment A, IMPP 09-106

Corrective 08-19-18

(ATTACHED TO GRIEVANCE (54)
SUPPORTING EVIDENCE)   (EXHIBIT-B-62)
(COPY)

TO: THE SECRETARY OF CORRECTIONS; JOE NOR WOOD,   (DATE-4-13-2018)

THIS IS A SPECIAL KINDS OF PROBLEMS CORRESPONDENCE PER I.M.P.P. A.R

4-15-201.

THE PROBLEM IS A K.D.O.C. FACILITY WIDE PRACTICE OF

K.D.O.C. STAFF CIRCUMVENTING THE GRIEVANCE SYSTEM BY NOT

ANSWERING AND RETURNING INMATE REQUEST FORMS (FORM-9'S) WHICH IS

THE FIRST STEP IN THE GRIEVANCE PROCESS. WHEN A FORM-9 RECEIPT IS

ATTACHED TO A GRIEVANCE FORM, DUE TO THE UNIT TEAM NOT COMPLYING WITH

GRIEVANCE PROCEDURE TIMES, THE GRIEVANCE IS THEN NOT ANSWERED/RETURNED,

AND THEN THE ORIGINAL FORM-9 COMPLAINT IS GONE, THEN THE RECEIPT SHOWING THE

FORM-9 WAS SUBMITTED AND THAT ITS PAST TIME FOR IT TO HAVE BEEN ANSWERED

AND RETURNED AND THE GRIEVANCE MAKING THAT COMPLAINT IS ALSO GONE, UNIT

TEAMS DESTROYING FORM-9'S AND GRIEVANCES LEAVING A PRISONER WITHOUT

A MEANS OF PROBLEM SOLVING, DENYING A PRISONER THE RIGHT TO PETITION

THE GOVERNMENT FOR A REDRESS OF GRIEVANCES, AND DENYING A PRISONER THE

RIGHT TO EXHAUST ADMINISTRATIVE REMEDIES. IT ALSO DESTROYS EVIDENCE

AND FACTS DOCUMENTED IN THE COMPLAINT, WHICH OBSTRUCTS JUSTICE AND IS

SPOLIATION OF EVIDENCE, ITS ALSO DESTROY PRISONERS PERSONAL PROPERTY AND/OR

LEGAL PAPERS, VIOLATING FURTHER RIGHTS, HINDERING A PRISONERS ACCESS TO THE

COURTS.

I HAVE SEVERAL FORM-9 RECEIPTS AND GRIEVANCE RECEIPTS,

WHICH PROVE THE FORMS EXIST, WERE TURNED IN TO STAFF, AND WHEN UNIT

TEAMS CAN NOT ACCOUNT FOR THESE FORMS, THEY NEED TO BE HELD ACCOUNTABLE

FOR DESTROYING THOSE FORMS.

A COMMON PRACTICE OF UNIT TEAMS IS

ALSO TO MOVE A PRISONER TO ANOTHER CELLHOUSE OR FACILITY, GETTING

(PAGE-1-OF-2)   (CONTINUE NEXT PAGE → →

RESPONSE KIND OF PART (2ND LETTER (EXHIBIT-B-63)
TO 4-13-2018 (COPY)
(ATTACHED TO GRIEVANCE(S4) SUPPORTING EVIDENCE)
(RE: UNIT TEAMS CIRCUMVENTING THE GRIEVANCE SYSTEM)

RID OF THE PRISONER, WHICH VIOLATES ALL THE ABOVE MENTIONED

RIGHTS, AS WELL BEING A RETALIATORY MOVE, WHICH IS ILLEGAL.

I HAVE

SENT U.T. DAWES OF A-1 A FORM-9 INQUIRING ABOUT THE SEVERAL

FORM-9'S AND GRIEVANCES I HAVE NOT RECEIVED SINCE BEING MOVED

FROM A-3 CELLHOUSE TO A-1 CELLHOUSE. A-3 UNIT TEAM ROBERT HURT HAS

A HISTORY OF NOT RESPONDING TO OR RETURNING INMATES FORM-9'S, GRIEVANCES,

PROPERTY CLAIMS, AND LEGAL PAPERS, ETC. I'VE HEARD SEVERAL PRISONERS MAKE

COMPLAINTS ABOUT IT. U.T. HURT HAS RETALIATED AGAINST ME IN SEVERAL

WAYS WHICH HE OUT RIGHT SAID WAS BECAUSE I FILE GRIEVANCES. IT NEEDS

TO BE ADDRESSED/CORRECTED.

IF STAFF ARE NOT HELD ACCOUNTABLE FOR DESTROYING PRISONERS

PAPER WORK, THEN ITS NOT GOING TO STOP. IF HIGHER RANKING OFFICIALS ARE NOT GOING

TO HOLD STAFF ACCOUNTABLE FOR DESTROYING PRISONERS PAPER WORK, IT SUPPORTS

THAT ITS ACCEPTED, AND THAT ITS A KDOC EMPLOYEE-WIDE CONSPIRACY OF AN ILLEGAL

PRACTICE. IM GOING TO FILE PROPERTY CLAIMS FOR MY DESTROYED PAPER WORK, AND

HOPE THEY WILL CAUSE KDOC OFFICIALS TO ACT APPROPRIATELY AND CORRECT THE

PROBLEMS I'VE MENTIONED. THE GRIEVANCE PROCEDURE IS SUPPOSED TO PROVIDE PROBLEM

SOLVING, NOT CAUSE FURTHER PROBLEMS!! A FORM-9 AND GRIEVANCE FORM SHOULD HAVE

A CARBON COPY ATTACHED LIKE SICK CALL SHEET AND SPO's. UNIT TEAM PAYING FOR THE

DESTROYED PAPER WORK WILL ALSO HELP. THINGS CAN BE DONE, BUT NOONES DOING

ANYTHING.

DUE TO HIGH RANKING OFFICIALS i.e. UNIT TEAMS WARDENS ECT

BEING THE CAUSE OF THE PROBLEMS IM SENDING THIS TO THE SECRETARY OF CORRECTIONS.

Daniel Brown #57800

H.C.F. A-1/208

(PAGE-2-OF-2)

*RE: LETTER SPECIAL KIND OF PROBLEMS DATED 4-13-2018* ~~4/13~~ *(COPY)*

*(EXHIBIT-B-64)*

# STATE OF KANSAS



DEPARTMENT OF CORRECTIONS
714 SW JACKSON STREET, SUITE 300
TOPEKA, KS 66603

PHONE: (785) 296-3317
FAX: (785) 296-0014
KDOC_Pub@ks.gov

GOVERNOR JEFF COLYER, M.D.
JOE NORWOOD, SECRETARY

*ATTACHED TO GRIEVANCE (64) SUPPORTING EVIDENCE*

April 23, 2018

TO:   0057800 BROWN, DAVID  *A2-147*

Hutchinson Correctional Facility

RE:   Special Kind of Problems Grievance

This is in response to your unnumbered grievance wherein you set forth concerns that you ask be treated as a "Special kind of problems" grievance pursuant to KAR 44-15-201.

The regulation provides that special problem grievances should be reserved for the most difficult and complex problems.  Generally, any matter, which may be internally handled under the inmate grievance procedure, will not be considered as appropriate for treatment as a special problem or emergency.

It is the conclusion of this office that the matters raised in your letter do not constitute difficult or complex problems justifying treating them as special problems. Instead, the matters raised are the type, which may be handled internally under the inmate grievance procedure.

This office will not take further action on your grievance.  As indicated above, you should use the inmate grievance procedure available at the facility level to raise the concerns you have expressed, if those problems have not already been resolved.

Sincerely,

Douglas W. Burris
Corrections Manager, Facility Management

Enclosure-original grievance report form
cc:    Warden Schnurr
          w/attachments
Image:  SOCRESP
          w/attachments

(EXHIBIT-B-65) (54)

# MEMO

*AX-14*

## Kansas
### Department of Corrections
*Hutchinson Correctional Facility*

Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
(620) 662-2321
Fax: (620) 728-3473
Email: dan.schnurr@ks.gov
www.doc.ks.gov

**DATE:** 7/7/2021
**TO:** Brown, David #57800
**FROM:** J. Hertel, UTS
**CC:**
**RE:** Grievance *BA0018775 (54)*

**FINDING OF FACT:** You have filed a grievance regarding misconduct by various KDOC employees. *WRONG, ITS ABOUT STAFF DESTROYING MY LEGAL/OFFICIAL PAPERS.*

**CONCLUSIONS MADE:** You have already filed a grievance on these issues. This and any subsequent grievances received from you concerning these subjects shall be returned to you with no further response. As stated on your previous complaints, reports of alleged misconduct are reported to the appropriate supervisory staff and if deemed necessary, formal counsel of said employee(s) are conducted. The outcome of counsel are personnel matters and will not be discussed further with you.

**ACTION TAKEN:** No further action warranted. Further grievances over this issue will be returned unanswered as this response will serve as the answer for those as well.

*THIS HAS NOTHING TO DO WITH U.T. HERTEL RESPONSE ABOVE. THIS GRIEVANCE IS ABOUT MY FORM'S BEING SUBMITTED AND NOT ANSWERED/RETURNED AS IVE MADE CLEAR IN MY GRIEVANCE.*

J. Hertel UTS

# **K**ansas

AD ASTRA PER ASPERA

*(COPY)   HCF/(54)*

*(EXHIBIT-B-66)*

Department of Corrections

P.O. Box 1568
Hutchinson, KS  67504-1568

Phone: (620) 625-7238
Fax: (620) 728-3473
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

**DATE:**     7/12/21

**TO:**     Brown, David #57800
         A1-214

**FROM:**     D. Schnurr, Warden

**SUBJECT:**     Grievance #BA00018775

**FINDING OF FACTS:** You have submitted a grievance detailing misconduct by various KDOC employees.

**CONCLUSIONS MADE:** I have reviewed your grievance and concur with the response UTS Hertel has provided.  This is not the first grievance you have filed on these issues and a response has already been provided.  As she has stated, reports of alleged misconduct are reported to the appropriate supervisory staff and, if deemed necessary, counsel of said employee(s) are conducted.  However, the outcome of counsel are personnel matters and will not be discussed with you.

**ACTION TAKEN:**   None warranted. This is my final answer to you on this matter. Any subsequent grievances received from you concerning this subject shall be returned to you with no further response. You may appeal this decision to the Secretary of Corrections in accordance with applicable regulations that may be found in your Inmate Rule Book.

Dan Schnurr
HCF, Warden

DS/AA/eks

c:     file

*RECEIVED 7-19-2021 A1/214/HCF/UT HERTEL*

*GAVE AMOUNT, DTG SID, ENVELOPE GRIEVANCE TO C/O MCCAMMON TO STAPLE AND GAVE TO UMS HERTEL AT A1/214/HCF ON MONDAY 7-19-2021*

(EXHIBIT-B-67)
HCF (54)

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _DAVID BROWN_     Facility: _Hutchison Correction HCF_

Inmate Number: _57800_     Grievance Serial No.: _BA00 18775 (54)_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections      Date Mailed: _7-20-2021 (54)_
714 SW Jackson
Suite 300    (PAGE-1-of-2)   RECEIVED
Topeka, KS 66603        JUL 23 2021

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _I'VE STARTED THE FIRST AND MY COMPLAINTS IN THE ATTACHED DOCUMENTATION AND I RESTART THE SAME HERE IN THIS AMEND AS IT WILL ALL FULLY RESTATED HEREIN. THE SECRETARY OF CORRECTION JEFF ZMUDG NEEDS TO CAUSE GUARDS/UNIT TEAMS/WARDEN/STAFF TO STOP DESTROYING MY LEGAL IN NOT OFFICIAL DOCUMENTS, AND HOLD THOSE THAT DO ACCOUNTABLE AS THEY ARE NOT ONLY VIOLATING KDOC'S GRIEVANCE PROCEDURE/SYSTEM AND_ Signature of Inmate ——> NEXT PAGE
_POLICIES, BUT ALSO VIOLATING THE LAW._

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____    Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code    01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

(EXHIBIT - B-68)

1 RE/(54)

RE: ANSER TO GRIEVANCE (54) / PAGE - 2-OF-2

SO THAT THE PUNISHMENT CAUSES CORRECTIVE
ACTIONS, OR THIS CONTINUES TO BE A ISSUE WITH
STAFF DESTROYING MY FUNDS, RECEIPTS,
GRIEVANCES, NOT RESPONDING/RETURNING MY
LEGAL/OFFICIAL MATERIALS. SO MY ISSUES/PROBLEMS
ARE ADDRESSED AND NOT IGNORED/PROBLEMS RESOLVED.

_David Bean_

*HLFV HCF/(54)*

*(EXHIBIT-B-69)*

# Grievance-Response on Appeal

**FACILITY:**      **Hutchinson Correctional Facility**

**INMATE:**        **0057800 Brown, David** *A1-214*

RECEIVED

AUG 19 2021

HCF Office Of The Warden

**GRIEVANCE NO.:**   **BA000187775**

**DATE:**            **July 26, 2021**

### FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response. *LIAR! FORM-9 RECEIPTS IS EVIDENCE!*

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong. *LIAR! FORM-9 RECEIPTS IS EVIDENCE!*

### CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

### ACTION TAKEN

None further.

**Darcie Holthaus CMII**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Schnurr
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

(EXHIBIT-B-70)

(54)

**Kansas Department of Corrections**
**Account Withdrawal Request**
(Complete One Request per Form)
Attach letter and addressed/stamped envelope when required

**Outgoing Funds/Donations**

Printed Name ___ DAVID BROWN ___
Number ___ 57800 ___
Facility ___ LCF ___
Unique Location ___ A2/D24 ___ Date ___ 7-13-21 ___

Payable To:
Name
Address
City, State, Zip

RECEIVED
JUL 21
☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

Title of Publication*
Frequency — (Circle One)
Yearly  Monthly  Weekly  Daily  Other
Number of Issues
Expiration Date
Publication Price
"Book, Magazine or News Paper"
(Per IMPP 11-101)

Please pay the following and charge to my account

**Postage** – (To Be Completed by Inmate)

TO:
Name ___ S.O.C. ___
Address ___ 714 S.W. JACKSON SUITE 300 ___
City, State, Zip ___ TOPEKA KS 66603 ___
Reason ___ GRIEVANCE (S) ___

☐ Postage
☐ Legal/Official Postage (Per K.A.R. 44-12-601)
☐ Certified (Only if Funds are Available)

Rasn'd due to weight

$ .91

Postage Approval ___ Bs ___
Verified By ___ Bs ___
Date ___ 7-20-21 ___

Staff Team Approval ___ Date 7-20-21 ___

(LEGAL/OFFICIAL MAIL)

DAVID BROWN #57800
LANSING CORRECTIONAL FACILITY
BOX 1568
LANSING, KANSAS
67504

S.C. JUDICIAL OF CORRECTIONS
ATTN: JEFF ZMUDA
K.D.O.C.
714 SW JACKSON
SUITE 300
TOPEKA, KANSAS
66603

Hasler
07/21/2021
US POSTAGE FIRST-CLASS MAIL $000.91⁰
ZIP 67501
011E11671229

(EXHIBIT-B-70)

RECEIVED
JUL 21

(EXHIBIT "B" 11)

(54)

# Kansas Department of Corrections
## Account Withdrawal Request
### (Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

DAVID BROWN    57800    LCF    A 1/21Y    7-10-7-021
_____   _____   _____   _____   _____
Printed Name    Number   Facility   Unit/Cell Location   Date

Please pay the following and charge to my account:

## Outgoing Funds/Donations

Payable To: _____

$ _____        Name _____
Check Amount

                    Address _____

                    City, State, Zip _____

                    Purpose/Inmate Benefit Fund Group _____

| | Title of Publication* |
|---|---|
| | Frequency – (Circle One) |
| | Yearly  Monthly  Weekly  Daily  Other |
| | Number of Issues _____ |
| | Expiration Date _____ |
| | Publication Price _____ |
| | *Book, Magazine or News Paper (Per IMPP 11-101) |

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

| (To Be Completed by Mailroom) | **Postage** – (To Be Completed by Inmate) |
|---|---|
| $ .91 | Rated due to weight    To: S.O.C. |
| Postage Amount | ☐ Postage |
| AS | ☑ Legal/Official Postage (Per K.A.R. 44-12-601) |
| Verified By | ☐ Certified (Only if Funds are Available) |

To: S.O.C.
Name
744 SW TOPEKA SUITE 350
Address
TOPEKA KS 66603
City, State, Zip
(ADDICT) (54)
Reason

David B _____ 7-10-2021
Inmate Signature    Date

[signature] WS 7-20-21
Unit/Team Approval    Date

_____  _____
Handicraft Approval (If Applicable)   Date

_____  _____
Religious Approval (If Applicable)   Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

_____  _____
Exception Approval    Date

GDS 7-22-2021
7-23-2021
MAIL PASS
AFTON MONTOSS

This withdrawal request is being returned for the following reason(s):

___ Insufficient Funds
___ Signature Missing
___ Exceeds Spending Limit
___ Incentive Level
___ Envelope/Order/Stamp Missing
___ Unauthorized Per IMPP/KAR _____

___ Payee Missing
___ Insufficient Address
___ Amount Missing
___ Name/Number – Do Not Match
___ Illegible Information
___ Other _____

_____  _____  _____
Account Processor    Date Withdrawn    Acct. Use

1504a

SPECIAL KINDS OF PROBLEMS (EXHIBIT + B-72)

(RE: GRIEVANCES U.T. HURT DESTROYED)   (PAGE-1-OF-5)

GRIEVANCES THAT WERE NOT RETURNED TO ME, PROCESSED, AND OR DESTROYED BY H.C.F. UNIT TEAM ROBERT HURT, (NOTE: MAILING INHOUSE OFFICIAL MAIL TO WARDEN DAN SCHNURR)

IF WE LOOK AT THE ISSUES IN THE GRIEVANCES THAT WERE NOT RETURNED, PROCESSED, AND/OR DESTROYED BY U.T. HURT WE SEE THE COMPLAINTS ARE SERIOUS ISSUES, THAT DEAL WITH: ILLEGAL CONDITIONS OF CONFINEMENT, CRUEL AND UNUSUAL PUNISHMENT, AND RETALIATION. U.T. HURT OUT RIGHT TOLD ME "HE'S DENYING MY PROPERTY CLAIM (No.# BA000 7426) BECAUSE I WOULDN'T STOP FILING GRIEVANCES", WHICH I FILED A GRIEVANCE ON, (LABELED AS (N)) AND OF COURSE, IT WASN'T PROCESSED, RETURNED, AND/OR WAS DESTROYED BY U.T. HURT. THE OTHER ISSUES TOOK PLACE IN A-3 CELLHOUSE, WHICH U.T. HURT IS IN CHARGE OF, AND WHICH I MADE CLEAR TO HIM IN MY FORM-9'S, AND WHICH U.T. HURT CONTINUED TO GIVE STAFF IMPUNITY FOR ALL MATTERS. BEING DENIED BASIC HUMAN NECESSITIES: WARMTH, TOILET PAPER, ETC. I DOCUMENT STAFF, DATES, TIMES, WITNESSES, AND THE RIGHTS, PER LAW, THAT WERE BEING VIOLATED, AND I DOCUMENTED HOW THE COMPLAINTS WERE NOT ISOLATED INCIDENTS, BUT ON GOING, AND A PATTERN OF ACTS/BEHAVIORS, WHEN A PERSON READS THE FORM-9, U.T. HURTS RESPONSE, THE GRIEVANCES U.T. HURTS RESPONSE, IT BECOMES CLEAR, U.T. HURT REFUSED TO HOLD STAFF ACCOUNTABLE FOR THEIR UNPROFESSIONAL/ ILLEGAL ACTS AND BEHAVIORS, AS U.T. HURT HIMSELF WAS NOT BEING HELD ACCOUNTABLE FOR HIS ACTS AND BEHAVIORS THAT WERE UNPROFESSIONAL AND ILLEGAL! NOW, I AM GIVING

(NEXT PAGE →   →   →

(EXHIBIT-B-73)

SPECIAL KINDS OF PROBLEMS
(RE: GRIEVANCES U.T./ FAULT DESTROYED)   (PAGE-2-OF-5)
AND PROVIDING PROOF (GRIEVANCE SIGNED RECEIPTS) WHICH ARE
SIGNED AND DATED. I ALSO WROTE THE STAFF MEMBERS
NAME BESIDE OF/ UNDER THE STAFFS SIGNATURE, BECAUSE
A LOT OF THEM ARE UNREADABLE. A-3 CELLHOUSE, ODD SIDE
CAMERAS WILL SHOW THE STAFF MEMBER AT MY CELL
TAKING AND SIGNING AND RETURNING THE RECEIPTS TO
ME ON THE DATED DATE. SO THERE IS NO DEBATE THAT
THESE LEGAL DOCUMENTS WERE SUBMITTED. AND THEY
ARE IN FACT LEGAL DOCUMENTS THAT WERE NOT RETURNED,
PROCESSED, RESOLVED, AND I WAS FORCED TO SUFFER AND
ENDURE THE ISSUE/PROBLEMS BECAUSE OF U.T./ PARTS
DESTRUCTION OF MY LEGAL PAPERS, U.T./ FAULT DID
INTENTIONALLY PREVENT ME FROM EXHAUSTING MY
ADMINISTRATIVE REMEDIES. THIS IS A NORMAL
PATTERN OF BEHAVIOR BY K.D.O.C. UNIT TEAMS AND/OR
UNIT TEAM MANAGERS, EAI, AND WARDENS. THE
GRIEVANCE SYSTEM IS SUPPOSE TO BE AN AVENUE A
PRISONER CAN TAKE TO FIND A RESOLUTION, IN A SHORT
TIME, TO PROBLEMS, BUT THE OFFICIALS IN CHARGE OF
THE PROCESSING OF GRIEVANCES ARE ABUSING THEIR
TRUST AND AUTHORITY AND THE GRIEVANCE SYSTEM AND
AS A RESULT PRISONERS SUFFER NOT ONLY FROM THE
ORIGINAL PROBLEM, BUT ALSO FROM THE NUMEROUS
FORMS OF RETALIATION K.D.O.C. STAFF SUBJECT
THE PRISONER TO FOR INVOKING THE GRIEVANCE
SYSTEM. THIS HAS BEEN THE WAY IT IS FOR MORE
THAN (25) YEARS, AND IT CONTINUES TO GET WORSE
(NEXT PAGE →   →   →

(EXHIBIT B-74)

SPECIAL KINDS OF PROBLEMS
(RE: GRIEVANCES U.T. HURT DESTROYED)    (PAGE-3-OF-5)

AND WORSE, SOMETHING NEEDS TO BE DONE ABOUT THIS PROBLEM. THE PROBLEM SOLVING PROCESS IS A PROBLEM THAT CAUSES MORE PROBLEMS. K.D.O.C. OFFICIALS, THE UNIT TEAMS, UNIT TEAM MANAGERS, AND WARDEN WHO ARE EMPLOYED AT THE PRISON A PRISONER IS MAKING A COMPLAINT AGAINST OR THE STAFF WORKING AT THE PRISON THE COMPLAINTS ARE AGAINST ARE THE SAME STAFF THAT PROCESS THE GRIEVANCES. THEN, YOU ARE FORCED TO ENDURE THE HARDSHIP FOR MONTHS BECAUSE NOONE IS FOLLOWING THE TIME LIMITS SET FOR RESPONDING AND RETURNING A FORM-9 OR GRIEVANCE TO THE INMATE. AND STAFF RESPONDING TO THE FORM-9'S AND GRIEVANCES ARE BIASED, DONT INVESTIGATE THE ALLEGATIONS, BUT SIMPLY ASK STAFF THE COMPLAINT IS AGAINST AND BASE THEIR REPLY ON WHAT THE GUILTY STAFFS STORY IS. THERES ALSO A BIG PROBLEM WITH STAFF GIVING REPLYS THAT INTENTIONALLY AVOID THE ACTUAL COMPLAINT, OR UNIT TEAM'S LIE, OR LIKE U.T. HURT HAS DONE OVER AND OVER, JUST DESTROY THE COMPLAINT AND IT DOESNT GET PROCESSED. IF THE WARDEN OR SECRETARY OF CORRECTIONS ISNT BIASED, THEY NEED TO HAVE U.T. HURT PROVIDE ME AND THEM WITH ALL THE GRIEVANCES, WHICH IM SHOWING WERE SUBMITTED, AND WHICH HAVE NOT BEEN PROCESSED, AND IF U.T. HURT CAN NOT DO THIS HE NEEDS TO BE HELD ACCOUNTABLE AND BE REMOVED FROM ANY POSITION OF A UNIT TEAM, WARDEN, DEPUTY WARDEN, D.R. HEARING OFFICER, ECT, WHICH HAS PRISONERS COMPLAINTS, APPEALS, ECT BECAUSE HE HAS

(NEXT PAGE → →)

(EXHIBIT B-75)

SPECIAL KINDS OF PROBLEM
(RE: GRIEVANCES W/ HURT DESTROYED) (PAGE-4-OF-5)

SHOWN ME CAN NOT BE TRUSTED, AND ABUSED HER
POSITION/AUTHORITY AND HAD NO REGARD FOR THE
HARDSHIP THE INMATE ENDURED BECAUSE OF HER
DISHONEST DESTRUCTION OF THE INMATE'S PERSONAL
PROPERTY/LEGAL PAPERS. THE FACT THAT THIS ISN'T
ONCE OR TWICE, BUT SEVERAL TIMES SHOWS IT WAS
INTENTIONAL AND EVIL. IT ALSO OBSTRUCTS JUSTICE,
AND GIVES OTHER K.D.O.C EMPLOYEES IMMUNITY FOR
THEIR UNPROFESSIONAL/ILLEGAL ACTS AND BEHAVIORS. IT IS
A LONG PAST ISSUE THAT NEEDS ADDRESSED. IT IS ALSO A BIG
PROBLEM THAT THE WARDEN GIVES RUBBER STAMP REPLIES
AND SIMPLY REPEAT WHATEVER THE UNIT TEAMS SAID
IN THEIR REPLY. I HAVE SUFFERED ASSAULT, BATTERY,
SEXUAL ASSAULT, SEXUAL HARASSMENT, RETALIATION, BEEN
DENIED HEAT, LIGHT, FOOD, DRINK, CLOTHES, HYGIENE,
BOOKS, MAGAZINES, DUE PROCESS, D.R. HEARINGS, AND
I'VE BEEN A VICTIM TO SEVERAL EXCESSIVE USE OF
FORCE INCIDENTS, I'VE BEEN DENIED MEDICAL TREATMENT,
MENTAL HEALTH TREATMENT, AND DENTAL TREATMENT, I'VE
GOTTEN SEVERAL FALSE AND RETALIATORY D.R.'s, I'VE HAD
MY PROPERTY INTENTIONALLY DESTROYED BY STAFF, AND
SO MUCH MORE, AND I'VE FILE COMPLAINT AND ATTEMPTED
TO EXHAUST MY ADMINISTRATIVE REMEDIES ONLY TO BE
PUNISHED FOR DOING SO. FOR TRYING TO ADDRESS MATTERS
CIVIL, WITHOUT PHYSICAL ACTS, WITHOUT VIOLENCE AND
IT ONLY MADE MATTERS WORSE.

(NEXT PAGE ⟶     ⟶  ⟶

(EXHIBIT-B-76)

SPECIAL KINDS OF PROBLEMS
(RE: GRIEVANCES CO.T. HURT DESTROYER) (PAGE-5-OF-5)

SOMETHING NEEDS TO GIVE! THESE ISSUES REALLY
NEED TO BE ADDRESSED AND CORRECTED. INMATES
SHOULD BE REWARDED FOR USING A PEN AND PAPER TO
ADDRESS PROBLEMS RATHER THAN KNIFES. IF THE
GRIEVANCE SYSTEM WORKED I WOULDNT HAVE ALMOST
$2,000 IN DISCIPLINARY FINES FROM ALL THE FALSE
AND RETALIATORY DISCIPLINARY REPORTS STAFF HAVE
WRITTEN AGAINST ME. I WOULDNT STILL BE IN PRISON
TODAY IF THE GRIEVANCE SYSTEM WORKED AS IT
WAS INTENDED TO AND WASN'T SO CORRUPTED. I
HAVE BROUGHT ALL THESE ISSUES BEFORE WARDEN
AND SECRETARY OF CORRECTIONS BUT ITS DONE NO
GOOD. LET THE RECORD REFLECT SUCH FACTS
STATED HERE AND THAT IVE ONCE AGAIN TRIED
TO OBTAIN HELP. (ATTACHED, 4 PAGES OF GRIEVANCE
RECEIPTS, 1 PAGE OF LIST OF GRIEVANCES, 5 PAGE COMPLAINT)
   THIS IS A SPECIAL KINDS OF PROBLEMS BECAUSE
ITS THE HIGHEST PRISON OFFICIALS THAT I HAVE AND
CONTINUE TO ALLOW, SUPPORT, AND TAKE ACTIVE
ROLLS IN THIS CORRUPTION.        SENDING TO THE
WARDEN AND SECRETARY OF CORRECTIONS.

David Brown 57800

1HCF/227/A-2

(SPECIAL KINDS OF PROBLEMS) (EXHIBIT-B-77)

GRIEVANCES A-Z/HCF 2017 A FEW 2018

(RE: GRIEVANCES U.T./HURT DESTROYED)

EXHAUSTED GOT ✓ A) DENIED ME VEGETARIAN DIET BECAUSE IM HE PRO/HE CAL DIET.

EXHAUSTED GOT ✓ B) ARAMARK DENYING LONG TERM SEG. INMATES BETTER MEALS FOR GETS

HAVE RECEIPT C) EMERGENCY GRIEVANCE - DENIED TOILET PAPER WHOLE SHIFT (COLLINS)

HAVE RECEIPT D) CONTAMINATED FOOD TRAYS - EMERGENCY

HAVE RECEIPT E) LEGAL SERVICE "SAY WHAT DOES IT MATTER NOW" PAROLE BOARD IS 18 YEARS/15YRS.

EXHAUSTED GOT ✓ F) TWO WEEK WAIT TO GET FLEX PEN SIN SEG. UNITS.

HAVE RECEIPT ✓ G) AGAINST M.H. Pool, U.T. HURT, GRIEVANCE SYSTEM

✓ H) MENTAL HEALT KEO LAVONE DESTROYING FORM-9's. (NOT ADDRESSED)

EXHAUSTED GOT ✓ I) MENTAL HEALTH NOT ANSWERING/RETURNING SICK CALLS.

WOULDN'T LOW SP/TO SOC J) (U.T. HURT) A-3 REFUSES TO MAKE COPIES FOR SUPPORTING GRIEVANCE/INDIGENT   RETALIATION/THREATEND ME. OBSTRUCTING JUSTICE WONT PROCESS FORM

HAVE RECEIPT K) COI RICHARDS OPENING OUTSIDE DOOR DURING SHOWER DURING WINTER

EXHAUSTED GOT ✓ L) (SGT GALLAWAY) RETALIATION FOR NOT DROPING LAWSUIT. (SENT TO LOWER COURT BEING CHARGED)

TOP (M) HAVE RECEIPTS PROCESSED m) retaliation by Ke/avone for complaint against poo/denied toilet paper

HAVE RECEIPT N) U.T. HURT Retaliation. Denied property claim caused filed grievances.

( O)

HAVE RECEIPT P) HEATER FANS in A-3 not on, Paxton

HAVE RECEIPT Q) COI walker opening SHOWER DOOR in winter cord, cor Richard both krol nice.

HAVE RECEIPT R) DENIED SHOWER, others not on list were given a shower

HAVE RECEIPT S) DENIED JUICE/drink at lunch by Briscoe/paxton for being in shower

HAVE RECEIPT T) HEATERS NOT WORKING-witnesses, Kent, Broyles, nurse, I/m's, CSI

EXHAUSTED GOT ✓ U) NEED NOTARY. WAITING SINCE 12-5-2018 TO DATE 1-5-2018 (A-3 U.T. HURT.

EXHAUSTED GOT ✓ V) MENTAL HEALTH CLAIMING TO SPEAK TO ME CELLSIDE WHEN THEY DIDNT.

HAVE RECEIPT W) PREA ON COI MELLS

X)

Y)

Z)

(EXHIBIT B-78)

SPECIAL KINDS OF PROBLEM
(RE: GRIEVANCE U.T. (HURT DESTROYED) (PAGE-1-OF-4)
— RECEIPT —

---

RE: CO SO(C)TAS (REALED UP FOOD TRAY) (GRIEVANCE) UNDER STAFF)

(C)

Number 57800

Date 10-28-2017 (C)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name DAVID BROWN

Receiving Staff Signature Cpl. Power

(C)

(EMERGENCY GRIEVANCE)

**Effective Date (3-18-96) P-157**

---

RE: COMPLAINED FOOD TRAYS/GRIEVANCE VII GRIEVANCE

(EMERGENCY) Number 57800

Date 10-30-2017 (D)    HCF

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name DAVID BROWN

Receiving Staff Signature Cell

**Effective Date (3-18-96) P-157**

NOTES: I TYPED ALL MY CSI (AS) 18-25/30-30 AN DIDN'T GET IT. I WORK HIM UP, IT DOESN'T EFFECT ENOUGH DON'T GET ME COP(?). 5. STAY PROOF IN THIS EYE.

---

(RE: SO(?) ... IN MY CELL FROM HCF CO-SOS (ABOUT NOT USING PAROLE BOARD COS.

(E)

Number 57800

Date 11-13-2017 (E)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name DAVID BROWN

Receiving Staff Signature

(E)

**Effective Date (3-18-96) P-157**

---

RE: COMPLAINT MARGINE BRO PROL U.T. (ANTI) GRIEVANCE SYSTEM

(G)

Number 57800

Date 12-8-17 (G)    HCF

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name DAVID BROWN

Receiving Staff Signature Nat CST

**Effective Date (3-18-96) P-157**

(EXHIBIT-B-79)

SPECIAL KINDS OF PROBLEMS)
(RE: GRIEVANCES U.T. (HURT DESTROYED) (PAGE-2-OF-4)
-RECEIPTS-

---

(RE: Released ORM-3rd-secretary involved at prison)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name   DAVID Brown

Receiving Staff Signature ___ P-157

**Effective Date (3-18-96) P-157**

Number 57800 (K)
Date 12-19-2017 (K)
(K) KEF

---

(RE: Retaliation by Unit-Team for Ah Complaining or prison) ( not no record or contact)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name   DAVID BROWN

Receiving Staff Signature ___

**Effective Date (3-18-96) P-157**   JOEHANLON

Number 57800 (M)
Date 12-30-2017
(M) KEF

---

(RE: Denied toilet paper)   (got ARDC at 12-3/-159)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name   DAVID BROWN

Receiving Staff Signature ___

**Effective Date (3-18-96) P-157**

Number 57800 (M)
Date 12-24-2017
(M) KEF

---

SECOND TIME RESUBMITTED 2-8-2018

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name   DAVID BROWN

Receiving Staff Signature ___

**Effective Date (3-18-96) P-157**

Number 57800 (M)
Date 2-8-2018
(M) KEF

(EXHIBIT-B-80)

SPECIAL KINDS OF PROBLEMS
(RE: GRIEVANCES U.T. HURT DESTROYED) (PAGE-3-OF-4)
- RECEIPT -
(EXHIBIT-B-80)

---

(RE: HURT RETALIATION ON FILING GRIEVANCE BY DENYING MONTHLY CLAIM )

(N)
HCF

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name __DAVID Brown__ (N)

Receiving Staff Signature _____
A-3/Hodge

**Effective Date (3-18-96) P-157**

Number # 57800
Date 12-21-2017

---

(RESTITUTION GOES IN A-3/PATTON )

(P)
HCF

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name __DAVID Brown__ (P)

Receiving Staff Signature __J__ CO1

**Effective Date (3-18-96) P-157**
( CO1 LADD A-3/2:37/9:30 PM LWLB 12-27-17 )

Number 57800
Date 12-27-2017 (P)

---

(RE: LEGAL/LAW show of class to outside/ALL cost NOT PAID me

(Q)
HCF

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name __DAVID Brown__

Receiving Staff Signature McQuade CO1

**Effective Date (3-18-96) P-157**

Number 57800
Date 12-31-17 (Q)

---

RE: Dental Dr's that not on tower list Gotshower

(R)
HCF

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name __DAVID Brown__

Receiving Staff Signature _____

**Effective Date (3-18-96) P-157**
( CO1 NunnXCA (work)
A-3/239

Number 57800
Date 12-31-2017 (R)

SPECIAL KINDS OF MOTS (FMS)
(RE: GRIEVANCES U.T. INMT DESTROYED) (PAGE-4-OF-4)
RECEIPTS

(EXHIBIT-B-81)

---

(S)

(REQUESTED TO SEE AS ATTACHED BY BROYLES ABOUT HER REFUSAL FOR REVIEW OF STMNT)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

(S)

Number 57800
Date 1-3-2018 (S)

Inmate Name  DAVID BROWN  Broyles CO II  Broyles
Receiving Staff Signature

Effective Date (3-18-96) P-157

---

(T)

(RE: BROWN OR WALKER'S CLERK REFUS TO ATTEST STMNT)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

(T)

Number 57800
Date 1-3-2018 (T)

Inmate Name  DAVID BROWN
Receiving Staff Signature  CO KENT A3/A4

Effective Date (3-18-96) P-157

---

(W)

(RE: COI PHELPS PREA)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

(W)

Number 57800
Date 2-6-2018 (W)

Inmate Name  DAVID BROWN
Receiving Staff Signature

Effective Date (3-18-96) P-157

*(RE: SEVERAL FORM-9's HAVENT BEEN RETURNED ANSWERED FROM A-3 U.F.I.NAT*
*CAN YOU ASSIST IN GETTING THOSE PROCESSED!)*

INMATE REQUEST TO STAFF MEMBER *(EXHIBIT-B-82)*

To: _U.T. PAW'S OF -A-1_                                Date: _2-2-2018_
              (Name and Title of Officer or Department)

_____                        **To be retained by Inmate** ,
          Unit Team, Detail, or Cellhouse Officer's Signature

*(Humphries)*

**Form 9**
For Cellhouse Transfer
Work Assignment _____                        _BROWN_
Interview Requests                                          Last Name Only

### KANSAS DEPARTMENT OF CORRECTIONS

                                                       _57800_
                                                          **Number**

### INMATE REQUEST TO STAFF MEMBER

To: _U.T. PAW'S OF A-1_              Date: _2-2-2018_
       (Name and Title of Officer or Department)
       State completely but briefly the problem on which you desire assistance. (Be specific.)

_I HAVE SEVERAL FORM-9's THAT I HAVE NOT BEEN ANSWERED_
_OR RETURNED TO ME FROM A-3 UNIT TEAM I.HUTO. CAN YOU_
_ASSIST IN GETTING THOSE PROCESSED!_

Work Assignment: _U.S.R./C.T.R.H.U._           Living Unit Assignment: _A-1/208/LCF_
Comment: _____                        Detail or C.H. Officer _____

Disposition:
_I will get with hurt to see about them._

To: _____                                Date: _____
          (Name & Number)

Disposition: _____

_____

_____

_____

          Employee's Signature                              **To be returned to inmate.**

P-0009

RE: REQUESTING (1) COPY OF FORMS DUE TO STAFF DESTROYING MY FORMS AND GRIEVANCES AND/OR
LEGAL PAPERS. AM INDIGENT (BUT) AS SPO FOR (10) LEGAL COPY TICKETS AND CAN YOU MAKE THESE
COPIES SO I CAN PROCESS MY FORM **work ?**

INMATE REQUEST TO STAFF MEMBER

To: _UNIT TEAM PETTIJOHN OF A-2/HCF_      Date: _5 - 8 - 2018_
     (Name and Title of Officer or Department)

_____ CpL

Unit Team, Detail, or Cellhouse Officer's Signature

(EXHIBIT-B-83)

**To be retained by Inmate**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWN DAVID
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

57800
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: _UNIT TEAM PETTIJOHN OF A-2/HCF_   Date: _5-8-2018_
     (Name and Title of Officer or Department)
          State completely but briefly the problem on which you desire assistance. (Be specific.)

I NEED (1) COPY OF EACH PAGE DUE TO STAFF DESTROYING MY
FORM'S AND GRIEVANCES AND/OR LEGAL PAPERS. I AM INDIGENT AND
UNABLE TO BUY COPY TICKETS THROUGH CANTEEN AND HAVE SUBMITTED A SPO
REQUESTING (10) LEGAL COPY TICKETS BUT I NEED TO PROCESS MY FORM'S
AND GRIEVANCES AND WOULD APPRECIATE YOU MAKING THESE COPIES.

Work Assignment: _N/A_          Living Unit Assignment: _A-2/147/HCF_

Comment: _____          Detail or C.H. Officer: _____

Disposition: _____

_____

mail pass A-2/147/HCF
& returned to me
Date: _5-9-2018_

To: _____
          (Name & Number)

Disposition: _You need copy tickets_

_____

_____

Employee's Signature

P-0009                                        **To be returned to inmate.**

(RE: U.T. PETTIJOHN HASNT ANSWERED/RETURNED SEVERAL FORM 9'S/
GRIEVANCES, ENSEING ITMES/PROPERTY CLAIMS, DENIED TOICET PAPER,
NOTARY, PHONE CALS, PAROLE HEARING DENIED, NO TOOTHBRUSH,

To: _U.T.M. NICHELS_ WATERED DOWN JUICE   Date: _7-2-2018_
   (Name and Title of Officer or Department)   UPSETING ISSUES STILL EXIPT

_____   (EXHIBIT-B-~~84~~85)
   Unit Team, Detail, or Cellhouse Officer's Signature   **To be retained by Inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____   BROWN
Interview Requests           Last Name Only

### KANSAS DEPARTMENT OF CORRECTIONS

                   57800
                   **Number**

### INMATE REQUEST TO STAFF MEMBER

To: _U.T. M. NICHELS_   Date: _7-2-2018_
   (Name and Title of Officer or Department)
   State completely but briefly the problem on which you desire assistance. (Be specific.)

ONCE AGAIN U.T. PETTIJOHN HASN'T ANSWERED OR
RETURNED SEVERAL OF MY FORM9'S/GRIEVANCES. ABUT
NUMEROUS ISSUES/PROBLEMS, e.g. PROPERTY CLAIMS, PHONE CALLS,
NOTARY, DENIED TOICET PAPER, DOCUMENTATION PROVING OWNERSHIP
OF PROPERTY, PAROLE HEARING DENIED, NO TOOTHBRUSH IN INDIGENT SACK,
WATER DOWN JUICE, AND MORE, AND ITS UPSETTING! ISSUES STILL EXIPT.

Work Assignment: _N/A_   Living Unit Assignment: _A-2/2A7/LAF_
Comment: _____   Detail or C.H. Officer _____

Disposition: _____

_____

                             Returned to me

To: _____   Date: _7-12-2018_
   (Name & Number)

Disposition: _I was out on leave during this time_
_please be patient with me as I get back_
_to it_

_____
   Employee's Signature        **To be returned to inmate.**

P-0009

*ARE FORM-9'S/GRIEVANCES BEING RESPONDED NOT ANSWERED/RETURNED*
*WHAT DO I DO/WHERE DO YOU SUGGEST I DENVER TO PURSUE Administrative Remedies, etc.*

Page 1 of 1, Attachment A, HCF GO 01-101
Effective 06-19-18

OFFENDER REQUEST TO STAFF MEMBER

( EXHIBIT-B-85 )

To: _U.T. GRAFF OF A-2   c/o STEVENS_       Date: _5-9-2019_

(Name and Title of Officer or Department)

Unit Team, Detail or Cellhouse Officer's Signature        **To be retained by Offender**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_BROWN_
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

( PAGE-1-OF-2 )       _#57800_
                        **Number**

**OFFENDER REQUEST TO STAFF MEMBER**

To: _U.T. GRAFF OF A-2_         Date: _5-9-2019_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

_WHAT DO YOU SUGGEST I DO ABOUT THE PROBLEMS I'VE BEEN HAVING_
_WITH TURNING IN A FORM-9 THAT'S NOT ANSWERED/RETURNED AND_
_AFTER THE 10 DAY TIME FRAME A FORM-9'S SUPPOSE TO BE ANSWERED_
_IN POSSES, I ATTACHED THE SIGNED/DATED FORM-9 RECEIPT, THAT_
_SHOWS I DID IN FACT SUBMIT THE FORM-9, TO A GRIEVANCE FORM_
_MAKING THE COMPLAINT THAT MY FORM-9'S NOT BEEN ANSWERED →_

Work Assignment: _N/A_        Living Unit Assignment: _A-2/227/ H.C.F._

Comment: _____        Detail or C.H. Officer: _____

Disposition: _____

To: _____        Date: _5/15/19_
       (Name & Number)

Disposition: _Continue to send me your form-9s as I have not had this_
_issue with you and have always returned requests in the time frame_

Employee's Signature                **To be returned to offender.**

P-0009

(EXHIBIT-8-86)

(RE: FORM-9 DATED 5-9-2019 / PAGE-2-OF-2)

...CONTINUED... OR RETURNED, AND THEN THE UNIT TEAM
TELLS ME I HAVEN'T ATTEMPTED AN INFORMAL RESOLUTION
IN THE MATTER AND REFUSES TO PROCESS MY GRIEVANCE
FORM, AND MY ORIGINAL FORM-9 COMPLAINT IS PROLONGED
AND ITS HARDSHIPS PROLONGED, AND WHEN I SUBMIT A
FORM-9 ABOUT THE FIRST FORM-9 NOT BEING ANSWERED
AND RETURNED THE UNIT TEAM TELLS ME THEY DON'T
KNOW ABOUT THE INCIDENT I ADDRESSED IN MY ORIGINAL
FORM-9 AND ARE UNABLE TO ADDRESS IT, OR THAT THEY
WON'T PROCESS THE FORM-9 ABOUT MY ORIGINAL FORM-9
NOT BEING ANSWERED/RETURNED BECAUSE ITS PAST THE
TIME FRAME IN WHICH I CAN MAKE A COMPLAINT
ABOUT MY FORM-9 NOT BEING ANSWERED/RETURNED?
BECAUSE ITS HAPPENED NUMEROUS TIMES AND I'M
DENIED MY RIGHT TO EXHAUST MY ADMINISTRATIVE
REMEDIES, MY ORIGINAL COMPLAINTS ARE IGNORED AND
CONTINUE TO CAUSE ME HARDSHIP. SO WHAT DO YOU
SUGGEST I DO? TELL ME, WHAT DO I DO? I NEED MY
FORM 9 /GRIEVANCE FOR THE EXCESSIVE ILLEGAL UNNECESSARY
ASSAULT/BATTERY ATTACK AGAINST ME 6 EIGHT MONTHS AGO
PROCESSED AND RETURNED MY LEGAL RIGHT TO EXHAUST MY ADMINIS-
TRATIVE REMEDIES IS "NOW" BEING VIOLATED / DENIED.

OFFENDER REQUEST TO STAFF MEMBER

To: _UM GRANT_                          Date: _6-3-2019_

(Name and Title of Officer or Department)

Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Offender**

(EXHIBIT-B-87)

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWN
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

PAGE 1 OF 3

**OFFENDER REQUEST TO STAFF MEMBER**

#57800
Number

To: _U.T. GRANT_                    Date: _6-3-2019_

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

_ATTACHED IS A COPY OF A GRIEVANCE RECEIPT THAT IS_
_DATED 3-12-2019 (13) AND SIGNED BY C/O PETTSER YOU_
_CLAIMED TO KNOW THE GRIEVANCE PROCEDURE, YET YOU THEN_
_REFUSED TO PROCESS THIS GRIEVANCE (ATTACHED) ALLEGEDLY_
_BECAUSE I DIDNT ATTEMPT AN INFORMAL RESOLUTION, YET_
_THERE (5) FORM 9's I SUBMITTED WHICH UN PROCESSED, I →_

Work Assignment: _N/A_             Living Unit Assignment: _A-2/227/HCF_

Comment: _____        Detail or C.H. Officer: _____

Disposition: _____

To: _____                  Date: _6/13/19_

(Name & Number)

Disposition: _This has previously been addressed. Grievances which do not_
_follow procedure will not be processed._

Employee's Signature                  **To be returned to offender.**

P-0009

(EXHIBIT-B-88)

(RE FORM9 DATED 6-3-19 / PAGE-2-OF-3)

REFUSED TO PROCESS, AND THOSE FORM9'S WERE MY ATTEMPT AT AN INFORMAL RESOLUTION, SO IM NOT UNDERSTANDING WHY YOUR SAYING I DIDNT ATTEMPT AN INFORMAL RESOLUTION, YOU WOULD NOT PROCESS MY FORM9'S BECAUSE YOU WERE NOT HERE AND NOT MY UNIT TEAM AT THE TIME I SUBMITTED MY FORM9'S, AND THE UNIT TEAM I HAD REFUSED TO PROCESS THE FORM9'S, SO ALL THOSE ISSUES, IN WHICH I ATTEMPTED INFORMAL RESOLUTIONS ARE IGNORED/UNCHECKED, AND STAFF NOT HELD ACCOUNTABLE, SO I ATTACHED THOSE FORM-9'S TO A GRIEVANCE AND ATTACH AN IMPP PROVING UNIT TEAM PETTIJOHN VIOLATED THE GRIEVANCE PROCEDURE AND/OR THE IMPP AND BEFORE I DID THAT I SPOKE TO YOU ABOUT IT AND YOU GAVE ME NO HELP, SO WHAT DO YOU SUGGEST? BECAUSE IM NOT SURE WHAT YOU WANT OR ARE YOU JUST TRYING TO HARASS ME AND CAUSE ME TO GIVE UP AND PROTECTING STAFF BECAUSE THATS WHAT IT SEEMS LIKE TO ME.

(EXHIBIT-B-89)

(RE: FORM-9 DATED 6.3.19 / PAGE-3 OF 3)

(RE: SPECIAL REVIEW OF MGT LEVEL / INT. ROTATION & EMPLOY'G MED PROTOCOLS)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name __DAVID BROWN__

Receiving Staff Signature __R. Walter__

Number __5780__

Date __3-12-2019__

Effective Date (3-18-96) P-157

(13)   (13)