(EXHIBIT-E-1)  HCF/(56)

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name __DAVID BROWN__   Number __57800__
Facility __H.C.F.__   Housing Unit __A-2/227__   Work Detail __N/A__

(PAGE-1-OF-4)

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member) (ATTACHED FORM-9 DATED 9-12-2019) I INCORPORATE THE ATTACHED FORM-9 AS THOUGH IT WAS STATED FULLY HEREIN THIS GRIEVANCE. I HAVE STATED AND RESTATED THE COMPLAINTS IN THE ATTACHED FORM9 AND INCORPORATE THEM HEREIN THIS GRIEVANCE. MY COMPLAINTS ARE AGAINST CSI SWENSON, U.T PETTIJOHN, WARDEN SCHNURR, U.T. GRAFF AND HCF CORIZON MEDICAL FOR THEIR CONTINUED PRACTICE TO GIVE GUILTY STAFF IMPUNITY, FOR THEIR CONTINUED RETALIATION, FOR THEIR PRACTICES TO USE EXCESSIVE FORCE AGAINST PRISONERS WITHOUT CONSEQUENCE, FOR MEDICALS PRACTICE TO DOWN PLAY A PRISONERS INJURIES WHEN STAFF HAS CAUSED THEM
NEXT PAGE →

Date this report was given to Unit Team for informal resolution (to be completed by inmate). __9-25-2019 (56)__

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

IM NOT SATISFIED W/THE U.T.S RESPONSE MOVING TO NEXT STAGE WHICH IS THE WARDENS OFFICE.

(NOTE: U.T. GRAFF REFUSED TO SEND TO WARDEN AND RETURNED TO ME AGAIN. SENDING TO WARDEN VIA U.S. MAIL.
U.T GRAFF SAW BACK 10-7-2019 AGAIN)   NOTE: U.T. GRAFF REFUSED TO SIGN

Unit Team Signature AND ATTACHED HIS Date
RESPONSE REFUSING TO PROCESS
## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days) GRIEVANCE.

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__✓__ I am (not) satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). ____

__David Brown__   __10-6-2019__
Inmate Signature (RE: RETURNED TO ME ON 10-4-2019/A-2/227/1RF)   Date

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received __10-24-19__   Date of Final Answer __10-28-19__   Date Returned to Inmate __11-14-19__

__David Brown__ __11-14-19__   __U.T. GRAFF REFUSED TO SIGN 11-14-19__
Inmate's Signature   Date   Unit Team Signature   Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number __BA0001839 0__

Type of Complaint (Item 4: Code 01-75)   __5__   __4__
Cause of Complaint (Item 5: Code 01-30)   __0__   __3__
Type of Response (Item 6a: Code 01,02,08 or 09)   __0__   __8__

(EXHIBIT-E-2)

RE: GRIEVANCE (SG) / PAGE-2-OF-4    HCF/(SG)

FOR GUARDS, UNIT TEAMS AND MEDICAL DESTROYING FORM-9'S AND/OR EVIDENCE THAT DETAILS THE FACTS e.g. WHO, WHAT, WHEN, WHERE, TIMES, DATES, ETC, IN ORDER TO ASSIST GUILTY STAFF GET AWAY WITH THEIR UNPROFESSIONAL/ILLEGAL ACTS AND BEHAVIORS AND PROTECT AGAINST PRISONERS/ME. FOR UNIT TEAM PETTIJOHN/DAWES DESTROYING THE FORM-9 I FIRST SUBMITTED ON THE ATTACK AGAINST ME BY CSI SWENSON, FOR UNIT TEAM GRAFF'S REFUSAL TO PROCESS MY FORM-9 ALLEGEDLY BECAUSE I DIDN'T COMPLY WITH THE TIME LIMIT TO FILE A GRIEVANCE, WHICH IS FALSE, AND U.T. PETTIJOHN TOLD ME THE INCIDENT WAS UNDER INVESTIGATION AND THERE'S NO TIME LIMIT FOR AN INVESTIGATION TO BE COMPLETED AND I WOULD GET MY FORM-9 WHEN THEY HAVE COMPLETED THEIR PROCESS. FOR U.T. GRAFF CLAIMING THE ISSUES OF CSI SWENSON AND PETTIJOHN HAS BEEN ADDRESSED WHEN THEY HAVE NOT AS MY FORM-9 WAS NEVER ANSWER/RETURNED TO ME DATED 2-5-2019, I RECEIVED NO RELIEF FOR THE RETALIATION AGAINST ME BY UNIT TEAM PETTIJOHN, I'M STILL BEING RETALIATED AGAINST BY U.T. GRAFF, AND MY INJURIES HAVE LONG LASTING EFFECTS AS I STILL SUFFER FOR THEM TODAY. ALSO, THE WARDEN FOR REFUSAL TO TAKE CORRECTIVE ACTION AGAINST ALL H.C.F. STAFF FOR DESTROYING PRISONERS/MY LEGAL/ OFFICIAL PAPERS, FOR HINDERING MY RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF MY GRIEVANCES, FOR HINDERING/PROLONGING MY RIGHT TO ACCESS THE COURTS, FOR PLAYING GAMES WITH THE FORM-9'S/GRIEVANCES SAYING THEY ARE OUT FOR WEEKS, FOR DOING THE SAME WITH PENS WHEN H.C.F. HAS A PRINT SHOP AND MAKES FORMS, AND FOR U.T. GRAFF ATTEMPTING TO JUSTIFY THESE GAMES BY PUTTING BLAME ON ME. NO ONE ELSE HAS TO REQUEST

( NEXT PAGE → → )

(RE GRIEVANCE (SG)/PAGE-3-OF-4 )   IRF/(SG)

FORMS OR FEE PENS FROM THE UNIT TEAM, FOR U.T. GRAFF NOT ADDRESSING THE ACTUAL COMPLAINTS I'M MAKING IN MY FORM-9 AND GRIEVANCES, AS IN THE ATTACHED FORM-9 I MAKE CLEAR I MADE AN OFFICIAL REQUEST TO U.T. DAVIS AND THE WARDEN SCHNURR TO PRESERVE THE CAMERA FOOTAGE OF THE ATTACK AGAINST ME ON 9-13-2019 BY CS1 SWENSEN AND THE USUAL PATTERN OF BEHAVIOR/USUAL PRACTICE OF STAFF DESTROYING MY FORM-9'S CONTINUES, AND IF THE CAMERA FOOTAGE WAS ALLEGEDLY DESTROYED IT OBSTRUCTS JUSTICE, DESTROYS EVIDENCE OF CRIMINAL ACTS AGAINST ME, IT'S A ISSUE OF SPOLIATION OF EVIDENCE, WHICH I BELIEVE THE WARDEN SCHNURR IS AWARE OF DUE TO HIS COMMENT OF WANTING TO SEE MY REQUEST TO HAVE THE CAMERA FOOTAGE SAVED AS BEFORE HE SAYS THE CAMERA FOOTAGE IS DESTROYED OR NOT HE WANTS TO MAKE SURE I DON'T HAVE A COPY OF MY REQUEST AS THE WARDEN REFUSED TO TELL ME IF THE CAMERA FOOTAGE WAS SAVED OR NOT, FOR HCF GUARDS/UNIT TEAMS/WARDEN HARASSING/RETALIATING AGAINST ME FOR EXERCISING MY FIRST AMENDMENT RIGHTS, FOR THE WARDEN KNOWING U.T. PETTIJOHN LIED ABOUT MY INJURIES AND KNOWS U.T. PETTIJOHN DENIED MY CLAIM UPON THAT REASON, BUT SUPPORTED HIS LIES, FOR THE WARDEN KNOW THE PROPERTY CLAIM, INJURY CLAIM AND GRIEVANCE PROCEDURES ARE ABUSED BY HCF STAFF AND USED AS RETALIATORY TOOLS AGAINST PRISONERS/ME AND ACCOWS AND SUPPORTS SUCH PRACTICES AND REFUSES TO TAKE CORRECTIVE ACTION. THE GRIEVANCE SYSTEM IS INEFFECTIVE, BIASED, RETALIATORY, ABUSED BY STAFF, COMPOUNDS PROBLEMS, PROLONGS HARDSHIPS —

(NEXT PAGE →)     →

(EXHIBIT-E-4)

RE: GRIEVANCE (56) / (PAGE-4-of-4) / HCF / (56)

is stressful and exhausting, and the continued games, harassment and/or retaliation against me for my continued efforts to exhaust my administrative remedies continues in several forms. It also bears mention that U/T Graff has once again lied in one of his responses to one of my complaints, in that he claims both people I mention in my complaint have been addressed by supervisors, and thats U/T Pettijohn and CSI Swenson, but I haven't had a complaint against U/T Pettijohn processed due to the Form-9 I first submitted being destroyed, not answered or returned, so its a mystery as to how my complaints against U/T Pettijohn have been addressed by supervisors, unless they saw the Form-9 complaint and are why it wasn't answered/returned to me, which would also explain why so many HCF staff ignore and/or violated the grievance procedures when the highest ranking officials are doing it. I don't believe that U/T Pettijohn was addressed, and held accountable for anything. I want my complaints processed and the stonewalling of my grievances to stop and Unitteam Graff held accountable for doing it over and over again. The warden/secretary need to cause all my complaints processed ~~investigated~~ need to fire CSI Swenson / U/T Pettijohn / U/T Graff, which wont happen ~~and~~ I'm told CSI Swenson retaliation in all forms stopped. was fired for other reasons for the record, and U/T Pettijohn needs to be demoted! to not fired And all issues stemmed from this incident resolved ~~paroled to next sentence~~ all debts cleared

RE: RECEIPT TO FORM-9 2-5-2019 ATTACHED, THE FORM-9 IS NOT JUST BEING ANSWERED/RETURNED, BATTERY, ASSAULT, I AM NOT BEING TAKEN SERIOUS AND CAMERA FAILURE TO INVESTIGATE SAVE CAMERA FOOTAGE OF 9-13-19, Effective 06-19-18 PETTIJOHN VERBALLY, HE SAID CT WOULD BE SENT IN TO INVESTIGATION FOR INJURY CLAIM, STAFF GOT CAMERA'S DESTROYED EVIDENCE (RAPING, WARDEN ACCOUNTABLE
STAFF TO DO SO OVER OVER

**To:** UNIT TEAM GRAFF OF A-2    RETENTION GRIEVANCE 9-12-2019 (56)
(Name and Title of Officer or Department)    FOR PETTIJOHN NOT MCETTS(?), PETTIJOHN
                                             BEHAVIOR                    (EXHIBIT-E-5)

Weber
Unit Team, Detail, or Cellhouse Officer's Signature                    **To be retained by Offender**

---

BROWN  HCF/56
Last Name Only

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

(NOTE: ALSO ATTACHED IS FORM9 RECEIPT DATED 2-5-2019)
KANSAS DEPARTMENT OF CORRECTIONS
(PAGE-1-OF-8)          #57800
                                                    Number
**OFFENDER REQUEST TO STAFF MEMBER**

**To:** UNIT TEAM GRAFF of A-2    **Date:** 9-12-2019 (56)
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I SUBMITTED A OFFENDER REQUEST TO STAFF MEMBER/FORM-9 TO UNIT DAWES/WARDEN ON 2-5-2019 DUE TO MY COMPLAINTS BEING AGAINST UNIT TEAM PETTIJOHN IN PART, AND TO MAKE MY OFFICIAL REQUEST TO HAVE CAMERA FOOTAGE OF AN ATTACK AGAINST ME BY CSI SWENSON SAVED, AND ONCE AGAIN, THE FORM-9 WAS NOT ANSWERED OR RETURNED TO ME. THIS HAS BEEN A ON GOING →

**Work Assignment:** N/A          **Living Unit Assignment:** A-2/227/HCF
**Comment:**                      **Detail or C.H. Officer:**

**Disposition:**

**To:** _____                 **Date:** 9/20/19
(Name & Number)

**Disposition:** The incident with CSI Swenson and UTS Pettijohn has been previously addressed. You have been waiting what you claim to be multiple weeks to flex pens and paperwork prior to notifying me at which point they are addressed. Both individuals you are mentioning in your complaint have already been addressed by supervisors.

B____
Employee's Signature                             **To be returned to offender.**

P-0009

HCF(56)

(NOTE: ALSO ATTACHED IS FORM-9 RECEIPT DATED-2-5-2019)
(RE: ~~GRIEVANCE~~ FORM-9 DATED 9-12-2019 / PAGE 2 of 8) HCF/(56)
(EXHIBIT-E-6)
BATTLE/PROBLEM WITH HCF STAFF AND IT CONTINUES TO (DATE 9-12-2019)

THIS IS VIOLATING MY FIRST AMENDMENT RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF MY GRIEVANCES, ITS ALSO VIOLATING MY RIGHT TO ACCESS THE COURTS, AS ITS PROLONGING MY EFFORTS TO EXHAUST ~~ALL~~ MY ADMINISTRATIVE REMEDIES, AND HINDERING MY ~~CONTINUED EFFORTS~~ ACCESS TO THE COURTS IS ILLEGAL. ITS NOT A MISTAKE EITHER, ITS INTENTIONAL AND DONE WITH MOST OF MY COMPLAINTS THAT EXPOSE AND ADDRESS STAFFS MORE SERIOUS MISTREATMENT, ABUSES, ILLEGAL ACTS AND BEHAVIORS, AND IT ALSO OBSTRUCTS JUSTICE. DESTROYING EVIDENCE AGAINST HCF OFFICIALS ~~~~ IS ALSO ILLEGAL. ITS ALSO DONE TO EXHAUST ME IN MY EFFORTS TO SEEK LEGAL AND CIVIL RESOLUTIONS TO THE MANY PROBLEMS I'M FACED WITH. H.C.F. HAS ALWAYS BEEN A FACILITY WHERE UNIT TEAMS DESTROY MY FORM-9'S AND GRIEVANCES, WHICH I'VE DOCUMENTED AGAIN AND AGAIN, AND THE WARDENS/SECRETARY OF CORRECTION HAS YET TO CORRECT THIS PROBLEM. BY LAW I'M REQUIRED TO EXHAUST MY ADMINISTRATIVE REMEDIES BEFORE FILING A CIVIL SUIT, AND I'M BEING PREVENTED FROM DOING THIS. I'M TIRED OF/AND SICK OF THE GAMES! BEING DENIED A FLEX PEN FOR DAYS, WEEKS AT A TIME, THEN DENIED FORM-9'S OR GRIEVANCES OR GRIEVANCE APPEAL FORMS FOR DAYS/WEEKS AT A TIME, AND I BELIEVE THAT IS INTENTIONAL AND DONE TO HARASS ME, AND PROLONG MY EFFORTS TO DO MY LEGAL WORK. H.C.F. HAS A PRINT SHOP SO I DON'T SEE HOW ANY CELLHOUSE CAN BE OUT OF FORMS FOR WEEKS AT A TIME, BUT IT HAPPENS ALL THE TIME, GUARDS TELLING ME, "ONLY FIVE DAY A WEEK GUARDS HAVE SEG FLEX

NEXT PAGE → → →

(NOTE: ALSO ATTACHED IS FORM 9 RECEIPT DATED 2-5-20A)

RE: FORM 9 DATED 9-12-2019 / PAGE 3 OF 8 ) HCF/56

(EXHIBIT-E-7)

TO HAND OUT IS ANOTHER GAME. AND WHEN I MAKE A COMPLAINT TO THE WARDEN ABOUT THIS THE WARDEN IGNORES THE FACTS AND SUPPORTING EVIDENCE TO MY ALLEGATIONS AND SAYS YOUR FILING GRIEVANCES SO THERE'S NO PROBLEM, AND THATS ONLY BECAUSE THE WARDEN SUPPORTS THE GAMES H.C.F. STAFF PLAY. I SHOULD NOT HAVE TO FIGHT AND PUT SO MUCH EFFORT INTO GETTING A PEN, FORM 9, GRIEVANCE, APPEAL FORM, WHEN BY KDOC'S OWN REGULATIONS/POLICIES IM TO BE GIVEN "FORMS" UPON REQUEST, BUT STAFF SAY WE ONLY PASS OUT FORMS ON THE 3-11 SHIFT, AND THE UNIT TEAMS AND WARDEN BACK THEM UP WHEN I FILE A COMPLAINT ABOUT THAT. I SHOULDN'T HAVE TO ASK OTHER INMATES TO GET FORM-9'S AND GRIEVANCES AND GIVE THEM TO ME JUST TO FILE A COMPLAINT. I SHOULDN'T HAVE TO ASK OTHER INMATES FOR A FLEX PEN. I'VE GONE HUNGRY TO PAY SOMEONE FOR THEIR FLEX PEN, I'VE HAD TO USE COLOR PENCILS ISSUED BY MENTAL HEALTH TO WRITE A COMPLAINT AND TO WRITE MY FAMILY. I SHOULDN'T HAVE TO GO THROUGH ANY OF THESE HEADACHES. THEN I HAVE GUARDS AND MENTAL HEALTH LIKE SCHROEDER, AND C/O JONES AND MENTAL HEALTH POOL TELLING NUMEROUS PRISONERS IM A RAT BECAUSE I FILE FORM 9'S AND GRIEVANCES INSTEAD OF BATTERING STAFF, OR JUST ACCEPTING STAFFS ABUSE. I SHOULDN'T HAVE TO WRITE THREE TIMES AS MUCH OF WHAT'S REQUIRED, THATS HARASSMENT AND RETALIATION AGAINST ME. THE COMPLAINT I MADE IN THE ORIGINAL FORM-9 TO THE ATTACHED FORM 9

NEXT PAGE → →

(NOTE: ALSO ATTACHED IS FORM-9 RECEIPT DATED-2-5-2019) HCF (56)
RE: FORM-9 DATED-9-12-2019 / PAGE-4-OF-8 )
(EXHIBIT-E-8)

RECEIPT ALSO WAS A REQUEST THAT THE CAMERA FOOTAGE OF THE 9-13-2019 ATTACK AGAINST ME BE SAVED FOR EVIDENCE IN THE LAWSUIT I WILL FILE. I'VE MADE THAT REQUEST TO SEVERAL PEOPLE INCLUDING THE WARDEN A SECOND TIME, H.C.F.'S LEGAL COUNSEL, UNIT TEAM PETTEJOHN, AND NOONE HAS SAID ANYTHING HELPFUL. H.C.F. STAFF ARE NOT SAYING THEY HAVE SAVED IT OR WHO THE REQUEST IS SUPPOSE TO BE MADE TO OR IF IT'S BEEN DESTROYED, AND I WANT TO KNOW THAT SO I CAN ADDRESS THAT. MY COMPLAINT WAS ALSO AGAINST UNIT TEAM PETTIJOHN BECAUSE HE JUST STOOD BY AND WATCHED CS1 SWENSON ASSAULT, BATTER, ATTACK, AND HARM ME AND DID NOTHING TO STOP IT, AND UNIT TEAM PETTIJOHN KNEW CS1 SWENSON WAS BREAKING THE LAW BY HIS UNNECESSARY EXCESSIVE USE OF FORCE AGAINST ME, HE ADMITTED THE FACT IN HIS STATEMENT IN THE INJURY CLAIM I FILED, AND HE LIED TO ME SAYING, "HE WASN'T THE ONE INVESTIGATING THE CLAIM, AND IF HE WAS HE'D APPROVE IT FOR SURE". I ALSO HAD TOLD U.T. PETTIJOHN THAT I WAS WRITING HIM UP FOR HIS FAILURE TO INTERVENE, AND UPON INFORMATION AND BELIEF THATS WHY UNIT TEAM PETTIJOHN RECOMMENDED THE INJURY CLAIM BE DENIED, AND ALSO WHY HE LIED IN HIS RESPONSE WHEN CLAIMING I WASN'T BLEEDING. THIS IS NOT A COMPLAINT CONCERNING THE INJURY CLAIM SO WE CAN BE CLEAR ON THAT. MY COMPLAINT WAS THAT UNIT TEAM PETTIJOHN HAD A DUTY TO CORRECT A LOWER RANKING STAFF MEMBER AND DID NOT. MY

NEXT PAGE ⟶    ⟶

(NOTE: ALSO ATTACHED IS FORM-9 RECEIPT DATED 2-5-2019)
RE: FORM-9 DATED-9-12-2019 / PAGE-5-OF-8)   HCF/(56)
(EXHIBIT-E-9)

COMPLAINT WAS THAT U.T. PETTIJOHN WAS ONLY A FEW CELLS AWAY AND HEARD ME CRYING OUT IN PAIN; HEARD ME SAYING, "PETTIJOHN PLEASE COME HERE, IT'S AN EMERGENCY!" U.T. PETTIJOHN ALSO ADMITTED TO SEEING CX SWENSON REACH INTO THE FOOD PASS OPENING TRYING TO PULL MY ARM OUT AND THEN GRAB MY HEAD. UNIT TEAM PETTIJOHN HAS BEEN WORKING FOR K.D.O.C FOR YEARS, AND ITS THE NORMAL PATTERN OF BEHAVIOR FOR STAFF TO IGNORE A PRISONER BEING MISTREATED, ABUSED, BATTERED, ASSAULTED, ECT. BY OTHER STAFF MEMBERS AND THIS IS ANOTHER EXAMPLE OF THAT. HCF STAFF/HAS A PATTERN OF BEHAVIOR OF DESTROYING MY/PRISONERS FORM 9'S/GRIEVANCES TO ASSIST OTHER STAFF GET IMPUNITY AND ARE NOT HELD ACCOUNTABLE FOR THEIR ACTIONS. AND THESE REASONS ARE WHY I'M STILL TRYING TO GET MY ADMINISTRATIVE REMEDIES EXHAUSTED FOR AN ATTACK AGAINST ME FROM 2018. I ATTEMPTED TO EXHAUST MY RETALIATION COMPLAINT AGAINST UNIT TEAM PETTIJOHN, BUT U.T. GRAFF AND THE WARDEN SCHNURR REFUSED TO PROCESS THAT COMPLAINT, AND TRIED TO JUSTIFY IT BY SAYING ITS NOT A GRIEVABLE MATTER SINCE IT CONCERNS A INJURY CLAIM, BUT IT'S NOT A INJURY CLAIM, AND I STATE THAT CLEAR AS DAY IN THAT GRIEVANCE, BUT DUE TO THE STAFF COVERING FOR STAFF, AND GIVING STAFF IMPUNITY, AND THE RUBBER STAMP RESPONSE SYSTEM MY COMPLAINT WAS GRIDLOCKED AND NOT PROCESSED, BUT THE FACT THAT UNIT TEAM PETTIJOHN
NEXT PAGE ———➤   ———➤

(NOTE: ALSO ATTACHED IS FORM 9 RECEIPT DATED 2-5-2019)
RE: FORM 9 ~~RECEIVED~~ DATED 9-12-2019 / PAGE-6-OF-8 ) HCF/(56)
(EXHIBIT-E-10)

STOOD BY AND WATCHED ME GET ASSAULTED, BATTERED, HURT, CUSSED AT, FOR SEVERAL MINUTES, IS RETALIATION BY UNIT TEAM PETTIJOHN DUE TO ME WRITING HIM UP IN FORM 9'S AND GRIEVANCES. IF I WOULD OF GRABBED CS1 SWENSON ARM AND PULLED IT IN MY CELL AND TRIED TO BREAK IT UNIT TEAM PETTIJOHN WOULD OF RAN TO MY CELL TO AID AND ASSIST CS1 SWENSON UPON INFORMATION AND BELIEF. I ALSO TOLD UNIT TEAM PETTIJOHN BY WORD OF MOUTH THAT IM GOING TO FILE A LAWSUIT AND THAT HE NEEDS TO ENSURE THE VIDEO FOOTAGE FROM 9-13-2018 IN A-2 AT CELL #227 IS SAVED AS ITS EVIDENCE AND UNIT TEAM PETTIJOHN SAID HED CHECK INTO IT, BUT THE FOOTAGE WOULD BE SAVED BECAUSE I FILED A INJURY CLAIM AND IT WILL BE INVESTIGATED AND SAVED. LET THE RECORD REFLECT SUCH FACTS AS HCF COUNSEL AND THE WARDEN ARE ACTING LIKE THEY DON'T KNOW IF IT WAS SAVED OR NOT. MY COMPLAINT IN THE FORM 9 WAS ALSO A COMPLAINT ABOUT THE WARDEN NOT HOLDING STAFF ACCOUNTABLE FOR EXCESSIVE FORCE AGAINST PRISONERS AS THE SAME STAFF CAUSE NUMEROUS PROBLEMS. UPON INFORMATION AND BELIEF CS1 SWENSON MODOGEDA COUPLE INMATES IN GENERAL POPULATION AND THEY ATTACKED HIM. CS1 SWENSON IS A KNOWN TROUBLE MAKER WITH A ANGER PROBLEM AND VERY DISRESPECTFUL TO I/M'S AND HIGH RANKING HCF OFFICIALS ALLOW ALLOW AND SUPPORT SUCH BEHAVIORS OVER AND OVER, RATHER THAN ~~CORRECT~~ NEXT PAGE →→

(NOTE: ALSO ATTACHED IS FORM 9 (CO) AT DATE 2-5-2019)

REF FORM 9 DATED 9-12-2019 / PAGE 7 OF 8   HCF/(56)

(EXHIBIT-E-11)

PUTTING SWENSON/THEM IN POST AWAY FROM I/M'S SO THEY CAN'T ABUSE THEIR AUTHORITY AND ABUSE PRISONERS, BUT IT'S A KDOC FACILITY WIDE PROBLEM. CS1 SWENSON SHOULD HAVE BEEN FIRED, AND THE FACTS PUT IN HIS WORK FILE (I'VE HAD A EMPTY FLEX PEN IN MY WINDOW FOR ABOUT 4 DAYS AND STAFF DENYING ME A NEW ONE CONTINUES TO BE A PROBLEM, LET THE RECORD REFLECT SUCH FACTS.) U.T. PETTIJOHN LIED ABOUT MY INJURIES AND I PROVED IT AND HE SHOULD BE HELD ACCOUNTABLE FOR HIS RETALIATORY LIES AGAINST ME AND FOR IGNORING HIS DUTY TO PROTECT ME FROM CS1 SWENSON. THE WARDEN NOT FIRING CS1 SWENSON LONG AGO, KNOWING HE HAS ANGER ISSUES AND A HABIT OF MISTREATING AND/OR ABUSING PRISONERS IS WHY I WAS HARMED AND THAT'S THE WARDENS FAULT FOR HIS POLICY TO GIVE STAFF IMPUNITY. CS1 SWENSON SHOULD HAVE BEEN FIRED, U.T. PETTIJOHN DEMOTED/FIRED, AND WHO DESTROYED MY FORM 9 SHOULD BE FIRED! (THE ONE DATED 2-5-2019.)

ATTACHMENT NEXT PAGE ➔ ➔ ➔

(FORM-9 DATED 2-12-2019 / PAGE-8-OF-8) HCF/(56)
(RE: FORM-9 RECEIPT DATED 2-5-2019 TO W.T. DAWES/WARDEN)

(EXHIBIT-E-12)

(RE: SWENSON/NETTLETON, EXCESSIVE USE OF FORCE/BATTERY, ASSAULT/FAILURE TO HCF
INTERVENE, RETALIATION, GOMEZ/WESTFAHL'S CLAIM, WANT TO MAKE IT
AN OFFICIAL REQUEST TO ~~INMATE REQUEST TO STAFF MEMBER~~ GET FOOTAGE OF INCIDENT ON
1-9-13-2018, A-2/227/HCF FOR LAWSUIT DISCOVERY EVIDENCE, STAFF EMERGENCY
WARDEN'S FAULT?)

To: W.T. DAWS / WARDEN                         Date: 2-5-2019
    (Name and Title of Officer or Department)

[signature]
Unit Team, Detail, or Cellhouse Officer's Signature         To be retained by Inmate
↑ C/O BAKER / A-2/HCF

HCF (56)

# MEMO

(EXHIBIT-E-13)

RECEIVED
OCT 1 4 2019
HCF Office Of The Warden

**Kansas**
Department of Corrections
*Hutchinson Correctional Facility*

**DATE:** 10/04/2019
**TO:** Brown, David #57800  227
**FROM:** B. Graff, UTS
**RE:** Grievance (56) DATED 9-25-2019

Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
(620) 662-2321
Fax: (620) 728-3473
Email: Dan.Schnurr@doc.ks.gov
www.doc.ks.gov

---

You have once again submitted a grievance which you are attempting to address outside the time frame allowed for filing a grievance. Per K.A.R. 44-15-101b: "Grievances shall be filed within 15 days from the date of the discovery of the event giving rise to the grievance." You have already once attempted to address this complaint outside the allowed time frame. Simply adding a recent form-9 about the event does not change the fact that the event occurred well outside the time limit. This grievance is being returned to you due to being outside the time frame for filing a grievance and will not receive a response. If you are unsure how the grievance process works you can find it in KAR 44-15-101.

B. Graff, UTS

---

THE GRIEVANCE SYSTEM IS UNAVAILABLE TO ME DUE TO U.F. GRAFF, PETTIJOHN, U.F.M. BELL, NICKELS, FNU, DCM MORA, WARDEN SCHNURR AND GUARDS, CORIZON, ECT. I AM NOT OUTSIDE THE TIME FRAME FOR FILING MY COMPLAINT AS THE ISSUES HAVE NOT BEEN CORRECTED. MY FORM-9 HAS NOT BEEN ANSWERED OR RETURNED WHICH CONTINUES TO BE A ON GOING PROBLEM. I NOTICED AND DISCOVERED THE FORM-9 DATED 2-5-2019 WASN'T RETURNED OR ANSWERED AND FILED MY INFORMAL RESOLUTION/FORM-9 WITHIN (15) DAYS OF THAT DISCOVERY. U.F. GRAFF U.T.M. BELL CONTINUE TO REFUSE TO PROCESS MY GRIEVANCES BASED ON INCORRECT INFORMATION AND/OR LIES. DONE INTENTIONALLY TO GIVE GUILTY STAFF IMMUNITY AND TO CAUSE MY HARDSHIPS, PAIN, SUFFERING, CIVIL RIGHTS VIOLATIONS TO CONTINUE UNCHECKED AND TO OBSTRUCT JUSTICE AND DESTROY EVIDENCE. RESUBMITTING 10-6-2019 FOR WARDENS REPLY. U.T. GRAFF RETURNED TO ME, REFUSES TO SEND TO WARDENS OFFICE



HCF/(5G)
(EXHIBIT-E-14)

P.O. Box 1568
Hutchinson, KS 67504-1568

**Kansas**
Department of Corrections
Hutchinson Correctional Facility

Phone: (620) 625-7238
Fax: (620) 728-3473
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Acting Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

DATE:     10/28/2019

TO:       Brown, David #57800
          A2-227

SUBJECT:  Grievance #BA00018390(5G)

FROM:     Dan Schnurr, Warden
          HUTCHINSON CORRECTIONAL FACILITY

✓ LIE. NOTHING TO DO WITH SEXUAL ASSAULT OR SEXUAL HARRASSMENT

FINDING OF FACTS: In your grievance, you claim issues surrounding a PREA complaint you filed.

CONCLUSIONS MADE: The items you bring up in your grievance have previously been addressed through the grievance procedure or you are attempting to address outside the time frame allowed for filing a grievance per K.A.R. 44-15-101(b).

UTS Graff and UTM Bell are following the guidelines when addressing grievances that you have filed. I suggest that you review K.A.R. Article 15 – Grievance Procedure for Inmates and Parolees.

ACTION TAKEN: As above described. This is my final answer to you on this matter.

*/s/ D. Schnurr*
Dan Schnurr
HCF, Warden

DS/JB/TH
cc: HCF File

RETURNED TO ME BY U.T. GRAFF IN A2/227/HCF ON 11-14-2019

U.T. GRAFF AND WARDEN SCHNURR REFUSE TO ANSWER MY QUESTION, REFUSE TO COMMENT ON ANY MY ISSUES/COMPLAINTS, REFUSE TO PROPERLY PROCESS, REFUSING TO CONTACT STAFF FOR DESTROYING MY FORM-9S/LEGAL DOCUMENTS.

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

HCF (56)

Inmate Name: DAVID BROWN  Facility: HUTCHINSON CORR. FAC.

Inmate Number: 57800  Grievance Serial No.: BA00018390 (56)

(EXHIBIT-E-15)

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:  Kansas Department of Corrections  Date Mailed: 11-18-2019 (56)
714 SW Jackson
Suite 300
Topeka, KS 66603

(PAGE-1-OF-5)

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) I HAVE STATED AND RESTATE THE ISSUES, PROBLEMS, AND COMPLAINTS IN THE ATTACHED GRIEVANCE AND THOSE ATTACHED DOCUMENTS, HEREIN, AS IF THEY WERE STATED FULLY HEREIN THIS GRIEVANCE APPEAL, AND THE PROBLEMS STAND TO DATE. HUTCHINSON CORR. FAC. STAFF ARE STILL DESTROYING MY FORM 9'S David Brown
AND/OR LEGAL PAPERS, WHICH IS WHY MY  Signature of Inmate  NEXT PAGE →

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

RECEIVED NOV 21 2019 DOC Facility Management Area

Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code   01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

(RE: GRIEVANCE APPEAL (SG) / PAGE-2-OF-S) HCF/(SG)

(EXHIBIT-E-16)

THE FORM 9 I SUBMITTED ON 2-5-2019 WAS NOT PROCESS ANSWERED/RETURNED, AND MY RIGHT TO EXHAUST MY ADMINISTRATIVE REMEDIES WAS DENIED/VIOLATED. IN SUPPORT SEE THE ATTACHED FORM 9 RECEIPT, PAGE 8, DATED 2-5-2019, IT WAS TURNED IN TO C/O BAKER J. IN A-2 CELLHOUSE, AND THE RECEIPT SIGNED BY C/O J. BAKER AND GIVEN TO ME. THEREFORE THERE'S NO QUESTION THAT MY FORM 9 WAS TURNED IN TO A K.D.O.C. H.C.F. STAFF/GUARD AND THIS HAS HAPPENED NUMEROUS TIMES! WHENEVER I MAKE A SERIOUS, TRUTHFUL COMPLAINT THAT VIOLATES MY LEGAL/CIVIL RIGHTS, WHICH I DETAIL THE EVENT, TIME, PLACE, WHAT, WHO ETC BECAUSE GUARDS, UNIT TEAMS, WARDENS, DON'T WANT A DOCUMENT TO EXIST AND DON'T WANT SUCH DOCUMENTS TO BE RESPONDED TO BY STAFF. AND I EXPLAINED SUCH IN THE ATTACHED FORM 9 DATED 9-12-2019. ITS NOT MISPLACED OR A MISTAKE. ITS DONE INTENTIONALLY! IT CAUSES ME TO BE OVERWHELMED WITH MORE PAPER WORK. IT CAUSES FACTS/DETAILS TO BE LOST. ITS HARASSMENT, STRESSING, RETALIATION, DONE TO PROTECT GUILTY STAFF MEMBERS, DONE TO PROLONG MY SUFFERING/HARDSHIPS. AS YOU CAN SEE, MY COMPLAINTS ARE ABOUT CSI SWENSON ATTACKING ME, AND U.T. PETTIJOHN'S FAILURE TO INTERVENE AND U.T. PETTIJOHN'S RETALIATION AGAINST ME, A REQUEST TO THE WARDEN TO SAVE THE CAMERA FOOTAGE OF THE ATTACK, BATTERY AND ASSAULT AGAINST ME BY CSI SWENSON, IN THE FORM-9 ~~RETURN~~ SUBMITTED 2-5-2019, BUT NONE OF THAT WAS RESPONDED TO BY THE UNIT TEAM OR WARDEN AS MY FORM 9 WAS DESTROYED OR AS STAFF LIKE TO CALL IT MISPLACED. THEN, I MADE A COMPLAINT ABOUT STAFF →

HCF/(56)

(RE: GRIEVANCE APPEAL (56) / PAGE-3-OF-5)

(EXHIBIT-E-17)

DESTROYING MY FORM 9, AND THAT IS WHAT I WROTE THE GRIEVANCE ON AS WELL THE ISSUES IN THE FORM 9 BUT THE UNIT TEAM AND WARDEN REFUSE TO COMMENT ABOUT MY FORM 9 BEING DESTROYED, NOT TO MENTION MY RIGHTS BEING DENIED. THE UNIT TEAM THEN TELLS ME I CAN'T FILE A GRIEVANCE BECAUSE ITS PAST THE 15 DAY TIME LIMIT, AND THAT NOT TRUE, I WAS TOLD THE INCIDENT WAS UNDER INVESTIGATION, AND THAT'S NO TIME LIMIT A INVESTIGATION MUST BE COMPLETED IN AND I'LL GET MY FORM 9 WHEN ITS DONE, AND AFTER 8 MONTHS I REALIZED I'M BEING LIED TO AND THAT ITS YET ANOTHER CASE OF STATE DESTROYING MY FORM 9S TO PROTECT GUILTY STAFF AND I HAD ENOUGH OF THE STONEWALLING GAMES, AND WHEN I CAME TO THAT CONCLUSION(S) AND MADE THOSE DISCOVERYS I FILED MY FORM 9/GRIEVANCE, YET THE UNIT TEAM CLAIMS I'M IN VIOLATION OF THE TIME LIMITS, AND NOT STAFF FOR DESTROYING MY FORM 9/LEGAL PAPERS, AND THE U.T. REFUSES TO PROCESS MY COMPLAINTS AND/OR GRIEVANCE, SO I DON'T AGREE WITH THE U.T.'S REASON TO DENY TO PROCESS MY GRIEVANCE AND MOVE TO THE NEXT STAGE, WHICH IS THE WARDEN, BUT THE U.T. RETURNS THE GRIEVANCE BACK TO ME REFUSING TO ALLOW ME TO MOVE TO THE NEXT STAGE OF THE GRIEVANCE PROCESS, SO I USE THE U.S. MAIL SYSTEM TO SEND MY GRIEVANCE TO THE WARDEN, AND THE WARDEN KEEPS THE GRIEVANCE FOR WEEKS, AND THEN SAYS ITS ABOUT A PREA COMPLAINT, WHICH IT HAS NOTHING TO DO WITH. THE GRIEVANCE SYSTEM IS A JOKE, BIASED, COUNTERPRODUCTIVE, PROLONGS PROBLEMS, COMPOUNDS PROBLEMS, RETALIATORY, INEFFECTIVE, A RUBBER STAMPING SYSTEM, BUT MUST BE DONE PER THE LAW. AS YOU CAN SEE THE WARDEN HAS REFUSED TO →

(EXHIBIT-E-18)

(RE: GRIEVANCE APPEAL (S6) / PAGE-4-OF-5) HCF/(S6)

RESPOND TO ANY ISSUES/COMPLAINTS IN THE GRIEVANCE OR FORM 9'S AND ITS INTENTIONAL. THIS HAPPENS A LOT AND THE SECRETARY OF CORRECTIONS NEEDS TO HOLD UNIT TEAMS/WARDENS ACCOUNTABLE FOR SUPPORTING THIS PRACTICE. WHERE IS MY FORM 9? IT NEEDS TO BE RESPONDED TO IN FULL AND RETURNED TO ME. IT IS A LEGAL DOCUMENT DETAILING AN ILLEGAL ATTACK AGAINST ME BY CS1 SWENSON ON 9-13-2018 WITH TIMES, WITNESSES, MORE, DETAILS TO A CRIME COMMITTED AGAINST ME AND I WILL BE ASKING FOR PAYMENT FROM THE COURTS FOR KDOC/HCF STAFF KNOWINGLY/INTENTIONALLY DESTROYING EVIDENCE TO A CRIME AND TO A LAW SUIT WHICH I MADE CLEAR TO BE FILING SINCE IT HAPPENED. THE SECRETARY NEEDS TO HOLD GUARDS/UNIT TEAMS ACCOUNTABLE FOR THIS CONTINUED PRACTICE OF DESTROYING MY FORM 9'S/GRIEVANCES TO PROTECT AND COVER FOR GUILTY STAFF. THERE IS NO REASON THAT MY FORM 9'S CONTINUE TO BE DESTROYED AND THE ISSUES IN THEM IGNORED OTHER THAN UNIT TEAMS AND WARDENS SUPPORTING THE PRACTICE AND REFUSE TO TAKE CORRECTIVE ACTION. I'VE PROVEN THE DOCUMENTS WERE SUBMITTED AND NOT RETURNED AND UNIT TEAMS TELLING ME TO GIVE MY FORMS TO ONE PERSON VIOLATES THE GRIEVANCE PROCEDURE, AND ALLOWS GUILTY STAFFS ILLEGAL ACTS TO GO UNCHECKED AND UNPUNISHED. THE SECRETARY NEEDS TO TAKE CORRECTIVE ACTION AND HOLD STAFF ACCOUNTABLE! ITS RETALIATION AGAINST ME, ITS HARASSMENT AND ITS PUNISHING ME FOR FILING FORM 9'S ATTEMPTING TO INVOKE THE GRIEVANCE PROCESS. WHEN STAFF DESTROY MY FORM 9'S STAFF SHOULD BE PLACED IN A TOWER POSITION WHERE THEY HAVE NO CONTROL OR CONTACT WITH INMATES PAPER WORK, LEGAL PAPERS, PROPERTY... IF THE CAMERA FOOTAGE OF THE ATTACK AGAINST ME BY CS1 SWENSON IS NOT PRESERVED →

(REG GRIEVANCE APPEAL (SG) / PAGE 5 OF 5    HCF/(SG)
(EXHIBIT-E-19)

I'LL BE REQUESTING PAYMENT THROUGH THE COURT AS HCF STAFF WILL HAVE INTENTIONALLY DESTROYED EVIDENCE OF A CRIME AGAINST ME, WHICH I INFORMED UNIT TEAM AND THE WARDEN I'D BE FILING A §1983 CIVIL SUIT ON, AND IT WOULD HAVE BEEN DONE TO PROTECT STAFF. THE SECRETARY NEEDS TO CAUSE THE GRIEVANCE SYSTEM TO BE FOLLOWED AND TO HOLD STAFF ACCOUNTABLE FOR VIOLATING IT, AND FOR STAFF RETREATING AGAINST ME/INMATES FOR INVOKING THE GRIEVANCE PROCEDURE/SYSTEM.

(RE: ATTACK AGAINST ME ON 9-13-2018)

HCF/(56)

# Grievance-Response on Appeal

(EXHIBIT-E-20)

**FACILITY:** Hutchinson Correctional Facility

**INMATE:** 0057800 BROWN, DAVID

**GRIEVANCE NO.:** BA00018390

**DATE:** November 22, 2019

### FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

### CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

### ACTION TAKEN

None further.

_____
**Douglas W. Burris**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:   Warden Schnurr
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.