(EXHIBIT-H)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CHRISTOPHER DAVID BROWN,
  Plaintiff,

vs.    CASE NO. 21-CV-3105-JAR-GEB

DANIEL L. SCHNURR, et al.,
  Defendant(s).

## DECLARATION BY:
## CHRISTOPHER DAVID BROWN

I, CHRISTOPHER DAVID BROWN, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746:

1.) THAT I HAVE BEEN DOING TIME FOR MY CRIMES SINCE 1992 IN KANSAS DEPARTMENT OF CORRECTIONS L.C.F., E.D.C.F., L.C.M.H.F., AND H.C.F.

2.) THAT DURING THE YEARS IVE BEEN LOCKED UP IVE DRAFTED/ SUBMITTED HUNDREDS OF FORM-9's, GRIEVANCES, GRIEVANCE APPEALS, AND SEVERAL PROPERTY CLAIMS, DISCIPLINARY APPEALS, SPECIAL KINDS OF PROBLEMS CORRESPONDANCE, AND LETTERS TO K.D.O.C. OFFICIALS.

3.) SADLY MY COMPLAINTS HAVE BEEN DUE TO K.D.O.C. PRISON...

(PAGE-1-OF-4)

(EXHIBIT-H-1)

STAFF ABUSE, MISCONDUCT, SEXUAL ASSAULT, SEXUAL HARASSMENT, ASSAULT, BATTERY, LYING, ILLEGAL CONDITIONS OF CONFINEMENT, EXCESSIVE USE OF FORCE, DESTROYING PERSONAL PROPERTY, WRITING FALSE RETALIATORY DISCIPLINARY REPORTS, DENYING ME MEDICAL, MENTAL HEALTH, FOOD, WARMTH, CLEANING SUPPLIES, WORKING PLUMBING, SINK/FAUCET, TOILET PAPER, EATING UTENSILS, SHOES, CLOTHES, CLEAN AIR, CLEAN CELL, CLEAN BEDDING, JOBS, EQUAL TREATMENT, SAFETY GLASSES, DRINKING CUP, PILLOW, BLANKETS, COAT, TOWEL, EDUCATION, JOBS, DUE PROCESS, FAIR MEANINGFUL PAROLE HEARINGS, AND FOR KDOC STAFF PUTTING HANDS ON ME, TELLING OTHER INMATES I'M A RAT, SNITCH, CHILDMOLESTER, TALKING BAD ABOUT THEM, AM ON P.C. (PROTECTIVE CUSTODY), AND SO MUCH MORE!!

4.) I LEARNED K.D.O.C. EMPLOYEES; e.g., UNIT TEAMS, UNIT TEAM MANAGERS, DEPUTY WARDENS, E.A.I., MEDICAL, MENTAL HEALTH, DENTAL, GUARDS, STAFF, WARDENS HAVE OR WILL DESTROY MY OFFICIAL/LEGAL PAPERS.

5.) I HAVE LEARNED K.D.O.C.'s GRIEVANCE PROCEDURE IS BIASED, CORRUPT, A JOKE, RETALIATORY, COUNTERPRODUCTIVE, A RUBBERSTAMP REPLY PROCESS, A SHAM, COMPOUNDS PROBLEMS, BROKEN, DEMONITIZED, HINDERED, DOESN'T WORK, NOT FOLLOWED CORRECTLY, HARMFUL WHEN I USE IT, DOESN'T WORK, DOESN'T OFFER RELIEF AND/OR RESOLUTIONS.

(PAGE-2-OF-4)

(EXHIBIT-H-2)

6.) I'VE LEARNED MOST K.D.O.C. EMPLOYEES/STAFF THAT ANSWER FORM-9'S, GRIEVANCES AND APPEALS ARE REAL CORRUPT AND LIARS.

7.) EVEN SO I REFUSE TO STAB STAFF, OR HIT STAFF WITH A LOCK OR ROCK, OR BEAT STAFF DOWN.

8.) AND ALTHOUGH THE K.D.O.C. DUE PROCESS AVENUES DON'T OFFER TO MANY POSITIVE RESULTS, IT'S AVENUES THAT MUST BE EXHAUSTED IN ORDER TO ARRIVE AT AN AUTHORITY OVER K.D.O.C. THAT GIVES A PRISONER A HALF OF A CHANCE OF RELIEF AND JUSTICE.

9.) IN REGARDS TO DEFENDANT SWENSON'S VIOLENT ATTACK AGAINST PLAINTIFF, AND DEFENDANT PETTERSON'S FAILURE TO INTERVENE, AND BOTH DEFENDANTS RETALIATION, PLAINTIFF HAS FILLED AND SUBMITTED TWO FORM-9'S AND TWO GRIEVANCES FILLED WITHIN A 15 DAYS TIME FRAME FROM 9-13-2018, THAT WERE NOT ANSWERED, RETURNED AND/OR WERE DESTROYED, BY H.C.F. STAFF, WHICH CAUSED PLAINTIFF MORE WORK AND PROBLEMS WITH H.C.F. STAFF RETALIATION.

10.) PLAINTIFF DIDN'T GIVE UP AND CONTINUED TO TRY TO EXHAUST ANY ADMINISTRATIVE REMEDIES PLAINTIFF COULD, WHILE BEING DENIED PENS, PAPER, FORMS, COPIES, LIGHT, FOOD, WARMTH, REFUSED A LEGAL/FAIR PAROLE HEARING; IN RETALIATION FOR

(PAGE-3-OF-4)

(EXHIBIT-H-3)

FILING/LITIGATING THIS LAWSUIT, WRITTEN FALSE/RETALIATORY DISCIPLINARY REPORTS IN RETALIATION FOR FILING/LITIGATING THIS LAWSUIT, DENIED TOILET PAPER, MEDS, CLEANING SUPPLIES, SHOWERS, BEING CELLED, ETC.

PURSUANT TO 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-4-2022

Christopher David Brown #57800
(SIGNATURE)

EL DORADO CORRECTIONAL FACILITY
P.O. BOX 311
EL DORADO, KANSAS 67042
A-2 CELLHOUSE/CELL #259

(PAGE-4-OF-4)