(EXHIBIT-L)

RE: FAILING RECEIPTS TO FORM 9 DATED 12-2-2018 NOT ANSWERED/RETURNED AND WAS DESTROYED (CLEARLY) I HAVE HANDWRITTEN COPY OF FORM 9 TOO, AND ATTACHED IS TO GRIEVANCE, WHICH WAS ALSO NOT ANSWERED/RETURNED AND WAS DESTROYED. 1st AMENDMENT RIGHT TO PETITION THE GOVERNMENT FOR REDRESS OF MY GRIEVANCES HAS AND CONTINUE TO BE VIOLATED!

RE: SECOND FORM 9 FOR CSI FIELDS-W ATTACHED 9-17-2018 AND 1ST TIME HAS RETURNED/ANSWERED ITEM 6, GRIEVANCE ATTACHED TO FORM 9 HAS NEVER EVER BEEN ANSWERED ~ INMATE REQUEST TO STAFF MEMBER IS ATTACHED RECEIVING NOTHING BUT FURTHER ABUSE ~

To: U.T. DOW J of M-1   Date: 12-7-2018

_____
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by Inmate

RE: NEED GRIEVANCE RECEIPT SIGNED/RETURNED TO ME AND GRIEVANCE SENT TO WARDEN ⬛⬛⬛ I AM SENDING THIS TO MCFARIAS NOW THIS IS AGAINST SWENSON FOR ATTACK AGAINST ME ON 9-13-2018/ U.T. PETTIJOHN, dont destroy paperwork.

**INMATE REQUEST TO STAFF MEMBER**

To: U.T. PETTIJOHN / U.T. DAWES    Date: 9-26-2018
(Name and Title of Officer or Department)

← SIGNATURE   (↑ WAS 9-24-2018 I MADE CORRECTION WITH NEW SIGNATURE)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by Inmate

(EXHIBIT-L-1)

BROWN
Last Name Only

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**
(PAGE-1-OF-2)

57800
Number

**INMATE REQUEST TO STAFF MEMBER**

To: U.T. PETTIJOHN / U.T. DAWES    Date: 9-24-2018
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

SIGN AND RETURN MY RECEIPT TO THIS GRIEVANCE. ALSO, THE ORIGINAL RECEIPT WAS TORN OFF AND IT SHOULDNT OF BEEN REMOVED UNTIL I SAID IM NOT SATISFIED AND WANT TO MOVE TO THE NEXT STAGE. SO I'VE MADE ANOTHER RECEIPT FOR THIS GRIEVANCE AND NEED IT SIGNED AND RETURNED TO ME ASAP NOT HAPPY WITH YOUR RESPONSE. YOU KNOW →

Work Assignment: N/A    Living Unit Assignment: A-2/227/H.C.F.
Comment: _____    Detail or C.H. Officer: _____

Disposition: _____

(NOTE: DIDNT SEND ME BACK RECEIPT!)

To: _____    Date: _____
(Name & Number)

Disposition: Signed and moved forward

_____
Employee's Signature

To be returned to inmate.

P-0009

(EXHIBIT-L-2)

INFORMAL RESOLUTION 9-24-2018 / PAGE-2-OF-2

AS WELL AS I DO CST SWANSON WAS OUT OF LUNC 10080. I DONT KNOW WHAT YOUR ISSUE WAS SUE'S SMUGGLED ATTIC LIKE ANTS, THEN YOU JUST LEAVE ME TO SUFFER. I KNOW YOU PEOPLE WANT ME TO ROYALLY FUCK UP & WRITE STUFF BUT I'M NOT GONNA DO IT. I'M GONNA FIGHT YOU PEOPLE WITH PEN AND PAPER, IN CASE YOU PEOPLE HAVEN'T FIGURED IT OUT BY NOW. AND I WANT THE COMMERA FOOTAGE SAVED FOR THE DATE I SUBMIT THIS FORM 9 WITH ATTACHED GRIEVANCE AND ATTACHED FORM 9 AND ATTACHED UTF RESPONSE BECAUSE IF IT "GETS LOST/ MISPLACED" I'M GONNA SUE YOU GUYS AND YOU FOR DESTROYING MY PAPER WORK (AGAIN!) YOU PEOPLE SHOULD BE HAPPY I FIGHT WITH A PEN AND NOT A KNIFE BUT THATS NOT THE CASE. INSTEAD I GET ATTACKED AND PUNISHED AND LIED ON AND SUBJECTED TO ALL KINDS OF ILLEGAL RETALIATION. YOU SAID YOU'D APPROVE MY CLAIM AND IF YOU DIDN'T YOU WOULD SEE WHY IT COULDN'T BE APPROVED. YOU SAID I SHOULD FILE A GRIEVANCE TOO. SO I HOPE WHO DOES MY CLAIM DOES SO NO B.S. BECAUSE I DON'T WANT TO FILE A LAW SUIT. I WANT THIS DONE AND OVER WITH. BUT AM COVERING ALL MY BASES AS YOU CAN SEE, AND DON'T BE MAD BECAUSE I PUT YOU IN MY GRIEVANCE TOO. I JUST STATED THE FACTS AND TOLD THE TRUTH. I'LL EXHAUST ALL MY ADMINS ACTION REMEDIES AND ASK YOU ENSURE MY PAPER WORK GETS PROCESSED PROPERLY. I STILL THINK YOU RETALIATED AGAINST ME BECAUSE I WROTE YOU UP ON THE MPCR SLIP. DON'T BE PISSED AT ME. I'M THE ONE THAT IS SUPPOSED TO BE PISSED OFF. YOU ENJOY YOUR WEEKEND IN PAIN AND AGONY.

PROCESS MY PAPER WORK NOW!