RE: E-FILE ATTACHED PLF'S SUPPLEMENTAL, OR IN THE ALTERNATIVE AMENDED RESPONSE TO (DOC NO 30)  (EXHIBIT-1)

To: UNIT TEAM BUCHANAN      APPROX 6:41 AM   Date: 5-18-2022
(Name and Title of Officer or Department)   CSI LOEWE!
                                            A-2/259/EDCF

Unit Team Member Signature                    To be retained by Inmate

D. BROWN
Last Name Only

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**
( PAGE 1 OF 1 )              # 57800
**INMATE REQUEST TO STAFF MEMBER**           Number

To: UNIT TEAM BUCHANAN          Date: 5-18-2022
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I NEED THE ATTACHED; PLAINTIFF'S SUPPLEMENTAL, OR IN THE ALTERNATIVE AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT CASE NO. 5:21-CV-03105-JAR-GEB.

Work Assignment: ADMIN SEG./RHU/O.S.R.  Living Unit Assignment: A-2/259/EDCF
Comment: _____  Unit Team Members Signature: _____

Disposition:

RE: ON 5-31-22 [redacted] RETURNED TO ME IN C-2 CELLHOUSE/CELL #145/EDCF [redacted] BY UNIT TEAM WEBSTER, WITH THE ABOVE MENTIONED LEGAL DOCUMENTS/EXHIBITS AND CASE LAW, WHO SAID IT WAS ALL FOUND ON THE RUN (ON THE FLOOR IN A-2 CELLHOUSE)

To: _____ (Name & Number)                         Date: _____
I WILL RESUBMIT IN A-2 NOW I'VE MOVED BACK AND TRY IT AGAIN, AND WILL NOTIFY THE COURT.
Disposition:

Employee's Signature                       To be returned to inmate.
P-0009b

*NOTE: U.T. SAID MY LEGAL MATERS WERE ON THE FLOOR ON THE RUN IN A-2 CELLHOUSE*    A2-254 DOC 31 / C2 151

**KDOC_court_file_edcf**

| | |
|---|---|
| From: | KSD_CMECF@ksd.uscourts.gov |
| Sent: | Wednesday, May 25, 2022 8:07 AM |
| To: | ksd_nef@ksd.uscourts.gov |
| Subject: | Activity in Case 5:21-cv-03105-JAR-GEB Brown (ID 57800) v. Schnurr et al Reply to Response to Motion |

(EXHIBIT-2)

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### DISTRICT OF KANSAS

## Notice of Electronic Filing

The following transaction was entered by Duenes, Michael on 5/25/2022 at 8:06 AM CDT and filed on 5/25/2022

| | |
|---|---|
| **Case Name:** | Brown (ID 57800) v. Schnurr et al |
| **Case Number:** | 5:21-cv-03105-JAR-GEB |
| **Filer:** | Jeffrey Neal Pettijohn |
| | Todd E. Swenson |
| **Document Number:** | 31 |

**Docket Text:**
**REPLY TO RESPONSE TO MOTION by Defendants Jeffrey Neal Pettijohn, Todd E. Swenson re: [25] Motion to Dismiss, Motion for Summary Judgment (Duenes, Michael)**


**5:21-cv-03105-JAR-GEB Notice has been electronically mailed to:**

Christopher David Brown     KDOC_court_file_edcf@ks.gov

Michael Joseph Duenes     michael.duenes@ag.ks.gov, chelsea.zamora@ag.ks.gov, connie.deckard@ag.ks.gov, donna.wells@ag.ks.gov

**5:21-cv-03105-JAR-GEB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

*NOTE: I/M BROWN MOVED FROM A2/259 TO C2/151, ~~C205~~ ON 5-26-2022 THEN TO C-2/145 ON 5-27-2022*

1

{ RE: NOTICE OF ELECTRONIC FILING DATED 5-25-2022, DELIVERED TO ME BY U.T. WEBSTER 5-31-2022 (6 DAYS LATER), HINDER MY ACCESS TO COURT. }

**INMATE REQUEST TO STAFF MEMBER**

To: UNIT TEAM BUCHANAN     PARKINSON COLLINS APPROX 5:27AM A2/259 cell    Date: 6-5-2022
(Name and Title of Officer or Department)

(EXHIBIT-3)

[Unit Team Member Signature]

To be retained by Inmate

Brown, D.     A2-259
Last Name Only

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**

( PAGE-1-of-2 )     #57800
Number

**INMATE REQUEST TO STAFF MEMBER**

To: UNIT TEAM BUCHANAN     Date: 6-5-2022
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I RECEIVED A NOTICE OF ELECTRONIC FILING DOCUMENT DATED 5-25-2022 THAT WAS ENTERED BY MICHAEL DUENES, ON 5-31-2022 I FINALLY RECEIVED THE NOTICE OF ELECTRONIC FILING DOCUMENT (DOC. NO. 31) WHICH WAS (6) SIX DAYS LATER. THIS TAKES AWAY TIME FROM ME TO RESPOND TO MY LEGAL PAPERS, AND IT SEEMS TO BE INTENTIONAL AS ITS HAPPEND SEVERAL TIMES IN THE PAST, AND K.D.O.C./E.D.C.F. STAFF/EMPLOYEES ARE HINDERING MY ACCESS TO THE COURTS →

Work Assignment: _____     Living Unit Assignment: A-2/259/EDCF
Comment: _____     Unit Team Members Signature: _____

Disposition: Yes I FOUND SOME PAPERWORK THAT APPEARED TO BELONG TO YOU ON THE DAYROOM FLOOR. I DON'T KNOW HOW IT GOT THERE. I FOUND IT WHEN YOU WERE LIVING IN CCH.

To: _____     Date: _____
(Name & Number)

Disposition: _____     UT Buchanan

( RE: I RECEIVED ON 6-7-2022 A-2/259 U.T. LABEL SLID UNDER DOOR )

Employee's Signature     To be returned to inmate.

P-0009b

(RE: FORM 9 DATED 6-5-2022 / PAGE-2-OF-2)

AND ITS A PATTERN OF BEHAVIOR. ALSO, WHEN C-2 UTS WEBSTER DELIVERED THE NOTICE OF ELECTRONIC FILING DOCUMENT, SHE ALSO GAVE ME SEVERAL OTHER PAGES OF MY LEGAL PAPERS, WHICH SHOULD HAVE BEEN E-FILED TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF KANSAS, BUT WAS NOT, AND SHE TOLD ME ALL THESE LEGAL PAPERS WERE FOUND ON THE RUN IN A-2 CELLHOUSE. LEGAL PAPERS/MAIL GOES TO THE UNIT-TEAM, AND THE UNIT TEAM DELIVERS IT TO THE INMATE, SO IF AN INMATE THREW MY LEGAL PAPERS ON THE CELLHOUSE FLOOR ITS DUE TO STAFF/UNIT TEAM IN A-2 CELLHOUSE GIVING MY LEGAL PAPERS TO ANOTHER INMATE, WHICH CAN NOT BE BY MISTAKE AS MY NAME IS ON THE CAPTION CHRISTOPHER DAVID BROWN AND ITS ANOTHER ISSUE THAT CAUSES ME TO BELIEVE ITS INTENTIONAL TO HANDICAP MY EFFORTS TO LITIGATE MY LAWSUIT, PRO SE. I STATE THESE FACTS SHOULD THE FACTS BE NEED AT A LATER DATE, AND TO INFORM YOU OF WHAT BEEN GOING ON AND/OR WHATS GOING ON RIGHT NOW. I ALSO WANT A RECORD OF ALL OF THIS FOR COURTS. I SPOKE TO UTS ABEL AT MY ASSIGNED CELL #257 IN A-2 CELLHOUSE ABOUT MY LEGAL PAPERS BEING ON THE RUN ON 6-2-2022, WHO SAID HE DIDN'T KNOW ANYTHING ABOUT THAT, AND SAID HE'S E-FILED ANY LEGAL PAPERS IVE TURNED IN THAT HE'S GOTTEN. I ALSO REPORTED THESE MATTERS TO UTS BUCHANAN, WHO'S BEEN COVERING FOR MY UNIT TEAM AND/OR UNIT TEAM MANAGER LEWIS WHO'S BEEN GONE, ON 6-2-2022 WHO SAID I SHOULD PUT ON A FORM 9, WHICH IM DOING/HAVE DONE. LET THE RECORD REFLECT SUCH FACTS STATED.