IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER DAVID BROWN,
PLAINTIFF,

CASE NO. 5:21-CV-3105-JAR-GEB

V.

DANIEL L. SCHNURR, et al.
DEFENDANTS.

### REPORTING FURTHER RETALIATION BY KDOC EMPLOYEES, AND A MOTION FOR AN EXTENTION OF TIME TO REPLY TO DEFENDANTS REPLY IN SUPPORT OF THEIR MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT (DOC NO. 31)

COMES NOW, PRO SE PLAINTIFF CHRISTOPHER DAVID BROWN IN THE ABOVE CAPTIONED CASE REQUESTING AN EXTENTION OF TIME TO REPLY TO DEFENDANT'S REPLY IN SUPPORT; (DOC NO. 31). PLAINTIFF STATES THE FOLLOWING IN SUPPORT OF THIS MOTION.

1.) K.D.O.C. OFFICIALS CONTINUE TO SUBJECT PLAINTIFF TO NUMEROUS FORMS OF RETALIATION FOR PLAINTIFF'S EXERCISING OF PLAINTIFF'S FIRST AMENDMENT RIGHTS, WHICH HINDERS, PREVENTS, THWARTS PLAINTIFF'S ABILITY TO LITIGATE THIS LAWSUIT.

2.) MOVING IS EXTREMELY TAXING MENTALLY AND PHYSICALLY, AND K.D.O.C. OFFICIALS USE THIS ~~[redacted]~~ AS A TACTIC AND/OR TOOL TO PUNISH AND RETALIATE AGAINST PRISONERS, AND EXHAUST THEM/PLAINTIFF.

3.) PLAINTIFF WAS MOVED FROM A-2/#259 TO C-2/#151 ON 5-26-2022

4.) PLAINTIFF WAS MOVED FROM C-2/#151 TO C-2/#145 ON 5-27-2022

(PAGE-1-OF-7)

5.) Plaintiff was moved from C-2/#145 to A-2/#259

6.) On 5-31-2022 in C-2 Cellhouse Plaintiff was escorted to Shower no. #6, and expected to get in the shower room and stand in approx 3" of backed up filthy, stinky, unsanitary backed up sewage water that would have submerged Plaintiff's feet.

7.) C/O Staats and C/O Stevenson told Plaintiff if he wouldn't walk in and stand in the pond of backed up sewage water Plaintiff wouldn't get a shower. Plaintiff decided to return to his cell, without doing anything to justify a disciplinary report (D.R.)

8.) When the OIC (Officer In Charge) Donna Vetter arrived at Plaintiff's cell, she gave Plaintiff a grievance form and said she'd put in a work order to have the plumbers take care of the problem, and told Plaintiff to file a grievance

9.) Plaintiff said that's fine, but I didn't do anything to justify being denied a shower. (Note showers were still being ran) Plaintiff said; "I didn't cuss staff out, spit on them, kick them, headbutt them, or threaten them; I want my shower. OIC/CSI Vetter told Plaintiff it's her call and she's not gonna let me take a shower.

10.) On 6-1-2022 Plaintiff received a false and retaliatory disciplinary report for allegedly indirectly threatening staff. (See Exhibit-A)

11.) The disciplinary report is still pending to date 6-16-2022

12.) On 5-18-2022 Plaintiff submitted a inmate request to staff member/aka -"Form-9", making a official request to be moved out of the cell Plaintiff was in; (A-2/#259) due to it not working out with Plaintiff's cellie, at the time, and Plaintiff's fear of being attacked due to K.D.O.C. staff labeling Plaintiff as: snitch, rat, chomo, punk b****,

(Page-2-of-7)

ETC., AND THE INMATES THAT HAVE THREATENED PLAINTIFF IN H.C.F., L.C.F., AND E.D.C.F., AND PLAINTIFF'S ISSUES WITH GANGS AND PLAINTIFF'S CELLIE HAVING LOTS OF TATTOOS AND BEING IN A GANG, AND BECAUSE THE UNIT TEAM MANAGER CAME TO PLAINTIFF'S CELL READY TO KICK PLAINTIFF OUT OF THE HOLE/ADMIN SEG. BACK INTO POPULATION, AND PLAINTIFF SAYING NO OUT OF FEAR FOR PLAINTIFF'S SAFETY, AND DUE TO EAI COMING TO PLAINTIFF'S CELL DOOR ASKING PLAINTIFF WHATS WRONG, AND WANTING PLAINTIFF TO STATE IT OUT LOUD SO OTHER INMATES CAN HEAR AND PREY ON PLAINTIFF FOR NOT GOING TO POPULATION, FOR BEING SCARED, A CHECK IN, ETC.

13) PLAINTIFF WAS TOLD HE'D BE MOVED TO C-2 CELLHOUSE AND NOT HAVE A CELLIE, BUT IT TOOK (8) DAYS BEFORE PLAINTIFF WAS MOVED TO C-2 CELLHOUSE, WHICH ONLY HAD APPROX (30) PRISONERS HOUSED IN IT, AND PLAINTIFF WAS GIVEN A CELLIE THE FIRST DAY.

14.) PLAINTIFF'S FORM 9 DATED 5-18-2022 WAS IGNORED AND THE UNIT TEAM REFUSED TO ADDRESS PLAINTIFF'S ISSUES/PROBLEMS.

15) PLAINTIFF FILED A GRIEVANCE ON 6-2-2022 MAKING A OFFICIAL REQUEST FOR P.C. (PROTECTIVE CUSTODY), WHICH WAS IGNORED.

16) ON 6-2-2022 PLAINTIFF WAS MOVED BACK TO A-2 CELLHOUSE TO HIS OLD CELL # 259, WITH HIS OLD CELLIE, MICHAEL COUCH KDOC #123062

17) MR. COUCH DID NOT HAVE A CELLIE BECAUSE THE UNIT TEAM WAS CONCERNED MR. COUCH WOULD KILL ANOTHER CELLIE, YET PLAINTIFF WAS MOVED RIGHT BACK INTO THE CELL PLAINTIFF JUST INFORMED STAFF PLAINTIFF WAS HAVING ISSUES WITH THAT INMATE, MR. COUCH.

18) THE FORM-9 IS ATTACHED TO THE GRIEVANCE AND BEING PROCESSED AND THATS WHY PLAINTIFF IS UNABLE TO ATTACH THE

(PAGE-3-OF-7)

DOCUMENTS AS EXHIBITS. (FOR THE RECORD) IS BEING PROCESSED.

19.) ON 5-18-2022 PLAINTIFF TURNED IN LEGAL PAPERS WITH A FORM-9 ATTACHED WITH INSTRUCTIONS THAT THE MOTION BE E-FILED IN THE U.S. DIST COURT CASE NO. 5:21-CV-3105-JAR-GEB, ETC., IN A-2 CELLHOUSE.

20.) ON 5-31-2022 C-2 UNIT TEAM WEBSTER GAVE PLAINTIFF BACK HIS LEGAL PAPERS, AND INFORMED PLAINTIFF THEY WERE ON THE CELLHOUSE DAYROOM FLOOR IN A-2 CELLHOUSE.

21.) BECAUSE PLAINTIFFS LEGAL PAPERS DID NOT GET E-FILED WHEN PLAINTIFF SUBMITTED THEM, AND INSTEAD WERE FOUND ON THE CELLHOUSE DAYROOM FLOOR, PLAINTIFF HAD TO DO MORE PAPER WORK AND RESUBMIT THE LEGAL PAPERS WITH AN EXPLANATION AS TO WHY THEY ARE BEING E-FILED AT THAT TIME (2ND TIME) WHICH OF COURSE WAS AFTER DEFENDANTS FILED THEIR REPLY. (SEE EXHIBITS 1, 2, 3, 4 TO PLAINTIFFS MOTION INFORMING THE COURT OF K.D.O.C. EMPLOYEE'S CONTINUED INTERFERENCE WITH PLAINTIFF'S ACCESS TO THE COURTS, AND TO LITIGATE THIS LAW SUIT TO THE BEST OF PLAINTIFFS ABILITY.) NOTE, IT HAS NOT BEEN ASSIGNED A DOC. NO. YET, OR PLAINTIFF HASN'T RECEIVED NOTICE THAT IT HAS AS OF 6-16-2022.

22.) BECAUSE PLAINTIFF WAS MOVED BACK INTO A CELL WITH A INMATE PLAINTIFF INFORMED KDOC OFFICIALS EAI, UNIT TEAMS, THAT PLAINTIFF WAS HAVING ISSUES WITH, PLAINTIFF HAS RECEIVED A SERIOUS BACK INJURY. (SEE EXHIBIT-B; HEALTH SERVICES REQUEST FORM)

23.) BECAUSE THE MR COUCH WAS MOVED TO C-2 CELLHOUSE PLAINTIFF IS NOT IN DANGER.

24.) BECAUSE MR COUCH MOVED TO C-2 CELLHOUSE AND WAS PLACED IN A PROGRAM CALLED STEPDOWN, WHICH GETS A INMATE BACK TO GENERAL POPULATION PLAINTIFF CAN NOT

(PAGE-4-OF-7)

SAY ANYTHING. IF MR. BROWN/PLAINTIFF SAID MR. COUCH HURT PLAINTIFF, MR. COUCH WOULD BE KICKED OUT OF THE PROGRAM AND WOULD BE PLACED ON INVESTIGATION AND MR. COUCH WOULD BE AFTER PLAINTIFF TO KILL PLAINTIFF. IF MR. COUCH WAS TO RECEIVE A D.R. FOR HARMING PLAINTIFF, MR. COUCH WOULD BE AFTER PLAINTIFF TO KILL PLAINTIFF. MR. COUCH IS A AB GANG MEMBER FROM WHAT PLAINTIFF HAS HEARD. PLAINTIFF DOES NOT WANT TO HAVE AN AB GANG MEMBER WHO NEVER GETTING OUT OF PRISON TRYING TO KILL PLAINTIFF. AND K.D.O.C. OFFICIALS (UNIT-TEAMS, EAI) KNOW THIS AND KNOW PLAINTIFF WOULD BE LABELED FOR SNITCHING ON MR. COUCH. PLAINTIFF CANNOT HAVE THIS. OTHER AB'S WILL TRY TO KILL PLAINTIFF. PLAINTIFF HAS ENOUGH ENEMIES AS IT IS!

25) BECAUSE PLAINTIFFS LAW LIBRARY MATERIALS COME FROM A FORM-9 REQUEST PLAINTIFF NEEDS EXTRA TIME TO GET CASE LAW, GET FORM 9'S TO SEND LAW LIBRARY REQUEST, TIME TO READ THE CASE LAW, AND TIME TO RESUBMIT REQUEST THAT ARE NOT PROCESSED.

26) ALL OF THIS IS K.D.O.C. CORRUPTION, EVIL, AND INTENTIONAL TO EXHAUST PLAINTIFF, HARM PLAINTIFF, PUT LIFE AND DEATH FEAR INTO PLAINTIFF, AND DONE TO TRY TO CAUSE PLAINTIFF TO STOP LITIGATING THIS LAW SUIT.

27) PLAINTIFF DOESNT EVEN KNOW IF HE'S SUPPOST TO REPLY TO DEFENDANTS REPLY (DOC NO. 31) BUT PLAINTIFF WANTS TO REPLY BECAUSE DEFENDANTS LIED AND IT MAKES ME SICK!

28) CSI DONNA VETTER ALSO SUBJECTED PLAINTIFF TO FURTHER RETALIATION BY REFUSING PLAINTIFF HIS CANTEEN FOR TWO WEEKS. C/O STAARNS CALLED CSI VETTER ON C-2 CELLHOUSE STORE DAY AND TOLD CSI VETTER SHE COULD/WAS COME PICK-UP PLAINTIFFS CANTEEN BAG, BUT CSI VETTER SAID NO, AND TOLD C/O STAARNS PLAINTIFF

(PAGE-5-OF-7)

AND CORRECT AND I'VE ONLY WROTE RE: OR NOTES TO NOTE
DATES, TIMES, PEOPLE, WHEN I RECEIVED DOCUMENTS, ETC.

EXECUTED ON 6-16-2022

*Christopher David Brown* (signature)

EDCF, P.O. BOX 311
EL DORADO, KS 67042

(PAGE-7-OF-7)

CAN WAIT TWO MORE WEEKS BECAUSE SHE WAS SENDING PLAINTIFF'S CANTEEN BACK TO THE WAREHOUSE, WHICH SHE DID. PLAINTIFF WAS FORCED TO WAIT UNTIL 6-13-2022 TO GET THE CANTEEN HE ORDERED AROUND 5-31-2022 AND WHICH THE MONEY WAS TAKEN ON 6-1-2022 ALL BECAUSE EVIL CSI WETTER WANTED TO MAKE PLAINTIFF GO WITHOUT CANTEEN FOR TWO WEEKS. (SEE EXHIBIT-C, CANTEEN RECEIPT)

29) PLAINTIFF HAS ALSO BEEN DENIED TOILET PAPER AND FORCED TO WIPE HIMSELF WITH A RAG, WHICH KDOC EMPLOYEES DO TO CAUSE PLAINTIFF TO WRITE A FORM-9, GRIEVANCE, GRIEVANCE APPEAL, OVERWHELMING PLAINTIFF WITH PAPERWORK, AND ALSO TO PROVOKE AND ATTEMPT TO CAUSE PLAINTIFF TO SNAP AND ACT IN WAYS THAT WOULD JUSTIFY BEING PLACED ON A NO PROPERTY STATUS. PLAINTIFF'S BEEN GIVEN FILTHY DIRTY SHEETS, TOWELS, ETC. BUT PLAINTIFF CONTINUES TO FIGHT HIS PROBLEMS WITH PEN AND PAPER.

30) PLAINTIFF IS IN PAIN AND IS FORCED TO PEAR WITH IT, UNABLE TO SIT AND WRITE FOR VERY LONG. PLAINTIFF'S BACK HURTS NOW, BUT PLAINTIFF IS ENDURING THE PAIN.

31) PLAINTIFF HAS FOUND NEW ISSUES/ARGUMENTS/AUTHORITY IN THE CASE LAW PLAINTIFF HAS RECENTLY GOTTEN, AND PLAINTIFF WANTS TO ADD TO HIS REPLY TO DEFENDANTS REPLY DOC. NO. 31 IF PLAINTIFF IS SUPPOSED TO RESPOND.

32) THIS IS PLAINTIFF'S FIRST REQUEST FOR AN EXTENTION OF TIME TO REPLY TO DEF'S REPLY (DOC. NO. 31).

33) WITH ALL PLAINTIFF IS FACED WITH PLAINTIFF BELIEVE THIS REQUEST IS MADE IN GOOD FAITH.

34) PURSUANT TO 28 U.S.C. §1746, I MOVE PLAINTIFF CHRISTOPHER DAVID BROWN HAVING PERSONAL KNOWLEDGE OF THE MATTERS STATED DECLARES UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT ALL EXHIBITS ARE TRUE

(PAGE-6-OF-7)