Attachment B, IMPP 11-119
Effective: 12-11-13

# DISCIPLINARY REPORT

(EXHIBIT-A)

EDCF Central
(FACILITY)

Case No. 22-05-222      Date of Alleged Violation: 05/31/2022      Time: 1930 A.M. / P.M.

Date This Report Written: 05/31/2022      Time: 1950 A.M. / P.M.

Name of Inmate: Brown     David          No. 57800     Cell No: C2 145
                LAST      FIRST    MI

Duty Assignment: Segretion Long term step down

**Alleged Violation of Law or Rule** (Identify by Code No., Short Title, and Class) 44-12-306 Threatening or Intimidating any person  a Class I Offense

FACTS: I CSI Vetter went over to the C2 side cell 145 to speak with resident Brown. Resident Brown had a complaint about the shower. He had been told to shower in shower 6 or he could not shower. I told him I would inspect the shower to see if it was in bad shape. He did not like this answer and stated, " I could spit on and head butt staff for this." Since no one is to threaten staff directly or indirectly I  Therefore  am writing resident Brown for 44-12-306 Threatening or Intimidating any person. A class I offense.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses:                               (Signature) D. Vetter
COI McKinney                                   Donna K. Vetter       CSI        S/M/T
                                               Printed Name and Title of Employee Writing Report

Approved by: Capt CC
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.
Executed on 6/1/22           Signature D. Vetter

I received a copy of this report on _____, _____,
                                    (Date)      (Time)            (Inmate Signature & No)
I served a copy of this report  6-1-22 , 9:33 , CSI
                               (Date)   (Time)   (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.