IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER DAVID BROWN,
PLAINTIFF

VS.                                CASE NO. 5:21-CV-03105-JAR-GEB

DANIEL L. SCHNURR et al.,
DEFENDANTS

MOTION INFORMING THE COURT OF K.D.O.C. EMPLOYEE'S CONTINUED INTERFERENCE WITH PLAINTIFF'S ACCESS TO THE COURTS, AND TO LITIGATE THIS LAWSUIT TO THE BEST OF PLAINTIFF'S ABILITY.

COMES NOW PRO. SE PLAINTIFF CHRISTOPHER DAVID BROWN IN THE ABOVE CAPTIONED CASE TO INFORM THIS COURT OF K.D.O.C. EMPLOYEE'S CONTINUED INTERFERENCE OF PLAINTIFF'S ACCESS TO THE COURT HINDERING PLAINTIFF'S EFFORTS TO LITIGATE, AND, IN THIS CASE, PREVENTING PLAINTIFF FROM LITIGATING. PLAINTIFF STATES THE FOLLOWING FACTS IN SUPPORT:

1.) PLAINTIFF SUBMITTED A INMATE REQUEST TO STAFF MEMBER/FORM-9 ON, 5-18-2022 ATTACHED TO PLAINTIFF'S SUPPLEMENTAL, OR IN THE ALTERNATIVE AMENDED RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT (DOC NO. 26) (SEE EXH.-1)

2.) CSI LOEWE SIGNED AND RETURNED THE FORM-9 RECEIPT TO PLF., PER POLICY, AT APPROX 6:41 AM, WHICH PLF. HAS REATTACHED; WITH TAPE, TO THE FORM-9. (SEE EXHIBIT-1)

3.) THE FORM-9 WAS RETURNED TO PLF., IN C-2 CELLHOUSE, AT PLF.'S ASSIGNED CELL #145, WITHOUT BEING PROCESSED, BY...

(PAGE-1-OF-3)

UNIT TEAM WEBSTER ON 5-31-2022 INFORMING PLF THAT THE LEGAL DOCUMENTS WERE FOUND ON THE RUN IN A-2 CELLHOUSE (SEE EXHIBIT-1)

4.) PLF WAS MOVED TO C-2 CELLHOUSE ON 5-26-2021 FROM A-2 CELLHOUSE (SEE EXHIBIT-1,2,3, AND 4)

5.) PLF RECEIVED A, NOTICE OF ELECTRONIC FILING, FROM, MICHAEL DUENES, DATED, 5-25-2022, ON 5-31-2022, (6) SIX DAYS AFTER THE TRANSACTION WAS ENTERED, DELIVERED TO PLF BY C-2 UNIT TEAM WEBSTER, BUT NOT THE ACTUAL REPLY. (SEE EXHIBIT-2) AND (SEE-EXHIBITS 3-4)

6.) BECAUSE PLF'S LEGAL PAGES WERE NOT E-FILED ON 5-18-2022, WHEN PLF. TURNED THEM IN TO K.D.O.C./EDCF STAFF, PLF'S PLEADINGS WERE IGNORED BY DEFENDANTS AND THEIR ATTORNEY'S, AND DEF.'S RESPONDED TO ONLY PART OF WHAT DEF.'S SHOULD HAVE RESPONDED TO, WHAT DEF.'S WANTED TO REPLY TO, NOT WHAT THEY SHOULD HAVE.

7.) PLF. RECEIVED DEF.'S ACTUAL REPLY (DOC. NO. 31.) ON 6-1-2022 IN C-2 CELLHOUSE AT PLF'S ASSIGNED CELL #145, BY UNIT TEAM WEBSTER AT APPROX 2:40PM. (SEE EXHIBITS 3 AND 4)

8.) DUE TO THE FACT THAT K.D.O.C. ▓▓▓▓▓▓▓▓▓ EMPLOYEE'S HAVE AGAIN REFUSED TO E-FILE PLF'S LEGAL PAPERS PLF HAS BEEN HANDICAP AND HAS CAUSED PLF MUCH MORE WORK TO ATTEMPT TO ADDRESS AND CORRECT THE PROBLEM.

9.) K.D.O.C./EDCF EMPLOYEE'S HAVE DONE THIS BEFORE (SEE DOC. NO. 18) WHERE ▓▓▓▓▓ ATTEMPTED TO E-FILE ▓▓▓▓▓ A MOTION FOR AN EXTENTION OF TIME, THAT WAS NOT E-FILED, AND JUDGE SAM A. CROW DENIED PLF'S REQUEST FOR AN EXTENTION OF TIME (SEE DOC. NO. 22, EXH 6)

10.) PLF IS LEARNING TO PLAN AHEAD AND PLF HAS STAFF/UNIT TEAM SIGN AND DATE WHEN THEY DELIVER LEGAL PAPERS TO PLF AS WAS DONE IN C-2 CELLHOUSE, WHERE U.T. WEBSTER WROTE HER

(PAGE-2-OF-3)

NAME AND THE DATE SHE DELIVERED TO PLF THE NOTICE OF ELECTRONIC FILING DOCUMENT (1-PAGE) DATED 5-25-2022 AS PLF UNDERSTANDS KDOC EMPLOYEES ARE CORRUPT AND WILL LIE AT THE FLICK OF A LIGHT SO PLF MUST DOCUMENT AS MUCH AS HE CAN. (SEE EXHIBIT-2)

11.) PLF ASK THIS COURT TO ALLOW PLF'S SUPPLEMENTAL PLEADING BE E-FILED AND BE INCLUDED TO PLF'S RESPONSE (DOC. NO. 30) AS IT WOULD HAVE ALREADY BE SO IF NOT FOR THE CORRUPTED KDOC EMPLOYEE'S GAMES, AND PLF ALL THE COURT GRANTS DEF'S TO REPLY TO PLF'S SUPPLEMENTAL RESPONSE AND/OR AMENDED RESPONSE TO DEF.'S (DOC. NO.'S 25, 26, 27)

12) PURSUANT TO 28 U.S.C. §1746, I PRO SE PLAINTIFF CHRISTOPHER DAVID BROWN HAVING PERSONAL KNOWLEDGE OF THE MATTERS STATED, DECLARES UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT ALL EXHIBITS ARE TRUE AND CORRECT AND I'VE ONLY WROTE SMALL NOTE TO IDENTIFY DATES, TIMES, WHO, WHAT, WHEN, WHERE. EXECUTED ON 6-7-2022

Christopher David Brown #57800
(SIGNATURE)

EDCF P.O. BOX 311
ELDORADO, KS. 67042

(PAGE-3-OF-3)