RE: E-FILE ATTACHED PLF'S SUPPLEMENTAL, OR IN THE ALTERNATIVE AMENDED RESPONSE TO (Doc. No. 29)

**INMATE REQUEST TO STAFF MEMBER**   (EXHIBIT-1)

To: UNIT TEAM BUCHANAN                    Date: 5-18-2022
(Name and Title of Officer or Department)

APPROX 6:41 AM
CSI LOEWE
A-2/259/EDCF

_____
Unit Team Member Signature                    To be retained by Inmate

D. BROWN
Last Name Only

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**

( PAGE-1-of-1 )                 # 57800
                                    Number
**INMATE REQUEST TO STAFF MEMBER**

To: UNIT TEAM BUCHANAN          Date: 5-18-2022
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I NEED THE ATTACHED; PLAINTIFF'S SUPPLEMENTAL, OR IN THE ALTERNATIVE AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT CASE NO. 5:21-CV-03105-JAR-GEB.

Work Assignment: ADMIN SEG./RHU/O.S.R.   Living Unit Assignment: A-2/259/EDCF
Comment: _____ Unit Team Members Signature: _____

Disposition:

RE: ON 5-31-22 [redacted] RETURNED TO ME IN C-2 CELLHOUSE/CELL #145/EDCF [redacted] BY UNIT TEAM WEBSTER, WITH THE ABOVE MENTIONED LEGAL DOCUMENTS/EXHIBITS AND CASE LAW, WHO SAID IT WAS ALL FOUND ON THE RUN (ON THE FLOOR IN A-2 CELLHOUSE)
To: _____ Date: _____
(Name & Number)
I WILL RESUBMIT IN A-2 NOW I'VE MOVED BACK AND TRY IT AGAIN, AND WILL NOTIFY THE COURT.
Disposition:

_____
Employee's Signature                          To be returned to inmate.
P-0009b