*NOTE: U.T. SAID MY LEGAL PAPERS WERE ON THE FLOOR ON THE RUN IN A-2 CELLHOUSE*

A2-259 DOC 31 C2-151

**KDOC_court_file_edcf**

| | |
|---|---|
| From: | KSD_CMECF@ksd.uscourts.gov |
| Sent: | Wednesday, May 25, 2022 8:07 AM |
| To: | ksd_nef@ksd.uscourts.gov |
| Subject: | Activity in Case 5:21-cv-03105-JAR-GEB Brown (ID 57800) v. Schnurr et al Reply to Response to Motion |

(EXHIBIT-2)

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### DISTRICT OF KANSAS

## Notice of Electronic Filing

The following transaction was entered by Duenes, Michael on 5/25/2022 at 8:06 AM CDT and filed on 5/25/2022

| | |
|---|---|
| Case Name: | Brown (ID 57800) v. Schnurr et al |
| Case Number: | 5:21-cv-03105-JAR-GEB |
| Filer: | Jeffrey Neal Pettijohn |
| | Todd E. Swenson |
| Document Number: | 31 |

**Docket Text:**
**REPLY TO RESPONSE TO MOTION by Defendants Jeffrey Neal Pettijohn, Todd E. Swenson re: [25] Motion to Dismiss, Motion for Summary Judgment (Duenes, Michael)**

**5:21-cv-03105-JAR-GEB Notice has been electronically mailed to:**

Christopher David Brown     KDOC_court_file_edcf@ks.gov

Michael Joseph Duenes     michael.duenes@ag.ks.gov, chelsea.zamora@ag.ks.gov, connie.deckard@ag.ks.gov, donna.wells@ag.ks.gov

**5:21-cv-03105-JAR-GEB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

*NOTE: I/M BROWN MOVED FROM A2/259 TO C2/151, THEN ON 5-26-2022 THEN TO C-2/145 ON 5-27-2022*

1