{RE: NOTICE OF ELECTRONIC FILING DATED 5-25-2022, DELIVERED TO ME BY U.T. WEBSTER 5-31-2022, HINDER MY ACCESS TO COURT.}

**INMATE REQUEST TO STAFF MEMBER**

To: UNIT TEAM BUCHANAN    PER HABR COLLINS    Date: 6-5-2022
(Name and Title of Officer or Department)    APPEARED 5:27 AM A-2/259

[signature] U. Collins H
Unit Team Member Signature

(EXHIBIT-3)

**To be retained by Inmate**

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Brown, D.    A-2-259
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

( PAGE-1-OF-2 )    #57800
Number

**INMATE REQUEST TO STAFF MEMBER**

To: UNIT TEAM BUCHANAN    Date: 6-5-2022
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I RECEIVED A NOTICE OF ELECTRONIC FILING DOCUMENT DATED 5-25-2022 THAT WAS ENTERED BY MICHAEL DUENES, ON 5-31-2022 I FINALLY RECEIVED THE NOTICE OF ELECTRONIC FILING DOCUMENT (DX. NO. 31) WHICH WAS (6) SIX DAYS LATER. THIS TAKES AWAY TIME FROM ME TO RESPOND TO MY LEGAL PAPERS, AND IT SEEMS TO BE INTENTIONAL AS ITS HAPPENED SEVERAL TIMES IN THE PAST, AND K.D.O.C./EDCF. STAFF/EMPLOYEES ARE HINDERING MY ACCESS TO THE COURTS →

Work Assignment: _____    Living Unit Assignment: A-2/259/EDCF
Comment: _____    Unit Team Members Signature: _____

Disposition: YES I FOUND SOME PAPERWORK THAT APPEARED TO BELONG TO YOU ON THE DAYROOM FLOOR. I DON'T KNOW HOW IT GOT THERE. I FOUND IT WHEN YOU WERE LIVING IN CCH.

To: _____    Date: _____
(Name & Number)

Disposition: _____    [signature] U.T. Buchanan

{RE: I RECEIVED ON 6-7-2022 A-2/259
U.T. LABEL SLID UNDER DOOR}

Employee's Signature    **To be returned to inmate.**

P-0009b