(RE: FORM 9 DATED 6-5-2022 / PAGE-2-OF-2)

AND ITS A PATTERN OF BEHAVIOR. ALSO, WHEN C-2 [████] U.T.S WEBSTER DELIVERED THE NOTICE OF ELECTRONIC FILING DOCUMENT, SHE ALSO GAVE ME SEVERAL OTHER PAGES OF MY LEGAL PAPERS, WHICH SHOULD HAVE BEEN E-FILED TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF KANSAS, BUT WAS NOT, AND SHE TOLD ME ALL THESE LEGAL PAPERS WERE FOUND ON THE RUN IN A-2 CELLHOUSE. LEGAL PAPERS/MAIL GOES TO THE UNIT-TEAM, AND THE UNIT TEAM DELIVERS IT TO THE INMATE, SO IF AN INMATE THREW MY LEGAL PAPERS ON THE CELLHOUSE FLOOR ITS DUE TO STAFF/UNIT TEAM IN A-2 CELLHOUSE GIVING MY LEGAL PAPERS TO ANOTHER INMATE, WHICH CAN NOT BE BY MISTAKE AS MY NAME IS ON THE CAPTION CHRISTOPHER DAVID BROWN AND ITS ANOTHER ISSUE THAT CAUSES ME TO BELIEVE ITS INTENTIONAL TO HANDICAP MY EFFORTS TO LITIGATE MY LAWSUIT, PRO SE. I STATE THESE FACTS SHOULD THE FACTS BE NEED AT A LATER DATE, AND TO INFORM YOU OF WHAT BEEN GOING ON AND/OR WHATS GOING ON RIGHT NOW. I ALSO WANT A RECORD OF ALL OF THIS FOR COURTS. [████] I SPOKE TO U.T.S ABEL AT MY ASSIGNED CELL #259 IN A-2 CELLHOUSE ABOUT MY LEGAL PAPERS BEING ON THE RUN ON 6-2-2022, WHO SAID HE DIDN'T KNOW ANYTHING ABOUT THAT, AND SAYS HE'S E-FILED ANY LEGAL PAPERS IVE TURNED IN THAT HE'S GOTTEN. I ALSO REPORTED THESE MATTERS TO U.T.S BUCHANAN, WHO'S BEEN COVERING FOR A-1 UNIT TEAM AND/OR UNIT TEAM MANAGER LEWIS WHO'S BEEN GONE, [████] ON 6-2-2022 WHO SAID I SHOULD PUT IN A FORM-9, WHICH I'M DOING/HAVE DONE. LET THE RECORD REFLECT SUCH FACTS STATED.

RE: INMATE REQUEST TO STAFF MEMBER
INFORMING COURT W/ [illegible]

**INMATE REQUEST TO STAFF MEMBER**

To: UNIT TEAM ABEL    Date: 6-7-2022
(Name and Title of Officer or Department)

[signature] UT Greer approx 7:45AM A2/259/EDCF

Unit Team Member Signature

To be retained by Inmate

BROWN
Last Name Only

Form
For Cellhouse Transfer
Work Assignment _____
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**

57800
Number

**INMATE REQUEST TO STAFF MEMBER**

To: UNIT TEAM ABEL    Date: 6-7-2022
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I NEED THE ENCLOSED E-FILED TO THE U.S. DIST. COURT FOR THE DIST. OF KANSAS
CASE NO. 5:21-CV-3105-JAR-GEB
I NEED YOU TO ALSO SIGN AND DATE WHEN YOU E-FILED IT AND RETURNED IT TO ME. (MOTION INFORMING THE COURT OF WAR EMPLOYEES CONTINUED INTERFERING WITH PLT's ACCESS TO THE COURTS, AND TO [illegible])

Work Assignment: ADMIN SEG.    Living Unit Assignment: A2/259/EDCF
Comment: TO THE BEST OF [illegible] ABEL COPY    Unit Team Members Signature: _____

Disposition:
E-Filed @ 6-8-2022 @ 09:00 hrs

To: _____ (Name & Number) NOTE: GAVE BACK TO ME AT APPROX 11:46 AM BY U.T. ABEL IN A2/259/EDCF ON 6-8-2022 (WED)
Date: _____

Disposition: U.T. ABEL SAID THAT'S U.T. BUCHANAN BUT IT DON'T LOOK LIKE IT TO ME. NO MATTER, IT'S BEEN RETURNED BY U.T. ABEL.

Employee's Signature
P-0009b

To be returned to inmate.