0057800 : BROWN, DAVID C          ( EXHIBIT-C )          Receipt #5462206

Location: EDCF-C L C2 145

Correctional - El Dorado          6/1/2022          Copy 2

Invoice :23622:ElDoradoKSDOC-12999

| Code | Qty | Product | Price | Ext |
|------|-----|---------|-------|-----|
| 6690 | 2 | 6690 BEEF SUMMER SAUSAGE | 1.74 | 3.48 |
| 6693 | 2 | 6693 BEEF SALAMI | 1.66 | 3.32 |
| 6772 | 1 | 6772 GARLIC POWDER | 1.27 | 1.27 |
| 7360 | 1 | 7360 FROSTED MINI SPOONERS CEREAL | 3.16 | 3.16 |
| 7406 | 1 | 7406 BUDDY BARS | 2.01 | 2.01 |
| 7536 | 1 | 7536 BBQ CORN CHIPS | 2.45 | 2.45 |
| 6073 | 10 | 6073 SWISS MISS SINGLES | 0.14 | 1.40 |
| 6555 | 2 | 6555 WHITE RICE | 1.06 | 2.12 |
| 7576 | 1 | 7576 Coyote Valley Cheese Nibbles | 1.82 | 1.82 |
| 7578 | 1 | 7578 Nacho Tortilla Chips | 2.96 | 2.96 |
| 7709 * | 4 | 7709 FAYGO MOON MIST 20 OZ | 0.83 | 3.32 |

SubTotal: $27.31    Tax: $1.78    Total: $29.09

26 items    * Shipped separately.

Delivered By: _____    Date: 6-13-2022    Resident Paid: $29.09

Resident: David Brown #57800

By signing, I accept delivery of the above order. I have identified any discrepancies with this order and ensured the discrepancies are noted on this receipt by the Official delivering the order.

* RETALIATION BY C-2 CSI DONNA VETTER *

(NOTE: I DIDN'T GET THESE ITEMS UNTIL 6-13-2022)

IN A2/259/RHU/EDCF FROM C/O COLLINS