IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRISTOPHER DAVID BROWN, PLAINTIFF, | |
| VS. | CASE NO. 5:21-CV-03105-JAR-GEB |
| DANIEL L. SCHNURR et al., | DISTRICT JUDGE - JULIE A. ROBINSON |
| DEFENDANT(S) | MAGISTRATE JUDGE - GWYNNE E. BIRZER |

MOTION INFORMING THIS COURT OF KDOC EMPLOYEE'S CONTINUED RETALIATION, HARASSMENT, AND INTERFERENCE WITH PRO SE PLAINTIFF'S ACCESS TO THE COURTS.

COMES NOW, PRO SE PLAINTIFF CHRISTOPHER DAVID BROWN AND INFORMS THIS COURT OF CONTINUED KDOC EMPLOYEE'S INTERFERENCE WITH PLAINTIFF'S ACCESS TO THE COURT, AS A MEANS OF RETALIATION/HARASSMENT FOR PLAINTIFF EXERCISING HIS FIRST AMENDMENT RIGHTS. PLAINTIFF STATES THE FOLLOWING IN SUPPORT:

1.) PLAINTIFF SUBMITTED A MANILLA ENVELOPE WITH A FORM-9 TAPED TO THE OUTSIDE, REQUESTING THE ENCLOSE LEGAL PAPERS WITH EXHIBITS, BE E-FILED TO THIS COURT ON 6-16-2022. (SEE ATTACHED FORM 9 DATED 6-16-2022 WITH LEGAL PAPERS THAT ARE TITLED; REPORTING FURTHER RETALIATION BY KDOC EMPLOYEE'S, AND A MOTION FOR AN EXTENTION OF TIME TO REPLY TO DEFENDANTS REPLY IN SUPPORT OF THEIR MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT (DOC. NO. 31))

2.) A-2 CELLHOUSE, UNIT TEAM BUCHANAN RETURNED THE MANILLA ENVELOPE BACK TO PLAINTIFF AS PLAINTIFF WAS BEING ESCORTED OUT OF THE CELLHOUSE TO BE MOVED TO B-1 CELLHOUSE CELL #122 ON 6-17-2022, TELLING PLAINTIFF SHE E-FILED THE LEGAL PAPERS.

3.) TO DATE 6-28-2022 PLAINTIFF HAS NOT RECEIVED A NOTICE OF ELECTRONIC FILING, AND IN THE PAST THATS MENT THE LEGAL DOCUMENTS WERE NOT E-FILED. (SEE DOC. NO. 34 AND 18)

(PAGE-1-OF-2)

4) BECAUSE KDOC EMPLOYEES ARE NOT E-FILING PLAINTIFF'S LEGAL PAPERS, OR NOT DELIVERING TO PLAINTIFF THE NOTICE OF ELECTRONIC FILING DOCUMENTS PLAINTIFF IS FORCED TO DO EXCESSIVE WORK AND RESUBMIT PLAINTIFF'S LEGAL PAPERS TO BE SURE THE COURT HAS PLAINTIFF'S PLEADINGS/ LEGAL PAPERS BEFORE THEM, WHICH IS RETALIATORY AND HARASSMENT BY KDOC/EMPLOYEES/DEFENDANTS, AS IT'S A PATTERN OF BEHAVIOR NOW.

5) PLAINTIFF IS, AGAIN, RESUBMITTING THE SAME LEGAL PAPERS PLAINTIFF SUBMITTED TO BE E-FILED ON 6-16-2022.

6.) ALSO, BECAUSE KDOC/EDCF OFFICIALS HAVE MOVED PLAINTIFF OVER AND OVER AGAIN, ALL THE LAW LIBRARY FORM 9 REQUEST PLAINTIFF HAD SUBMITTED ARE NOT BEING ANSWERED/RETURNED, AND IT'S AN INTENTIONAL K.D.O.C. TACTIC TO CAUSE PRISONERS LEGAL MATERIALS TO BE MISDELIVERED AND/OR LOST, WHICH CAUSES PLAINTIFF TO REWRITE AND RESUBMIT THE LAW LIBRARY REQUEST, AGAIN, AND IS DONE TO PUNISH PRISONERS/PLAINTIFF FOR EXERCISING HIS/THEIR FIRST AMENDMENT RIGHTS. HOPEFULLY, PLAINTIFF WILL NOT BE MOVED FOR A MINUTE AS PLAINTIFF IS HOUSED IN B-1 CELLHOUSE CELL #122.

7.) PLAINTIFF SHOULD NOT HAVE TO GO THROUGH ALL OF KDOC/EMPLOYEES/ DEFENDANTS RETALIATORY GAMES AND PUNISHMENTS, BUT PLAINTIFF WILL NOT GIVE UP, AND WILL NOT DO ANYTHING OTHER THAN USE PEN AND PAPER AND KDOC/DEFENDANTS SHOULD JUST STOP EVERYTHING, AND BE HONEST AND PROFESSIONAL.

8) PURSUANT TO 28 U.S.C. §1746, I PRO SE PLAINTIFF CHRISTOPHER DAVID BROWN HAVING PERSONAL KNOWLEDGE OF THE MATTERS STATED DECLARES UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT ALL EXHIBITS/PLEADINGS ARE TRUE AND CORRECT AND PLAINTIFF HAS ONLY WROTE RE AND NOTE TO IDENTIFY DOCUMENTS

EXECUTED ON 6-28-2022

x Christopher Daniel Brown #57800
EDCF, P.O. BOX 311, ELDORADO, KS. 67042

(PAGE-2-OF-2)