*RE: E-FILE ENCLOSED DOCUMENTS INTO FILE/COURT*

**INMATE REQUEST TO STAFF MEMBER**

To: __U.T. ABEL/BUCHANAN__ AT TABLET PICK UP  A-2/259/EDCF  Date: __6-16-2022__
(Name and Title of Officer or Department)

__(T) Buchanan  6-16-2022__  GAVE BACK MANILA ENVELOPE
Unit Team Member Signature

**To be retained by Inmate**

__BROWN, D.__
Last Name Only

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**

#__57800__
Number

**INMATE REQUEST TO STAFF MEMBER**

To: __U.T. ABEL/BUCHANAN__   Date: __6-16-2022__
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I NEED THE ENCLOSED DOCUMENTS E-FILED TO THE U.S. DIST. COURT FOR THE DIST. OF KANSAS CASE NO. 5:21-CV-3105-JAR-GEB REGARDING FURTHER RETALIATION AND A MOTION FOR AN EXTENSION OF TIME TO REPLY TO DEF.'S REPLY IN SUPPORT OF THEIR MOTION...

Work Assignment: __ADMIN SEG./RHU/OSR__  Living Unit Assignment: __A-2/259/EDCF__
Comment: _____ Unit Team Members Signature: _____

Disposition: __E-filed by UT Buchanan on 6-17-2022 @ 0715 AM__

To: _____  Date: _____
(Name & Number)

Disposition: __U.T. BUCHANAN GAVE ME AS I WAS LEAVING A-2 TO BE ESCORTED TO B1/122 ON 6-17-2022__

Employee's Signature

**To be returned to inmate.**

P-0009b