IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER DAVID BROWN,
PLAINTIFF,

vs.

DANIEL L SCHNURR et al.,
DEFENDANTS)

CASE No. 5:21-CV-03105-JAR-GEB

DISTRICT JUDGE JULIE A. ROBINSON
MAGISTRATE JUDGE GWYNNE E. BERZER

MOTION REQUESTING THE COURT ISSUE AN ORDER TO SHOW CAUSE WHY K.D.O.C. OFFICIALS/EMPLOYEE'S CONTINUE TO SUBJECT PLAINTIFF TO NUMEROUS FORMS OF RETALIATION FOR PLAINTIFF EXERCISING HIS FIRST AMENDMENT RIGHTS, AND TO EXPLAIN WHY THE COURT SHOULDN'T ISSUE A TEMPORARY PRELIMINARY INJUNCTION AND/OR PROTECTIVE ORDER

COMES NOW PRO SE PLAINTIFF CHRISTOPHER DAVID BROWN IN THE ABOVE CAPTIONED CASE REQUESTING THIS COURT ISSUE AN ORDER TO SHOW CAUSE WHY THIS COURT SHOULDN'T ISSUE A TEMPORARY PRELIMINARY INJUNCTION AND/OR PROTECTIVE ORDER AGAINST DEFENDANTS/K.D.O.C. OFFICIALS-EMPLOYEE'S PROHIBITING ANY FURTHER RETALIATION AGAINST PLAINTIFF. IN SUPPORT OF THE COURT GRANTING PLAINTIFF'S MOTION, PLAINTIFF STATES THE FOLLOWING:

1.) PLAINTIFF IS IN EXTREME PAIN RIGHT NOW. PLAINTIFF SUBMITTED A MEDICAL HEALTH SERVICE REQUEST FORM ON 7-5-2022 DUE TO THE BACK INJURY PLAINTIFF IS SUFFERING FROM (SEE EXHIBIT-A) THIS BACK INJURY IS THE SAME INJURY PLAINTIFF SUBMITTED THE MEDICAL HEALTH SERVICE REQUEST FORM ON 6-6-2022 (SEE EXHIBIT-B)

2.) THE GRIEVANCE PLAINTIFF MENTIONS IN (DOC NO. 35, PAGES 3 THROUGH 4, AT #18) HAS MOVED TO THE FINAL STAGE WITH THE SECRETARY OF CORRECTION. BUT PLAINTIFF WAS GAVE A COPY OF THE GRIEVANCE W/ ATTACHMENTS (SEE EXHIBIT-C) (SEE EXHIBIT-C THROUGH-C-12)

THE COURT CAN SEE AS COULD K.D.O.C. OFFICIALS/EMPLOYEE'S IN EXHIBIT C-5 PLAINTIFF

(PAGE-1-OF-3)

MAKES CLEAR HE'S NOT GETTING ALONG WITH HIS CELLIE, THAT PLAINTIFF'S IN DANGER, AND THAT PLAINTIFF IS OFFICIALLY CHECKING IN. (SEE EXHIBIT-C-5) PLAINTIFF ALSO STATES THE AB's, BLOODS, WHITES, BLACKS, AND MEXICANS WANT TO STAB PLAINTIFF (SEE EXHIBIT-C-7) AND PLAINTIFF STATES HOW HIS CELLIE DIDN'T LOOK HAPPY WHEN A GUARD WAS YELLING ON THE RUN THAT PLAINTIFF'S PC, A CHECK-IN AND WHEN PLAINTIFF REFUSED TO GO TO POPULATION (SEE EXHIBIT-C-8) THE FORM-9 PLAINTIFF SUBMITTED IS DATED 5-17-2022 AND PLAINTIFF WASN'T INJURED UNTIL APPROX (20) DAYS LATER. (I CAN'T STAND THE PAIN. I'VE GOT TO STOP!) I'M BACK. IT HURTS REALLY BAD WHEN I'M AT THE DESK AND HAVE TO BEND DOWN TO READ AND WRITE. SO, THE POINT IS KDOC/EDCF OFFICIALS-STAFF KNEW I WAS IN FEAR FOR MY SAFETY/LIFE FOR APPROX (20) DAYS AND DID NOTHING, AND THEN WHEN I'M HARMED REALLY BAD THEN I'M KEPT IN A CELL BY MYSELF. THIS IS RETALIATION. IT'S NOT A MISTAKE. THERE'S A REASON MY FORM-9'S HAVEN'T BEEN RETURNED TO ME CONCERNING MY FEAR FOR MY SAFETY/LIFE. (SEE EXHIBIT C-2) BECAUSE THIS FIRST AMENDMENT RETALIATION ISN'T NEW ████████ TO PLAINTIFF, ████████████████████ PLAINTIFF WON'T BOTHER THE COURT WITH THE NUMEROUS DOCUMENTS ADDRESSING THIS K.D.O.C. FACILITY WIDE FIRST AMENDMENT RETALIATION, BUT PLAINTIFF IS ASKING THE COURT FOR PROTECTION, AS KDOC/EDCF HAS DENIED PLAINTIFF PROTECTION, AS HAS H.C.F. (SEE EXHIBIT-D THROUGH D-17).

3.) THERE ARE MANY FORMS OF RETALIATION PLAINTIFF HAS BEEN AND CONTINUES TO BE SUBJECTED TO, AND PLAINTIFF HAS BEEN INFORMING THE COURT OF THE MOST SERIOUS FORMS/INCIDENTS, BUT PLAINTIFF SHOULD NOT HAVE TO ENDURE ANY OF IT, AND HOPEFULLY EXPOSING THE RETALIATION BY INFORMING THE COURT OF IT, PLAINTIFF WON'T BE SUBJECTED TO SOME OF IT AS A RESULT, BUT PLAINTIFF DOES FEAR K.D.O.C. OFFICIALS WILL TRANSFER PLAINTIFF TO ANOTHER

FACILITY THAT CAUSES PLAINTIFF TO BE WORSE OFF THAN PLAINTIFF IS CURRENTLY.
(AGAIN)
PLAINTIFF FEARS BEING DENIED HIS THYROID MEDICATION. PLAINTIFF FEARS
HAVING AN INMATE MOVED INTO PLAINTIFFS CELL, OR THAT PLAINTIFF WILL BE
MOVED INTO ANOTHER INMATES CELL, THAT IS AN ENEMY OF PLAINTIFF, OR THAT
K.D.O.C. STAFF HAVE PAID TO HARM PLAINTIFF. PLAINTIFF FEARS GETTING
(AGAIN)
MORE FALSE RETALIATORY DISCIPLINARY REPORTS, PLAINTIFF FEARS K.D.O.C.
STAFF DISCONNECTING THE PHONE WHILE PLAINTIFFS TALKING TO FAMILY
(AGAIN)
AND/OR FRIENDS. BUT PHYSICALLY BEING HARMED (AGAIN) IN RETALIATION
TO PLAINTIFF'S BIGGEST FEAR, AND PLAINTIFF SUBMITS THIS
MOTION AS A RESULT.

4.) PLAINTIFF ALSO WISHES TO POINT OUT TO THE COURT THAT IS INTENTIONAL
K.D.O.C. TACTICS TO WRITE FALSE RETALIATORY DISCIPLINARY REPORTS SO THAT
PLAINTIFFS TIME AND ENERGY IS SPENT ON THE D.R. APPEAL, D.R. DEFENSE,
RULES, QUESTIONS, ETC. AS ALL THE OTHER ISSUES THAT PLAINTIFF IS FACED
SUBJECTED TO THAT PLAINTIFF EXHAUST ADMINISTRATIVE REMEDIES
ON.

5.) WHEREFORE, PLAINTIFF REQUEST THIS COURT, ISSUE THE REQUESTED
ORDER TO SHOW CAUSE FOR THE REASONS STATED, AND BECAUSE IT WOULD
SEND K.D.O.C. OFFICIALS A MESSAGE THAT THE COURT SYSTEM ISN'T IN
K.D.O.C.'S POCKET, AND WONT ACCEPT SUCH FIRST AMENDMENT
RETALIATIONS.

RESPECTFULLY, Christopher David Grace #57800
EDCF, P.O. BOX 311, ELDORADO, KS. 67042
8-1/1/22/EDCF

( PAGE - 3 - OF - 3 )