(RE: EXHIBIT TO DOC NO 35)

# Health Services Request Form

(EXHIBIT - B)

| For Medical Use Only / Sólo para uso médico | |
|---|---|
| Date Received: | 6/7/22 |
| Time Received: | 0700 |

Print Name (Imprimir nombre): DAVID BROWN
Date of Request: 6-6-2022
ID #: #57800        Date of Birth (Fecha de nacimiento): 11-6-74
Housing Location (Ubicación de la vivienda): A-2/259/EDCF
Nature of problem or request (Naturaleza del problema o solicitud): MY BACK IS INJURED REALLY BAD, IT HURTS TO SIT UP, ITS A KNOT LIKE AND THROBS AND HURTS 24/7. BEEN GETTING WORSE TOO. I NEED PAIN MEDS AND MUSCLE RUB, WHICH IM UNABLE TO PURCHASE ON CANTEEN DUE TO ADMIN SEG/6-SA/RULE STATUS. ID ALSO LIKE TO SEE THE DOCTOR TO GET MY

I consent to be treated by health staff for the condition described. BACK FIXED IF AT ALL
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)
POSSIBLE TO GIVE YOU AN IDEA OF HOW BAD MY INJURY IS JUST
I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral. IMAGINE SOMEONE PICKING ME UP IN THE AIR AND SLAMMING ME ON THE GROUND.
(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

David Brown
Patient Signature (Paciente Firma)

Place the slip in medical request box or designated area.
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

---

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: _____    ☐ Routine   ☐ Urgent   ☐ Emergent
Date: 6/7/22       Time: 0700
Date of Face-to-Face Visit: _____
Other: _____

Response Recommendation (to be completed by Medical Staff only)
Initial         ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☑ ARNP
Appointment  ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Fee Charge   ☑ $2.00
Comments: ibuprofen x 7 days, muscle rub

Staff Signature _____    Date 06/08/2022



Centurion: REC-013KS
07/01/2020