# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name DAVID BROWN   B1-122   Number 57800
Facility EDCF   Housing Unit C-2/145/EDCF   Work Detail ADMIN SEG

(PAGE-1-OF-4)

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). (ATTACHED IS A FORM 9 DATED 5-17-2022 WHICH U.T. WEBSTER RETURNED TO ME ON 5-31-2022 W/ OTHER LAW WORK AND FORM 9'S) I'VE STATED FACTS, AND MADE MY COMPLAINTS AND REQUEST IN THE ATTACHED FORM 9 AND I INCORPORATE THE SAME HEREIN THIS GRIEVANCE. I HAVE A RIGHT BY LAW TO BE PROTECTED, AND KDOC HAS DENIED ME THAT RIGHT FOR YEARS, FORCING ME TO [redacted] ATTACK OTHER INMATES [redacted] OR BE ATTACKED. CAUSING ME TO BE HARMED BY STAFF AND INMATES. I'M DONE WITH ALL THESE GAMES, AS I'VE MADE CLEAR OVER AND OVER AGAIN. I CLEARLY SAY I WANT TO BE PLACED ON P.C./PROTECTIVE CUSTODY, AND EDCF OFFICIALS HAVE AGAIN DENIED MY REQUEST.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 6-2-2022 (G) →

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See ATTACHED RESPONSE DATED 6-10-22. I DIDN'T SEE A RESPONSE ATTACHED & thought it still needed Answered. UTS Buchanan

WT: RETURNED TO ME 6-24-2022 BY U.T. BUCHHOLZ IN B-1/122/EDCF AT APPROX 2:50 PM

Unit Team Signature _____ Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

✓ I am (not) satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____ UTM 6/24/22

David Brown   6-24-2022
Inmate Signature   Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)
Date Received JUN 27 2022   Date of Final Answer JUN 29 2022   Date Returned to Inmate 6-30-2022

David Brown   6-30-2022   _____   6-30-2022
Inmate's Signature   Date   Unit Team Signature   Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number CAZZ655
Type of Complaint (Item 4: Code 01-75) 33
Cause of Complaint (Item 5: Code 01-30) 03
Type of Response (Item 6a: Code 01, 02, 08 or 09) 08

RECEIVED
JUN 27 2022
WARDEN'S OFFICE

(EXHIBIT-C-2)

RE: GRIEVANCE DATED 6-7-2022 / PAGE-2-OF-4 ) (G)

WITHOUT GIVING ME A REASON. I AGREED TO COME TO C-2 CELLHOUSE AND DO THE STEPDOWN PROGRAM, BUT MADE CLEAR THAT I'M WORRIED AND IN FEAR FOR MY SAFETY, AND WAS TOLD TO BE PUT IN A SINGLE MAN CELL, DURING SEGREGATION REVIEW, BUT I WAS HOUSED WITH ANOTHER INMATE THE SAME DAY I WAS MOVED TO C-2 CELLHOUSE. LUCKY FOR ME WADE AND I GET ALONG, BUT I CAN NOT HELP BUT THINK STAFF/OFFICIALS ARE TRYING TO GET ME HURT, BECAUSE WHEN I TOLD H.C.F. UNIT TEAMS I'M IN DANGER AND FEAR FOR MY LIFE THEY DESTROYED MY FORM-9, THEN SENT ME TO EDCF ON A BUS WITH THREE OTHER I/M'S AND HOUSED ME WITH A GANG MEMBER THAT IS SAID TO HAVE RAPED AND TORTURED HIS LAST CELLIE. THEN I TELL STAFF/U.T.M. LEWIS I'M IN FEAR FOR MY LIFE AND SUBMIT A FORM-9 DATED 4-6-2022, AND HE WAS READY TO PUT ME IN POPULATION AND STILL TO DATE HAS NOT ANSWERED AND RETURNED THAT FORM-9, WHICH I'VE ASKED U.D. BUCHANAN ABOUT TWICE. THEN WHEN I SUBMITTED THATS FORM-9 ATTACHED DATED 5-17-2022 EAI S.SISSEL CAME TO SPEAK TO ME AT MY CELL# 259 IN A-2 CELLHOUSE, WITH MY CELLIE LISTENING, AND EAI S.A. SISSEL ASKED ME WHATS WRONG, WHATS THE ISSUE, ETC, CLEARLY ATTEMPTING TO GET ME TO SAY I'M WORRIED ABOUT MY CELLIE HARMING ME, AND TO SAY I WANT PROTECTIVE CUSTODY, WHICH PRISONERS STAB OTHER PRISONERS FOR. EAI SISSEL KNOWS LABELS AS "RAT", "P.C. CHECK-IN", "CHOMO", "SNITCH", "PUNK", ECT AND LABELS THAT GET PRISONERS ATTACKED, STABBED, JUMPED, LOCKED DOWN, BEAT UP, PREYED UPON, HAVE PROPERTY STOLEN, GET RAPED, ETC. AND I WAS LIKE WHAT DO YOU MEAN WHATS MY ISSUES AND WHATS MY PROBLEMS, I'VE DOCUMENTED IT IN THE FORMS I'M SURE CAUSED YOU TO COME SPEAK TO ME, I'VE DOCUMENTED NUMEROUS TIMES, OVER AND OVER AGAIN IN H.C.F. AND I.C.F. AND EDCF. LOOK AT MY GRIEVANCES, AND I SAID LOOK, STAFF HAVE/CONTINUE TO LABEL ME A RAT, SNITCH, PUNK, CHOMO, P.C.-CHECK-IN, ETC, AND DUMB ASS I/M'S FEED INTO WHAT STAFF SAY AND PREY ON ME, THREATEN ME, ATTACK ME, AND I'M SICK OF IT. I SAID I'VE REQUESTED PROTECTION AND STAFF PUT I/M'S ON ME. U.T.M. LEWIS CAME TO MY CELL 259 IN A-2 ASKING IF I WANTED TO GO TO POPULATION AND I REFUSED AND MY CELLIE WASN'T HAPPY ABOUT THAT. AND THATS INTENTIONALLY DONE TO ATTEMPT TO CAUSE ME ISSUES WITH MY CELLIE, AND JUST LIKE NOW, U.T.M. LEWIS, U.T.BUCHANAN PROMISED TO BE IN A CELL BY MYSELF, AND I IMMEDIATELY GET HOUSED WITH ANOTHER INMATE, AND JUST BECAUSE I AGREED TO MOVE TO C-2 TO DO THE STEP—
NEXT PAGE →  →  →

(EXHIBIT-C-3)

RE: GRIEVANCE DATED 6-2-2022 / PAGE-3-OF-4 SCG

DOWN PROGRAM DOES NOT MEAN MY ISSUES/PROBLEMS ARE OVER. FOR THE RECORD I'M OKAY IN THIS CELL I'M IN RIGHT NOW, BUT I'M STILL REQUESTING TO BE ON P.C. WHY IS EVERYONE REFUSING ME PROTECTION? ESPECIALLY WHEN STAFF ARE THE REASON MY HEALTH AND/OR LIFE IS AT RISK. IN HCF, U.S. PETTIJOHN, CSI RODREGEZ, CSI BEARDSLEY, C/O P. JONES, C/O BAKER, C/O PRITSER, CSI KUHNS, UOT. R. HURT, A.T. SHROEDER, CSI GONZER, C/O MICHAELS, AND OTHERS LABEL ON ME A RAT, CHOMO, SNITCH, P.C. CHECKED AND VICES PC ON THE RUNS, TOLD INMATES AT THEIR CELLS AND IT CAUSED ME SERIOUS PROBLEMS, I/M'S THROWING ADS ON ME, THREATENING TO STAB ME ETC, AND ITS HAPPEN HERE AT EDCF WHEN I WAS HERE BEFORE AND SINCE WE BEEN HERE THIS TIME. HEARING OFFICERS JOHNSON, MCKEEN, VETTER, SUNNY LEE, NORDQUIST, HAUBENSTEIN, RANDOLPH, GREENWOOD, KING-BENAWAY, BENAWAY, AND MANY OTHERS. ITS GONE ON FOR YEARS AND CONTINUES TO DATE, AND ITS A KNOWINGLY, INTENTIONAL RETALIATORY ATTACK KDOC STAFF HAVE SUBJECTED ME TO FOR YEARS, AND NOW I DON'T CARE ABOUT WHAT I/M'S THINK OR STAFF NOW. I NEED P.C. AND DEMAND IT FOR MY HEALTH, SAFETY, LIFE. IF ANYONE DOES ANYTHING TO ME I'M HERE UN OUT, DUE TO THE LABELS STAFF IN SEG UNITS ALWAYS PUT ON ME I'M GONNA SUE EVERYONE. RETALIATION FOR INVOKING THE GRIEVANCE PROCEDURE, AND EXERCISING MY FIRST AMENDMENT RIGHTS IS ILLEGAL, AND THATS WHY STAFF PUT ALL THESE FALSE TARGETS/LABELS ON ME, AND ITS BEING DELIBERATELY INDIFFERENT TO MY HEALTH, SAFETY, AND/OR LIFE, AND IT VIOLATES MY 8TH AMENDMENT TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT UNDER THE U.S. CONST. AND MY FIRST AMENDMENT RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF MY GRIEVANCES. AND I WAS ATTACKED AT THIS FACILITY TWICE LAST TIME I WAS HERE BECAUSE STAFFS RETALIATION, AND I'M NOT GONNA PLAY THESE GAMES NO MORE I'M ALWAYS LIED TO AND THATS WHY I DOCUMENT EVERYTHING AS I AM NOW. REFER TO EXHAUSTED GRIEVANCES... BA00018475(68) DATED 2-26-2020, BA00018370(40) DATED 8-7-2019, SPECIAL KINDS OF PROBLEMS GRIEVANCE FORM DATED 9-29-2019(51) WHICH MCKEEN IS MENTIONED AND ME BEING ATTACKED HERE WHILE I WAS IN POPULATION, BA00013882(44) DATED 4-14-2019/9-3-2019, CA0001925 DATED 6-19-2014(54), AND AS I'M LOOKING THROUGH MY RECORDS I SEE →

NEXT PAGE → → →

(EXHIBIT-C-4)

(RE: GRIEVANCE DATED 6-2-2022/PAGE-4-OF-4) (G)

SEVERAL GRIEVANCES UNIT TEAMS REFUSED TO PROCESS ALLEGEDLY FOR THE GRIEVANCE BEING DUPLICATE, WHICH ISN'T TRUE, BUT (33) DATED 5-27-2014, (52) DATED 6-19-2014, (32) DATED 5-21-2014, (40) DATED 6-5-2014, (37) DATED 5-29-2014, CA00019869 DATED 10-7-2015 (90), AND I HAVE SEVERAL AFFIDAVITS AND KITES FROM I/M'S DUE TO STAFF PUTTING THESE RETALIATORY TARGETS ON ME, AND I HAVE SEVERAL FORM-9'S. THIS TYPE OF RETALIATION HAS GONE ON FOR YEARS, AND IT JUST HAPPEND AGAIN IN A-2 CELLHOUSE SINCE I'VE BEEN HERE THIS TIME IN 2022. SO IF STAFF REFUSES TO HOLD STAFF ACCOUNTABLE FOR THIS TYPE OF RETALIATION, REFUSES TO STOP IT, REFUSES TO PROTECT ME, AND I'M SICK OF IT! JUST LIKE I TOLD EVERYONE AT SEGREGATION REVIEW BOTH TIME I WENT IN A-2 CELLHOUSE, AND AS I'VE TOLD UNIT TEAMS AT MY CELL DOOR, I WANT TO GO HOME, AND I REFUSE TO KEEP GETTING INTO VIOLENT PHYSICAL CONFRONTATIONS WITH INMATES DUE TO STAFF LABELING ME A P.C.-CASE IN WHEN I'M NOT, AND A RAT AND CHILDMOLESTER, SO NOW I AM P.C. SO THESE LABELS CAN BE TRUE AND WE WILL GO FROM THAT! BUT I'M DONE JUST ACCEPTING THIS CORRUPT EVIL LIFE THREATENING RETALIATION JUST BECAUSE I EXERCISE MY FIRST AMENDMENT RIGHTS. JUST BECAUSE I REFUSE TO STAB STAFF AND CHOOSE TO USE A PEN AND WRITE THEM UP INSTEAD. THE WARDEN NEEDS TO CAUSE STAFF TO BE HELD ACCOUNTABLE FOR THIS RETALIATION AGAINST ME, AND PREVENT IT IN THE FUTURE BY NOT GIVING @JQUELTY STATE IMMUNITY, BY HOLDING STAFF ACCOUNTABLE, BY DOING HIS JOB, AND ALSO CAUSE ME TO BE P.C. AND NOT O.S.R. WHICH I'VE REQUESTED FOR YEARS NOW AND STAFF/OFFICIALS REFUSE ME PROTECTION AND DON'T MOVE ME IN A CELL WITH JUST ANYONE. I'M CELL REBITT NOW, BUT I NEED A SAY IN MY CELLIE FOR SAFETY, AND ALL THIS NEEDS ADDRESSED/CORRECTED/RESOLVED!

(EXHIBIT-C-5)    C2|S|

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

DAVID BROWN
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

( PAGE-1-of-5 ) w/ATTACHMENT   #57800
Number

### INMATE REQUEST TO STAFF MEMBER

To: UNIT TEAM BUCHANAN    Date: 5-17-2022  (G)
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

ITS NOT WORKING OUT WITH MY CELLIE. I DONT WANT TO LIVE IN FEAR WITH THIS CELLIE OR ANY OTHER CELLIE. I'VE EXPLAINED IN NUMEROUS FORM-9'S AND GRIEVANCES AS WELL IN PERSON TO SEVERAL K.D.O.C. OFFICIALS THAT I'M IN DANGER FROM INMATES DUE TO EDCF, H.C.F. AND L.C.F. STAFF LABELING ME A RAT, SNITCH, P.C. CHECK-IN, CHOMO, ETC., AND FOR STAFF PUTTING HITS ON ME, AND SADLY NO ONE WANTS TO ADDRESS THESE ISSUES. SO, IM OFFICIALLY CHECKING IN →

Work Assignment: ADMIN.SEG./O.S.R.   Living Unit Assignment: E.D.C.F./L.T.R.H.U./259/A-2
Comment: _____   Unit Team Members Signature: ___

(MOVED TO C-2 ON 5-26-2022 CELL #151 THEN 145 on 5-27-2022)
Disposition: DUE TO NO ELECTRICAL IN CELL

YOU ARE BEING HOUSED AS OTHER SECURITY RISK NOT ON PC STATUS. I HAVE NOT WITNESSED ANY UNPROFESSIONALISM BY STAFF BUT IF YOU HAVE SPECIFICS PLEASE REPORT IT WITH YOUR NEW UT.

To: _____    Date: _____
(Name & Number)

Disposition: I'M GLAD YOU ARE GIVING THE STEP DOWN PROGRAM A CHANCE. I WILL CHECK W/ YOUR UNIT TEAM NEXT WEEK TO SEE HOW YOU ARE DOING LIKE WM LEWIS SAID WE WOULD.   UT Buchanan

RE: C-2/145/EDCF/
(NOTE: RETURNED TO ME BY U.T. WEBSTER IN C-2 CELLHOUSE DURING ROUNDS ON 5-31-2022)

Employee's Signature    To be returned to inmate.
P-0009b

(EXHIBIT-C-6)

(G)

(RE: FORM-9 DATED 5-17-2022 / PAGE-2-OF-5) W/ATTACHMENT

AS IT'S CALLED, OR OFFICIALLY REQUESTING PROTECTIVE CUSTODY. I WENT TO ADMINISTRATIVE SEGREGATION REVIEW AND ASKED IF I'M ON P.C. OR IF ANYTHING'S DOCUMENTED ABOUT ME BEING ON P.C. AND UNIT TEAM MANAGER LEWIS SAID NO AS EVERYONE ELSE DID e.g. BUCHANAN AND ABLE AND I ALSO DON'T WANT TO GET INTO TROUBLE AS I'VE MADE CLEAR OVER AND OVER AGAIN WHEN I WAS AT HUTCHINSON AND SINCE I'VE BEEN HERE IN E.D.C.F. BECAUSE I'M SICK OF BEING DENIED PAROLE FOR RETALIATORY DISCIPLINARY REPORTS FROM STAFF GETTING BACK AT ME FOR WRITING STAFF UP AND FOR FILING LAWSUITS. ITS SAD K.D.O.C'S GRIEVANCE PROCEDURE IS SO RETALIATORY, BUT IT IS. STAFF AT THIS FACILITY HAVE PUT HITS ON ME; (McKEEN & GREENWOOD) AND STAFF AT H.C.F. PUT A HIT ON ME; (P. JONES), AND STAFF AT THIS FACILITY REFUSED TO DOCUMENT THE FACTS AND MAKE A TRUTHFUL COMPLETE RECORD OF THE EVENTS, AND THE INCIDENT THATS ONLY DETAILING BAD NEGATIVE THINGS ABOUT ME, SOME NOT EVEN TRUE, FOR THE KANSAS PRISONERS REVIEW BOARD; (PAROLE BOARD) TO USE TO DENY ME PAROLE, AND EVEN WHEN I SPEAK TO STAFF ABOUT IT, STAFF REFUSE TO DO ANYTHING ABOUT IT. REFER TO GRIEVANCES AND FORM-9'S I'VE WRITTEN ON THOSE MATTERS. THE FACT THAT SINCE I'VE BEEN HERE STAFF WAS ON THE RUN YELLING HOW I'M A RAT P.C. CHECK IN TO INTENTIONALLY CAUSE ME CONFLICT WITH OTHER PRISONERS, AND NOONE DOES ANYTHING ABOUT IT SHOWS HOW K.D.O.C SUPPORTS THAT TYPE OF BEHAVIOR. STAFF KNOW THAT BEING A RAT, SNITCH, CHOMO; (CHILDMOLESTER) P.C. CHECK-IN; (PROTECTIVE CUSTODY), PUNK, ETC., ARE LABELS THAT ARE VERY BAD AND DANGEROUS BECAUSE OTHER PRISONERS: PREY ON INMATES, AND ATTACK, AND STEAL FROM, AND RAPE INMATES, AND BEAT UP AND STAB, AND KILL INMATES WITH THESE LABELS, AND I'VE

(PAGE-2-OF-5)

(EXHIBIT-C-7)   (G)

(RE: FORM-9 DATED 5-17-2022 / PAGE-3-OF-5 ) W/ATTACHMENT
FILED NUMEROUS FORM-9'S/GRIEVANCES/GRIEVANCE APPEALS
AGAINST STAFF FOR MISTREATING ME, ABUSING ME, LABELING
ME A RAT, SNITCH, CHOMO, FOR STAFF DENYING ME FOOD/MEALS,
FOR STAFF DENYING ME TOILET PAPER, SHOWER, CLEAN CLOTHES,
FOR STAFF TELLING ME TO SHUT THE F*** UP, FOR STAFF CALLING
ME A B****, FOR STAFF DESTROYING MY CELL DOING RETALIATORY
CELL SEARCHES, FOR STAFFS SEXUAL ASSAULTS/HARASSMENT, FOR
BEING DENIED HEAT, WATER, AND DESTROYING MY PROPERTY,
AND SO MUCH MORE, AND STAFF HAVE RETALIATED AGAINST
ME WITH LIES AND HITS, AND SPITTING IN MY FOOD, AND
GIVING MY MAIL TO OTHER INMATES, AND SO MUCH MORE.
THE SECRETARY OF CORRECTIONS OFFICE HAS RECENTLY
STATED THAT IVE EXHAUSTED LIKE 293 GRIEVANCES, AND
STAFF HAVE PUNISHED ME FOR IT IN NUMEROUS WAYS, BUT
THE NUMBER ONE RETALIATORY PUNISHMENT FROM STAFF STEMS
FROM ME FILING LAW SUITS, FORM-9'S AND GRIEVANCES
PROPERTY CLAIMS, DISCIPLINARY APPEALS, AND INJURY
CLAIMS. OR EXERCISING MY FIRST AMENDMENT RIGHTS.
AND FOR YEARS I'D TALK S*** TO STAFF, CUSS STAFF OUT,
WRITE THEM UP, SNITCH ON THEM, THREATEN THEM AND
BAPTIZE THEM, AND I WOKE UP AND REALIZED ITS NOT
GONNA DO ME ANY GOOD, AND I'M GONNA GET ATTACKED
BY STAFF AND INMATES, AND NOW I HAVE A.B.'S, BLOODS,
WHITES, BLACKS, AND MEXICANS THAT WANT TO STAB ME
BECAUSE OF STAFF, AND BECAUSE I'M TELLING THE
TRUTH, THAT STAFF IS BEHIND SO MANY OF THESE I/M'S
WANTING TO HARM ME, STAFF REFUSE TO ADDRESS
(PAGE-3-OF-5)

(EXHIBIT-C-8)   (G)

(RE: FORM-9 DATED 5-17-2022 / PAGE-4-OF-5 ) W/ ATTACHMENT
ALL OF IT. U.T.M. LEWIS CAME TO MY CELL READY TO SEND ME TO POPULATION, WHICH I REFUSED, AND WHICH MADE ME LOOK LIKE A B**** TO MY CELLIE. I FEEL LIKE THAT WAS A SET UP WHEN I THINK ABOUT IT. AND WHEN I GO TO SEG REVIEW AND I'M TOLD NOTHING IS IN MY RECORD ABOUT ME BEING ON P.C. OR I'M IN DANGER, I FEEL LIKE I'M BEING SET UP, AND WHEN U.T.M. LEWIS TELLS ME P.C. GUYS ARE GONNA BE PUNISHED, MORE OR LESS, FOR BEING ON P.C. I FEEL LIKE I'M BEING THREATENED, BUT I'M NOT GONNA BE FORCED TO GO TO POPULATION TO GET STABBED OR NOT BE ON P.C. STATUS FOR FEAR OF BEING PUNISHED, BECAUSE MY FREEDOM IS MORE IMPORTANT. I WANT OUT OF PRISON! I CAN GO TO POPULATION TODAY, AND BE FORCED TO DEFEND MYSELF AND STAB ANOTHER INMATE(S) THATS GONNA STAB ME, OR I JUST GET STABBED. AND ITS BECAUSE STAFF I'M IN THIS MESS, SO I GUESS I'LL JUST BE PUNISHED. ITS NOT RIGHT, BUT NOTHING'S BEEN RIGHT FOR YEARS! I'M NOT GONNA PLAY THESE GAMES NO MORE! I'M DONE BEING WORRIED ABOUT WHAT OTHER INMATES ARE GONNA THINK OR SAY DUE TO ME BEING ON P.C. STATUS. MY CELLIE HAS LOTS OF TATTOOS AND I'M NOT SURE WHO HE'S WITH OR NOT WITH, BUT I DON'T FEEL RIGHT OR SAFE. I JUST KNOW ONE GUARD WAS SAYING I'M A P.C. CHICKEN AND MY CELLIE DIDN'T LOOK HAPPY, THEN I REFUSED TO GO TO POPULATION, AND MY CELLIE DID NOT LOOK HAPPY, AND I HAVE BAD VIBES. GUYS COMING FROM HICF. WITH MESSAGES WORRIES ME. IVE ALREADY TOLD U.T.M. LEWIS AT MY CELL #259 DOOR AND IN SEG REVIEW AND IN A

(PAGE-4-OF-5)

(EXHIBIT-C-9)   (G)

(RE: FORM-9 DATED 5-17-2022/PAGE-5-OF-5) W/ATTACHMENTS FORM-9'S, THATS I'M CONCERNED AND DONT WANT TO GET INTO TROUBLE, AND I'M SAYING I DONT WANT TO GET HURT BEAT UP OR STABBED IN A (2) MAN CELL OR IN POPULATION. AND I DONT WANT TO BE FORCED TO ~~CUT~~ STAB ~~SOMEONE~~ OR BE STABBED, BECAUSE EITHER OR IS BAD AND NOT GONNA GET ME PAROLED TO MY NEXT SENTENCE. SO STAFF DONT WANT TO PROTECT ME I HAVE NO CHOICE BUT TO DEMAND P.C. CUSTODY. AND H.C.F. ARE LIARS. EX-CF MENTAL HEALTH TAGUE AND LT BUCHANAN KNEW WHY I WAS IN DANGER WHEN I WAS HERE BEFORE, AND H.C.F. KNOWS TOO. U.T. PETTIJOHN DESTROYED THE 4 PAGE FORM-9 I SUBMITTED ABOUT IT, AND U.T.M. LEWIS LIED, BECAUSE AS YOU CAN SEE THE ATTACHED ADMINISTRATIVE SEGREGATION REPORT MENTIONS MY ISSUES, BUT H.C.F. STAFF AND U.T.'S MADE IT WORSE. BUT I WANT MY FORM-9 BACK AND RESPONDED TO AND THE ONE U.T.M. LEWIS STILL HAS THAT YOU SENT HER A EMAIL ABOUT. I'M NOT SURE WHAT TO DO. I JUST KNOW GETTING HURT OR HURTING SOMEONE ELSE IS NOT GONNA WORK FOR ME. AND I HOPE YOU DONT PUT MY CELLIE WITH A BLACK OR MEXICAN. HE'LL BLAME ME AND I'LL HAVE ANOTHER ENEMY. I'M JUST TRYING TO SURVIVE AND LIVE.

(PAGE-5-OF-5)

(RE-ATTACHED TO FORM 9 DATED 5-12-2022)

Attachment B, IMPP 20-105
Effective 07-08-14

(G)

# Kansas Department of Corrections
# Administrative Segregation Report (EXHIBIT-C-10)

TO: Secretary of Corrections
FROM: Hutchinson Correctional Facility

Report Number: 80744

Date This Report Filed: 7/7/2020 1st SEG. REV. I WENT TO.
Date of Segregation Placement: 10/11/2017

Time of Report: 12:28 pm
Time of Placement: _____ am

Offender Name: Brown, David #57800
Moved from Cell #: A1-144 to Segregation Cell #: A1-144

Reason(s) For Segregation (Including Rule No. and Title):
IMPP 20-104 (I)(B)(13) Other Security Risk
IMPP 20-105 (V) More Restricted Area (MRA)

☒ Pre-Segregation hearing conducted

☐ Pre-Segregation hearing NOT conducted (Explain) _____

Facts: I/M Brown #57800 was admitted into the KDOC on 9/5/1993. This offender is incarcerated for charges of Aggravated Robbery; Murder, 1st Degree, & Aggravated Assault. Mr. Brown was transferred to HCF on 10/11/2017 from EDCF due to his continued and extensive disciplinary issues. Since he has been at HCF his disciplinary history consists of Staff battery x 3, Threatening and Intimidating x 3, Undue Familiarity x 1, Interference with Cell Visibility x 1, Interference with Official Duties x 2, Fighting x 1, and Unsanitary Practices x 1. Mr. Brown has various other disciplinary reports for Class II and Class III infractions as well. Mr. Brown says he cannot live in General Population but fails to give any reason why. His most recent behavior (batteries on staff x 3) involved Mr. Brown throwing urine and fecal matter on 3 staff members which he has continuously referred to his act as "baptizing the evil" in both written and verbal communications. Mr. Brown continues to demonstrate a lack of regard for facility rules and regulations and it remains that he poses a threat to the safety and security of the facility at which he is housed. Based on his recent and continued behavior while in Restrictive Housing and the safety and security needs of any facility where he might be housed, it is recommended BROWN be placed to Long Term Restrictive Housing Placement at HCF at the first available opportunity.

☐ This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)

What is the basis for the facility's concern for the offender's safety?

_____

What is the reason no alternative means of separation can be arranged?

_____

Approved By:

J. Hertel, UTS _____ Date 7/7/2020
Signature and Title of Reporting Officer

_____ Date 7/7/2020
Shift Supervisor or Seg Unit Mgr.

_____ Date _____
Warden Authorization (if needed)

***

OFFENDER ACKNOWLEDGMENT:
I received a copy of this report on: Date: 7-7-2020  Time: 2:17 am/pm

_____ #57800
Offender Signature and Number

COI _____
Staff Witness and Title

Record this Document in Imaging
Original to Master File
Copy to: Warden
        Offender
        PCM
        EAI

7-7-2020 - FIRST SEG. REVIEW I WENT TO. REQUESTED LEGAL WORK, U.T.M. BECC SAID NO. SHOULD OF THOUGHT ABOUT THAT BEFORE I BATTERED STAFF. DENIED PAPER, ENVELOPES, ADDRESS BOOKS, EVERYTHING.

(EXHIBIT-C-11)    (G)

**TO:** Brown, David #57800

**FROM:** CMII Lewis

**Regards to:** Grievance #

**Date:** 6/10/2022

This is in regards to your grievance received by the Unit Team on 6/7/2022

**The following is the Unit team response.**

    Firstly, the form-9 you sent on the 3 of April is still in my office as I took it as an explanation of what is going on with you.
    Next, I never said you would be by yourself in the step-down program, hence the point of talking about your cellmate being put in as well. Now you did try to work with the unit team to move out of that cell and I applaud you for that. No staff is retaliating towards you for grievances or lawsuits.

                                                    UTM Lewis



(COPY) (G)

(EXHIBIT-C-12)

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



Kansas
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

Tommy Williams, Warden

Date: JUN 2 9 2022

To: Brown, David #57800 B1-122

Subject: Grievance dated 6/2/22, CA22655

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made: After a review of the applicable documentation, it was determined the response provided by CMII D. Lewis is appropriate regarding your issues.

Action Taken: Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
    Offender
    CMII D. Lewis