(RE: PROTECTIVE CUSTODY)(CELLIE)(LABELED RAT, SNITCH) HCF/ (73)

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT     (EXHIBIT-D)

Inmate's Name: DAVID BROWN     Number: 57800

Facility: HUTCHINSON CORR FAC     Housing Unit: A-2/211     Work Detail: N/A / O.S.R.

(PAGE-1-OF-3)

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). (ATTACHED IS A FORM 9 DATED - 8-20-2021) MY COMPLAINTS, CONCERNS, AND FACTS ARE STATED IN THE ATTACHED FORM-9, AND I RESTATE THE SAME AND INCORPORATE THE SAME INTO THIS GRIEVANCE. UNIT TEAM HERTEL REFUSED TO COMMENT ON THE ISSUE OF STAFF LABELING ME, IN RETALIATION, FOR ME EXERCISING MY FIRST AMENDMENT RIGHT(S). UNIT TEAM HERTEL REFUSED TO COMMENT ON WHY MY SAFETY, WELLBEING, HEALTH, LIFE, IS AT RISK, WHICH IS DUE TO KDOC/HCF STAFF LABELING ME: A RAT, SNITCH, P.C. CHECK-IN, FAG, PUNK, SEX OFFENDER, CHOMO, CHILDMOLESTER, ETC. UNIT TEAM HERTEL ALSO REFUSED TO COMMENT ON THE ISSUE OF BEING ON P.C. STATUS AND BEING DENIED (NEXT PAGE →)

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 8-26-2021 (73)

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Unit Team Signature _____ Date _____

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_✓_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

David Brown     9-14-2021
Inmate Signature     Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received 9-24-21     Date of Final Answer 9-27-21     Date Returned to Inmate 10-6-2021

David Brown  10-6-2021     RTS/PETTIJOHN  10-6-2021
Inmate's Signature   Date     Unit Team Signature   Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

| | | |
|---|---|---|
| Grievance Serial Number | | BA00018831 |
| Type of Complaint (Item 4: Code 01-75) | 5 | 4 |
| Cause of Complaint (Item 5: Code 01-30) | 0 | 3 |
| Type of Response (Item 6a: Code 01,02,08 or 09) | 0 | 8 |

(RE: GRIEVANCE (73) / PAGE-2-OF-3)    HEEL (73)

ALL THE CONDITIONS, ACTIVITIES, PRIVILEGES AN INMATE ON PROTECTIVE CUSTODY STATUS IS SUPPOST TO RECEIVE, IN RETALIATION, BY UNIT TEAMS, FOR ME EXERCISING MY FIRST AMENDMENT RIGHTS. IT ALSO BEARS MENTION THAT UNIT TEAM HERTEL RETALIATED AGAINST ME FURTHER BY MOVING ME FROM A-1 CELLHOUSE CELL #214, TO A-2 CELLHOUSE CELL #211, ON 8-23-2021, DUE TO THIS FORM-9 I SUBMITTED ON 8-20-2021 AND IS ATTACHED TO THIS GRIEVANCE. UNIT TEAM HERTEL ALSO REFUSED TO COMMENT ON THE FACT THAT IT'S A PATTERN OF BEHAVIOR FOR STAFF TO DESTROY MY FORM-9'S REGARDING THE DANGEROUS LIFE THREATENING RETALIATION STAFF SUBJECT ME TO WHEN THEY KNOWINGLY/INTENTIONALLY LABEL ME A RAT, P.C.-CHECK IN, CHOMO, CHILD MOLESTER, FAG, PUNK, B****, ECT. U.T. TEAM HERTEL HAS IGNORED MOST OF MY ISSUES/PROBLEMS, REFUSING TO COMMENT ON THEM DOESN'T CAUSE THEM TO GO AWAY. BUT REFUSING TO COMMENT ON THE ISSUES SHOWS GUILT, AND THAT U.T. HERTEL SUPPORTS THE FORMS OF RETALIATION I'VE MENTIONED, INCLUDING THE RETALIATION UNIT TEAM HERTEL HAS SUBJECTED ME TO. THE WARDEN SHOULD CAUSE UNIT TEAM HERTEL TO ADDRESS EACH ISSUE, AND EXPLAIN WHY SHE'S REFUSED ME ALL THE ACTIVITIES AND PRIVILEGES I'M SUPPOST TO RECEIVE ON PROTECTIVE CUSTODY, WHICH U.T. HERTEL SHOULD HAVE DONE IN HER RESPONSE TO MY FORM-9. UNIT TEAM HERTEL SHOULD NOT OF RETALIATED AGAINST ME BY MOVING ME. UNIT TEAM HERTEL SHOULD HAVE CAUSED ME TO RECEIVE THE PROPERTY, CANTEEN, PRIVILEGES AND ACTIVITIES I'M SUPPOST TO IN PROTECTIVE CUSTODY, AND THE WARDEN(SCHNURR) SHOULD CAUSE THIS TO HAPPEN AT ONCE. UNIT TEAM HERTEL ACKNOWLEDGES I FEAR FOR MY LIFE AND IT'S NOT BEING FUNNY ON PAPER, BUT IN PERSON SHE FOUND IT TO BE FUNNY, AND ALTHOUGH UNIT TEAM HERTEL ACKNOWLEDGES THE FEAR I HAVE OF HAVING A CELLIE, SHE REFUSES TO ACKNOWLEDGE WHY I'M IN THIS SITUATION. I'M ALSO NOT SURE WHAT U.T. HERTEL MEANS WHEN SHE SAYS, "MY CONCERN HAS BEEN NOTED" TO WHO? I KNOW IN THE PAST WHEN I'VE WRITTEN STAFF UP FOR UNPROFESSIONAL/ILLEGAL ACTS, BEHAVIORS, AND/OR CONDUCT U.T. HERTEL HAS SAID ITS BEEN NOTED, AND IT DID NOTHING TO CORRECT THE PROBLEM. STAFF RETALIATED AGAINST ME FOR WRITING THEM UP, BUT NO CORRECTIVE ACTIONS/BEHAVIORS AND/OR RESOLUTIONS HAVE COME FROM U.T. HERTEL'S RESPONSE OF "IT'S BEEN NOTED" OR "YOUR CONCERNS HAVE BEEN NOTED." ITS JUST ANOTHER TACTIC TO GIVE GUILTY STAFF IMPUNITY, TO COVER FOR GUILTY STAFF, AND THE WARDEN NEEDS TO ENSURE SOMETHING MORE IS DONE TO ADDRESS MY FEAR/CONCERNS, OTHER THAN WRITING IT'S BEEN NOTED. UNIT TEAM HERTEL COULD HAVE/SHOULD HAVE MADE A COUPLE PHONE CALL OR SENT A COUPLE E-MAILS TO CAUSE ME TO BE ABLE TO ORDER FOOD AND DRINKS FROM THE PRISON CANTEEN NOT ONLY BECAUSE I'M PROTECTIVE CUSTODY, BUT ALSO BECAUSE EVEN THE SECRETARY OF CORRECTIONS HAS MADE ALL KDOC OFFICIALS AWARE THAT INMATES IN RESTRICTIVE HOUSING UNITS CAN ORDER FOOD AND...

NEXT PAGE →  →  →  →

(EXHIBIT-D-2)

(RE: GRIEVANCE (73) / PAGE-3-OF-3) LHCF / (73)

DRINKS THROUGH CANTEEN IN JEFF ZMUDA'S KDOC UPDATES DATED AUGUST 11TH, 2021. SO UNIT TEAM HAS KNOWN I'M ALLOWED TO ORDER FOOD/DRINK ITEMS FROM CANTEEN FOR WEEKS, AND EACH TIME I SPOKE TO U.T. HERTEL ABOUT BEING DENIED THESE ITEMS U.T. HERTEL HAS LIED TO ME SAY NO RESTRICTIVE HOUSING UNIT INMATE'S ARE ABLE TO BUY FOOD/DRINK ITEMS FROM CANTEEN. UNIT TEAM HERTEL IS JUST BEING MEAN, UNPROFESSIONAL, RETALIATORY TO ME BECAUSE I WRITE STAFF UP FOR MISTREATING/ABUSING ME, INVOKING K.D.O.C.'S GRIEVANCE PROCEDURE, AND/OR FOR EXERCISING MY FIRST AMENDMENT RIGHTS. IT BEARS MENTION EACH TIME I SPOKE TO U.T. HERTEL ABOUT CANTEEN, OTHER INMATES WERE ABLE TO ORDER AND RECEIVE FOOD/DRINK ITEMS FROM THE PRISON CANTEEN AND/OR THE UNION SUPPLY PACKAGE PROGRAM. UNIT TEAM / HERTEL COULD HAVE/SHOULD HAVE SENT A-1 CELLHOUSE STAFF A E-MAIL TELLING THEM TO GIVE ME THE PHONE (5) DAYS A WEEK, BECAUSE ADMINISTRATIVE SEGREGATION IS TO BE TREATED AS MUCH AS POSSIBLE LIKE GENERAL POPULATION, AND GENERAL POPULATION INMATE'S CAN USE THE PHONE (5) DAYS A WEEK AT YARD, PLUS THE DAYS THE CELLHOUSE ALLOWS INMATES TO USE TO PHONE. I SHOULD BE ALLOWED TO ORDER FROM THE UNION SUPPLY CATALOG, AND TAKE PART IN FUNDRAISERS AS WELL BANQUETS. I BELIEVE I HAVE A RIGHT TO ALL THESE THINGS UNDER IMPP 11-101 OFFENDER PRIVILEGES AND INCENTIVES PAGE 8-OF-10 V. A. ADMINISTRATIVE SEGREGATION 1. WHICH STATES, "IN ACCORDANCE WITH THE PROVISIONS OF K.A.R. 44-14-306, INMATES CONFINED IN ADMINISTRATIVE SEGREGATION SHALL BE ELIGIBLE, AS MUCH AS POSSIBLE, TO EARN AND MAINTAIN PRIVILEGES IN THE SAME AMOUNT AND MANNER AS ANY OTHER INMATE IN THE GENERAL POPULATION." AND ALSO IMPP-20-105 BASIC OPERATIONS OF ADMINISTRATIVE SEGREGATION PAGE 3-OF-3 IV. PRIVILEGES AND RIGHTS IN ADMINISTRATIVE SEGREGATION A. WHICH STATES, "EACH INMATE IN ADMINISTRATIVE SEGREGATION SHALL BE TREATED AS NEARLY AS POSSIBLE LIKE ANY OTHER INMATE IN THE GENERAL POPULATION OF THE INSTITUTION OR FACILITY" AND C. WHICH STATES," ADMINISTRATIVE SEGREGATION SHALL NOT BE USED OR CONSIDERED AS PUNISHMENT." MY RIGHT HAVE BEEN AND CONTINUE TO BE VIOLATED AND KDOC / HCF HAS/CONTINUES TO IGNORE ITS OWN POLICIES IN ORDER TO CONTINUE ITS RETALIATION AGAINST ME. I'VE BEEN DOING TIME SINCE 1992 AND AM OLD LAW AND THESE NEW RULES, REGULATIONS, AND/OR POLICIES SHOULD NOT EFFECT ME. ATTACHED IS A HAND MADE COPY OF THE S.O.R. UPDATES DATED AUGUST 11TH 2021. ALSO ATTACHED IS IMPP 20-105 AS SUPPORTING DOCUMENTATIONS. THE FACT IS I HAVE BEEN/CONTINUE TO BE PUNISHED AND THE UNIT TEAM SHOULD HAVE CORRECTED WHAT SHE CAN CAUSE TO BE CORRECTED, BUT REFUSED TO DO SO IN RETALIATION. THE WARDEN SHOULD CAUSE THESE MATTERS TO BE CORRECTED AND STOP THE RETALIATORY PUNISHMENTS I'M BEING SUBJECTED TO.

FOR MORE INFORMATION COMPLETE POLICY STAFF CAN CONTACT THIS WEB SITE
https://www.doc.ks.gov/kdoc-policies/AdultIMPP/chapter12/12-120a-control-of-resident-personal-property.pdf/view

(73)

(EXHIBIT-D-3)

From: Jeff Zmuda, Secretary

August 11, 2021

Re: coronavirus and kdoc updates

The only exceptions will be limited food purchases available through canteen for long term restrictive housing placements at LCF A2 and EDCF A3B UNITS.



# KANSAS DEPARTMENT OF CORRECTIONS

| | SECTION NUMBER | PAGE NUMBER |
|---|---|---|
| **INTERNAL MANAGEMENT POLICY AND PROCEDURE** | 20-105 | 1 of 3 |
| | SUBJECT: | |
| | SEGREGATION: Basic Operations of Administrative Segregation | |
| Approved By: | Original Date Issued: | 02-15-02 |
| | Current Amendment Effective: | 12-29-06 |
| Secretary of Corrections | Replaces Amendment Issued: | 08-21-04 |

## POLICY

All basic operations of an administrative segregation unit, including the placement of inmates, filing of reports, notification of inmates, enforcement of inmate privileges and rights, transfer to more restricted areas, and administration of discipline shall be carried out in concert with the provisions of this IMPP.

## DEFINITIONS

None.

## PROCEDURES

I.   Placement Within Administrative Segregation; Notification Requirements; Hearing

A.   In all cases in which inmates are placed in administrative segregation, a shift supervisor or the segregation unit manager shall approve the placement.

1.   The shift supervisor shall forward a written report to the warden before the end of that particular shift.

2.   No inmate shall be placed in administrative segregation without receiving a medical/ mental health evaluation by qualified medical/mental health staff as soon as possible after placement.

a.   In addition to the health services segregation screening evaluation, a checklist of possible self-harm indicators (Attachment A) shall be completed for each inmate placed in a KDOC administrative segregation housing unit.

(1)   This checklist shall be completed by either the segregation unit OIC, unit team counselor, or shift supervisor.

(2)   The checklist must be completed immediately upon placement in segregation, and must be as a result of direct contact between the affected inmate and the segregation unit OIC, unit team counselor, or shift supervisor.

OTHER SIDE ➝ ➝

---

# KANSAS DEPARTMENT OF CORRECTIONS
*A Safer Kansas through Effective Correctional Services*

KATHLEEN SEBELIUS, GOVERNOR          ROGER WERHOLTZ, SECRETARY

LANDON STATE OFFICE BUILDING · 900 SW JACKSON
TOPEKA, KANSAS · 66612-1284
Telephone: 785-296-3317
Fax: 785-296-0014

Page 1 of 1

## Policy Memorandum[1]

This Policy Memorandum Issuance # 07-10-010

Effective Date  Upon Issuance      Expiration Date  Upon Reissuance of IMPP[2]

___ Addresses subject matter for which an IMPP will be forthcoming and assigned to Chapter(s) of the IMPP manual.

_X_ Amends or modifies existing IMPP(s) # 20-105

___ Elaborates on the contents of IMPP(s) #

___ Is for Staff Only  _X_  Is for Both Staff and Inmates.

This policy memorandum is being issued to bring the IMPP into conformance with recent changes in KARs. Hence, the following revision to the Procedures section is accomplished:

"VI.  Discipline while in administrative segregation.

A.   All applicable provisions and requirements of the disciplinary procedure set forth within K.A.R. 44-13-101 et. seq. apply to inmates housed in a segregation unit."

_____       Date:  10-12-07
Secretary of Corrections

Note: To keep your IMPP Manual current, please place this Policy Memorandum in your manual at the appropriate location. If the memorandum addresses subject matter for which an IMPP will be forthcoming, place this issuance before the first IMPP in the Chapter indicated. If the memorandum addresses an existing IMPP, the issuance should be placed in front of the existing policy, just after any relevant statement(s) of annual review. If this memorandum is for both staff and inmates, it shall be immediately posted.

Unless another Policy Memorandum or IMPP on this subject is issued, the requirements contained herein have no force and effect after the indicated expiration date.

RE: TOLD U.T. HERTEL I FEAR FOR MY LIFE 8-12-2021, SHE HAD A SMIRK ON HER FACE, SEEMED TO BE SARCASTIC WITH F—CK's, (73) I DO NOT FEEL SAFE MY SAFETY IS OF OFFENDER REQUEST TO STAFF MEMBER ONE CELL ( FAU) SAID NO, DUE TO STAFF LABELING ME, LISTED SEVERAL NAMES THAT LABEL ME

To: __UNIT TEAM / HERTEL__   Date: __8-20-21 (73)__
(Name and Title of Officer or Department)

( EXHIBIT-D-5 )

COI BN ← (do CLAYBORN) A1/214/HCF APPROX 10:30 AM

To be retained by Offender

Unit Team, Detail, or Cellhouse Officer's Signature

HCF/ (73)
BROWN
Last Name Only

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

A7-21

**KANSAS DEPARTMENT OF CORRECTIONS**

( PAGE-1-of-7 )   57800
                  Number

**OFFENDER REQUEST TO STAFF MEMBER**

To: __UNIT TEAM HERTEL__   Date: __8-20-2021 - (73)__
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

ON 8-12-2021 I SPOKE TO YOU ABOUT HOW I FEAR FOR MY LIFE AND THAT I'M SCARED TO BE PLACED IN A CELL WITH ANOTHER INMATE, AND YOU SEEMED TO BE SARCASTIC ABOUT IT, SAYING, "NOT EVEN ONE CELLIE, AND YOU HAD A SMIRK ON YOUR FACE AND YOU SEEMED TO THINK IT'S FUNNY THAT H.C.F. STAFF HAVE KNOWINGLY AND INTENTIONALLY LABELED ME A RAT, P.C. CHECK-IN, SNITCH, CHILD MOLESTER, FAG, SEX OFFENDER →→ ( NEXT PAGE )

Work Assignment: __N/A / O.S.R. / MDMU, SC6.__   Living Unit Assignment: __A-1/214/RHU/HCF__

Comment: _____   Detail or C.H. Officer: _____

Disposition: _____

To: _____   Date: __8-23-21__
(Name & Number)

Disposition: I'm not sarcastic + do take what you said seriously, however I have no control how another facility may or may not house you. That will be up to receiving facility, not up to HCF staff. Your concern has been noted JH

← RESPONSE FROM UNIT TEAM J. HERTEL OF A1 CELLHOUSE

Employee's Signature                To be returned to offender.

P-0009

(EXHIBIT-D-6)

(RE: FORM-9 DATED 8-20-2021 / PAGE-2-OF-7) HCF/(73)

IN BAD FAITH, KNOWING THESE LABELS WILL CAUSE ME CONFLICT WITH OTHER PRISONERS, KNOWING THESE LABELS ARE DANGEROUS FOR A PRISONER TO HAVE, AS THE PRISON POPULATION AS A WHOLE LOOKS DOWN ON THESE TITLES/LABELS/PRISONERS, AND PRISONERS PREY ON INMATES WITH THESE LABELS, EXTORT INMATES, ATTACK INMATES, STAB INMATES, ETC, THAT HAVE THESE LABELS AND/OR CRIMINAL CASES AND I FIND NOTHING FUNNY ABOUT IT AT ALL! YOUR NOT A GOOD PERSON TO FIND HUMOR IN THE FACT THAT YOUR CO-WORKERS HAVE INTENTIONALLY CAUSED MY SAFETY/LIFE TO BE AT RISK, AND I'M NOT AT ALL SUPRIZED. IT BEARS MENTION THE LAST FORM-9 I SUBMITTED ON 6-24-2021 TO CSI GONZALEZ, WHICH WAS NOT ANSWERED/RETURNED AND WAS DESTROYED, WAS ABOUT HOW H.C.F. STAFF HAVE CAUSED MY SAFETY/LIFE TO BE AT RISK, DUE TO H.C.F. STAFF TELLING OTHER INMATES: I'M TELLING, I'M A RAT, I'M A P.C. CHICKEN, I'M A CHOMO, I'M A CHILDMOLESTER, I'M A SNITCH, AND THAT FORM-9 WASN'T PROCESSED, BECAUSE H.C.F. STAFF/OFFICIALS DON'T WANT THE TRUTH DOCUMENTED BECAUSE IT EXPOSES HOW UNPROFESSIONAL STAFF ARE, HOW BAD AND EVIL STAFF ARE, HOW THIS RETALIATION OF STAFF INTENTIONALLY LABELING ME THESE THINGS WILL CAUSE ME TO BE HARMED, AND HOW STAFF DO IT BECAUSE I WRITE THEM UP FOR THEIR UNPROFESSIONAL/ILLEGAL ACTS/BEHAVIORS AGAINST ME, i.e. FOR EXERCISING MY FIRST AMENDMENT RIGHTS STAFF SUBJECTS ME TO LIFE

NEXT PAGE →  →  →

(EXHIBIT-D-7)

RE: FORM Y DATED 8-20-2021 / PAGE-3-OF-7 ) HCF (73)
THREATENING RETALIATION. NUMBER ONE THIS IS ILLEGAL, EXTREMELY ILLEGAL, NOT TO MENTION UNPROFESSIONAL, AND SADISTIC, AND EVIL, NOT ONLY ARE THE STAFF THAT LABEL ME, e.g. DALE W. PETERSON, RACHEL L. PLITSER, HOLLIE N. POOL, KARLA A. SCHROEDER, JAY T. SEDORE, TODD E. SWENSON, LOGAN S. VEBBERT, JEREMY G. WILKERSON-RODRIGUEZ, JESSE W. BAKER, ROSS W. ASHCRAFT, BONNIE M. CLARK, JOEL W. COWAN, SAVANNAH G. FISK, ANTHONY W. HEIM, TASHA M. HUMPHRIES, PHYLICIA J. JONES, THOMAS B. JACKSON, ANGEL H. LINDOERFER, CHRISTOPHER W. LADD, JAKEL D. MCCANDLESS, SKYLAR J. MEAD, JAZMEN D. MENCHACA, MARK A. MORA, ~~[redacted]~~ CARLOS TREVINO, STEPHANIE A. WEBER, BRENDAN M. HOKE, JONATHAN R. GILLESPIE, KAYLLA CONWAY, AMBER L. BACON, JAMES D. BEARDSLEY II, CHRISTOPHER A. WALKER, VICTOR A. KUHNS JR., MICHELS, ROBERT J. HURT, AND OTHERS, LOOK AT HOW MANY EVIL AND SADISTIC BUT K.D.O.C./H.C.F. STAFF SUBJECTED ME TO THIS EXTREME FORM OF EVIL AND ILLEGAL RETALIATION, AND THERE'S A FEW OTHERS! IT'S CRAZY! IT'S OUT OF CONTROL, AND A KNOWN AND ACCEPTED FORM OF RETALIATION AGAINST PRISONERS, ESPECIALLY THOSE IN THE HOLE. AND I'M GOING TO CONTINUE TO ATTEMPT TO HAVE THIS ISSUE PROCESSED AND EXHAUST MY ADMINISTRATIVE REMEDIES. WHICH KDOC/HCF STAFF HAVE PREVENTED ME FROM DOING THIS FAR. BUT OUTSIDE OF THESE EVIL SICK SADISTIC STAFF SUBJECTING ME TO THIS LIFE THREATENING RETALIATION, I'M NOW

NEXT PAGE →  →  →

(EXHIBIT-D-8)

(RE: FORM-9 DATED-8-20-2021/PAGE-4-OF-7) IRF/(73)
IN DANGER OF HARM/DEATH AND IM SCARED, AND ITS EFFECTED MY MENTAL AND PHYSICAL WELLBEING/HEALTH. MY MENTAL/PHYSICAL HEALTH HAS DETERIORATED AND IT'S NOT RIGHT, IM STRESSED 24/7, WORRY, SCARED, HAVE HEADACHES, NIGHTMARES, BAD THOUGHTS, UNSURE OF MY FUTURE, HAVE P.T.S.D., AND ALL THESE SYMPTOMS ARE A RESULT OF STAFF'S RETALIATION AGAINST ME BECAUSE I INVOKED THE K.D.O.C.'S GRIEVANCE PROCEDURE, BECAUSE I ENVESTED IN PROTECTED CONDUCT, i.e. EXERCISING MY FIRST AMENDMENT RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF MY GRIEVANCES, BECAUSE INSTEAD OF FALLING IN WITH OTHER INMATES WHO ACCEPT MISTREATMENT AND ABUSE WITHOUT INVOKING THE GRIEVANCE SYSTEM I DOCUMENT THE FACTS AND EXPOSE STAFFS UNPROFESSIONAL/ILLEGAL ACTS/BEHAVIORS, ~~[scratched out]~~ SO IM DOCUMENTING THESE FACTS ONCE AGAIN AS IVE DONE MANY TIMES IN THE PAST, BUT BECAUSE KDOC HAS A UNWRITTEN POLICY TO GIVE GUILTY STAFF IMMUNITY MY COMPLAINTS HAVENT PROVIDED ME WITH RESOLUTIONS AND RELIEF, BUT INSTEAD COMPOUNDED MY PROBLEMS AND CAUSED ME TO BE SUBJECTED TO OTHER FORMS OF RETALIATION, AND BECAUSE K.D.O.C.'S GRIEVANCE PROCEDURE IS CORRUPT, BIASED, COUNTERPRODUCTIVE, INEFFECTIVE, A RUBBER STAMP REPLY SYSTEM, DISHONEST, BROKEN, ABUSED, FAKE PROBLEM SOLVING PROCESS/GRIEVANCE SYSTEM/PROCEDURES BUT IM A SURVIVOR, A FIGHTER, AND I REFUSE TO GIVE UP. ALTHOUGH STAFF HAVE SAID IM P.C., A P.C. CHECK-IN

(NEXT PAGE → → →

(EXHIBIT-D-9)

RE: FORM-9 DATED-8-20-2021/(PGE-5-OF-7) KP(73) TO THE WHOLE CELLHOUSE/PRISON POPULATION IM BEING SUBJECTED TO FURTHER RETALIATION DUE TO THE FACT THAT ALL MY UNIT TEAMS DENY ME CONDITIONS, ACTIVITIES, PRIVILEGES A INMATE IN PROTECTIVE CUSTODY IS SUPPOST TO RECEIVE/HAVE. THIS IS BECAUSE I WONT STOP FILING/DOING PAPER WORK i.e. FORM-9'S/GRIEVANCES/GRIEVANCE APPEALS/PROPERTY CLAIMS/INJURY CLAIMS AND SO KDOC/HCF OFFICIALS PUNISH ME, BY DENYING ME EVERYTHING I'M SUPPOST TO HAVE ON P.C. STATUS. e.g., HOT POT, PHONE 5 DAYS A WEEK, SAFETY, PORTERS JOB, CONTACT VISITS, DAY ROOM IF I FELT I COULD COME OUT OF MY CELL, TO COME OUT OF MY CELL WITHOUT HANDCUFFS, ETC. BECAUSE PRISON OFFICIALS PUNISH ME FOR WRITING STAFF UP, AND PRISON STAFF/OFFICIALS WILL CLAIM ITS DUE TO DISCIPLINARY REPORTS, BUT THAT IS A LIE. PRISON OFFICIALS GREEN LIGHT ME WITH ALL SCUMBAG STAFF AND THOSE STAFF WILL HARASS AND PROVOKE ME EVERY SHIFT, EVERYDAY, UNTIL I SNAP AND THREATEN SOMEONE, CUSS THEM OUT, OR BATTER THEM, THEN THEY WRITE A RETALIATORY D.R., BUT THE D.R. ONLY SAYS WHAT RULE I BROKE, NOT WHY, AND THE WHY IS DUE TO: STAFF DENYING ME TOILET PAPER FORCING ME TO USE A SHIRT, SOCK, SHEET, HAND, DENY ME BREAKFAST, LUNCH OR DINNER, SHINE THE LIGHT IN MY EYES

NEXT PAGE → → →

(EXHIBIT-D-10)

RE: FORM 9 DATED 8-20-2021 / PAGE 6 OF 7) IKF (73)
UNTIL I WAKE UP DURING EVERY ROUND, BUT NOT DO IT TO OTHERS, DENY ME ICE, DENY ME TEA & COFFEE, DENY ME FORM 9'S GRIEVANCES, THE PHONE, CLEANING SUPPLIES, PUT HAIR IN MY FOOD, BOOGERS, TOENAILS, GIVE ME ICE COLD FOOD, A TRAY WITH NO EATING UTENSIL, DENY ME A FLEX PEN, TELL ME I'M A PUNK, B****, P****, TELL OTHER INMATES I'M A RAT, FAG, CHILDMOLESTER, SHAKE MY CELL DOWN AND DESTROY IT, PUT ME IN THE SHOWER TO STRIP SEARCH ME AND TURN THE WATER ON WHILE I'M STILL DRESSED (TWICE), GIVE ME WATER INSTEAD OF JUICE OR TEA OR COFFEE, TELL ME SHUT THE F*** UP, TELL ME YOUR A PUNK, TELL ME THEY'LL BEAT MY A**, MAN, ON AND ON. LIKE WHEN STAFF WALK BY AND I SAY YEAH, I NEED TOILET PAPER, AND ~~[redacted]~~ STAFF COMES BACK WITH, "WE ONLY PASS IT OUT ON MON, WHEN ITS THUR I SNAP, FOR EXAMPLE, OR STAFF GIVES ME A DINNER TRAY THAT HAS DIRTY FILTHY WATER INSIDE THE TRAY BECAUSE THE TRAYS HOLLOW) AND HAS HOLES IN IT AND I SAY GIVE ME A DIFFERENT TRAY THAT DONT WEIGH 10 POUNDS BECAUSE ITS FULL OF NASTY WATER, DIRT, FOOD, AND STAFF SAY ITS WHAT THE KITCHEN SENT, TAKE IT OR DONT EAT, AND I SNAP AND TELL STAFF HE'S A B**** AND I'D BET HE'S PUNK A** AND POP MY DOOR OPEN AND TELL ME THAT CAUSE I'D BEAT HE'S A**.. AND I GET A DR EAR

NEXT PAGE → → →

(EXHIBIT-D-11)

(RE: FORM 9 DATED 8-20-2021/ PAGE-7-OF-7) 1 KEY (73)

BUT IT DOESN'T SAY WHY. THATS ANOTHER EXAMPLE, BUT ITS ALL RETALIATION. SO MANY STAFF HAVE SAID I'M P.C.! HERTEL WROTE IT, AND YET SHE REFUSES TO CAUSE ME TO BE ABLE TO ORDER FOOD AND DRINKS FROM CANTEEN, AND INSTEAD LIES AND PLAYS GAMES. JUST LIKE NOW, WHEN I EXPRESS MY FEARS/CONCERNS OF BEING IN A TWO MAN CELL, DUE TO ALL MY ENEMIES, WHICH STAFF HAVE CAUSED MOST OF THEM TO BE AN ENEMY. LET THE RECORD REFLECT THE FACTS.

NOTE - UNIT TEAM HERTEL HAD ME MOVED FROM A-1 CELLHOUSE #214 TO A-2 CELLHOUSE #211 ON 8-23-2021, DUE TO THIS FORM-9. ITS A RETALIATORY CELLHOUSE/CELL MOVE, AND MY UNIT TEAM IS NOW UNIT TEAM PETTIJOHN



(EXHIBIT-D-12) (73)

P.O. Box 1568
Hutchinson, KS  67504-1568

**Kansas**
Department of Corrections
Hutchinson Correctional Facility

Phone: (620) 662-2321
Fax: (620) 728-3476
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Acting Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

---

**Date:** 9/13/2021 *I GOT BACK 9-14-2021 MAIL PASS/A-2/211/HCF/RENNER*

**To:** Brown, David #57800, A2-211

**Subject:** Grievance

**From:** J. Pettijohn, UTS
Hutchinson Correctional Facility

**FINDING OF FACTS:** You submitted a grievance concerning staff misconduct with UTS Hertel.

**CONCLUSIONS MADE:** I have reviewed your grievance and the attached form 9.  Reports or complaints of alleged staff misconduct is investigated once reported.  If it is deemed necessary, appropriate counsel will take place with the staff member, however outcome of counsel will not be discussed with you or any other offender.

**ACTION TAKEN:** None warranted.  If you are unsatisfied by the Unit Team's response, you may forward this grievance to the Warden's office within three calendar days of your receipt of it.

*IGNORED COMPLAINT OF BEING DENIED TO BUY FOOD/DRINKS ON CANTEEN, AS WELL HAVE ALL THE OTHER PRIVILEGES IM SUPPOSE TO GET ON RHU/OSR/PC/ ADMINISTRATIVE SEGREGATION STATUS, AND*



P.O. Box 1568
Hutchinson, KS 67504-1568

**Kansas Department of Corrections**

Phone: (620) 625-7238
Fax: (620) 728-3473
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

**DATE:** 9/21/21

**TO:** Brown, David #57800
A2-211

**FROM:** D. Schnurr, Warden

**SUBJECT:** Grievance #BA00018821

**FINDING OF FACTS:** You have submitted a grievance concerning UTS Hertel.

**CONCLUSIONS MADE:** I have read and concur with Mr. Pettijohn's response. Appropriate staff counsel occurs if deemed necessary and the complaining party is not privy to the outcome.

**ACTION TAKEN:** None warranted. This is my final answer to you on this matter. Any subsequent grievances received from you concerning this subject shall be returned to you with no further response. You may appeal this decision to the Secretary of Corrections in accordance with applicable regulations that may be found in your Inmate Rule Book.

Dan Schnurr
HCF, Warden

DS/AA/eks

c:   file

(EXHIBIT-D-14) HCF / (73)

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: __DAVID BROWN__   Facility: __HUTCHINSON CORR. FAC.__

Inmate Number: __57800__   Grievance Serial No.: __BA0001882I (73)__

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:  Kansas Department of Corrections     Date Mailed: __10-__ 2021 (73)__
          714 SW Jackson
          Suite 300
          Topeka, KS 66603

( PAGE-1-OF-3 )

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _I HAVE STATED THE FACTS IN THE ATTACHED DOCUMENTS AND INCORPERATE THEM INTO THIS APPEAL AS IF THE SAME WAS RESTATED FULLY HEREIN THIS APPEAL. THE FACT THAT I HAVE BEEN AND CONTINUE TO BE RETALIATED AGAINST FOR EXERCISING MY FIRST AMENDMENT RIGHTS_ _David Brown_ Signature of Inmate _NEXT PAGE →_
_BY K.D.O.C. STAFF, WHO KNOWINGLY AND INTENTIONALLY_

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____     Date Sent to Inmate: _____

Finding of Fact:   __MY COMPLAINTS ARE IGNORED!__

Conclusions Made:

Action Taken:

RECEIVED
NOV
DOC Facility

_____
Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code   01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

(EXHIBIT-D-15)

(RE: GRIEVANCE APPEAL (73) / PAGE-2 OF 3) JKF/(73)

LABEL ME A RAT, SNITCH, CHILD MOLESTER, PUNK, FAG, ETC. TO A BUNCH OF PRISON INMATES THAT VICTIMIZE INMATES WITH SUCH LABEL IS CRIMINAL AND STAFF THAT DO THIS SHOULD BE CHARGED BECAUSE THEY ARE PUTTING A HIT ON ME. THEY KNOW WHEN THEY TELL ANOTHER INMATE IM TELLING ON EVERYONE AND THEY CANT PASS ANYTHING FOR THEM BECAUSE INMATE DAVID BROWN IS SNITCHING, THAT INMATES ARE GOING TO ATTACK ME, TELL ME IM A RAT, CUSS ME OUT, THREATEN ME, AND WHEN I DO GET INTO A GENERAL POPULATION SETTING ILL BE ATTACKED PHYSICALLY, FROM THE CONFLICT AND LABEL GUARDS GAVE ME. ITS ALSO ILLEGAL AND VIOLATES MY 1ST AMENDMENT RIGHTS.

FURTHERMORE, UNIT TEAM HERTEL, PETTIJOHN, AND THE WARDEN REFUSED TO COMMENT ON THE RETALIATION CLAIMS IVE BROUGHT UP IN THIS FORM-9/GRIEVANCE COMPLAINT, WHICH IS A NORMAL ADMINISTRATIVE TACTIC, TO IGNORE THE PROBLEM/CLAIMS/WRONGS AGAINST A PRISONER/ME BY STAFF'S RETALIATION THE FORMS OF KDOC STAFF RETALIATION ARE MANY, AND ITS ALL BECAUSE OF ME FILING OFFICIAL/LEGAL PAPERS, AND KDOC ADMINISTRATION HAS THE POWER, ABILITY, TO STOP ALL FORMS OF RETALIATION AGAINST ME WITHIN 24 HOURS, BUT IVE BEEN DENIED ALL P.C. PRIVILEGES FOR YEARS, SINCE ~~█████~~ (5-19-2017) AND IF KDOC STAFF SAY IM NOT ON P.C. THEN IVE BEEN DENIED ALL PRIVILEGES ADMINISTRATIVE SEGREGATION, O.S.R. (OTHER SECURITY RISK) PRISONERS ARE SUPPOST TO GET, SINCE 5-19-2017) AND RIGHT NOW IM STILL BEING SUBJECTED TO THIS RETALIATORY PUNISHMENT

NEXT PAGE →  ⇒  ⇒

(EXHIBIT-D-16)

(RE: GRIEVANCE APPEAL (73) / PAGE-3-OF-3)    JCF / (73)

Each and every week for the last two months I've watched several inmates order and receive food, coffee, and hygiene from canteen, while I've been refused all food, coffee, drinks, and most hygiene I've wanted to purchase. I'm in a cell with no working sink drain since 9-26-2021 - 10-7-2021 so far. My second time of dealing with this, when a on call plumber could be called. I'm denied porter jobs, I'm denied everything I'm supposed to be allowed, and because KDOC grievance procedure/system is so ineffective, biased, corrupt, etc, nothing done to correct/resolve the issues/problems. These illegal forms of retaliation need to be addressed and corrected, and stopped. Retaliation is not funny nor is the results of such retaliation I suffer from. With the prison officials knowing their staff are subjecting me to illegal retaliation, and refuse to do anything about it, look at the KDOC policies being violated and prison unit teams, wardens refuse to do anything about it. The warden should be fired, the secretary of corrections should be fired. KDOC officials should not have control over the grievance procedure/system. An outside authority should have power over and rule on KDOC ~~[redacted]~~ grievance process. The warden and secretary of corrections should punish all KDOC workers for subjecting me to illegal retaliation, and all activities and privilege(s) I'm supposed to of been receiving are given to me at once!

(EXHIBIT-D-17) HCFV (73)

# Grievance-Response on Appeal

**FACILITY:** Hutchinson Correctional Facility

**INMATE:** 0057800 Brown, David  EDCF

**GRIEVANCE NO.:** BA00018821

**DATE:** November 2, 2021

### FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

### CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. The issues you want addressed are classification issues; you may not use the grievance process for classification issues.

### ACTION TAKEN

None further.

_____
**Darcie Holthaus CMII**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:   Warden Schnurr
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.