IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER DAVID BROWN,
PLAINTIFF,

VS.

DANEEL L. SCHNURR, et. al.
DEFENDANTS,

CASE NO. 5:21-CV-03105-JAR-GEB
DISTRICT JUDGE - JULIE A. ROBINSON (JAR)
MAGISTRATE JUDGE - GWYNNE E. BIRZER (GEB)

PLAINTIFF'S REPLY, TO DEFENDANTS RESPONSE IN OPPOSITION AT (DOC NO 44) TO PLAINTIFF'S MOTION REQUESTING THE COURT ISSUE AN ORDER TO SHOW CAUSE WHY K.D.O.C. OFFICIALS/EMPLOYEE'S CONTINUE TO SUBJECT PLAINTIFF TO NUMEROUS FORMS OF RETALIATION FOR PLAINTIFF EXERCISING HIS FIRST AMENDMENT RIGHTS, AND TO EXPLAIN WHY THE COURT SHOULDN'T ISSUE A TEMPORARY PRELIMINARY INJUNCTION AND/OR PROTECTIVE ORDER AT (DOC NO 42)

COMES NOW, PRO SE PLAINTIFF CHRISTOPHER DAVID BROWN IN THE ABOVE CAPTIONED CASE, IN REPLY TO DEFENDANT'S, RESPONSE IN OPPOSITION, AT (DOC. NO. 44), AND PLAINTIFF WILL CLARIFY FOR DEFENDANTS, AND THE COURT, PLAINTIFF'S, MOTION REQUESTING THE COURT ISSUE AN ORDER TO SHOW CAUSE WHY K.D.O.C. OFFICIALS/EMPLOYEE'S CONTINUE TO SUBJECT PLAINTIFF TO NUMEROUS FORMS OF RETALIATION FOR PLAINTIFF EXERCISING HIS FIRST AMENDMENT RIGHTS, AND TO EXPLAIN WHY THE COURT SHOULDN'T ISSUE A TEMPORARY PRELIMINARY INJUNCTION AND/OR PROTECTIVE ORDER AT (DOC. NO 42) INTENDED PURPOSE, AS DEFENDANTS ARE ATTEMPTING TO MISLEAD THE COURT IN THEIR RESPONSE AT (DOC NO 44) AS IT'S A PATTERN OF BEHAVIOR. PLAINTIFF STATES THE FOLLOWING:

1.) PLAINTIFF IS NOT FILING A NEW LAW SUIT, AS DEFENDANTS SUGGEST, NOR IS PLAINTIFF BRINGING NEW CLAIMS, AS DEFENDANTS SUGGEST (AT PAGE-3, IN DOC NO 44)

PLAINTIFF IS SIMPLY ASKING K.D.O.C. OFFICIALS/EMPLOYEE'S STOP ALL FORMS OF RETALIATION THEY HAVE BEEN, AND CONTINUE TO SUBJECT PLAINTIFF TO, TO PUNISH PLAINTIFF FOR FILING AND CONTINUING TO LITIGATE THIS LAW SUIT, AND FOR FILING FORM-9'S/GRIEVANCES

2) DEFENDANTS CAN NOT BE PREJUDICED BY BEING REQUIRED TO RESPOND TO...

... BRAND NEW CLAIMS, IN A WHOLLY UNRELATED LAW SUIT, BECAUSE IT'S A REPLY TO PLAINTIFF'S MOTION, AND/OR THE COURTS ORDER TO SHOW CAUSE, NOT A NEW LAW SUIT WITH NEW CLAIMS.

IT JUST DISGUST PLAINTIFF TO SEE DEFENDANTS CONTINUED ATTEMPTS TO MISLEAD THE COURT, AND OUT RIGHT LIE ON RECORD, WITHOUT ANY FEAR, WHAT SO EVER, OF ANY CONSEQUENCES FOR DOING SO.

3.) PLAINTIFF HAS A RIGHT, UNDER THE UNITED STATES CONSTITUTION, TO ACCESS THE COURTS, AND TO PETITION THE GOVERMENT FOR A REDRESS OF HIS GRIEVANCES, <u>WITHOUT BEING RETALIATED AGAINST, AND PUNISHED</u> FOR EXERCISING THESE FIRST AMENDMENT RIGHTS, AND <u>PLAINTIFFS FIRST AMENDMENT RIGHTS HAVE BEEN AND CONTINUE TO BE VIOLATED</u>, BECAUSE K.D.O.C. DEFENDANTS/EMPLOYEE'S HAVE, AND CONTINUE, TO SUBJECT PLAINTIFF TO SEVERAL FORMS OF: RETALIATION, PUNISHMENT, HARASSMENT, DELIBERATE INDIFFERENCE, FALSE RETALIATORY DISCIPLINARY REPORTS, RETALIATORY MOVES, ILLEGAL CONDITIONS OF CONFINEMENT, HINDER PLAINTIFFS LITIGATION, AND SO MUCH MORE, WHICH PLAINTIFF HAS BEEN INFORMING AND REPORTING TO THIS COURT... ALL OF THESE FORMS OF RETALIATION ARE DONE TO PUNISH PLAINTIFF FOR THIS LAW SUIT. ITS ALL RELATED, ITS ALL VERY RELEVANT TO THIS LAW SUIT, CASE NO. 5:21-CV-3105-SAC-JAR-GEB

4.) NOW, PLAINTIFF UNDERSTANDS THAT PLAINTIFF IS ABLE TO FILE A BRAND NEW LAW SUIT FOR DEFENDANTS AND K.D.O.C. EMPLOYEE'S FIRST AMENDMENT RIGHTS RETALIATIONS, BUT THAT IS NOT THE TOPIC OF DISCUSSION HERE. THE TOPIC OF DISCUSSION IS THAT PLAINTIFF WANTS TO LITIGATE THIS LAW SUIT, WITHOUT BEING PUNISHED AND RETALIATED AGAINST FOR DOING SO, AND PLAINTIFF SHOULD BE ABLE TO DO THAT, AS A LEGAL RIGHT, AND BECAUSE DEFENDANTS AND K.D.O.C. EMPLOYEE ARE REFUSING PLAINTIFF THIS RIGHT, PLAINTIFF IS REQUESTING THE COURT ORDER KDOC DEFENDANTS AND EMPLOYEE'S TO HONOR PLAINTIFF'S FIRST AMENDMENT RIGHTS AND STOP THE RETALIATION!

5.) FOR THE RECORD, PLAINTIFF IS FORCED TO STOP AND RESTART AND STOP AND RESTART WRITING THIS DOCUMENT DUE TO PLAINTIFF'S BACK INJURY. AND PLAINTIFF LITERALLY BROKE DOWN CRYING WHEN PLAINTIFF GOT UP THIS MORNING FROM THE EXTREME PAIN, AND DEFENDANTS ARE CLAIMING THEY WOULD BE PREJUDICED BY SIMPLY

(PAGE-2-OF-5)

RESPONDING TO A ORDER TO SHOW CAUSE, AND DOING SO WITHOUT HAVING A EXTREMELY PAINFUL BACK INJURY K.D.O.C. EMPLOYEES CAUSED. <u>PLAINTIFF IS THE ONE PREJUDICED</u>! PLAINTIFF IS PREJUDICED BY HAVING TO WRITE THIS REPLY, FOR HAVING TO DRAFT THE MOTION REQUESTING THE COURT ISSUE AN ORDER TO SHOW CAUSE (DOC NO. 42). PLAINTIFF IS PREJUDICED FOR HAVING TO WRITE AND SUBMIT A (12) PAGE DISCIPLINARY REPORT, CASE NO. 22-05-222 APPEAL TO CHARGES THAT ARE OUTRIGHT LIES, (SEE DOC NO. 35, EXHIBIT-A) THE HEARING OFFICER COMPLETELY VIOLATED ALL OF THE VERY LIMITED DUE PROCESS RIGHTS PLAINTIFF, AS A PRISONER, IS SUPPOST TO HAVE. AND AS PLAINTIFF MADE CLEAR IN HIS APPEAL, PER K.A.R. 44-13-401(b) PLAINTIFF WAS SUPPOST TO RECEIVE ADVANCE WRITTEN NOTICE NOT LESS THAN (24) HOURS FROM THE HEARING THAT THE HEARING IS GOING TO TAKE PLACE. THIS WAS NOT DONE. IN FACT PLAINTIFF HAD NOT HEARD ANYTHING ABOUT THE HEARING FOR APPROX (27) DAYS SINE MY FIRST HEARING ON 6-3-2022 (SEE EXHIBIT-A) WHICH WAS DONE BY PHONE, AS INMATES HAVE PHONES IN THEIR CELL, BUT YOU WILL SEE HEARING OFFICER MARLEY CLAIMS THE HEARING WAS ON 6-30-2022, WHEN THIS IS THE SECOND HEARING, AND HE OUTRIGHT LIES AND SAYS HE REVIEWS SUMMONS, AND EVERYTHING IS IN ORDER. (SEE EXHIBIT-B) I RECEIVED NO SUMMONS, AND WAS SUPRIZED AT APPROX 5:00 AM IN THE MORNING WITH THIS HEARING (2ND) AND THIS LYING HEARING OFFICER DOES NOT MAKE A CORRECT HEARING RECORD. HE DOESNT DOCUMENT ME OBJECTING TO THE HEARING BECAUSE I DIDN'T GET INFORMED OF IT. LOOK, ITS A (12) PAGE APPEAL, SO THAT SHOULD TELL YOU HOW BAD THIS HEARING OFFICER VIOLATED MY RIGHTS, THEN HE SAYS FILE A LAW SUIT, (RETALIATION) ~~[struck]~~ A K.D.O.C. RETALIATORY TACTIC., TO OVERWHELM ME/PRISONERS WITH NUMEROUS PROBLEMS IM FORCED TO ADDRESS TO WEAR ME DOWN AND DEPRESS ME AND MAKE ME UNDERSTAND IM BEING PUNISHED BECAUSE IM EXERCISING MY FIRST AMENDMENT RIGHTS, AND THE WHOLE APPEAL TO THE WARDEN/SECRETARY OF CORRECTION IS A JOKE! THEY ALREADY TOOK MY $20.00 AND HAVE NO INTENTION OF GIVING IT BACK OR OVERTURNING THE D.R., AND WHAT'S IMPORTANT TO KNOW, IS THAT ON 5-31-2022 C-2 UNIT TEAM WEBSTER BROUGHT ME MY FORM-9 DATED 5-17-2022 (SEE DOC NO. 42, EXHIBIT-C-5) AND I TOLD HER I NEEDED GRIEVANCES

(PAGE-3-OF-5)

BECAUSE STAFFS REFUSING TO BRING ME SOME AND I'M GOING TO WRITE A GRIEVANCE ON THIS WHOLE MATTER BECAUSE I'M SICK OF THE GAMES, AND LATER THAT NIGHT, AT SHOWER TIME, I'M ESCORTED TO A SHOWER STALL WITH APPROX THREE INCHES OF SEWAGE WATER, PUBIC HAIR, HAIR, CUM, FILTH, AND TOLD GET IN THAT POND AND STAND IN IT, OR YOUR NOT GETTING A SHOWER! AND I KEPT MY COOL AND DIDN'T THREATEN ANYONE, CUSS THEM OUT, KICK THEM, SPIT ON THEM OR ANYTHING ELSE TO JUSTIFY BEING DENIED A SHOWER, AND I GET A LYING RETALIATORY D.R., AND (SI) VETTER TOLD ME TO FILE A GRIEVANCE AND TO FILE A LAWSUIT. (SEE DOC NO 42 EXHIBITS C-THROUGH C-12), AND (SEE DOC NO. 35, EXHIBIT-A) AND (SEE THE ATTACHED EXHIBITS A AND B) IN SUPPORT.

6.) DEFENDANTS/K.D.O.C. EMPLOYEES ARE TELLING THE COURT TO ALLOW THEM TO CONTINUE TO SUBJECT PLAINTIFF TO ALL THE RETALIATION THEY HAVE BEEN SUBJECTING PLAINTIFF TO, AND NOT TO SAY OR DO ANYTHING ABOUT IT. THE DEFENDANTS/K.D.O.C. EMPLOYEES ARE SAYING MAKE PLAINTIFF FILE SEVERAL MORE LAWSUITS FOR THE ILLEGAL RETALIATION WE ARE SUBJECTING PLAINTIFF TO, AND IT WILL DO NO GOOD BECAUSE WE WILL HAVE ALREADY GOTTEN AWAY WITH IT ALL.

DEFENDANTS/K.D.O.C. EMPLOYEES HAVE ALREADY TRIED TO KILL PLAINTIFF, DENYING PLAINTIFF HIS THYROID MEDICATION FOR WEEKS! THAT CAN KILL PLAINTIFF! (SEE DOC NO. 13, 14, DOC NO 22 EXHIBITS 16, 17, 18,) THIS IS VERY SERIOUS, LIFE THREATENING! AND OF COURSE JUDGE SAM A. CROW REFUSES TO DO ANYTHING ABOUT IT. WHICH I DON'T UNDERSTAND!

7) DEFENDANTS/K.D.O.C. EMPLOYEES TRIED TO GET ANOTHER INMATE TO KILL ME! INMATE MICHAEL COUCH #113062, AND I SUFFERED FOR MONTHS. I WAS IN FEAR FOR MY LIFE, FOR MONTHS, I WAS FINALLY ATTACKED, BUT STAFF KEPT TRYING TO CAUSE I/M COUCH TO BELIEVE I WAS A RAT AND TELLING, AND ALTHOUGH I'M LUCKY I WASN'T KILLED I WAS ATTACKED AND AM SUFFERING EXTREME PAIN EVERY DAY AND NIGHT! ITS NOT RIGHT! (SEE DOC. NO. 42, EXHIBITS-C-THROUGH-C-12, AND D-THROUGH-D-17), AND EXHIBITS A AND B ALSO DOC NO 42)

(PAGE-4-OF-5)

8) THIS RELATES TO THE LAW SUIT PLAINTIFF IS TRYING TO LITIGATE, BECAUSE K.D.O.C. EMPLOYEES ARE ALREADY ATTEMPTING TO DESTROY ALL THE EVIDENCE (INJURY CLAIM PLAINTIFF SUBMITTED, AND A GRIEVANCE PLAINTIFF SUBMITTED. IT SHOWS THE USUAL PATTERN OF BEHAVIOR KDOC EMPLOYEES PRACTICE, TO DESTROY PRISONERS OFFICIAL/LEGAL PAPERS. e.g. INJURY CLAIM, AND GRIEVANCE WHICH RELATE TO EDCF EMPLOYEES INTENTIONAL RETALIATION AGAINST PLAINTIFF; INTENTIONALLY CAUSING ANOTHER PRISONER TO HARM PLAINTIFF. SO IF THIS INMATE WOULD OF KILLED ME, MY LAWSUIT WOULD BE MOOT OVER, AND DISMISSED. SO I DON'T UNDERSTAND WHY THE COURT WOULD ISSUE AN ORDER TO PROTECT PLAINTIFF FROM LIFE THREATENING ISSUES/RETALIATION, OR TO AT THE VERY LEAST CAUSE KDOC EMPLOYEES TO EXPLAIN THESE NUMEROUS INCIDENTS PLAINTIFF HAS BEEN SUBJECTED TO.

9.) AND FOR THE RECORD K.D.O.C./EL DORADO CORRECTIONAL FACILITY EMPLOYEES ARE REFUSING PLAINTIFF PROTECTIVE CUSTODY (P.C.) (SEE EXHIBIT-E) WHICH KEEPS PLAINTIFF IN A STATE OF FEAR, AND IN AN INTENTIONAL STATE OF RISK. THE U.T. DIDN'T SIGN HIS NAME, BUT MY UNIT TEAM IS U.T. BUCHHOLZ IN B-1 CELLHOUSE, AND TELLING PLAINTIFF TO COME TO SEGREGATION REVIEW IS NOT GOING TO CUT IT, AS KDOC/EDCF EMPLOYEES ARE LIARS! OIC/CSI DONNA YETTER AND HEARING OFFICER MARLEY HAVE ALREADY PROVEN THAT, AS HAS UNIT TEAM ABEL AND U.T.M. HOEPNER, AND U.T. BRIAN REEVES AND PLAINTIFF WANTS EVERYTHING IN WRITING SO THERE'S NO QUESTION AS TO WHAT STAFF SAID.

10.) WHEREFORE, PLAINTIFF ASK THE COURT TO TAKE INTO CONSIDERATION ALL THE FACTS, AND TO UNDERSTAND PLAINTIFF IS JUST TRYING TO STAY ALIVE AND SAFE AND ASKING THE COURT ORDER DEFENDANTS REPLY TO A COURT ORDER TO SHOW CAUSE, AS THERE IS NO JUSTIFICATION FOR ALL THIS RETALIATION.

CORDIALLY, DAVID BROWN
*David Brown*

DATE- 7-26-2022 SUBMITTED TO BE E-FILED. B-1/122/EDCF

(PAGE-5-OF-5)

# KANSAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY OFFICE
### INMATE DISCIPLINARY SUMMONS

**INMATE NAME:** BROWN, DAVID     **KDOC NUMBER:** 57800     **DATE:** 06/03/2022

**CASE NUMBER:** 22-05-222

**HOUSING UNIT/CELL:** C2 145

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

TIME: **6:00 A.M. - 3:00 P.M.**

DATE: **Friday, June 03, 2022**

LOCATION: **Phone by calling (316) 322-2010**

FAILURE TO REPORT WHEN DIRECTED WILL RESULT IN THE CASE BEING PLACE INTO A CONTINUANCE PER K.A.R. 44-13-402(C). THIS CASE WILL BE CONTINUED UNTIL THE NEXT TIME SPOT IS AVAILABLE.

**BE PREPARED TO PROCEED WHEN CALLED.**

INMATE SIGNATURE: _David Brown_  E. SCOTT DELIVERED
STAFF SIGNATURE: _CCII  J Scott_
SERVED: JUN 0 2 2022              855
        DATE                       TIME

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE. GIVE THE INMATE THE COPY FOR HIS RECORDS.

# INMATE COPY

(EXHIBIT-B)

# DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO  # BROWN, DAVID   #57800 | CASE NO. 22-05-222 |
|---|---|

## TESTIMONY

| |
|---|
| Date & Time: 06/30/22   0530 hrs.        Hearing Officer: CSI Marley |
| Hearing begins: In Person |
| H/O reads report into record, reviews summons, time limits of receipt, and witness list, all of which are in order to proceed with hearing. |
| Offender sworn in, acknowledges that he received a copy of the DR and Summons |
| H/O asks offender for plea to charges Offender plead: Not Guilty |
| H/O receives any motions from offender: None presented written or verbal. |
| H/O reviews charges or amendments to charges: Charges stand as written |
| H/O reviews evidence and/or video: @1900 hours offender take to shower by the COIs on duty. Appears to refuse shower #6, escorted back to cell without incident. At 1912 back in cell. At 1914 CSI Vetter at door, no one else present. At 1917 CSI Vetter to officers station, at 1918 CSI Vetter to sally port. |
| Statement: I did not threaten anyone. I told Vetter that I didn't do anything to get beat on a shower. I said I didn't spit on staff, hit staff, cuss staff, kick staff or anything like that to be deny a shower. She said she would inspect the shower then just put a grievance in and she would put a work order in. Just because I wouldn't stand in a foot of sewage water left in the shower. The only person at my cell was Vetter. I never saw McKinney who is listed as a witness. I didn't threaten anyone If I would have it would have been the officer who took me to the shower, not her. She has long standing issue with me. |
| CSI Vetter sworn in. |
| Offender: Did you go to the shower and check the sewage in the shower? |
| R/O: No |
| Offender: Did staff tell you I threatened you? "THEM"/ I SAID, "DID STAFF TELL YOU I THREATEND THEM? SHE SAID, "YES" |
| R/O: Another staff member said you did when I was standing at the door. |
| H/O interjects and advises that he has received information from COI McKinney that she was in CCH control that day and was listening in on the intercom. H/O officer verifies with CSI Vetter that this is the staff member who also heard the threat to which the answer is yes. |
| Offender: Staats and Stevenson were working that night and you don't remember who told you. |
| R/O: No |
| H/O advises offender to keep line of questions regarding the charge brought against him. The COs that were working in the cell house that night are immaterial as they were not present when the R/O states the threats were made. |
| Offender: What did they say I said? |
| R/O: It's not what you said to them, it's what you said to me. |
| Offender: Did I threaten you? |
| R/O: Yes |
| Offender: What did I say? |
| R/O: It's in my report        AND C/O McKinney |
| H/O reads again charges brought against the offender. |
| Offender has no further questions for R/O.        AND C/O McKINNEY |
| Offender wishes to call COI Staats and COI Stevenson. H/O denies this request per KAR 44-13-403(n)(2) as neither of these officers were present at or near the cell during this interaction where the alleged offense occurred. |
| Closing statement: I did not say that, McKinney didn't hear me as I had put toothpaste in the speaker and that blocks the sound. If I had threatened staff I would have threatened everyone. Look at my history, I have tons of staff batteries but I'm not like that anymore. I had an incident with her years back and she's been holding a grudge. When she came over she didn't do it to resolve an issue. She gave me grievance and said she'll put in a work order. |
| H/O reviews the facts of the case, based off of R/O testimony and previous COI statement that she was listening in the intercom, H/O finds the offender Guilty. |
| H/O advises of sanctions |
| Sanctions: 306—7 Days Dis Seg, 30 Days Rest., $20.00 Fine    TOLD ME TO FILE A LAW SUIT |

Page 2 of 3, Attachment L, IMPP 11-119
Effective: 12-11-13

NOTE: SENT TABLET FORM 9 TO U.T.M./RESTRICTIVE HOUSING UNIT ADMINISTRATOR, LEWIS NOTICE I WAS SUBMITTING MY D.R. APPEAL TODAY - 7-7-2022

NOTE - I GAVE MY APPEAL (12) PAGES TO UNT. BUCHHOLZ AT APPROX 12:30PM/B-1/122/EXF/7-7-2022

(RE: WHAT IS MY CURRENT ADMIN SEG STATUS? (EXHIBIT-C)

INMATE REQUEST TO STAFF MEMBER

To: U.T. BUCHHOLZ
(Name and Title of Officer or Department)

[Unit Team Member Signature]

Date: 7-15-2022

USIGNMENT
B-1/122/EDCF

To be retained by Inmate

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWN, D.
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

#57800
Number

**INMATE REQUEST TO STAFF MEMBER**

To: UNIT TEAM BUCHHOLZ OF B-1     Date: 7-15-2022
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I WANT TO KNOW WHAT MY CURRENT ADMINISTRATIVE SEGREGATION STATUS IS. WHAT STATUS AM I BEING HOUSED UNDER, PENDING INVESTIGATION, OTHER SECURITY RISK, PROTECTIVE CUSTODY, CONSISTANT BAD BEHAVIOR, ...
THANKS

Work Assignment: ADMIN. SEG.     Living Unit Assignment: B-1/122/EDCF
Comment: _____     Unit Team Members Signature: _____

Disposition: OSR. Come to seg review to discuss further.

To: _____     Date: _____
(Name & Number)

Disposition: RETURNED TO MY CELL B-1/122/EDCF 7-20-2022 WED

Employee's Signature

To be returned to inmate.

P-0009b