IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER DAVID BROWN,
PLAINTIFF,

VS.

DANIEL L. SCHNURR et al.,
DEFENDANT(S)

CASE NO. 5:21-CV-03105-SAC-JAR-GEB
DISTRICT JUDGE- SAM A. CROW
DISTRICT JUDGE- JULIE A. ROBINSON
MAGISTRATE JUDGE- GWYNNE E. BERZER

## MOTION TO CORRECT THE RECORD REGARDING DISTRICT JUDGE JULIE A. ROBINSON'S ORDER (DOC NO. 40) PAGE-TWO

COMES NOW, PRO SE PLAINTIFF CHRISTOPHER DAVID BROWN IN THE ABOVE CAPTIONED CASE TO CORRECT THE RECORD IN DISTRICT JUDGE JULIE A. ROBINSON'S ORDER DATED JULY 6TH, 2022 (DOC. NO. 40, P.-2) PLAINTIFF STATES THE FOLLOWING IN SUPPORT:

1.) DISTRICT JUDGE JULIE A. ROBINSON STATED IN THE ABOVE MENTIONED ORDER THAT, "THE COURT NOTES THAT PLAINTIFF HAS ALREADY SUBMITTED AN UNTIMELY "AMENDED RESPONSE" AFTER THE TIME PASSED FOR DEFENDANT TO FILE A REPLY." (SEE DOC NO. 40, P. 2)

2.) DIST. JUDGE ROBINSON IS REFERING TO, "PLAINTIFF'S SUPPLEMENTAL, OR IN THE ALTERNATIVE AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT" AT (DOC. NO. 33)

3.) DUE TO THE FACT, K.D.O.C. EMPLOYEE'S AT, EL DORADO CORRECTIONAL FACILITY HAVE CONTINUED RETALIATION AGAINST PLAINTIFF, AND THEIR INTENTIONAL ACTS TO HINDER, THWART, AND STONEWALL PLAINTIFF'S ACCESS TO THIS COURT, AND TO PROSECUTE THIS CASE, PLAINTIFF'S SUPPLEMENTAL, OR IN THE ALTERNATIVE AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, WAS DOCUMENTED AS BEING FILED ON 6-8-2022 (DOC. NO. 33) INCORRECTLY.

4.) THE ACTUAL DATE SHOULD HAVE BEEN 5-18-2022 WHICH PLAINTIFF...

(PAGE-1-of-4)

EXPLAINED IN DETAIL IN PLAINTIFF'S, "MOTION INFORMING THE COURT OF K.D.O.C. EMPLOYEE'S CONTINUED INTERFERENCE WITH PLAINTIFF'S ACCESS TO THE COURT, AND TO LITIGATE THIS LAW SUIT TO THE BEST OF PLAINTIFF'S ABILITY" AT (DOC. NO. 34)

5.) PLAINTIFF REFERS THE COURT TO THE DATE ON PAGE-8, WHICH IS 5-18-2022 WROTE TWICE, ON THE ACTUAL SUPPLEMENTAL RESPONSE AT (DOC NO 33), AS THATS THE FIRST TIME PLAINTIFF SUBMITTED THE DOCUMENTS TO BE E-FILED TO THIS COURT, AND 6-8-2022 (DOC. NO. 33) WAS THE SECOND TIME.

6.) THEREFORE, PLAINTIFF CORRECTS THE RECORD, IN THAT PLAINTIFF DID NOT FILE A UNTIMELY SUPPLEMENTAL RESPONSE, TO DEFENDANTS MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT.

7.) NEXT, PLAINTIFF CLARIFIES FOR THE COURT AND STATES PLAINTIFF IS IN ADMINISTRATIVE SEGREGATION, WHICH IS A LOCK DOWN STATUS. PLAINTIFF IS CONFINED IN HIS CELL EXCEPT FOR: 1) MON, THUR., AND SAT. AT WHICH TIME PLAINTIFF CAN COME OUT HANDCUFFED AND GET ESCORTED TO A SHOWER FOR AN APPROX TEN MINUTE SHOWER. 2) TO GO TO INSIDE YARD ON MONDAYS, AND OUTSIDE YARD ON TUESDAYS.

8.) PLAINTIFF CAN NOT GO TO LAW LIBRARY HIMSELF, AND CAN ONLY REQUEST LAW MATERIALS BY A INMATE REQUEST TO STAFF MEMBER, (FORM-9) AND IF THE FORM 9 DOESN'T GET LOST OR DESTROYED, PLAINTIFF MAY OR MAY NOT RECEIVE WHAT HE'S REQUESTED, BUT THE COURT SHOULD KNOW, PLAINTIFF IS UNABLE TO GET THE FEDERAL RULES OF CIVIL PROCEDURE BOOK, WHICH MAKES IT DIFFICULT TO READ AND BE FAMILIAR WITH THE FEDERAL RULES OF PRACTICE OR OTHER BOOKS. (SEE ATTACHED EXHIBIT A-1, A-2)

9.) OTHER TIMES PLAINTIFF IS HARASSED AND DENIED LAW MATERIAL REQUEST BECAUSE ITS CIVIL LAW MATERIALS AND NOT RELATED TO PLAINTIFFS CRIMINAL CONVICTION (SEE ATTACHED EXHIBIT-B-1)

10.) THEN PLAINTIFF IS REFERED TO LEGAL SERVICES FOR PRISONERS, BUT THEY WILL NOT ASSIST INMATES IN LAW SUITS THATS SEEK DAMAGES OR THAT ARE CIVIL CASES. (SEE ATTACHED EXHIBIT- B-1 AND B-2)

(PAGE-2-OF-4)

11.) THESE ARE K.D.O.C. TACTICS USED TO HARASS, PUNISH, THWART, HENDER, INTERFER, PUNISH, PREVENT, SLOW WALK, RETALIATE AND DENY INMATES/PLAINTIFF ACESS TO THE COURTS. PLAINTIFF HAS BEEN SUBJECTED TO THE CORRUPT, ILLEGAL RETALIATORY K.D.O.C. TACTICS FOR YEARS AND STILL BEING SUBJECTED TO IT ALL TODAY.

12.) PLAINTIFF'S ACCESS TO THE COURTS HAS ALREADY BEEN VIOLATED IN THIS CASE DUE TO E.D.C.F. STAFF REFUSING TO E-FILE PLAINTIFF'S MOTION FOR AN ENLARGEMENT, WHICH CAUSED PLAINTIFF INJURY DUE TO PLAINTIFF BEING DENIED THE RIGHT TO RESPOND TO DIST. JUDGE SAM A. CROW'S ORDER TO DISMISS TWO DEFENDANTS IN THIS §1983 ACTION.

13.) PLAINTIFF WANTS TO MAKE CLEAR, PLAINTIFF IS ASKING HE BE ALLOWED TO PROSECUTE THIS LAW SUIT WITHOUT BEING SUBJECTED TO RETALIATION, AND THAT DEFENDANTS EXPLAIN TO THE COURT WHY THEY REFUSE TO ALLOW PLAINTIFF HIS LEGAL, FIRST AMENDMENT RIGHT AND/OR FOURTEENTH AMENDMENT RIGHT TO DO THAT. THAT IS NOT ADDING NEW CLAIMS TO THIS LAW SUIT, ITS NOT NEW CLAIMS/ALLEGATIONS EITHER, AS PLAINTIFF HAS BEEN SUBJECTED TO RETALIATION BEFORE THIS LAW SUIT, DURING THE FILING OF THIS LAW SUIT, AND THROUGHOUT THE LAW SUIT, AND IT CONTINUES NOW TO DATE.

14.) IF DEFENDANTS/K.D.O.C. EMPLOYEES HAVE DONE NOTHING WRONG THEY SHOULD NOT BE CONCERNED ABOUT EXPLAINING TO THE COURT WHY PLAINTIFF WAS DENIED A UNBIASED FAIR PAROLE HEARING, WHY PLAINTIFFS OFFICIAL LEGAL PAPERS ARE BEING DESTROYED, WHY PLAINTIFFS LEGAL PAPERS ARE NOT E-FILED WHEN PLAINTIFF SUBMITS THEM, WHY PLAINTIFF WAS WROTE A DISCIPLINARY REPORT FOR NOT STANDING IN SEWAGE WATER, WHY PLAINTIFFS THYROID MEDICATION IS DENIED TO PLAINTIFF FOR WEEKS, WHY PLAINTIFF DENIED PROTECTIVE CUSTODY, WHY PLAINTIFF TELLS STAFF HES IN FEAR FOR HIS SAFETY/LIFE AND NEEDS TO GET OUT OF THE CELL WITH HIS CELLIE AND WAS REFUSED, THEN MOVED, THEN MOVED RIGHT BACK INTO THE CELL WITH THAT I/m WHO ATTACKED PLAINTIFF, WHY STAFF WILL START YELLING ON

THAT PLAINTIFF IS A RAT, SNITCH, TELLING, A P.C. CHECK-IN, AND GET IN NO TROUBLE, WHY STAFF INTENTIONALLY CAUSE A ISSUE/PROBLEM, AND TELL ME TO FILE A GRIEVANCE OR ANOTHER LAW SUIT, WHY STAFF DENY ME FOOD, WHY STAFF DENY ME TOILET PAPER, WHY STAFF SUBJECT ME TO ANY OF THE MANY FORMS OF RETALIATION I'VE REPORTED TO THE COURT, IN RETALIATION FOR ME EXERCISING MY FIRST AMENDMENT RIGHTS....

(5) PLAINTIFF IS UNDER THE IMPRESSION A COURT DOES NOT WISH THERE TO BE INCORRECT INFORMATION, ALLEGED FACTS, IN THE RECORD AND PLAINTIFF THEREFORE HAS PROVIDED FACTS/TRUTH TO CORRECT THE RECORD AND ALSO INFORMED THE COURT THAT DEFENDANTS ARE PREVENTING PLAINTIFF FROM FILING PAPERS ON TIME, AND FROM BEING FAMILIAR WITH THE RULES OF PRACTICE AND PROCEDURE AND RELEVANT FEDERAL RULES OF CIVIL PROCEDURE... LET THE RECORD REFLECT SUCH FACTS.

RESPECTFULLY,

David Brown #57800
E.D.C.F. P.O. BOX 311
ELDORADO, KANSAS 67042

DATE 8-9-2022

I, CHRISTOPHER DAVID BROWN being competent to make this declaration and having personal knowledge of the matters stated, declares pursuant to 28 U.S.C. §1746; under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 8-9-2022

Christopher David Brown 57800
(SIGNATURE)