# United States District Court

------------------------- DISTRICT OF KANSAS----------------------

| | |
|---|---|
| **CHRISTOPHER DAVID BROWN,** | |
| Plaintiff**,** | |
| v. | Case No 21-3105-JAR |
| **DANIEL SCHNURR, JEFFREY NEAL PETTIJOHN, TOD E. SWENSON, and CARMEN G. BAYNHAMI,** | |
| Defendants**.** | |

**Defendants,**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That pursuant to the Court's Order entered on January 3, 2022 (Doc. 16), plaintiff's claims against defendants Schnurr and Baynhami are dismissed, but shall permit plaintiff's claims against defendants Swenson and Pettijohn to continue.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's Memorandum and Order filed on August 24, 2022 (Doc. 48), that Swenson and Pettijohn's Motion to Dismiss, or in the Alternative, for Summary Judgment (Doc. 25) is **granted**. The motion for summary judgment is granted as to Plaintiff's federal claims. The Court declines to exercise supplemental jurisdiction over the remaining state law claims.

**IT IS FURTHER ORDERD BY THE COURT** that Plaintiff's Motion Requesting the Court Issue an Order to Show Cause why KDOC Officials/Employee's [sic] Continue to Subject to Numerous Forms of Retaliation for Plaintiff Exercising his First Amendment Rights and to Explain Why the Court Shouldn't Issue a Temporary Preliminary Injunction and/or Protective Order (Doc. 42) is **denied**; and his Motion to Correct the Record (Doc. 46) is **moot**.

      **IT IS SO ORDERED.**

<u>8/24/2022              </u>                              SKYLER B. O'HARA
      Date                                          CLERK OF THE DISTRICT COURT

                                                  by: <u> s/Bonnie Wiest              </u>
                                                            Deputy Clerk