IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRISTOPHER DAVID BROWN, PLAINTIFF, | CASE NO. 5:21-CV-03105-JAR-GEB |
| VS. | SCREENING DIST. JUDGE - SAM A. CROW |
| | DIST. JUDGE - JULIE A. ROBINSON |
| DANIEL L. SCHNURR, et al., DEFENDANTS, | MAGISTRATE JUDGE - GWYNNE E. BIRZER |

## MOTION TO RECORD FURTHER K.D.O.C. INTERFERENCE WITH PLAINTIFFS ACCESS TO THE COURTS AND LITIGATING THIS CASE

COMES NOW, CHRISTOPHER DAVID BROWN PRO SE PLAINTIFF IN THE ABOVE CAPTIONED CASE TO INFORM THIS COURT THAT K.D.O.C. OFFICIALS HAVE ONCE AGAIN DENIED PLAINTIFF HIS LEGAL RIGHT TO LITIGATE THIS LAWSUIT EFFECTIVELY. PLAINTIFF STATES THE FOLLOWING IN SUPPORT:

1.) PLAINTIFF RECEIVE DISTRICT JUDGES JULIE A. ROBINSON'S JUDGMENT IN A CIVIL CASE/ORDER DISMISSING THIS CASE, AND MEMORANDUM AND ORDER; DOC. NO.'s 48 AND 49 ON 9-8-2022 AT APPROX 3:19 PM; DINNER TIME, FROM UNIT TEAM HOOVER IN B-1 CELLHOUSE AT EL DORADO CORRECTIONAL FACILITY.

2.) THE POSTAGE DATE ON THE ENVELOPE AND THE FILED DATES ON DOC. NO.'s 48 AND 49 IS 8-24-2022.

3. WHEN A CASE IS DISMISSED THE PLAINTIFF HAS (30) DAYS TO FILE A NOTICE OF APPEAL, BY LAW, BUT PLAINTIFF ONLY RECEIVED (15) DAYS TO FILE HIS NOTICE OF APPEAL.

4.) THIS IS ANOTHER K.D.O.C. FACILITY WIDE TACTIC EMPLOYEE'S

(PAGE-1-OF-3)

HAVE/CONTINUE TO SUBJECT PLAINTIFF TO IN ORDER TO HARASS AND INTERFERE WITH PLAINTIFF'S EFFORTS TO LITIGATE THIS LAWSUIT TO THE BEST OF HIS ABILITY.

5.) ALSO DUE TO K.D.O.C. EMPLOYEE'S TACTICS TO DENY PLAINTIFF HIS LEGAL MAIL FOR WEEKS, PLAINTIFF WAS DENIED HIS RIGHT/ CHANCE TO FILE A MOTION FOR RECONSIDERATION, IN RESPONSE TO DISTRICT JUDGE JULIE A. ROBINSON'S ERRONEOUS JUDGMENT/ ORDER DISMISSING PLAINTIFF'S LAWSUIT.

6.) PLAINTIFF BELIEVES IT WAS EXTREMELY IMPORTANT FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS, DISTRICT JUDGE JULIE A. ROBINSON TO REVIEW THE FACTS PLAINTIFF WOULD HAVE PRESENTED IN A MOTION FOR RECONSIDERATION IF PLAINTIFF WOULD OF BEEN GIVEN THE TIME TO FILE SUCH MOTION.

7.) ONE EXAMPLE OF FACTS PLAINTIFF WOULD HAVE PUT BEFORE DISTRICT JUDGE JULIE A. ROBINSON IS THAT ON 9-24-2018 PLAINTIFF SUBMITTED A INMATE REQUEST TO STAFF MEMBER/ FORM-9 THAT SAYS SIGN AND RETURN THE RECEIPT TO THIS GRIEVANCE AGAINST CSI SWENSON/DEFENDANT. IN DOC. NO 33 PLAINTIFF ATTACHED AS EXHIBITS L-1 AND L-2

8.) BECAUSE DISTRICT JUDGE JULIE A ROBINSON DISMISSED PLAINTIFF'S LAWSUIT FOR PLAINTIFF, ALLEGEDLY NOT SUBMITTING COMPETENT EVIDENCE TO OPPOSE DEFENDANTS SUMMARY JUDGMENT MOTION, [redacted] WHICH ALLEGED PLAINTIFF DIDNT EXHAUST HIS ADMINISTRATIVE REMEDIES, AND THAT JUST IS NOT TRUE, DOC. NO. 33, EXHIBITS L-1 AND L-2 ARE ESSENTIAL IN REVIEWING THE ERRONEOUS JUDGMENT/ ORDER/MEMORANDUM AND ORDER DOC NO.'S 49 AND 48, BECAUSE EITHER DISTRICT JUDGE JULIE A. ROBINSON MISSED THESE EXHIBITS, FACTS, AND ARGUMENTS IN PLAINTIFF'S SUPPLEMENTAL, OR IN THE ALTERNATIVE AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT AT DOC. NO 33

9.) THERE ARE SEVERAL OTHER EXHIBITS PLAINTIFF PUT BEFORE THE COURT; e.g. DOC NO. 30-EXH E-12, DOC NO. 33-EXH-L, DOC NO. 30-EXH B-86, DOC NO. 1-EXH-B-16-17 etc. WHICH PROVE PLAINTIFF EXHAUSTED HIS AVAILABLE ADMINISTRATIVE REMEDIES, AND WAS RETALIATED AGAINST, PREVENTED, HARASSED, THWARTED, LIED TO, MISLEAD, ETC. THE WHOLE TIME.

10.) PURSUANT TO 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct!

EXECUTED ON 4-15-2022

Christopher David Brown
(SIGNATURE)

(PAGE-3-OF-3)