IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRISTOPHER DAVID BROWN, PLAINTIFF, vs. DANIEL L. SCHNURR et al., DEFENDANTS | CASE NO. 5:21-CV-03105-JAR-GEB SCREENING JUDGE – SAM A. CROW ASSIGNED JUDGE – JULIE A. ROBINSON ASSIGNED MAGISTRATE JUDGE GWYNNE E. BERZER |

DECLARATION BY: CHRISTOPHER DAVID BROWN

I, CHRISTOPHER DAVID BROWN, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746:

1.) THAT I TURNED IN A MANILA ENVELOPE WITH A NOTICE OF APPEAL, A MOTION TO RECORD FURTHER K.D.O.C. INTERFERENCE WITH PLAINTIFF'S ACCESS TO THE COURTS AND LITIGATING THIS CASE, AND THIS DECLARATION ENCLOSED INSIDE, TO BE E-FILED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS ON 9-15-2022 (THUR) IN B-1 CELLHOUSE, CELL#122, ADMINISTRATIVE SEGREGATION, RESTRICTIVE HOUSING UNIT, TO B-1 CELLHOUSE CORRECTIONAL GUARD TO HAVE THEM PLACE MY LEGAL PAPERS IN MY MANILA ENVELOPE, IN THE UNIT TEAM BOX, FOR THE UNIT TEAM TO RECEIVE AND PROCESS BY E-FILING SAID ENCLOSE LEGAL PAPERS, AND THE ENVELOPE HAS A FORM 9 TAPED TO THE OUTSIDE WITH NEEDED INSTRUCTIONS TOO. I INVOKE MAIL BOX RULE.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 9-15-2022    _christopher david brown_
                                                (SIGNATURE)

ADDRESS: EDCF, P.O. Box 311, ELDORADO, KANSAS, 67042  B-1/122

(PAGE-1-OF- )