IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRISTOPHER DAVID BROWN, | |
| Plaintiff, | |
| v. | Case No. 21-CV-3105-JAR-GEB |
| DANIEL L. SCHNURR, et al., | |
| Defendants. | |

## ORDER

This matter is before the Court on Plaintiff Christopher David Brown's Application to Proceed Without Prepayment of Fees and Affidavit by a Prisoner (Doc. 57). Plaintiff, who was previously granted *in forma pauperis* status in these proceedings,[1] has filed a declaration in support of his motion.[2] Pursuant to Fed. R. App. P. 24, the Court finds good cause exists to grant Plaintiff's request.

Also before the Court is Plaintiff's Motion for Extension of Time to Appeal (Doc. 56), in which he seeks an unspecified extension of time to file his appeal. The Court finds this motion is moot because Plaintiff has already filed his notice of appeal within the time provided by Fed. R. App. 4(a)(1)(A).[3]

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit by a Prisoner (Doc. 57) is **granted**.

**IT IS FURTHER ORDERED BY THE COURT** that Plaintiff's Motion for Extension of Time to Appeal (Doc. 56) is **moot**.

---

[1] Doc. 4.
[2] Doc. 58.
[3] Doc. 51.

**IT IS SO ORDERED.**

Dated: October 7, 2022

                                                      S/ Julie A. Robinson
                                                     JULIE A. ROBINSON
                                                     UNITED STATES DISTRICT JUDGE